UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACIA STEINER, et al., | Case No. 17-cv-03962-JD |
|---|---|
| Plaintiffs, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), the Court refers this case to the Honorable Haywood S. Gilliam, Jr., to determine whether it is related to *Winans v. Emeritus Corporation*, Case No. 13-cv-03962-HSG.

**IT IS SO ORDERED.**

Dated: March 16, 2018

JAMES DONATO
United States District Judge