Guy B. Wallace – 176151
Sarah Colby – 194475
Jennifer A. Uhrowczik – 302212
**SCHNEIDER WALLACE**
**COTTRELL KONECKY**
**WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       scolby@schneiderwallace.com
       juhrowczik@schneiderwallace.co
       m

Kathryn A. Stebner – 121088
George Kawamoto – 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801
Email: kathryn@stebnerassociates.com
       george@stebnerassociates.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Devin W. Mauney – 294634
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
       bbien-kahn@rbgg.com
       dmauney@rbgg.com

Attorneys for Plaintiffs and the
Proposed Classes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; and BERNIE JESTRABEK-HART; on their own behalves and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>       v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100, | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: August 9, 2018<br>Time: 2:00 p.m.<br>Crtrm.: 2<br><br>Action Filed: July 13, 2017<br>Trial Date: None Set |

1          Defendants.

[3248900.1]

WHEREAS, Plaintiffs filed their Second Amended Complaint in this Court on March 29, 2018 (ECF No. 52);

WHEREAS, on April 19, 2018, Defendants filed the following motions in response to Plaintiffs' Second Amended Complaint:  Motion to Dismiss and/or Strike Portions of Plaintiffs' Second Amended Complaint, Motion to Strike Portions of Second Amended Complaint, and Renewed Motion to Compel Arbitration (collectively "Defendants' Motions") (ECF Nos. 59-61);

WHEREAS, the date set for hearing Defendants' Motions is August 9, 2018;

WHEREAS, the parties originally stipulated that Plaintiffs should have until May 10, 2018 to file and serve their oppositions and that Defendants should have until May 24, 2018, to file and serve their replies (ECF No. 54);

WHEREAS, Plaintiffs seek an additional week within which to prepare their oppositions to Defendants' Motions;

WHEREAS, Defendants do not oppose this requested extension so long as Defendants' time to respond to Plaintiffs' oppositions is extended;

WHEREAS, a stipulation between the parties to extend Plaintiffs' time to oppose Defendants' Motions and to extend Defendants' time to file their replies to Plaintiffs' oppositions will not alter any event or deadline already fixed by Court Order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1(a), that: (1) Plaintiffs shall have through and including May 17, 2018 to file and serve their Oppositions to Defendants' Motions; (2) Defendants shall have through and including June 7, 2018 to file and serve their Replies in support of their motions; and (3) execution of this stipulation is not a waiver of any claims or defenses Plaintiffs or Defendants may otherwise have, and all such claims and defenses are expressly reserved by Plaintiffs and Defendants.

/ / /

/ / /

/ / /

[3248900.1]

**IT IS SO STIPULATED.**

DATED: April 26, 2018       O'MELVENY & MYERS
                                  JEFFREY A. BARKER
                                  MATTHEW D. POWERS
                                  ADAM P. KOHSWEENEY
                                  MALLORY A. JENSEN

By: */s/ Jeffrey A. Barker*
        Jeffrey A. Barker

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

DATED: April 26, 2018       SCHNEIDER WALLACE COTTRELL
                                  KONECKY WOTKYNS LLP
                                  GUY B. WALLACE
                                  SARAH COLBY

ROSEN BIEN GALVAN & GRUNFELD LLP
                                  GAY CROSTHWAIT GRUNFELD
                                  BENJAMIN BIEN-KAHN
                                  DEVIN W. MAUNEY

STEBNER AND ASSOCIATES
                                  KATHRYN A. STEBNER
                                  GEORGE KAWAMOTO

By: */s/ Guy B. Wallace*
        Guy B. Wallace

Attorneys for Plaintiffs and the Proposed Classes

**IT IS SO ORDERED.**

DATED: <u>April 30, 2018</u>

                      Honorable Haywood S. Gilliam Jr.
                      United States District Judge