Guy B. Wallace – 176151
Sarah Colby – 194475
Jennifer A. Uhrowczik – 302212
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
scolby@schneiderwallace.com
juhrowczik@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Devin W. Mauney – 294634
**ROSEN BIEN GALVAN & GRUNFELD LLP**
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
bbien-kahn@rbgg.com
dmauney@rbgg.com

Kathryn A. Stebner – 121088
George Kawamoto – 280358
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801
Email: kathryn@stebnerassociates.com
george@stebnerassociates.com

Attorneys for Plaintiffs and the
Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; and BERNIE JESTRABEK-HART; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100, | Case No. 4:17-cv-03962-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' RENEWED MOTIONS TO COMPEL ARBITRATION, TO DISMISS AND/OR STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT, AND TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: July 13, 2017<br>Trial Date: None Set |

1 | Defendants. |
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:17-cv-03962-HSG
ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF FROM STIPULATION AND TO COMPEL RULE 26 CONFERENCE

| | |
|---|---|
| 1 | The Court has considered Plaintiffs' Administrative Motion to Shorten Time for Hearing on Defendants' Renewed Motions to Compel Arbitration, to Dismiss and/or Strike Portions of Plaintiffs' Second Amended Complaint, and to Strike Portions of Second Amended Complaint. The parties are available to appear on June 28, July 12, and July 19, 2018, and good cause appears to shorten the time to hear argument on Defendants' pending Motions. Accordingly, Plaintiffs' Motion is GRANTED. The Court orders the following: |

The hearing currently set for August 9, 2018 shall be rescheduled for July 12, 2018.

The parties shall appear at 2:00 p.m. on July 12, 2018 before this Court in Oakland, Courtroom 2, 4th Floor for a hearing on Defendants' Renewed Motions to Compel Arbitration, to Dismiss and/or Strike Portions of Plaintiffs' Second Amended Complaint, and to Strike Portions of Second Amended Complaint, ECF Nos. 59, 60 & 61.

IT IS SO ORDERED.

DATED: May 8, 2018

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge