MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
MALLORY A. JENSEN (S.B. #309187)
mjensen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

JEFFREY A. BARKER (S.B. #166327)
jbarker@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. AND
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

|   |   |   |
|---|---|---|
| 1 | STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; and BERNIE JESTRABEK-HART; on their own behalves and on behalf of others similarly situated,<br>　　　　　　　Plaintiffs,<br>　v.<br>BROOKDALE SENIOR LIVING INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br>　　　　　　　Defendants. | Case No. 17-cv-03962-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR REQUEST FOR CERTIFICATION FOR APPEAL** |

## **STIPULATION**

WHEREAS, on January 25, 2019, the Court denied Defendants' Motion to Dismiss with regard to the allegations and claims in the Second Amended Complaint based on the Americans with Disabilities Act, ("ADA");

WHEREAS, Defendants believe that no court has addressed whether the ADA applies to the type of residential housing provided by Brookdale's assisted living communities, and that substantial ground for difference of opinion exists with respect to whether the ADA applies to;

WHEREAS, Defendants believe that resolution of the applicability of the ADA to the allegations and claims being asserted in this litigation will have a significant impact on discovery, class certification, and other issues;

WHEREAS, Defendants disclosed their intent to request certification from this Court for an appeal of this narrow issue under 28 U.S.C. § 1292(b) in the parties' January 25, 2019 Joint Case Management Conference Statement (Dkt. No. 87);

1  WHEREAS, on February 12, 2019, the Court directed the parties to meet and confer and file a stipulation and proposed order regarding a briefing schedule for Defendants' request for certification for appeal (Dkt. No. 89), to consist solely of a Motion by Defendants and an Opposition by Plaintiffs;

WHEREAS, Plaintiffs dispute Defendants' contention that the foregoing issue satisfies the applicable legal standard for certification for appeal set forth in 28 U.S.C. § 1292(b) and applicable precedent;

WHEREAS, Defendants filed their Motion to Certify for Interlocutory Appeal and Motion to Stay on February 26, 2019;

WHEREAS, Plaintiffs require additional time in which to prepare their opposition to Defendants' Motion to Certify for Interlocutory Appeal and Motion to Stay because of their obligations on other cases during the past two weeks;

NOW, THEREFORE, IT IS HEREBY STIPULATED that:

(1) Plaintiffs will file and serve their Opposition by no later than Monday, March 25, 2019.

Dated: March 11, 2019

MATT POWERS
JEFFREY A. BARKER
ADAM P. KOHSWEENEY
MALLORY JENSEN
O'MELVENY & MYERS LLP


By: /s/ *Jeffrey A. Barker*


Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

| | |
|---|---|
| 1 | GUY B. WALLACE |
| 2 | SCHNEIDER WALLACE |
| | COTTRELL KONECKY |
| 3 | WOTKYNS LLP |
| 4 | GAY CROSTHWAIT GRUNFELD |
| | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 5 | |
| | KATHRYN A. STEBNER |
| 6 | STEBNER AND ASSOCIATES |
| 7 | |
| 8 | By: /s/ *Guy B. Wallace* |
| 9 | |
| 10 | 2000 Powell Street, Suite 1400 |
| | Emeryville, California 94608 |
| 11 | Telephone: (415) 421-7100 |
| | Facsimile: (415) 421-7105 |
| 12 | Attorneys for Plaintiffs and the Proposed |
| | Classes |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: March 12, 2019

GUY B. WALLACE
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

By: /s/ *Guy B. Wallace*

Attorneys for Plaintiffs and the Proposed Classes

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: March 13, 2019

/s/ *Guy B. Wallace*
Guy B. Wallace (SBN 176151)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP

# **ORDER**

The Court, having considered the above Stipulation of Plaintiffs and Defendants and good cause appearing therefor, hereby orders as follows:

(1) Plaintiffs shall file and serve their Opposition, if any, by no later than Monday, March 25, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 13, 2019

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE