# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BROOKDALE SENIOR LIVING INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br>Defendants. | Case No. 17-CV-03962-HSG<br><br>**APPLICATION FOR ADMISSION OF JEFFREY A. N. KOPCZYNSKI *PRO HAC VICE* (CIVIL LOCAL RULE 11-3) AND [PROPOSED] ORDER** |

I, Jeffrey A. N. Kopczynski, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendants Brookdale Senior Living Inc. and Brookdale Senior Living Communities Inc. in the above-entitled action. My local co-counsel in this case is Matthew D. Powers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br><br> Jeffrey A. N. Kopczynski <br> O'Melveny & Myers LLP <br> Times Square Tower <br> 7 Times Square <br> New York, New York 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br><br> Matthew D. Powers (S.B. #212682) <br> O'Melveny & Myers LLP <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111-3823 |
|---|---|
| MY TELEPHONE # OF RECORD: <br><br> Telephone: +1 212 326-2000 <br> Facsimile: +1 212 326-2061 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br><br> Telephone: +1 415 984 8700 <br> Facsimile: +1 415 984 8701 |
| MY EMAIL ADDRESS OF RECORD: <br><br> jkopczynski@omm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br><br> mpowers@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or New York, as indicated above. My New York bar number is: #4592267. My New Jersey bar number is #28372007.

A true and correct copy of a certificate of good standing or equivalent official document from my New York bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 29, 2019

By: /s/ Jeffrey Kopczynski
        Jeffrey A. N. Kopczynski
        O'MELVENY & MEYERS LLP

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey A. N. Kopczynski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/19/2019

_____
JUDGE HAYWOOD S. GILLIAM, JR.

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JEFFREY ALLEN NUXOLL KOPCZYNSKI

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 31, 2008, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 29, 2019

6313

*Susanna Rojas*
Clerk of the Court