Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
**SCHNEIDER WALLACE**
**COTTRELL KONECKY**
**WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105
Email:  gwallace@schneiderwallace.com
            mjohnson@schneiderwallace.com
            tclose@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Jenny S. Yelin – 273601
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:  ggrunfeld@rbgg.com
            bbien-kahn@rbgg.com
            jyelin@rbgg.com

Kathryn A. Stebner – 121088
George Kawamoto – 280358
Sarah Colby – 194475
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California  94102
Telephone:   (415) 362-9800
Facsimile:    (415) 362-9801
Email:  kathryn@stebnerassociates.com
            george@stebnerassociates.com

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>            Defendants. | Case No. 4:17-cv-03962-HSG (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ACCESSIBILITY INSPECTIONS** |

1    WHEREAS, on May 1, 2019, and July 30, 2019, Plaintiffs served Notices of Site
2 Inspections pursuant to Fed. R. Civ. P. 34(a)(2) seeking the physical inspections of certain
3 Residential Care Facilities located in California ("Locations") owned or affiliated with
4 Defendants Brookdale Senior Living, Inc. and Brookdale Senior Living Communities, Inc.
5 (collectively "Brookdale" or "Defendants"), copies of which are attached hereto as
6 Exhibits A and B; and

7    WHEREAS, Plaintiffs and Brookdale (the "Parties") seek to resolve without motion
8 practice a dispute about the number Locations and the number and types of residential
9 units within each Location that need to be made available for inspection for compliance
10 with certain disability accessibility standards ("Access Standards") such as the 1991
11 Americans with Disabilities Act Accessibility Guidelines ("ADAAG"), the 2010
12 Americans with Disabilities Act Standards for Accessible Design ("2010 ADAS") and the
13 California Building Code ("CBC") (the applicability of which Brookdale disputes);

14    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as
15 follows:

16    1.   Subject to further agreement of the parties or Order of the Court, Brookdale
17 will provide and arrange for Plaintiffs' counsel and / or their access experts to have access
18 to all Locations with which it is affiliated in California, including those Locations listed in
19 Exhibits A and B, and any other Locations that come to light in the course of Plaintiffs'
20 discovery or investigation, as well as the Locations discussed in Plaintiffs' Third Amended
21 Complaint, to the extent Defendants have control over the Location, for the purpose of
22 conducing disability access related inspections, including the taking of measurements and
23 photographs and the gathering of information necessary to determine the use of spaces and
24 elements of the Location. The scope of such access and the inspections shall be as set forth
25 in Exhibits A and B. Nothing in this Stipulation shall be deemed a waiver of Brookdale's
26 objections to the inspections, including but not limited to Brookdale's right to seek a
27 protective order from the Court in the future regarding the number of Locations to be
28 inspected or the scope of inspections.

2. The Parties shall use good-faith efforts to confirm inspection dates for each requested Location as early as possible, and, unless otherwise agreed or infeasible, at least two-weeks in advance. Defendants shall use good-faith efforts to confirm the dates Plaintiffs have requested (or, if possible, to offer a different requested Location for inspection, even if the particular Location requested for a particular date cannot be made available on that date). To the extent possible at least three inspections in the same general geographic area shall be scheduled in any week in which inspections are scheduled. Plaintiffs agree to make a good-faith effort to complete inspections of each Location in one day. To the extent that the inspection of any particular Location requires multiple days to complete, the parties shall make reasonable good-faith efforts to promptly schedule the additional dates and, where feasible, to complete multi-day inspections on sequential days.

3. For each Brookdale Location inspected by Plaintiffs' experts, whether pursuant to a notice served under Rule 34 or the Rules of Federal Procedure, by agreement, or by Court Order, Defendants will provide access to:

   a. at least eight units for Locations with 1 to 50 assisted living and/or memory care units;

   b. at least twelve units for Locations with 51-149 assisted living and/or memory care units;

   c. at least eighteen units for Locations with 150 or more assisted living and/or memory care units; AND

   d. at least 24 units for Locations with 200 or more assisted living and/or memory care units.

4. Notwithstanding the minimums set forth in subparagraphs 3(a) through 3(d), above, Defendants shall provide access in any sized community to such greater number of units as is necessary to include at least two of each type of unit configuration (*i.e.* studio, one bedroom, two bedrooms, or other configurations) available at that Location and (ii) units having any variations in features or characteristics affecting access for persons with disabilities, if any. Defendants shall also provide access for inspection of at least one

1  occupied unit of each type inspected at each Location.

