1 | Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice To Be Filed)*
gmaatman@seyfarth.com
2 | Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice To Be Filed)*
jriley@seyfarth.com
3 | **SEYFARTH SHAW LLP**
131 South Dearborn Street, Suite 2400
4 | Chicago, Illinois 60603
Telephone: (312) 460-5000
5 | Facsimile: (312) 460-7000

6 | Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
7 | Matthew A. Goodin (SBN 169674)
mgoodin@seyfarth.com
8 | **SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
9 | San Francisco, California 94105
Telephone: (415) 397-2823
10 | Facsimile: (415) 397-8549

11 | Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
12 | Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
13 | **SEYFARTH SHAW LLP**
400 Capitol Mall, 23rd Floor
14 | Sacramento, California 95814
Telephone: (916) 448-0159
15 | Facsimile: (916) 397-8549

16 | Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC. and
17 | BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>Plaintiffs,<br>v.<br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**DEFENDANTS' NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants Brookdale Senior Living, Inc. and Brookdale Senior Living Communities, Inc. ("Defendants") have retained Seyfarth Shaw LLP to substitute in for O'Melveny & Myers LLP as counsel for Defendants.

I consent to the above substitution.

DATED: March 19, 2020

Respectfully submitted,

BROOKDALE SENIOR LIVING, INC. AND BROOKDALE SENIOR LIVING COMMUNITIES, INC

By: */s/ Timothy J. Cesar*
    Timothy J. Cesar
    Vice President of Legal

I consent to the above substitution.

DATED: March 19, 2020

Respectfully submitted,

O'MELVENY AND MYERS LLP

By: */s/ Jeffrey A. Barker*
    Jeffrey A. Barker
    Jeffrey A. N. Kopczynski

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC. and BROOKDALE SENIOR LIVING COMMUNITIES, INC.

I attest that concurrence in the filing of the document has been obtained from each of the signatories above, which shall serve in lieu of their signatures on the document.

DATED: March 19, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Justin T. Curley*
    Gerald L. Maatman, Jr.
    Jennifer A. Riley
    Kristina M. Launey
    Justin T. Curley

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC. and BROOKDALE SENIOR LIVING COMMUNITIES, INC.

**[PROPOSED] ORDER**

Defendants' Notice of Change in Counsel is hereby approved.

**IT IS SO ORDERED.**

Date: 3/20/20

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge