UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STACIA STINER; et al.,

               Plaintiffs - Appellees,

  v.

BROOKDALE SENIOR LIVING, INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.,

               Defendants - Appellants.

No. 19-15334

D.C. No. 4:17-cv-03962-HSG
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered April 24, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7