UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STACIA STINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKDALE SENIOR LIVING, INC., et al., <br><br> Defendants. | Case No. 17-cv-03962-HSG (LB) <br><br> **DISCOVERY ORDER** <br> Re: ECF No. 187 |

The court adopts the defendants' proposal to produce either (1) the requested policies and procedures kept in the equivalent of a central repository at the individual facilities or (2) (if the documents are not reasonably accessible) a verified discovery response regarding the the absence of the policies and procedure in a central repository. Joint Disc. Letter Br. – ECF No 187 at 6. The court directs the parties to meet and confer regarding a reasonable timeframe for collection and production. The court does not see how any other process is manageable given COVID-19 and the vulnerable population. The court is amenable to a discovery case-management conference on its regular Thursday calendar but is not available until July 16, 2020 or thereafter. The parties may request a conference with at least one week's notice.

**IT IS SO ORDERED.**

Dated: June 30, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-03962-HSG (LB)