Guy B. Wallace, State Bar No. 176151
gwallace@schneiderwallace.com
Mark T. Johnson, State Bar No. 76904
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

Gay Crosthwait Grunfeld,
State Bar No. 121944
ggrunfeld@rbgg.com
Benjamin Bien-Kahn, State Bar No. 267933
Bbien-kahn@rbgg.com
Jenny S. Yelin, State Bar No. 273601
jyelin@rbgg.com
**ROSEN BIEN GALVAN**
**& GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104

Attorneys for Plaintiffs and
the Proposed Classes

**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016)
(*Pro Hac Vice*)
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366)
(*Pro Hac Vice*)
jriley@seyfarth.com
Jordan P. Vick (IL SBN 6293675)
(*Pro Hac Vice*)
jvick@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION ON SCHEDULE RE MOTION FOR CLASS CERTIFICATION; AND ORDER** |

Case No. 4:17-cv-03962-HSG
STIPULATION AND ORDER ON SCHEDULE RE MOTION FOR CLASS CERTIFICATION

1   WHEREAS, Plaintiffs' motion for class certification is presently due to be filed on
2   November 20, 2020;

3   WHEREAS, on July 30, 2020, Magistrate Judge Laurel Beeler held a remote video
4   discovery hearing with the parties to discuss the issues set forth in the Joint Status Report
5   for Discovery Case Management Conference that the parties filed on July 28, 2020 (ECF
6   No. 194), including the schedule for Plaintiffs' motion for class certification;

7   WHEREAS, on July 30, 2020, Magistrate Judge Beeler issued a Discovery Order
8   following the hearing held on that same date documenting the parties' agreement to confer
9   on the schedule for Plaintiffs' motion for class certification and to agree to a reasonable
10  schedule that includes an appropriate timeframe for Defendants to address Plaintiffs'
11  expert submissions;

12  WHEREAS, Magistrate Judge Beeler's Discovery Order dated July 30, 2020, also
13  provided that Magistrate Judge Beeler would notify District Judge Haywood S. Gilliam,
14  Jr., that the existing schedule is not realistic in light of the COVID-19 pandemic and that
15  the parties would be submitting a revised case schedule;

16  WHEREAS, discovery regarding class certification and the merits is ongoing,
17  including ongoing rolling document productions by both sides, but a substantial amount of
18  discovery remains to be completed despite the diligent and good faith efforts by both sides,
19  including due to the ongoing disruption to the discovery process that has been caused by
20  the COVID-19 pandemic;

21  WHEREAS, among the discovery that remains to be completed is the production of
22  search-term-based electronically-stored information ("ESI"), and while the parties have
23  each developed and exchanged their lists of proposed search terms and custodians for this
24  purpose, they will need to meet and confer to try to agree on the scope of the ESI search
25  and may need to obtain direction from Magistrate Judge Beeler if no agreement can be
26  reached;

27  WHEREAS, the production and review of relevant documents, including ESI, will
28  need to be substantially completed before fact-witness depositions can be scheduled and

completed;

WHEREAS, Plaintiffs' experts have conducted site inspections of 52 of the approximately 80 facilities at issue in this matter, including 47 of the approximately 60 facilities currently operated by Defendants in California, and the parties disagree as to whether additional inspections are appropriate or proportional to the needs of the case such that they may need to confer further or seek the Court's intervention; and

WHEREAS, for the foregoing reasons, the parties believe that there is good cause to modify the schedule regarding Plaintiffs' motion for class certification as set forth herein.

THEREFORE, IT IS HEREBY STIPULATED, that:

1. Plaintiffs shall file their motion for class certification by May 20, 2021.

2. Defendants shall file their response in opposition to Plaintiffs' motion for class certification by October 22, 2021.

3. Plaintiffs' reply in support of their motion for class certification shall be filed by January 21, 2022.

4. To the extent that Plaintiffs submit expert witness opinion testimony in support of their motion for class certification or Defendants submit expert witness opinion testimony in support of their response in opposition to Plaintiffs' motion for class certification, in the form of expert declarations or otherwise, they must provide, to the extent not already included with their submissions, the following information within seven (7) days following their respective filing:

    a. the facts or data considered by the witness in forming their opinions;

    b. any exhibits used to summarize or support the witness's opinions;

    c. the witness's qualifications, including a list of all publications authored by the witness in the previous 10 years;

    d. a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

    e. a statement of the compensation paid for the witness's study and

1 testimony in the case regarding class certification.

2     5.    Unless otherwise agreed, Plaintiffs shall produce their expert witnesses for deposition no later than 75 days after filing their motion for class certification, and Defendants shall produce their expert witnesses for deposition no later than 45 days after filing their response in opposition to class certification.

IT IS SO STIPULATED.

DATED: October 19, 2020    SCHNEIDER WALLACE
COTTRELL KONECKY LLP

By: /s/ *Guy B. Wallace*
    Guy B. Wallace
    Attorneys for Plaintiffs and the
    Proposed Classes

DATED: October 19, 2020    SEYFARTH SHAW LLP

By: /s/ *Gerald L. Maatman, Jr.*
    Gerald L. Maatman, Jr.
    Attorneys for Defendants

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.

## ORDER

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

Dated: 10/28/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge