Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Stacia Stiner, et al.

Plaintiff(s),

v.

Brookdale Senior Living, Inc., et al.,

Defendant(s).

Case No: 4:17-cv-03962-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Michael D. Jacobsen, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Brookdale Senior Living, Inc., et al. in the above-entitled action. My local co-counsel in this case is Justin T. Curley (233287), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Seyfarth Shaw LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, Illinois 60606 | Seyfarth Shaw LLP<br>560 Mission St Ste 3100<br>San Francisco, CA 94105 |
| My telephone # of record:<br>(312) 460-5000 | Local co-counsel's telephone # of record:<br>(415) 397-2823 |
| My email address of record:<br>mjacobsen@seyfarth.com | Local co-counsel's email address of record:<br>jcurley@seyfarth.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6303584.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/18/21

Michael D. Jacobsen
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael D. Jacobsen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/31/2021

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael David Jacobsen

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael David Jacobsen was duly admitted to practice in said Court on (03/08/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/17/2021 )

Thomas G. Bruton , Clerk,

By:  Jennifer Kuldanek
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JENNIFER KULDANEK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
March 17, 2021