Guy B. Wallace, State Bar No. 176151
gwallace@schneiderwallace.com
Mark T. Johnson, State Bar No. 76904
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

Gay Crosthwait Grunfeld, State Bar No. 121944
ggrunfeld@rbgg.com
Benjamin Bien-Kahn, State Bar No. 267933
Bbien-kahn@rbgg.com
Jenny S. Yelin, State Bar No. 273601
jyelin@rbgg.com
Amy Xu State Bar No. 330707
axu@rbgg.com
**ROSEN BIEN GALVAN**
**& GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104

Attorneys for Plaintiffs and
the Proposed Classes

Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801
Email:  kathryn@stebnerassociates.com
              brian@stebnerassociates.com

Attorneys for Plaintiffs and
the Proposed Classes


**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016)
(*Pro Hac Vice*)
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366)
(*Pro Hac Vice*)
jriley@seyfarth.com
Jordan P. Vick (IL SBN 6293675)
(*Pro Hac Vice*)
jvick@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:    (312) 460-5000
Facsimile:     (312) 460-7000

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>        Plaintifs<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.; and DOES 1 through 100,<br><br>        Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION ON SCHEDULE RE MOTION FOR CLASS CERTIFICATION; AND ORDER** |

Pursuant to the direction of the Court at the status conference held on April 8, 2021, and subject to the Court's approval, the parties hereby stipulate to the following modification of the briefing schedule on Plaintiffs' motion for class certification.

1. Plaintiffs shall file their motion for class certification by August 18, 2021.
2. Defendants shall file their response in opposition to Plaintiffs' motion for class certification by January 20, 2022.
3. Plaintiffs' reply in support of their motion for class certification shall be filed by April 21, 2022.
4. All other terms of the Court's prior Order (Dkt. No. 206) remain unchanged, including that the deadlines for expert witnesses as set forth in the Court's prior Order shall continue to apply relative to the class certification briefing dates set forth herein.

IT IS SO STIPULATED.

DATED: April 9, 2021        SCHNEIDER WALLACE
                            COTTRELL KONECKY LLP

                            By:  /s *Guy B. Wallace*
                                 Guy B. Wallace
                                 Attorneys for Plaintiffs and the Proposed Classes

DATED: April 9, 2021        SEYFARTH SHAW LLP

                            By:  /s *Gerald L. Maatman, Jr.*
                                 Gerald L. Maatman, Jr.
                                 Attorneys for Defendants

## ORDER

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED. The hearing on Plaintiffs' motion for class certification shall take place on 5/26/2022 at 2:00 p.m.

Dated: April 12, 2021

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge