UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STACIA STINER, et al., | Case No. 17-cv-03962-HSG (LB) |
| Plaintiffs, | Re: ECF No. 233 |
| v. | |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

The parties dispute the scope of the plaintiffs' Rule 30(b)(6) depositions that they scheduled for this month in anticipation of the plaintiffs' motion for class certification. (Letter Brief – ECF No. 233.) The court held a hearing on April 22, 2021. The court allows five days of depositions on the topics designated by the plaintiffs in the letter brief. (*Id.* at 3.) The case is complex and sprawling. Courts allow more extensive Rule 30(b) depositions on complex cases akin to this one. *See, e.g.*, *Lopez v. S.F. Unified Sch. Dist.*, No. C 99-00230 SI, 2004 WL 6065998, at *3–4 (N.D. Cal. Mar. 4, 2004).

**IT IS SO ORDERED.**

Dated: April 22, 2021

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-03962-HSG (LB)