Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
mjohnson@schneiderwallace.com
tclose@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Jenny S. Yelin – 273601
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
bbien-kahn@rbgg.com
jyelin@rbgg.com

Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California 94102
Telephone: (415) 362-9800
Facsimile: (415) 362-9801
Email: kathryn@stebnerassociates.com
brian@stebnerassociates.com

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STACIA STINER, et al, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC, et al.,

Defendants.

Case No. 4:17-cv-03962-HSG

**STIPULATION AND ORDER ENLARGING PAGE LIMITATIONS FOR BRIEFING ON MOTION FOR CLASS CERTIFICATION**

WHEREAS, pursuant to the Court's Order of April 12, 2021 (ECF 232) Plaintiffs' motion for class certification will be filed by August 18, 2021;

WHEREAS, Plaintiffs are seeking certification of three separate classes and have the burden to establish that each proposed class satisfies the requirements of Federal Rule of Civil Procedure Rule 23;

WHEREAS, the evidence to be presented in support of the motion and referenced and discussed in the briefing is voluminous;

WHEREAS, Plaintiffs have prepared a draft of the brief to be filed in support of the motion and have determined, based on that effort, including initial revisions to their draft, that a minimum of forty (40) pages is necessary to adequately set forth the facts relevant to the motion and present their arguments and authorities in support of the motion in a clear, complete and accurate manner;

WHEREAS, counsel for the parties have met and conferred and have agreed, subject to this Court's approval, to an enlargement of the page limitations that would accommodate Plaintiffs' need for forty (40) pages for the motion, provide for same page length for Defendants' response in opposition to the motion and enlarge the page limitation for Plaintiffs' reply in support of the motion for class certification to twenty (20) pages;

THEREFORE, IT IS HEREBY STIPULATED, subject to approval of the Court, as follows:

1. The page limitation for Plaintiffs brief in support of their motion for class certification is enlarged to forty (40) pages.
2. Defendants may file a response in opposition to Plaintiffs' motion for class certification of up to (40) pages.
3. Plaintiffs' reply in support of the motion for class certification may be up to 20 pages in length.

IT IS SO STIPULATED.

DATED: August __, 2021

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: /s/ *Guy B. Wallace*
Guy B. Wallace
Attorneys for Plaintiffs and the Proposed Classes

DATED: August __, 2021

SEYFARTH SHAW LLP

By: /s/ *Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.
Attorneys for Defendants

**ORDER**

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED. IT IS HEREBY ORDERED that the page limitations for the parties' briefs on Plaintiffs' motion for class certification are enlarged as follows:

1. Plaintiffs shall have forty (40) pages for their motion for class certification.
2. Defendants shall have forty (40) pages for their response in opposition to the motion for class certification,
3. Plaintiffs shall have twenty (20) pages for their reply in support of their motion for class certification.

Dated: 8/9/2021

Haywood S. Gilliam, Jr.
HON HAYWOOD S. GILLIAM, JR.
United States District Judge