Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608
Telephone:    (415) 421-7100
Facsimile:    (415) 421-7105
Email:  gwallace@schneiderwallace.com
        mjohnson@schneiderwallace.com
        tclose@schneiderwallace.com
        rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Jenny S. Yelin – 273601
Amy Xu – 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:  ggrunfeld@rbgg.com
        bbien-kahn@rbgg.com
        jyelin@rbgg.com
        axu@rbgg.com

Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, California  94102
Telephone:    (415) 362-9800
Facsimile:    (415) 362-9801
Email:  kathryn@stebnerassociates.com
        brian@stebnerassociates.com

David T. Marks (pro hac vice)
Jacques Balette (pro hac vice)
**MARKS, BALETTE, GIESSEL**
**& YOUNG, P.L.L.C.**
7521 Westview Drive
Houston, TX 77055
Telephone: (713) 681-3070
Facsimile: (713) 681-2811
Email:  davidm@marksfirm.com
        jacquesb@marksfirm.com

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 - 100,<br><br>        Defendants. | Case No. 4:17-cv-03962-HSG (LB)<br><br>**DECLARATION OF RACHEL L. STEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    May 26, 2022<br>Time:    2:00 p.m.<br>Place:    Courtroom 2<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

I, Rachel L. Steyer, declare:

1.      I am an attorney duly admitted to practice before this Court.  I am an associate attorney in the law firm of Schneider Wallace Cottrell Konecky ("SWCK"), co-lead counsel of record for Plaintiffs and the Proposed Classes.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this Declaration in support of Plaintiffs' Motion for Class Certification.

2.      I have reviewed the Declarations submitted by the named Plaintiffs, putative class members, and fact witnesses in support of Plaintiffs' Motion for Class Certification.  The Declarations of putative class members and fact witnesses, which include friends and family members of current and former residents of Brookdale's California facilities, are combined in the Appendix of Declarations of Putative Class Members and Fact Witnesses ("Appendix"), comprising 82 Declarations and a total of 645 pages.  The Declarations of the named Plaintiffs are filed separately and comprise 99 additional pages.

3.      I submit this Declaration and the accompanying tables, numbered 1 through 10, for the benefit of the Court.

4.      Based on my review of the 92 Declarations submitted by the named Plaintiffs and the other putative class members and fact witnesses ("the Declarations"), I have identified 78 declarants who reported that the resident experienced access barriers that deny or denied them full and equal access to and enjoyment of the Brookdale facility in which they reside or resided.  A list of those declarants and the paragraph(s) of their Declaration in which they discuss encountering those barriers appears in Table 1 attached hereto.

5.      Of those declarants who identify putative class members who were denied full and equal access to and enjoyment of Brookdale's facilities, many described the difficulty that the putative class member had in using the bathrooms in their unit due to the lack of wheelchair turning space in the bathroom or knee space under the sink, missing or improperly placed grab bars, sinks and medicine cabinets that are too high, inaccessible toilets and other features that are not accessible.  There are at least 48 Declarations that describe such inaccessible bathrooms and the difficulty caused by such inaccessibility.  Those Declarations and the paragraphs in which

1  these inaccessible bathrooms are discussed appear in Table 2 attached to this declaration.

2      6.      One of the difficulties experienced by putative class members with mobility

3  disabilities that is frequently described in the Declarations is the difficulty in using the showers in

4  their units because of the lack of an accessible roll-in showers that comply with the applicable

5  access standards.  Thirty-seven (37) declarants describe these barriers and the difficulty they cause

6  for the putative class member.  Their Declarations and the paragraph(s) in which these barriers are

7  discussed are identified in Table 3 to this Declaration.

8      7.      Also discussed in the Declarations are many instances of inaccessible sinks,

9  counters and/or tables in both the common areas of Brookdale's facilities and resident rooms, and

10  the difficulty, fatigue and frustration that class members experience as a result of those barriers.

11  Discussions of these types of barriers are found in the Declarations identified in Table 4 to this

12  Declaration at the paragraphs specified therein.

13      8.      Many declarants describe the fact that they or their friend or family member

14  residing at Brookdale have found it difficult or impossible to use their own closets because the

15  clothing rods and shelves are too high and out of reach.  Declarations describing this barrier and

16  the paragraphs in which it is discussed are identified in Table 5, attached hereto.

17      9.      Another barrier frequently identified in the Declarations is the inability to access

18  the balcony or patio off of the resident's room due to the fact that the sliding glass door has a

19  threshold that is too high or requires too much force or pinching and grasping to open.  The

20  Declarations describing these barriers and the difficulty and frustration class members experience

21  as a result, along with the paragraphs in which these descriptions appear, are listed in Table 6.

22      10.      A number of declarants have described the impact of Brookdale's policy of

23  requiring that residents who use scooters or wheelchairs transfer out of their devices and into

24  passenger seats as a condition of using Brookdale's transportation services.  In many instances,

25  this policy has deterred residents with mobility disabilities from using Brookdale's busses to go on

26  outings.  This is discussed in the Declarations identified in Table 7 to this Declaration, in the

27  paragraphs specified in the tables.

28

11.     Declarants have also complained of the inability of residents with disabilities to utilize Brookdale's transportation services due to its limited capacity to transport wheelchair and scooter users, resulting in residents with mobility disabilities frequently missing out on outings that they would have liked to go on.  These Declarants and the paragraphs in which the discussion of this issue appears are listed in Table 8 to this Declaration.