2      5.    If Plaintiffs or their experts reasonably believe that additional residential 3  units of a specific configuration need to be seen at a particular Location based on observed 4  variations in a access-related characteristics of the representative configurations that have 5  been made available or based on other information available to them, Defendants shall 6  endeavor in good faith to make available additional residential units of the same 7  configuration for inspection at that Location.

8      6.    The parties will make every effort to insure that the inspections are 9  undertaken in a manner that is efficient and with minimal disruption to staff and residents 10 of each Location. Plaintiffs' experts shall be permitted to take photographs necessary to 11 capture access-related data and facilitate their review and analysis of the data, but will 12 otherwise make an effort to avoid including in such photographs any items in which 13 residents might have a privacy interest. Any such photographs will be subject to the 14 Stipulated Protective Order in this case.

15     7.    Defendants hereby stipulate for purposes of class certification and the merits 16 as to Plaintiffs' claims under the Americans with Disabilities Act of 1990 (42 U.S.C. § 17 12101 *et seq.*)("ADA") and the Unruh Civil Rights Act (Cal. Civ. Code § 51 *et seq.*) 18 ("Unruh Act") that the residential units at a particular Location that are made available to 19 Plaintiffs' counsel and their experts for inspection are typical, in all material respects 20 affecting disability access, of all other residential units of the same configuration (e.g., 21 studio, one-bedroom, two-bedroom, etc.) at that Location. Defendants further stipulate that 22 no residential units at any Location that were not made available to Plaintiffs and their 23 experts for inspection have any features, elements or dimensions that provide greater 24 access to persons with disabilities than those that were inspected. After completion of 25 Plaintiffs' inspection at any Location, should Defendants identify any unit(s) at that 26 Location providing greater access to persons with disabilities than the units inspected, 27 Defendants will identify to Plaintiffs by the later of December 1, 2019, or twenty (20) 28 business days after completion of Plaintiffs' inspection of that Location, the additional

unit(s) and promptly permit Plaintiffs and their experts to inspect it/them.

8. Defendants continue to believe that Plaintiffs do not need to inspect all of the more than 60 Locations remaining in California that are affiliated with Brookdale, but have agreed by this Stipulation to continue to make Locations available for inspection in order to facilitate discussions about the physical characteristics of the remaining Locations. Plaintiffs, on the other hand, continue to believe that they are entitled to inspect all remaining Locations in California that are affiliated with Brookdale. To the extent that Brookdale believes that the scope or number of inspections are becoming unduly burdensome or disproportional to the needs of the case and Plaintiffs are not willing to voluntarily forego further inspections, notwithstanding any other provision of this Stipulation, Defendants may seek a protective order from Magistrate Judge Beeler using the Court's joint letter brief process. However, unless and until a protective order issues, the parties shall continue scheduling and conducting inspections pursuant to paragraph 2 hereof, without prejudice to either side's arguments for or against a protective order that would cease or limit any inspections that have not yet taken place as of the date that protective order issues.

9. By entering into this Stipulation to resolve the present discovery dispute, the parties expressly reserve all positions and arguments with respect to the applicability or inapplicability of the Access Standards, in whole or in part, to Brookdale-affiliated Facilities within the State of California.

IT IS SO STIPULATED.

DATED: September 12, 2019          SCHNEIDER WALLACE
                                   COTTRELL KONECKY
                                   WOTKYNS LLP

                                   By: /s *Guy B. Wallace*
                                       Guy B. Wallace
                                       Attorneys for Plaintiffs and the
                                       Proposed Classes

1 | DATED: September 12, 2019           O'MELVENY & MYERS LLP

2
3                                       By: /s *Jeffrey A. Barker*
                                            Jeffrey A. Barker
4                                           Attorneys for Defendants

5

6 **IT IS SO ORDERED:**

7   Dated: September ___, 2019

8                                       _____
                                        HON. LAUREL BEELER
9   _____            United States Magistrate Judge

10

EXHIBIT A

Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California  94608
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
Email:  gwallace@schneiderwallace.com
        mjohnson@schneiderwallace.com
        tclose@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Jenny S. Yelin – 273601
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  ggrunfeld@rbgg.com
        bbien-kahn@rbgg.com
        jyelin@rbgg.com

Kathryn A. Stebner – 121088
George Kawamoto – 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, California  94102
Telephone:  (415) 362-9800
Facsimile:  (415) 362-9801
Email:  kathryn@stebnerassociates.com
        george@stebnerassociates.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; and BERNIE JESTRABEK-HART; on their own behalves and on behalf of others similarly situated, <br>    Plaintiffs, <br> vs. <br><br> BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC; and DOES 1 through 100, <br><br>    Defendants. | CASE NO. 17-cv-03962-HSG (LB) <br><br> **NOTICE OF SITE INSPECTIONS PURSUANT TO FRCP 34** |