12.     Virtually all of the named Plaintiffs, class members and family members or friends who have submitted Declarations identify insufficient staffing as a problem at Brookdale's California facilities.  They also report that they have repeatedly requested that Brookdale modify its staffing policies and practices to increase caregiver staffing so that staffing is sufficient at all times to provide the assisted living services specified in the residents' assessments prepared by Brookdale, but that Brookdale has failed to do so.  The identity of these declarants and the relevant paragraphs of their Declarations are set forth in Table 9 to this Declaration.

13.     The Declarations of the Plaintiffs, other class members and their families and fact witnesses all describe the deleterious effects resulting from staffing shortages at their facilities, including: falls resulting in broken bones or hospitalization; missed meals resulting in weight loss, dehydration, and UTIs; long response times to call buttons leaving residents to lie on the floor or struggle in the shower for hours before being discovered; improper and missed bathing; soiled clothing and unchanged diapers; and other harms to resident safety and dignity.  The list of declarants who have described such harms and the paragraphs in which they are described is attached hereto as Table 10.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on August 16, 2021 in San Francisco, California.

By: _Rachel L. Steyer_
RACHEL L. STEYER

DECL. OF RACHEL L. STEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# Table 1

Declarations identifying access barriers in Brookdale's California assisted living facilities.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶¶23-26 |
| Allen, Carole | ¶¶16-17 |
| Alvey, Clarence | ¶¶12-13 |
| Andersen, Peter | ¶¶15-16 |
| Arnhym-Yanito, Anne | ¶¶17-19 |
| Arriaga, Michael | ¶15 |
| Arsenian, Lee | ¶¶19-24 |
| Baum, Anna | ¶15 |
| Bennett, Michael | ¶¶20-21 |
| Best, Lori | ¶¶16-19 |
| Bier, Barbara | ¶¶22-24 |
| Biggs-Adams, Carrie | ¶17 |
| Bowen, Carolyn | ¶¶15-16 |
| Buff, Yvonne | ¶¶16-18 |
| Burchfiel, Marian | ¶¶19-21 |
| Caan, Bernice | ¶¶17-21 |
| Caffery, Nancy | ¶¶23-25 |
| Cannella, Karen | ¶¶16-17 |
| Carlson, Joan | ¶¶33-35 |
| Carlson, Ralph | ¶¶18-19 |
| Claussen, Tracee | ¶¶22-23 |
| Costantino, Daniela | ¶¶14-19 |
| Cuomo, Julie | ¶¶15-17 |
| Danek, Susan | ¶¶19-21 |
| DeMello, Wendy | ¶¶21-24 |
| Doane, Mona | ¶¶19-20 |
| Dubnow, Barry | ¶15 |
| Finn, Teresa | ¶¶14-16 |
| Fischer, Paula | ¶¶16-17 |
| Ford-Melka, Joanna | ¶¶20-24 |
| Frazin, Karen | ¶¶19-21 |
| Garrett, Max | ¶15 |
| Gilbertson, Anne | ¶¶19-26 |
| Hefner, Patty | ¶15 |
| Helm, Mary | ¶25 |
| Hendricks, Karen | ¶¶17-18 |
| Hernandez, Heidi | ¶¶18-24 |
| Honsvick, Ronad | ¶¶14-15 |

| | |
|---|---|
| Howard, Tina | ¶¶15-16 |
| Hughes, Lisa | ¶¶21-23 |
| Ibarra, Lucy | ¶¶17-19 |
| Ireland, Shana | ¶¶16-17 |
| Jamson, Nick | ¶¶20-23 |
| Jestrabek-Hart, Bernie | ¶¶28-29 |
| Kaplan, Michael | ¶¶19-21 |
| Kotila, Susan | ¶¶15-16 |
| Lane, Apryl | ¶¶16-17 |
| Lindstrom, Pat | ¶12 |
| Lombardi, Ray | ¶¶11-16 |
| Lytle, Michele | ¶21 |
| Maxson, Daniel | ¶¶15-20 |
| Mikell, Michelle | ¶¶20-21 |
| Osuna, Elaine | ¶¶15-17 |
| Paulsen, Charlotte | ¶¶18-20 |
| Penney, Coleen | ¶¶13-22 |
| Phelps, Patricia Anne | ¶19 |
| Pizzati, Linda | ¶¶19-23 |
| Ribich, Norma | ¶¶13-14 |
| Rons, Yvonne | ¶16 |
| Sage, Nancy | ¶¶18-20 |
| Sheek, Cory | ¶¶16-18 |
| Shepphird, Tammy | ¶¶21-23 |
| Sosebee-Barnett, Cheryl | ¶18 |
| Stiner, Stacia | ¶¶18-21 |
| Stinson, Debbie | ¶¶20-22 |
| Streem, Holly Lou | ¶¶21-24 |
| Switzer, Barbara | ¶¶17-22 |
| Vallette, Loresia | ¶¶22-23 |
| Vance, Patrick | ¶¶18-22 |
| Vanderheide, Judith | ¶¶21-23 |
| Voorhis, Ray | ¶¶16-17 |
| Walsh, Leanne | ¶¶17-18 |
| Warford, April | ¶¶21-22 |
| Weaver, Mike | ¶¶14-20 |
| Wells, Fred | ¶¶18-20 |
| White, Marilyn | ¶¶20-22 |
| Woodworth, Kathleen | ¶¶20-22 |
| Wright, Steve | ¶¶14-18 |