**PLEASE TAKE NOTICE** that beginning on June 11, 2019, Plaintiffs will conduct site inspections as permitted by Rule 34(a)(2) of the Federal Rules of Civil Procedure at the Brookdale Senior Living facility locations indicated in the table below. Specifically, the scope of Plaintiffs' inspections will include all of the following: (a) parking lots and spaces; (b) routes to entrances and to alternative entrances from the parking lots and spaces; (c) entrances, and alternate entrances; (d) corridors; (e) dining areas; (f) lounges; (g) visitor common areas; (h) other common areas and areas available for use by residents; (i) public restrooms; (j) rooms where Plaintiffs and the putative class members actually reside or resided, including memory care units, where applicable; (k) busses, shuttles and other vehicles used to transport residents to and from the facilities; and (l) paths of travel leading from site boundaries to the entrances and alternative entrances. Inspections will begin on the dates and times indicated below for each facility and will continue until completed.

| Date | Time | Facility | Address |
|---|---|---|---|
| June 11, 2019 | 9:00 A.M. | Auburn | 11550 Education St. Auburn, CA 95602 |
| June 11, 2019 | 10:00 A.M. | Brookhurst | 15302 Brookhurst St. Westminister, CA 92683 |
| June 12, 2019 | 10:00 A.M. | Oceanside | 3524 Lake Blvd. Oceanside, CA 92065 |
| June 12, 2019 | 9:00 A.M. | Orangevale | 6125 Hazel Ave. Orangevale, CA 95622 |
| June 13, 2019 | 10:00 A.M. | San Marcos | 1590 W. San Marcos Blvd. San Marcos, CA 92078 |
| June 14, 2019 | 10:00 A.M. | Clairemont | 5219 Clairemont Mesa Blvd. San Diego, CA 92117 |
| June 17, 2019 | 10:00 A.M. | Riverwalk | 350 Calloway Dr. Bakersfield, CA 93312 |
| June 18, 2019 | 9:00 A.M. | Fountaingrove | 300 Fountaingrove Pkwy. Santa Rosa, CA 95403 |
| June 18, 2019 | 10:00 A.M. | Chatsworth | 20801 Devonshire St. Chatsworth, CA 91311 |
| June 19, 2019 | 9:00 A.M. | Windsor | 907 Adele Dr. Windsor, CA 95492 |
| June 19, 2019 | 10:00 A.M. | North Tarzana | 5711 Reseda Blvd. Tarzana, CA 91356 |

| | | | |
|---|---|---|---|
| June 20, 2019 | 9:00 A.M. | Chanate | 3250 Chanate Rd.<br>Santa Rosa, CA 95404 |
| June 20, 2019 | 10:00 A.M. | Riverside | 5881 El Palomino Dr.<br>Riverside, CA 92509 |
| June 21, 2019 | 10:00 A.M. | Corona | 2005 Kellogg Ave.<br>Corona, CA 92879 |
| June 26, 2019 | 9:00 A.M. | Vacaville | 1111 Ulatis Dr.<br>Vacaville, CA 95687 |
| June 27, 2019 | 9:00 A.M. | San Pablo | 13956 San Pablo Ave.<br>San Pablo, CA 94806 |
| July 9, 2019 | 9:00 A.M. | San Ramon | 18888 Bollinger Canyon Rd.<br>San Ramon, CA 94583 |
| July 10, 2019 | 9:00 A.M. | Tracy | 355 W. Grant Line Rd.<br>Tracy, CA 95376 |
| July 17, 2019 | 9:00 A.M. | Redwood City | 485 Woodside Rd.<br>Redwood City, CA 94061 |
| July 18, 2019 | 9:00 A.M. | Scotts Valley | 100 Lockwood Ln.<br>Scotts Valley, CA 95066 |

DATED:  May 1, 2019

*/s/ Guy B. Wallace*
Guy B. Wallace (SBN 176151)
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Gay Crosthwait Grunfeld (SBN 21944)
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104

Kathryn A. Stebner (SBN 121088)
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Attorneys for Plaintiffs.