# Table 2

Declarations describing difficulty using resident bathrooms due to access barriers.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶24 |
| Allen, Carole | ¶16 |
| Andersen, Peter | ¶¶15-16 |
| Arnhym-Yanito, Anne | ¶18 |
| Bennett, Michael | ¶21 |
| Best, Lori | ¶16 |
| Biggs-Adams, Carrie | ¶17 |
| Burchfiel, Marian | ¶19 |
| Caan, Bernice | ¶19 |
| Carlson, Joan | ¶33 |
| Carlson, Ralph | ¶18 |
| Costantino, Daniela | ¶14 |
| Cuomo, Julie | ¶15 |
| Danek, Susan | ¶19 |
| DeMello, Wendy | ¶22 |
| Doane, Mona | ¶19 |
| Dubnow, Barry | ¶15 |
| Finn, Teresa | ¶14 |
| Fischer, Paula | ¶16 |
| Ford-Melka, Joanna | ¶20 |
| Frazin, Karen | ¶¶19-20 |
| Garrett, Max | ¶15 |
| Gilbertson, Anne | ¶¶21-22 |
| Helm, Mary | ¶25 |
| Hendricks, Karen | ¶17 |
| Hernandez, Heidi | ¶19 |
| Hughes, Lisa | ¶21 |
| Ibarra, Lucy | ¶18 |
| Ireland, Shana | ¶16 |
| Kaplan, Michael | ¶19 |
| Lane, Apryl | ¶16 |
| Lindstrom, Pat | ¶12 |
| Maxson, Daniel | ¶¶15, 18 |
| Osuna, Elaine | ¶15 |
| Paulsen, Charlotte | ¶19 |
| Penney, Coleen | ¶¶13-15 |
| Pizzati, Linda | ¶20 |
| Sheek, Cory | ¶17 |
| Shepphird, Tammy | ¶¶21-22 |

| | |
|---|---|
| Stiner, Stacia | ¶¶19-20 |
| Streem, Holly Lou | ¶22 |
| Switzer, Barbara | ¶¶17-19 |
| Vance, Patrick | ¶¶18-19 |
| Vanderheide, Judith | ¶22 |
| Voorhis, Ray | ¶16 |
| Weaver, Mike | ¶16 |
| Woodworth, Kathleen | ¶21 |
| Wright, Steve | ¶¶11, 14-16 |

# Table 3

Declarations describing difficulty for Brookdale residents with mobility disabilities in using the showers in their units because of the lack of compliant roll-in showers.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶23 |
| Allen, Carole | ¶17 |
| Arnhym-Yanito, Anne | ¶18 |
| Baum, Anna | ¶15 |
| Biggs-Adams, Carrie | ¶17 |
| Burchfiel, Marian | ¶20 |
| Caan, Bernice | ¶19 |
| Carlson, Joan | ¶33 |
| Carlson, Ralph | ¶18 |
| Claussen, Tracee | ¶23 |
| Cuomo, Julie | ¶15 |
| DeMello, Wendy | ¶23 |
| Finn, Teresa | ¶14 |
| Frazin, Karen | ¶19 |
| Garrett, Max | ¶15 |
| Gilbertson, Anne | ¶¶20, 26 |
| Hernandez, Heidi | ¶20 |
| Howard, Tina | ¶16 |
| Ibarra, Lucy | ¶18 |
| Ireland, Shana | ¶16 |
| Jamson, Nick | ¶22 |
| Kaplan, Michael | ¶19 |
| Lane, Apryl | ¶16 |
| Lombardi, Ray | ¶13 |
| Maxson, Daniel | ¶15 |
| Mikell, Michelle | ¶20 |
| Osuna, Elaine | ¶16 |
| Penney, Coleen | ¶14 |
| Pizzati, Linda | ¶20 |
| Stiner, Stacia | ¶19 |
| Streem, Holly Lou | ¶23 |
| Vance, Patrick | ¶21 |
| Vanderheide, Judith | ¶22 |
| Weaver, Mike | ¶15 |
| Wells, Fred | ¶18 |
| White, Marilyn | ¶21 |
| Wright, Steve | ¶16 |

# Table 4

Declarations describing difficulty, fatigue or frustration experienced as a result of sinks, counters and/or tables that are inaccessible.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶24 |
| Arnhym-Yanito, Anne | ¶17 |
| Arsenian, Lee | ¶¶19-20 |
| Burchfiel, Marian | ¶21 |
| Caan, Bernice | ¶19 |
| Carlson, Joan | ¶¶33-34 |
| Carlson, Ralph | ¶18 |
| Claussen, Tracee | ¶23 |
| Costantino, Daniela | ¶¶15, 17 |
| DeMello, Wendy | ¶24 |
| Finn, Teresa | ¶14 |
| Ford-Melka, Joanna | ¶21 |
| Hernandez, Heidi | ¶21 |
| Hughes, Lisa | ¶22 |
| Ibarra, Lucy | ¶19 |
| Ireland, Shana | ¶16 |
| Kaplan, Michael | ¶¶19-20 |
| Kotila, Susan | ¶16 |
| Lytle, Michele | ¶21 |
| Paulsen, Charlotte | ¶20 |
| Penney, Coleen | ¶13 |
| Pizzati, Linda | ¶20 |
| Stiner, Stacia | ¶¶19-20 |
| Streem, Holly Lou | ¶23 |
| Switzer, Barbara | ¶¶17, 19 |
| Vance, Patrick | ¶20 |
| Voorhis, Ray | ¶17 |
| Woodworth, Kathleen | ¶21 |