EXHIBIT B

| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY<br>WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608<br>Telephone:     (415) 421-7100<br>Facsimile:      (415) 421-7105<br>Email:     gwallace@schneiderwallace.com<br>             mjohnson@schneiderwallace.com<br>             tclose@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Benjamin Bien-Kahn – 267933<br>Jenny S. Yelin – 273601<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:      (415) 433-7104<br>Email:     ggrunfeld@rbgg.com<br>             bbien-kahn@rbgg.com<br>             jyelin@rbgg.com |

Kathryn A. Stebner – 121088
George Kawamoto – 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, California  94102
Telephone:     (415) 362-9800
Facsimile:      (415) 362-9801
Email:     kathryn@stebnerassociates.com
           george@stebnerassociates.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; HELEN CARLSON, by and through her Guardian Ad Litem, JOAN CARLSON; LAWRENCE QUINLAN, by and through his Guardian Ad Litem, LORESIA VALLETTE; EDWARD BORIS, by and through his Guardian Ad Litem, MICHELE LYTLE; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; and BERNIE JESTRABEK-HART; on their own behalves and on behalf of others similarly situated,<br>                Plaintiffs,<br>    vs.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC; and DOES 1 through 100,<br>                Defendants. | CASE NO. 17-cv-03962-HSG (LB)<br><br>**NOTICE OF SITE INSPECTIONS PURSUANT TO FRCP 34** |

**PLEASE TAKE NOTICE** that beginning on September 3, 2019, Plaintiffs will conduct site inspections as permitted by Rule 34(a)(2) of the Federal Rules of Civil Procedure at the Brookdale Senior Living facility locations indicated in the table below. The scope of Plaintiffs' inspections will include all of the following: (a) parking lots and spaces; (b) routes to entrances and to alternative entrances from the parking lots and spaces; (c) entrances, and alternate entrances; (d) corridors; (e) dining areas; (f) lounges; (g) visitor common areas; (h) other common areas and areas available for use by residents; (i) public restrooms; (j) rooms where Plaintiffs and putative class members actually reside or resided, including memory care units located at the facility; (k) busses, shuttles and other vehicles used to transport residents to and from the facilities; and (l) paths of travel leading from site boundaries to the entrances and alternative entrances. Inspections will begin on the dates and times indicated below for each facility and will continue on subsequent dates as agreed to by the parties and/or as ordered by the Court, until completed.

| DATE | TIME | FACILITY | ADDRESS |
|---|---|---|---|
| September 3, 2019 | 9:00am | Salinas | 290 Regency Circle Salinas, CA 93906 |
| September 4, 2019 | 9:00am | San Jose | 1009 Blossom River Way San Jose, CA 95123 |
| September 5, 2019 | 9:00am | North Fremont | 38035 Martha Avenue Fremont, CA 94536 |
| September 9, 2019 | 9:00am | Bakersfield | 8100 Westwold Drive Bakersfield, CA 93311 |
| September 10, 2019 | 9:00am | Santa Monica | 2107 Ocean Avenue Santa Monica, CA 90405 |
| September 10, 2019 | 9:00am | Camarillo | 6000 Santa Rosa Road. Camarillo, CA 93012 |
| September 11, 2019 | 9:00am | Santa Monica | 851 Second Street Santa Monica, CA 90403 |
| September 11, 2019 | 9:00am | South Tarzana | 18700 Burbank Boulevard Tarzana, CA 91356 |
| September 12, 2019 | 9:00am | Northridge | 17650 Devonshire Street Los Angeles, CA 91325 |
| September 13, 2019 | 9:00am | Alhambra | 1 E Commonwealth Alhambra, CA 91801 |