# Table 5

Declarations identifying closets in resident rooms that are difficult or impossible to use because the clothing rods are too high and out of reach.

| Declarant | Paragraphs |
|---|---|
| Alvey, Clarence | ¶12 |
| Arnhym-Yanito, Anne | ¶18 |
| Arsenian, Lee | ¶21 |
| Baum, Anna | ¶15 |
| Best, Lori | ¶18 |
| Bier, Barbara | ¶22 |
| Burchfiel, Marian | ¶21 |
| Caan, Bernice | ¶21 |
| Carlson, Joan | ¶33 |
| Carlson, Ralph | ¶18 |
| Costantino, Daniela | ¶¶14, 18 |
| DeMello, Wendy | ¶24 |
| Doane, Mona | ¶20 |
| Ford-Melka, Joanna | ¶22 |
| Gilbertson, Anne | ¶23 |
| Hendricks, Karen | ¶17 |
| Hernandez, Heidi | ¶22 |
| Hughes, Lisa | ¶23 |
| Ibarra, Lucy | ¶19 |
| Jamson, Nick | ¶24 |
| Kaplan, Michael | ¶20 |
| Kotila, Susan | ¶16 |
| Lytle, Michele | ¶21 |
| Maxson, Daniel | ¶16 |
| Paulsen, Charlotte | ¶20 |
| Pizzati, Linda | ¶21 |
| Ribich, Norma | ¶13 |
| Rons, Yvonne | ¶16 |
| Sosebee-Barnett, Cheryl | ¶18 |
| Stinson, Debbie | ¶20 |
| Streem, Holly Lou | ¶22 |
| Switzer, Barbara | ¶19 |
| Vance, Patrick | ¶22 |
| Vanderheide, Judith | ¶21 |

# Table 6

Declarations describing the inability of residents to access resident balconies or patios in their units because of high thresholds that cannot be negotiated with their wheelchairs or difficulty in opening the door to the balcony or patio.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶24 |
| Alvey, Clarence | ¶13 |
| Arsenian, Lee | ¶22 |
| Caan, Bernice | ¶20 |
| Costantino, Daniela | ¶14 |
| Danek, Susan | ¶20 |
| Finn, Teresa | ¶14 |
| Frazin, Karen | ¶20 |
| Gilbertson, Anne | ¶24 |
| Hendricks, Karen | ¶17 |
| Hernandez, Heidi | ¶23 |
| Ireland, Shana | ¶16 |
| Lindstrom, Pat | ¶12 |
| Lombardi, Ray | ¶14 |
| Ribich, Norma | ¶14 |
| Sheek, Cory | ¶17 |
| Stiner, Stacia | ¶19 |
| Stinson, Debbie | ¶21 |
| Streem, Holly Lou | ¶24 |

# Table 7

Declarations confirming Brookdale's enforcement of its policy of requiring that residents who use scooters or wheelchairs be required to transfer out of their devices and into passenger seats and describing the deterrent effect of that policy.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶¶20-22 |
| Bennett, Michael | ¶18 |
| Caan, Bernice | ¶16 |
| DeMello, Wendy | ¶¶25-26 |
| Frazin, Karen | ¶¶22-23 |
| Hendricks, Karen | ¶16 |
| Jestrabek-Hart, Bernie | ¶¶24-26 |
| Stinson, Debbie | ¶19 |

# Table 8

Declarations describing impact on residents with mobility disabilities of Brookdale's limited capacity to transport wheelchair and scooter users, including having to miss out on outings that they would have liked to go on.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶21 |
| Bennett, Michael | ¶19 |
| Carlson, Joan | ¶36 |
| Carlson, Ralph | ¶20 |
| Cuomo, Julie | ¶18 |
| Hefner, Patty | ¶17 |
| Howard, Tina | ¶17 |
| Penney, Coleen | ¶24 |
| Pizzati, Linda | ¶24 |
| Switzer, Barbara | ¶23 |

# Table 9

Declarations describing resident and family member requests that Brookdale increase its staff to ensure that it is sufficient at all times to provide the assisted living services specified in the residents' assessments.