| DATE | TIME | FACILITY | ADDRESS |
|---|---|---|---|
| September 23, 2019 | 9:00am | Grand Terrace | 22325 Barton Road Grand Terrace, CA 92313 |
| September 24, 2019 | 9:00am | Paulin Creek | 2375 Range Avenue Santa Rosa, CA 95403 |
| September 24, 2019 | 9:00am | Loma Linda | 25585 Van Leuven Street Loma Linda, CA 92354 |
| September 25, 2019 | 9:00am | Napa | 3255 Villa Lane Napa, CA 94558 |
| September 25, 2019 | 9:00am | Sunwest IL/AL/MC | 1001 N Lyon Avenue Hemet, CA 92545 |
| September 26, 2019 | 9:00am | Cortona Park | 150 Cortona Way Brentwood, CA 94513 |
| September 26, 2019 | 9:00am | Murrieta | 24350 Jackson Avenue Murrieta, CA 92562 |
| September 27, 2019 | 9:00am | Magnolia | 737 Magnolia Avenue Corona, CA 92879 |
| October 7, 2019 | 9:00am | Carmel Valley | 13101 Hartfield Avenue San Diego, CA 92130 |
| October 8, 2019 | 9:00am | Carlsbad | 3140 El Camino Real Carlsbad, CA 92008 |
| October 9, 2019 | 9:00am | San Juan Capistrano | 31741 Rancho Viejo Road San Juan Capistrano, CA 92675 |
| October 10, 2019 | 9:00am | Irvine | 10 Marquette Irvine, CA 92612 |
| October 11, 2019 | 9:00am | Anaheim Hills | 380 S. Anaheim Hills Road Anaheim Hills, CA 92807 |
| October 15, 2019 | 9:00am | Mirage Inn | 72750 Country Club Drive Rancho Mirage, CA 92270 |
| October 16, 2019 | 9:00am | Rancho Mirage | 72201 Country Club Drive Rancho Mirage, CA 92270 |
| October 21, 2019 | 9:00am | Yorba Linda | 17803 Imperial Hwy Yorba Linda, CA 92886 |
| October 22, 2019 | 9:00am | Lodi | 2220 West Kettleman Lane Lodi, CA 95242 |
| October 22, 2019 | 9:00am | Brea | 285 West Central Avenue Brea, CA 92821 |
| October 23, 2019 | 9:00am | Kettleman Lane | 2150 West Kettleman Lane Lodi, CA 95242 |
| October 23, 2019 | 9:00am | Walnut | 19850 Golden Springs Drive Walnut, CA 91789 |

| DATE | TIME | FACILITY | ADDRESS |
|---|---|---|---|
| October 24, 2019 | 9:00am | Elk Grove | 6727 Laguna Park Drive Elk Grove, CA 95758 |
| October 24, 2019 | 9:00am | Central Whittier | 8101 Painter Avenue Whittier, CA 90602 |
| October 25, 2019 | 9:00am | Uptown Whittier | 13250 Philadelphia Street Whittier, CA 90601 |
| November 4, 2019 | 9:00am | Monrovia | 201 E. Foothill Blvd Monrovia, CA 91016 |
| November 5, 2019 | 9:00am | Danville | 400 West El Pintado Blvd. Danville, CA 94526 |
| November 5, 2019 | 9:00am | San Dimas | 1740 San Dimas Avenue San Dimas, CA 91773 |
| November 6, 2019 | 9:00am | Danville Diablo Rd | 950 Diablo Road Danville, CA 94526 |
| November 6, 2019 | 9:00am | North Euclid | 1031 North Euclid Avenue Ontario, CA 91762 |
| November 12, 2019 | 9:00am | Valley View | 5900 Chapman Avenue Garden Grove, CA 92845 |
| November 13, 2019 | 9:00am | Garden Grove | 10200 Chapman Avenue Garden Grove, CA 92840 |
| November 14, 2019 | 9:00am | Anaheim | 200 North Dale Avenue Anaheim, CA 92801 |
| November 19, 2019 | 9:00am | Red Bluff | 705 Luther Road Red Bluff, CA 96080 |
| November 20, 2019 | 9:00am | Citrus Heights | 7375 Stock Ranch Road Citrus Heights, CA 95621 |
| December 3, 2019 | 9:00am | Folsom | 780 Harrington Way Folsom, CA 95630 |
| December 4, 2019 | 9:00am | Sterling Court | 100 Sterling Ct. Roseville, CA 95661 |
| December 5, 2019 | 9:00am | Roseville | 1 Somer Ridge Drive Roseville, CA 95661 |

3
NOTICE OF SITE INSPECTIONS

DATED: July 30, 2019

*/s/ Mark T. Johnson*
Guy B. Wallace (SBN 176151)
Mark T. Johnson (SBN 76904)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY**
**WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Gay Crosthwait Grunfeld (SBN 21944)
**ROSEN BIEN GALVAN**
**& GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104

Kathryn A. Stebner (SBN 121088)
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Attorneys for Plaintiffs.

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signature listed, on whose behalf this filling is submitted, concur in the filing's content and have authorized the filing.

DATED: September 13, 2019
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

By: _____*/s/ Mark T. Johnson*_____
Mark T. Johnson
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the attached document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on September 13, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

DATED: September 13, 2019
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

By: _____*/s/ Mark T. Johnson*_____
Mark T. Johnson
Attorney for Plaintiffs

Case No. 4:17-cv-03962-HSG (LB)
STIPULATION AND [PROPOSED] ORDER REGARDING ACCESSIBILITY INSPECTIONS