| Declarant | Paragraphs |
|---|---|
| Algarme, Jeanette | ¶27 |
| Allen, Carole | ¶19 |
| Alvey, Clarence | ¶15 |
| Andersen, Peter | ¶18 |
| Arnhym-Yanito, Anne | ¶21 |
| Arsenian, Lee | ¶26 |
| Baum, Anna | ¶¶17-18 |
| Bennett, Michael | ¶23 |
| Best, Lori | ¶22 |
| Bier, Barbara | ¶26 |
| Biggs-Adams, Carrie | ¶20 |
| Bowen, Carolyn | ¶¶20-21 |
| Bruni, Paula | ¶¶19-20 |
| Buff, Yvonne | ¶20 |
| Burcell, Gail | ¶17 |
| Burchfiel, Marian | ¶23 |
| Caan, Bernice | ¶23 |
| Caffery, Nancy | ¶¶27-28 |
| Cannella, Karen | ¶¶19-20 |
| Carlson, Joan | ¶40 |
| Carlson, Ralph | ¶22 |
| Claussen, Tracee | ¶25 |
| Costantino, Daniela | ¶21 |
| Cuomo, Julie | ¶20 |
| Danek, Susan | ¶23 |
| Davenport, Marlene | ¶17 |
| DeMello, Wendy | ¶¶28-29 |
| Doane, Mona | ¶22 |
| Dubnow, Barry | ¶18 |
| Finn, Teresa | ¶18 |
| Fischer, Paula | ¶19 |
| Ford-Melka, Joanna | ¶27 |
| Frazin, Karen | ¶24 |
| Freeman, SueAnn | ¶21 |
| Garrett, Max | ¶17 |
| Gilbertson, Anne | ¶28 |
| Hefner, Patty | ¶18 |
| Helm, Mary | ¶¶27-29 |
| Hendricks, Karen | ¶20 |

| | |
|---|---|
| Hernandez, Heidi | ¶28 |
| Honsvick, Ronad | ¶18 |
| Howard, Tina | ¶18 |
| Hughes, Lisa | ¶27 |
| Ibarra, Lucy | ¶21 |
| Ireland, Shana | ¶18 |
| Jamson, Nick | ¶25 |
| Jestrabek-Hart, Bernie | ¶¶33-35 |
| Kaplan, Michael | ¶23 |
| Kotila, Susan | ¶17 |
| Lane, Apryl | ¶19 |
| Levin, Joshua | ¶16 |
| Lindstrom, Pat | ¶14 |
| Lombardi, Ray | ¶¶18, 20 |
| Lytle, Michele | ¶¶23-28 |
| Maxson, Daniel | ¶24 |
| Mikell, Michelle | ¶23 |
| Paulsen, Charlotte | ¶22 |
| Penney, Coleen | ¶26 |
| Phelps, Patricia Anne | ¶21 |
| Pizzati, Linda | ¶26 |
| Ribich, Norma | ¶17 |
| Sage, Nancy | ¶23 |
| Sheek, Cory | ¶21 |
| Sosebee-Barnett, Cheryl | ¶20 |
| Spooner, Connie Lynn | ¶¶21-22 |
| Stinson, Debbie | ¶24 |
| Streem, Holly Lou | ¶26 |
| Switzer, Barbara | ¶¶25-26 |
| Tidwell, Christina | ¶17 |
| Vance, Patrick | ¶24 |
| Vanderheide, Judith | ¶25 |
| Voorhis, Ray | ¶19 |
| Walsh, Leanne | ¶20 |
| Warford, April | ¶¶24-26 |
| Weitz, Michael | ¶18 |
| Wells, Fred | ¶22 |
| White, Marilyn | ¶24 |
| White, Sharon | ¶18 |
| Wiese, Bill | ¶14 |
| Woodworth, Kathleen | ¶23 |
| Wirth, Cheryl | ¶12 |
| Wright, Steve | ¶20 |

# Table 10

Declarations describing the impact on residents of Brookdale's failure to provide sufficient staff to meet resident needs.

| Declarant | Paragraphs | Description |
|---|---|---|
| Algarme, Jeanette | ¶¶8, 10, 11, 15, 16, 17 | (8) Fall and long response time to call button, leaving resident to lie on the floor<br>(10) Fall which resulted in hospitalization when going to bathroom<br>(11) Long delays which resulted in unwarranted danger and fall<br>(15) Cut on foot, incurred during transfer by staff. Went unaddressed by staff<br>(16) Staff member pushed wheelchair too fast over a threshold, spilled scalding coffee that was not properly sealed in thermos on Jeanette. Didn't have time to address right away, resulted in hospitalization.<br>(17) After hospitalization and stay in skilled nursing facility for burn, doctors determined she could not return to Brookdale due to insufficient staffing. |
| Allen, Carole | ¶13 | (13) Broken ankle from attempted one-person transfer (when two required) |
| Alvey, Clarence | ¶11 | (11) Long response times to call buttons leaving residents to lie on the floor or struggle in the shower for hours before being discovered |
| Arnhym-Yanito, Anne | ¶¶9-12 | (9) Delays resulting in unclothed/unchanged resident. Showering and grooming issues.<br>(10) Soiled clothing and unchanged diapers, delays resulting in bathroom accidents<br>(11-12) Failure to regulate blood sugar, resulting in ambulance |
| Arriaga, Michael | ¶¶10-11 | (10) Soiled clothing and unchanged diapers, long wait times for bathroom use<br>(11) Long response times for dressing |
| Arsenian, Lee | ¶¶11-13 | (11) UTI, soiled clothing and unchanged diapers, missed showers/improper toileting<br>(12) Improper toileting and missed showers<br>(13) Brookdale staff failed to timely notify declarant of fever for over 24 hours, didn't treat it or call 911 |
| Baum, Anna | ¶11 | (11) UTI, and improper care for UTI |
| Bennett, Michael | ¶¶12-14 | (12) Temporary caregiver woke resident abruptly at 5am to take medications, not medically necessary |

| | | |
|---|---|---|
| | | (13) Falls, inattentive care which caused fall and eventual UTI<br>(14) Inadequate assessment of resident condition, including unnecessary ER visits, one of which resulted in resident contracting COVID-19. |
| Best, Lori | ¶¶10-11 | (10) Severe UTIs due to delayed response for bathroom, delayed response to falls leaving resident laying on ground for hours.<br>(11) Understaffing resulting in uninformed staff who provided inadequate medication administration |
| Bicais, Jeanette | ¶¶18, 20-21 | (18) Soiled clothing and unchanged diapers, insufficient toileting<br>(20-21) Medically unnecessary ER visits, causing agitation and disorientation in resident |
| Bier, Barbara | ¶¶10-11, 13-14, 16 | (10) Long periods without showering, insufficient hygiene care<br>(11) Inadequate and delayed showering; rushed and hurried showering habits<br>(13) Frequent falls, staff called 911 when resident fell instead of helping her up<br>(14) Fall, 3 broken ribs, missed meals due to no help, no showering<br>(16) Improper catheter care, resulted in trip to ER |
| Biggs-Adams, Carrie | ¶¶10-12 | (10) Falls, ER visits<br>(11) Fall, long response times to call buttons leaving resident to lie on the floor for 5 hours<br>(12) Bed sores resulting from inadequate diapering and staff not moving resident in and out of chair. |
| Bowen, Carolyn | ¶¶10, 12-13 | (10) Lost over 40 pounds in eight months<br>(12) Falls, left unattended<br>(13) long wait times in response to pendant calls |
| Bruni, Paula | ¶¶12, 14-15 | (12) Failures to remind resident to attend meals, resulting in days where resident did not eat; ER visits due to collapses, without explanations from staff about what occurred.<br>(14) Improper toileting/delays in assistance resulting in accidents<br>(15) Improper eye-drop administration, resulting in further vision impairment |
| Buff, Yvonne | ¶10 | (10) Falls, long response times to call buttons leaving resident to lie on the floor. Several injuries resulted. |
| Burcell, Gail | ¶¶11-12 | (11) Inadequate diaper changing, leading to bladder infections |

| | | |
|---|---|---|
| | | (12) Falls from walking w/out walker, she was injured frequently, went to hospital 3-4 times a year from these falls. |
| Burchfiel, Marian | ¶¶10-12 | (10) Delays in assistance with showering causing resident to bathe self, endangered safety<br>(11) Delays in assistance with dressing and grooming and failures to escort resident to dining room.<br>(12) Frequently unaccompanied/delays while toileting, endangered resident, resulted in toileting accidents when delays were long. |
| Caan, Bernice | ¶¶10-12 | (10) Long delays for toileting assistance resulting infrequent accidents; long delays in bathing assistance<br>(11) Failures to escort resident to dining room for meals.<br>(12) Resident would go long periods left unattended and alone. |
| Caffery, Nancy | ¶¶12, 14-15 | (12) Went days without shower<br>(14) Staff locked resident in room; fecal droppings all over resident's room which went uncleaned<br>(15) Multiple falls; cuts to the head after one fall, found unattended in closet |
| Cannella, Karen | ¶10 | (10) Staff failed to accompany resident on walk, fell and hospitalized |
| Carlson, Joan | ¶¶14-16, 24-25 | (14) Soiled briefs, poor hygiene, fecal matter under nails<br>(15) Soiled clothing while left unattended in chair<br>(16) Caregiver refused to assist resident, told her to defecate in her diaper<br>(24) Fell, sent to hospital, Brookdale failed to notify declarant, resident left alone in hospital for hours<br>(25) Brookdale staff placed ankle monitor around resident following elopements outside in parking lot |
| Carlson, Ralph | ¶¶13, 15 | (13) Inadequate toileting assistance, resident left in wet undergarments<br>(15) Brookdale failed to notify family of resident's emergency room visit, left alone and unattended for hours |
| Claussen, Tracee | ¶¶10-13 | (10) Due to lack of regular changing, mother grew ashamed of her appearance, elected to take meals in her room<br>(11) Lack of regular showers, brushing teeth<br>(12) Lack of bathroom assistance, suffered falls<br>(13) Wet and soiled diaper briefs |

| Costantino, Daniela | ¶10 | (10) Missed two caregiver assist, one caregiver dropped resident, fell, injuring arm |
|---|---|---|
| Cuomo, Julie | ¶¶9-10 | (9) Resident vomited or passed out after taking medications on an empty stomach, contrary to instructions<br>(10) Resident waits for hours until more caregivers can assist her back into her bed after falling out |
| Danek, Susan | ¶¶11-12 | (11) Lack of bathroom assistance, left sitting for long periods of time in soiled undergarments<br>(12) Body odor due to missed showers |
| Davenport, Marlene | ¶¶10-11, 13 | (10) Suffered UTIs due to lack of proper catheter care, hospitalizations<br>(11) Missed bathing assistance<br>(13) Multiple falls, left unattended |
| DeMello, Wendy | ¶¶11-13, 15 | (11) Rushed and inadequate bathing services<br>(12) Lack of basic grooming and hygiene<br>(13) Failed bathroom assistance, resident would be covered in feces<br>(15) Lack of two-person assist, resident fell, hospitalized, passed away shortly thereafter |
| Doane, Mona | ¶¶10, 12 | (10) Missed showers and baths<br>(12) Delayed bathing services, resident soiled herself |
| Dubnow, Barry | ¶12 | (12) Failed and missed showering and bathing assistance |
| Fischer, Paula | ¶11 | (11) Resident left sitting on toilet unassisted, could not get up herself because legs went numb |
| Ford-Melka, Joanna | ¶¶12 | (12) Missed showers |
| Frazin, Karen | ¶¶10, 15-16 | (10) UTIs, led to hospitalization<br>(15) Ongoing problems with hot and potable water access, caused poor hygiene among resident, including prolonged time in soiled diaper briefs<br>(16) Resident hospitalized |
| Freeman, SueAnn | ¶¶10-12 | (10) Lack of showering, led resident to develop fungus<br>(11) Soiled diaper briefs that went unchanged<br>(12) Resident left in soiled clothes |
| Garrett, Max | ¶¶11-12 | (11) Resident hospitalized due to extreme hydration<br>(12) Lack of bathroom and showering services for five weeks |
| Gilbertson, Anne | ¶12 | (12) Inadequate bathroom assistance, resident urinated on himself, left unattended on toilet |
| Hefner, Patty | ¶¶11, 13 | (11) Missed showering and bathing services<br>(13) Falls, one left unattended for two hours, hospitalized, staples placed in head |

| | | |
|---|---|---|
| Helm, Mary | ¶18 | (18) Observed another resident left unattended on floor for twenty minutes, with lacerations to the head, hospitalized |
| Hendricks, Karen | ¶¶10-12 | (10) Missed showers and baths, left in wet and soiled diapers<br>(11) Several falls, cuts and stitches, hospitalization<br>(12) Two additional falls and hospitalizations |
| Hernandez, Heidi | ¶¶10-11, 15-16 | (10) UTIs, soiled and wet diaper briefs<br>(11) Persistent UTI that went unaddressed by staff<br>(15) Falls, hospitalizations<br>(16) Hospitalization after getting sick and vomiting, no one had cleaned resident |
| Honsvick, Ronad | ¶¶10-11 | (10) Missed showers and baths<br>(11) Resident developed paralysis on side of face that went unaddressed by staff, turned out to be Bell's Palsy |
| Howard, Tina | ¶10 | (10) Missed showers and baths |
| Hughes, Lisa | ¶16 | (16) Left unattended for hours, resident soiled herself doing this time |
| Ibarra, Lucy | ¶¶11-12 | (11) Lack of toileting assistance led to UTIs<br>(12) Fell and broke arm on account of no response, resident tried to use the restroom by herself |
| Ireland, Shana | ¶¶10-11, 14 | (10) Lack of toileting assistance, soiled and wet diaper briefs<br>(11) Lack of showers provided<br>(14) Staff failed to administer life saving cough syrup to alleviate aspiration symptoms |
| Jamson, Nick | ¶¶11, 14, 16 | (11) Regularly missed showers<br>(14) Lack of bathroom assistance, bathroom accidents<br>(16) Unnecessary hospitalization, falls due to inadequate staff training in wheelchair transitions |
| Jestrabek-Hart, Bernie | ¶¶11, 15 | (11) Missed shower services, hours long waits for showers<br>(15) Missed and rushed shower |
| Kaplan, Michael | ¶¶12-13 | (12) Left unattended in shower for over an hour<br>(13) Caregiver dropped resident while transitioning into wheelchair, sent to ER |
| Kotila, Susan | ¶10 | (10) Left unattended in room with door locked for 12 hours |
| Lane, Apryl | ¶10 | (10) Left in soiled diapers, clothing, developed rashes on buttocks and skin irritations |
| Lombardi, Ray | ¶10 | (10) Missed showers |
| Lytle, Michele | ¶¶12-13, 15-16 | (12) Resident suffered UTI and kidney failure due to poor toileting assistance<br>(13) Poor hygiene led to fungal infection |

| | | |
|---|---|---|
| | | (15) Falls, left unattended, bruised ribs<br>(16) Poor bathroom assistance, left in soiled undergarments |
| Maxson, Daniel | ¶¶9-10, 12 | (9) Resident left uncleaned in soiled bedding<br>(10) Resident left in soiled diapers so long they ruined bedding<br>(12) Missed showers, developed body odor |
| Mikell, Michelle | ¶¶12-14 | (12) Developed untreated UTIs<br>(13) Missed showers, lack of assistance<br>(14) Developed cellulitis as a result of poor care |
| Osuna, Elaine | ¶¶10, 12 | (10) Hospitalization following fall<br>(12) Poor medication administration led to resident gasping for breath, failure to provide inhaler timely |
| Paulsen, Charlotte | ¶¶10 | (10) Lack of response led resident to urinate in his diaper briefs |
| Phelps, Patricia Anne | ¶¶13 | (13) Falls precipitated by lack of response for bathroom assistance, one trip to ER |
| Pizzati, Linda | ¶¶10-11 | (10) Resident wore same clothes over and over again, some of which did not even belong to resident, harming her dignity<br>(11) Inadequate bathroom assistance, resident soiled and wet herself, developed UTIs |
| Ribich, Norma | ¶10 | (10) Resident suffered multiple falls |
| Rons, Yvonne | ¶¶10, 12 | (10) Missed showers, declarant often bathed resident herself<br>(12) Falls, resident broke her arm while trying to get out of shower alone |
| Sage, Nancy | ¶¶13 | (13) Lack of pendant response resulted in resident using the bathroom by herself, falling, being left unattended for hours, additional falls |
| Sheek, Cory | ¶¶11-12 | (11) Inadequate care with resident's colostomy bag caused spills and leaks, wet linens and bedding<br>(12) Spilled urine and fecal matter led resident to develop skin irritations |
| Shepphird, Tammy | ¶¶13 | (13) Bruise on arm from fall |
| Sosebee-Barnett, Cheryl | ¶¶10-13 | (10) Elopement from facility on account of understaffing<br>(11) UTIs, frequent falls, trips to the ER<br>(12) Vomiting due to poor medication management<br>(13) Med techs gave resident incorrect antibiotic, causing allergic reaction |
| Spooner, Connie Lynn | ¶¶10-11, 13, 15-16 | (10) Missed showers, staff failed to remind resident<br>(11) Due to missed bathing, resident began to smell<br>(13) Left in wet and soiled diaper briefs<br>(15) Medical technicians overmedicated resident for a week without any inquiry |

| | | |
|---|---|---|
| | | (16) Resident developed untreated sores and infections |
| Stinson, Debbie | ¶¶11-13 | (11) Resident forced to wait in wet and soiled diaper briefs<br>(12) Resident would be left unattended while on the toilet naked due to understaffing<br>(13) Resident fell while attempting to use the toilet after ringing for assistance and no one responded |
| Streem, Holly Lou | ¶¶12-14 | (12) Lack of regular showers, resident developed body odor<br>(13) Resident left sitting in wet or soiled diaper briefs for extended periods of time, especially in evenings<br>(14) Resident developed rash along groin due to sitting in dirty diapers |
| Switzer, Barbara | ¶¶11-12 | (11) Resident left in wet or soiled diapers, developed catheter infections<br>(12) Lack of hygiene assistance led resident to develop infection, had to be hospitalized |
| Tidwell, Christina | ¶¶9-12 | (9) Lack of bathing services provided<br>(10) Lack of dental hygiene got so poor resident had to pull out teeth<br>(11) Resident lost weight because staff failed to deliver meals<br>(12) Other residents entered resident's room, staff unaware |
| Vance, Patrick | ¶¶12-13, 15 | (12) Lack of bathroom assistance led to resident falling when attempting to use the restroom himself<br>(13) Resident fell while attempting to get out of bed, staff left him on the floor while calling 911 because there was not enough staff to help him off the floor<br>(15) Resident was able to get outside facility into parking lot in electric scooter unattended, would fall over |
| Vanderheide, Judith | ¶¶13, 15 | (13) Missed showers<br>(15) Due to understaffing other residents have been able to enter the resident's room, threatening safety |
| Voorhis, Ray | ¶¶10, 13 | (10) Missed showers and baths, resident developed body odor<br>(13) Numerous falls due to bathroom accidents, trips to the hospital, serious injuries |
| Walsh, Leanne | ¶¶10, 12 | (10) Missed bathroom assistance, resident would attempt to toilet herself, fall in the process<br>(12) Resident discovered on the ground crying after fall, strong odor of feces due to not getting toileted |

| | | |
|---|---|---|
| Warford, April | ¶¶14, 17 | (14) Resident left in soiled, vomit covered clothing for four days<br>(17) Resident went nearly three weeks without a shower or bath |
| Weaver, Mike | ¶10 | (10) Missed showers due to understaffing |
| Weitz, Michael | ¶¶10-11 | (10) Missed showers and baths due to understaffing<br>(11) Staff left resident for hours in soiled and wet diaper briefs |
| Wells, Fred | ¶¶10-12, 17 | (10) Lack of showers, body odor<br>(11) Missed dressings left resident in soiled and wet undergarments<br>(12) Elopement outside the facility, fell trying to climb stairwell, suffering concussion and fractured hip<br>(17) Feces found on resident's bathroom floor |
| White, Marilyn | ¶11 | (11) Missed showers, service inconsistently provided |
| White, Sharon | ¶10 | (10) Left in soiled diaper briefs, body odor |
| Wiese, Bill | ¶10 | (10) Inconsistent showers, left unattended on the toilet when rang call button for assistance |
| Wirth, Cheryl | ¶¶9-10 | (9) Lack of regular bathing assistance, resident's genitals became inflamed due to poor grooming and hygiene assistance<br>(10) Lack of dressing and grooming left resident in urine-soaked clothes without getting changed |
| Woodworth, Kathleen | ¶¶11, 14-16 | (11) Missed showers, did not get allotted number of showers per week<br>(14) Caregivers failed to change resident's wet and urine-soaked clothes and diaper briefs while waiting for meals<br>(15) Resident allowed to sleep in dirty and soiled clothes, no staff available to change resident into pajamas<br>(16) Developed strong odor due to unchanged and soiled diaper briefs |
| Wright, Steve | ¶10 | (10) Resident went weeks before receiving initial bath, rarely got proper showers despite paying for two-person assist |