# EXHIBIT A

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|-------------------|-------------------------------------|

### Overview

Three-story facility with 102 assisted living and 15 memory care sleeping rooms, common areas and parking lot. The facility was originally constructed at a time that the 1998 CBC and 1991 ADA Standards for Accessible Design (ADAAG) standards applied. The inspection included all common areas, parking lot and all assisted living rooms to which I was permitted access.

### Abbreviations

| | |
|---|---|
| AFF | Above finish floor |
| ISA | International Symbol of Accessibility |
| PROW | Pedestrian right of way |

### Primary Building Main Entrance/Exit Porte Cochere with Six Guest/Visitor Parking Spaces
At least one accessible parking space is required in this lot, including at least one that is van accessible; two spaces are provided that are designated accessible, including one designated as van accessible

### Double Designated Accessible Parking Space at Main Entrance
Left stall designated "VAN ACCESSIBLE"; Both designated "GUEST PARKING ONLY"

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|-------------------|-------------------------------------|
| 1 | Tow Away Warning Signage | Does the tow away warning signage clearly state "Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense. Towed vehicles may be reclaimed at ___ or by telephoning___" with the appropriate contact information filled in as a permanent part of the sign? | 11B-502.8.2 | 1129B.5 | N/A | N/A | **Barrier:** A single tow away warning sign is posted at the lot entrance but does not include contact information and the wording is outdated, stating: "Unauthorized vehicles not displaying distinguishing placards or license plates issued for disabled persons will be towed away at owner's expense. Towed vehicles may be reclaimed at _____ or by telephoning _____ "<br>**Barrier Removal:** Remove and replace existing sign on existing standard using correct wording and appropriate contact information.<br>**Photos:** 0793 & 0831 |
| 2 | Surface characteristics | Is the surface of the parking stall stable, firm and slip resistant, free of gaps exceeding 1/2" in width, and free of changes in level, except for slopes not exceeding 1:48 (≈2.1%)? | 11B-502.4 | 1129B.4.4 | 4.6.3 | 502.4 | **Barrier:** The white portions of the pavement ISA symbol and border are stamped into the surface of the concrete at both parking stalls, creating multiple level changes of 1/8" or more. In addition, The surface slopes along the tail end of the parking stalls and access aisle measure 2.7%<br>**Barrier Removal:** Remove and replace the concrete ISA symbols and the concrete along the rear of the parking stalls and access aisle.<br>**Photos:** 0792 thru 0803 |

### Perpendicular Curb Ramp between Accessible Parking Access Aisle and Main Entrance Approach

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|-------------------|-------------------------------------|
| 3 | Running slope | Is the running slope not steeper than 1:12 (≈8.33%)? | 11B-406.2.1 | 1127B.5.3 | 4.8.2 | 405.2 | **Barrier:** Running slope measures up to 9.1%<br>**Barrier Removal:** Remove and replace the curb ramp<br>**Photos:** 0804 thru 0806 |
| 4 | Side Flare slope | Are side flare slopes not steeper than 1:10 (10.0%)? | 11B-406.2.2 | 1127B.5.3 | 4.7.5 | 406.3 | **Barrier:** Side flare slopes measure 13.3% and 13.4%<br>**Barrier Removal:** Remove and replace the curb ramp side flares<br>**Photos:** 0808 thru 0812 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Primary Building Entrance/Required Exit** Low power double door with actuator plates inside and outside operating both door leaves ||||||||
| 5 | Tactile Exit Sign - | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the interior) and centered on an 18" x 18" clear floor space? | 11B-216.4.1 & 1013.4 | N/A | 4.1.3. (16) (a) | 216.4.1 | **Barrier:** When an illuminated exit sign is required a tactile exit sign is also required.  The required sign is not provided. **Barrier Removal:** Provide a tactile exit sign **Photos:**  0789, 0790 & 0817 |
| **Rear Building Entrance/Exit with Parking Lot and Passenger Loading Zone** Parking lot comprising 24 parking spaces and one passenger loading zone. At least one accessible parking space is required in this lot, including at least one that is van accessible; four spaces are provided that are designated accessible, with none designated as van accessible. Note: construction documents require use of 32 spaces plus 33 additional spaces located off-site at the adjacent property. As such, this lot comprising 24 plus the 33 located off site number a total of 57 parking spaces provided in the lot, requiring at least two accessible parking spaces, including at least one that is van accessible (Reference "PROJECT ANALYSIS" Sheet # 0.10, dated 8/28/2000, submitted for plan check 11/22/1999). ||||||||
| **Parking Lot** ||||||||
| 6 | Tow Away Warning Signage | Is a tow away warning sign posted conspicuously at each entrance to the parking lot, or provided immediately adjacent to and visible from each accessible parking space? | 11B-502.8 | 1129B.5 | N/A | N/A | **Barrier:**  There are three possible entrances to this parking area, two of which appear to be off-site. There is no tow away sign at any of the three entrances, including the East side entrance from Brookhurst St., which is on-site **Barrier Removal:** Provide signs posted conspicuously at each entrance. or immediately adjacent to and visible from each accessible parking space |
| 7 | Required Van Accessible Stalls | Is at least one of every six or portion thereof required accessible parking stalls van accessible? (Note:  for ADAAG -at least one of every eight or portion thereof of provided accessible stalls) | 11B-502.8 | 1129B.1 | 4.1.2 (5) (b) | 208.2.4 | **Barrier:**  None provided **Barrier Removal:**  Convert one existing standard designated accessible parking stall to van accessible by providing a van accessible sign below the ISA and create an adjacent access aisle that is at least 8'-0" wide. **Photos:**  0773 |
| **West Side Single Designated Accessible Parking Space** One of four such spaces at this location that are designated as accessible ||||||||
| 8 | Access Aisle | Is an access aisle provided adjacent to the accessible parking space? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** No access aisle is provided. The area to the west side of the parking space is a structure and the area to the East side is a parking space **Barrier Removal:**  Provide adjacent access aisle by applying surface markings and relocating parking as necessary **Photos:** 0735 |
| 9 | Parking Space Width | Is the parking space at least 108 inches (9'-0") wide? | 11B-502.2 | 1129B.4.1 | N/A | N/A | **Barrier:** The space is delineated as 103" wide (8'-7"). **Barrier Removal:**  Blackout surface striping and re-stripe to provide required width **Photos:** 0735, 0736, 0739 |
| 10 | Surface Markings – ISA Symbol | Is the parking space marked with a min. 36" by 36" ISA in white on a blue background, centered within 6" of the width of the parking space and located at the rear of the space?. | 11B-502.6.4 | 1129B.51& 2 | N/A | N/A | **Barrier:**  ISA marking is not  provided **Barrier Removal:**  Provide surface painted ISA **Photos: 0736** |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

Access Compliance Evaluation Survey Barrier Report
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 11 | Signage Placement - Height | Is the bottom of the identification sign at least 60" above the ground surface? | 11B-502.6 | N/A | N/A | 502.6 | **Barrier:** it is 49" high<br>**Barrier Removal:** Raise the sign<br>**Photos:** 0736 |
| 12 | Surface characteristics | Is the surface of the parking stall stable, firm and slip resistant, free of gaps exceeding 1/2" in width, and free of changes in level, except for slopes not exceeding 1:48 (≈2.1%)? | 11B-502.4 | 1129B.4.4 | 4.6.3 | 502.4 | **Barrier:** The surface slopes along the head end of the space and potential adjacent access aisle measure 6.0% at the concrete gutter. The overall length of the space and other parking spaces in the row is 17'-0" rather than the 18'-0" min. required by California standards. Therefore the concrete gutter must be included in the required length of the parking stall.<br>**Barrier Removal:** Remove and replace the concrete gutter at the existing parking space and the adjacent proposed access aisle serving the parking space<br>**Photos:** 0757 & 0758 |

**Second from West Side Single Designated Accessible Parking Space**
One of four such spaces at this location that are designated as accessible

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 13 | Access Aisle | Is an access aisle provided adjacent to the accessible parking space? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** No access aisle is provided. The areas to each side of the parking space are other parking spaces<br>**Barrier Removal:** Provide adjacent access aisle by applying surface markings and relocating parking as necessary<br>**Photos:** 0743 |
| 14 | Parking Space Width | Is the parking space at least 108 inches (9'-0") wide? | 11B-502.2 | 1129B.4.1 | N/A | N/A | **Barrier:** The space is 90" wide (7'-6""').<br>**Barrier Removal:** Blackout surface striping and re-stripe<br>**Photos:** 0743, 0744, 0745 |
| 15 | Surface Markings – ISA Symbol | Is the parking space marked with a min. 36" by 36" ISA in white on a blue background, centered within 6" of the width of the parking space and located at the rear of the space? | 11B-502.6.4 | 11B-502.6.4 | N/A | N/A | **Barrier:** No ISA marking is provided<br>**Barrier Removal:** Provide surface painted ISA<br>**Photos:** 0736 |
| 16 | Surface characteristics | Is the surface of the parking stall stable, firm and slip resistant, free of gaps exceeding 1/2" in width, and free of changes in level, except for slopes not exceeding 1:48 (≈2.1%)? | 11B-502.4 | 1129B.4.4 | 4.6.3 | 502.4 | **Barrier:** The surface slopes along the head end of the space and potential adjacent access aisle measure 9.6% at the concrete gutter. The overall length of the space and other parking spaces in the row is 17'-0" rather than the 18'-0" min. required by California standards. Therefore the concrete gutter must be included in the required length of the parking stall.<br>**Barrier Removal:** Remove and replace the concrete gutter at the existing parking space and the adjacent proposed access aisle serving the parking space<br>**Photos:** 0759 thru 0761 |

**Third from West Side Single Designated Accessible Parking Space**
One of four such spaces at this location that are designated as accessible

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 17 | Access Aisle | Is an access aisle provided adjacent to the accessible parking space? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** No access aisle is provided. The areas to each side of the parking space are other parking spaces<br>**Barrier Removal:** Provide adjacent access aisle by applying surface markings and relocating parking as necessary, in order to maximize parking capacity, consider locating one access aisle between and serving two accessible parking spaces<br>**Photos:** 0749 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-----|
| 18 | Parking Space Width | Is the parking space at least 108 inches (9'-0") wide? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** The space is 90-1/2" wide (7'-6-1/2""). **Barrier Removal:** Blackout surface striping and re-stripe **Photos:** 0747, 0748, 0749 |
| 19 | Surface Markings – ISA Symbol | Is the parking space marked with a min. 36" by 36" ISA in white on a blue background, centered within 6" of the width of the parking space and located at the rear of the space? | 11B-502.6.4 | 1129B.51& 2 | N/A | N/A | **Barrier:** No ISA marking is provided **Barrier Removal:** Provide surface painted ISA **Photos:** 0750 |
| 20 | Surface characteristics | Is the surface of the parking stall stable, firm and slip resistant, free of gaps exceeding 1/2" in width, and free of changes in level, except for slopes not exceeding 1:48 (≈2.1%)? | 11B-502.4 | 1129B.4.4 | 4.6.3 | 502.4 | **Barrier:** The surface slopes along the head end of the space and potential adjacent access aisle measure 9.6% at the concrete gutter. The overall length of the space and other parking spaces in the row is 17'-0" rather than the 18'-0" min. required by California standards. Therefore the concrete gutter must be included in the required length of the parking stall. **Barrier Removal:** Remove and replace the concrete gutter at the existing parking space and the adjacent proposed access aisle serving the parking space **Photos:** 0765 & 0766 |

### East Side Single Designated Accessible Parking Space
One of four such spaces at this location that are designated as accessible

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-----|
| 21 | Access Aisle | Is an access aisle provided adjacent to the accessible parking space? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** No access aisle is provided. The areas to each side of the parking space are other parking spaces **Barrier Removal:** Provide adjacent access aisle by applying surface markings and relocating parking as necessary **Photos:** 0768, 0769 & 0771 |
| 22 | Parking Space Width | Is the parking space at least 108 inches (9'-0") wide? | 11B-502.2 | 1129B.4.1 | 4.6.3 | 502.2 | **Barrier:** The space is 90" wide (7'-6""). **Barrier Removal:** Blackout surface striping and re-stripe **Photos:** 0750, 0751, 0752 |
| 23 | Surface Markings – ISA Symbol | Is the parking space marked with a min. 36" by 36" ISA in white on a blue background, centered within 6" of the width of the parking space and located at the rear of the space? | 11B-502.6.4 | 1129B.51& 2 | N/A | N/A | **Barrier:** None provided **Barrier Removal:** Provide surface painted ISA **Photos:** 0771 |
| 24 | Parking Location | Is the space located on the shortest accessible route from parking to the entrance? | 11B-208.3.1 | 1129B.4 | 4.6.2 | 208.3.1 | **Barrier:** At least two non-accessible parking spaces are closer to the entrance (the first and third adjacent spaces to the West) **Barrier Removal:** Re-stripe parking so that the accessible spaces are the closest to the entrance **Photos:** 0773 |

### Accessible Route between Designated Accessible Parking and Entrance
Includes the yellow hatched passenger loading zone access aisle

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-----|
| 25 | Running Slope | Is the slope of the route measured in the direction of travel no more than 1:20 (5.0%), or configured as a ramp? | 11B-403.3 | 1133B.7.3 | 4.3.7 | 403.3 | **Barrier:** The entire length of the hatched area has excessive running slope, measured up to 7.2% and lacks ramp features **Barrier Removal:** Provide asphalt overlay and surface striping **Photos:** 0777 thru 0784 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 26 | Detectable Warnings at Hazardous Vehicular Areas | Are detectable warnings provided where a walk crosses or adjoins a vehicular way and the walking surfaces are not separated by curbs, railings or other elements? | 11B-247.1.2.5 | 1133B.8.5 | N/A | N/A | **Barrier:** None provided between entrance and parking area **Barrier Removal:** Provide a line of surface applied truncated domes, 36" long in the direction of travel and fifteen feet wide. **Photos:** 0778 |

**Passenger Loading Zone**
Yellow hatched area in front of entrance – also serves as a portion of the accessible route between designated accessible parking spaces and the entrance

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 27 | Surface characteristics | Is the surface of the space and access aisle stable, firm and slip resistant, free of gaps exceeding 1/2" in width, and free of changes in level, except for slopes not exceeding 1:48 (≈2.1%)? | 11B-503.4 | 1131B.2.1 | 4.6.6 | 503.4 | **Barrier:** The entire length of the hatched area has excessive slopes measured up to 7.2% **Barrier Removal:** Provide asphalt overlay and surface striping **Photos:** 0777 thru 0784 |

**Rear Building Entrance/Exit**
Low power double door with actuator plates inside and outside operating both door leaves

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 28 | Tactile Exit Sign | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the interior) and centered on an 18" x 18" clear floor space? | 11B-216.4.1 & 1013.4 | 1117B.5.6.1 | 4.1.3. (16) (a) | 216.4.1 | **Barrier:** When an illuminated exit sign is required a tactile exit sign is also required. The required sign is not provided. **Barrier Removal:** Provide a tactile exit sign **Photos:** 0788 & 0789 |

**Aggregate Facility Aspects**
In the interest of report brevity, this aspect is aggregated as described

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 29 | Tactile Text and numerals at Permanent Identification Signage | Tactile characters are san-serif, and are neither italic, oblique, script, highly decorative, nor other unusual forms | 11B-703.2.3 | 1117B.5.6.1 | 4.30.4 | 703.2.3 | **Barrier:** Where tactile characters are provided at permanent identification signs, restroom wall signs and wall-mounted exit signs, they are of a text design that includes serifs. This item applies to all such signage at the facility. **Barrier Removal:** Remove and replace tactile signs **Photos:** 0002 |

**1st Floor Common Areas**

**Dining Room Main Entrance from Foyer/Required Exit**
Double fire door on magnetic hold-open devices

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 30 | Identification Signage - Location | Is the tactile sign provided to the right of the right hand door at double doors with two active leaves, or if no wall space is available, at the nearest adjacent wall? | 11B-703.4.2 | 1117B.5.9 | 4.30.6 | 703.4.2 | **Barrier:** Space is available at the right side of the right hand door, however the sign is placed at the left side of the left hand door. **Barrier Removal:** Relocate sign **Photos:** 0002 & 0003 |
| 31 | Tactile Exit Sign - Provided | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the dining room side) and centered on an 18" x 18" clear floor space? | 11B-216.4.1 & 1013.4 | 1117B.5.6.1 | 4.1.3. (16) (a) | 216.4.1 | **Barrier:** When an illuminated exit sign is required a tactile exit sign is also required. The required sign is not provided. **Barrier Removal:** Provide a tactile exit sign **Photos:** 0016 |

**Brookdale – Brookhurst Facility**

**Access Compliance Evaluation Survey Barrier Report**

15302 Brookhurst St., Westminster, CA 92683

Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Dining Room** | | | | | | | |
| 32 | Dining/Work Surfaces | At dining / work surfaces is the required knee space, 30" wide x 27" high x 19" deep, provided? | 11B-902.4 | 1122B.3 | 4.32.2 & 4.2.4 & 28 CFR § 36.201 (a) | 902.4 & 28 CFR § 36.201 (a) | **Barrier:**  There are eighteen non-fixed tables providing seventy-two total seats, requiring a min. of four accessible seating positions. The knee and toe clearances at all tables is partially obstructed by table bases<br>**Barrier Removal:**  Remove and replace two dining tables providing a total of four accessible seating positions<br>**Photos:  0018 thru 0021** |
| **Dining Room Minor Entrance from Corridor/Required Exit** | | | | | | | |
| Double fire door on magnetic hold-open devices | | | | | | | |
| 33 | Identification Signage - Location | Is the tactile sign provided to the strike side of a single door and centered on an 18" x 18" clear floor space that is provided beyond the arc of any door swing between the closed position and 45 degree open? | 11B-703.4.2 | 1117B.5.9 | 4.30.6 | 703.4.2 | **Barrier:**  The door swings over the 18" x 18" clear floor space.<br>**Barrier Removal:**  Relocate the sign so that the centerline is at least 9" away from the door strike edge<br>**Photos:  0026** |
| 34 | Tactile Exit Sign - | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the dining room side) and centered on an 18" x 18" clear floor space that is provided beyond the arc of any door swing between the closed position and 45 degree open? | 11B-216.4.1 & 1013.4 | 1117B.5.6.1 | 4.1.3. (16) (a) | 216.4.1 | **Barrier:**  When an illuminated exit sign is required a tactile exit sign is also required.  The required sign is not provided.<br>**Barrier Removal:**  Provide a tactile exit sign<br>**Photos:  0022** |
| 35 | Door Hardware Height | Are the operable parts of door hardware from 34" min. to 44" max. AFF? | 11B-404.2.7 | 1133B.2.5.1 | N/A | N/A | **Barrier:**  The pull side handle is centered at 45-1/4" AFF<br>**Barrier Removal:**  Relocate hardware<br>**Photos:  0026 & 0028** |
| **Door to Courtyard from Dining Room** | | | | | | | |
| First of five entrances to the Courtyard. Automatic low power double door with interior and exterior actuators – both leaves active | | | | | | | |
| 36 | Door Threshold | Is the threshold no higher than 1/2", and has a maximum vertical edge height of 1/4", and if higher than 1/4", the portion between 1/4" and 1/2" in height is beveled at 1:2 max.? | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:**  Overall threshold height is 1-3/16" high with a vertical edge of 3/4" high.<br>**Barrier Removal:**  Remove and replace threshold and exterior concrete door landing<br>**Photos:  0031 thru 0033 & 0041** |
| **Door to Courtyard from Lobby** | | | | | | | |
| Second of five entrances to the Courtyard. Automatic low power double door with interior and exterior actuators – both leaves active | | | | | | | |
| 37 | Door Maneuvering Area Surface | Are the required door maneuvering clearance areas stable, firm and slip resistant, free of excessive gaps, abrupt edges, and slopes exceeding 1:48 (≈2.1%)? | 11B-302.2 | 1133B.2.4.2 | 4.13.6 & 28 | 302.2 & 28 | **Barrier:**  The gap between the tile and the metal threshold is 3/4" wide and over 1/4" deep and there is a bull-nosed shaped abrupt edge at the transition between the concrete and stamped concrete surfaces at the exterior maneuvering area that varies from 3/8" to 1/2" in height<br>**Barrier Removal:**  Fill gap between threshold and tile with epoxy and remove and replace a portion of the exterior door landing<br>**Photos:  0088 thru 0098** |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Door to Courtyard from Corridor at East Side of Lobby** | | | | | | | |
| **Third of five entrances to the Courtyard. Double door with both leaves active** | | | | | | | |
| 38 | Door operating Force | Is the opening force of the door not more than 5lbs? | 11B-404.2.9.3 & 11B-108 | 1133B.2.5.1 & 1101B.3.1 & 2 | N/A | N/A | **Barrier:** The opening force measured 12 lbs. at the East side door and 10 lbs. at the West side door **Barrier Removal:** Adjust the door closers **Photos:** 0104 & 0105 |
| 39 | Door Threshold | Is the threshold no higher than 1/2", and has a maximum vertical edge height of 1/4", and if higher than 1/4", the portion between 1/4" and 1/2" in height is beveled at 1:2 max.? | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** Overall threshold height varies from 7/8" to 1" high with vertical edge of 1/2" high. **Barrier Removal:** Remove and replace threshold and exterior concrete door landing **Photos:** 0107 thru 0110 |
| **Door to Courtyard from Corridor at West Side of Lobby** | | | | | | | |
| **Fourth of five entrances to the Courtyard. Double door with both leaves active** | | | | | | | |
| 40 | Door operating Force | Is the opening force of the door not more than 5lbs? | 11B-404.2.9.3 & 11B-108 | 1133B.2.5.1 & 1101B.3.1 & 2 | N/A | N/A | **Barrier:** The opening force measured 11 lbs. at the East side door and 12 lbs. at the West side door **Barrier Removal:** Adjust the door closers **Photos:** 0113 & 0114 |
| 41 | Door Threshold | Is the threshold no higher than 1/2", and has a maximum vertical edge height of 1/4", and if higher than 1/4", the portion between 1/4" and 1/2" in height is beveled at 1:2 max.? | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** Overall threshold height varies from 1" to 1-1/8" high with vertical edge of 3/4" high. **Barrier Removal:** Remove and replace threshold and exterior concrete door landing **Photos:** 0116 thru 0119 |
| **Door to Courtyard from Corridor at West Side Near Room 125** | | | | | | | |
| **Fifth of five entrances to the Courtyard. Double door with keypad operator -found locked during inspection** | | | | | | | |
| 42 | Door Threshold | Is the threshold no higher than 1/2", and has a maximum vertical edge height of 1/4", and if higher than 1/4", the portion between 1/4" and 1/2" in height is beveled at 1:2 max.? | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** Overall threshold height is greater than 1" and is shaped as a 1:1 bevel **Barrier Removal:** Remove and replace threshold and exterior concrete door landing **Photos:** 0129 thru 0132 |
| 43 | Accessible Reach Range – Forward Approach | Are the operable parts of elements accessed by forward approach no higher than 48" above the surface of the clear space? | 11B-308.2.1 | 1118B.5 | 4.2.5 | 308.2.1 | **Barrier:** The keypad operator is required to unlock the door. It is mounted to allow only forward approach and the highest buttons are 51-1/4" above the clear space surface **Barrier Removal:** Relocate keypad **Photos:** 0125 & 0126 |
| **Courtyard Features** | | | | | | | |
| 44 | Overhead Hazards | Is a vertical clearance of min. 80" AFF provided at circulation areas, unless protected by a barrier? | 11B-307.4 | 1121B.2 | 4.4.2 & 28 CFR §36.211 | 307.4 & 28 CFR §36.211 | **Barrier:** Two umbrellas and three tree branches overhang circulation areas, reducing overhead clearance, varying from 71" to 75" above the surface of the ground **Barrier Removal:** Raise umbrellas and trim landscaping **Photos:** 0133 thru 0136 & 0141 thru 0144 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

Access Compliance Evaluation Survey Barrier Report
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|
| 45 | Dining/Work Surfaces | At dining / work surfaces is the required knee space, 30" wide x 27" high x 19" deep, provided? | 11B-902.4 | 1122B.3 | 4.32.2 & 4.2.4 & 28 CFR § 36.201 (a) | 902.4 & 28 CFR § 36.201 (a) | **Barrier:**  There are five tables of two types offering a total of 22 seats (One seating six and four seating four each), requiring a minimum of two accessible seats. Table bases partially obstruct the knee and toe space at all locations  **Barrier Removal:**  Provide a table offering two accessible seating positions with the necessary knee and toe clearance  **Photos:**  0052, 0055, 0057, 0061, 0062, 0066 & 0068 |

| | **Private Dining Room**  Entrance from Foyer - One of two entrances | | | | | | |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|
| 46 | Identification Signage - Location | Is the tactile sign provided to the strike side of a single door and centered on an 18" x 18" clear floor space that is provided beyond the arc of any door swing between the closed position and 45 degree open? | 11B-703.4.2 | 1117B.5.9 | 4.30.6 | 703.4.2 | **Barrier:**  The sign is located at the latch side however is too far away from the door  **Barrier Removal:**  Relocate the sign to the glazing panel so that it is closer to the door  **Photos:**  0145 |
| 47 | Door operating Force | Is the opening force of the fire door not more than required by the administrative authority but in no case no more than15lbs? | 11B-404.2.9.3 & 11B-108 | 1133B.2.5.1 & 1101B.3.1 & 2 | 4.13.11 & 28 CFR §36.211 | 404.2.9 & 28 CFR §36.211 | **Barrier:**  The opening force measured 17 lbs.  **Barrier Removal:**  Adjust the door closer to the minimum required by the administrative authority and no more than 15 lbs.  **Photos:**  0145 & 0146 |

| | **Private Dining Room**  Seating/Work Surface | | | | | | |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|

| | **Library Counter/Sink** | | | | | | |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|
| 48 | Work Counter – Height | Is the height of the work counter not more than 34" above the floor? | 11B-902.3 | 1122B.4 | 4.32.4 | 902.3 | **Barrier:**  The height of the counter is more than 34" above the floor; measured at 35-1/2" AFF.  **Barrier Removal:**  Provide a counter not more than 34" high above the floor.  **Photos:**  0164 & 0165 |
| 49 | Soap/Sanitizer Dispenser – Height | Is the operable part provided with a forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 | 4.2.5 | 308.2.1 | **Barrier:**  The operable part of the dispenser is 51-1/2" AFF with a clear space positioned for forward approach  **Barrier Removal:**  Relocate the surface-mounted dispenser  **Photos:**  0166 |
| 50 | Sink - Rim Height | Is the height of the sink rim no more than 34" AFF? | 11B-606.3 | N/A | 4.24.2 | 606.3 | **Barrier:**  The height of the sink rim is more than 34" above the floor; measured at 35-1/2" AFF  **Barrier Removal:**  Modify existing counter or replace to provide a counter/sink not more than 34" high above the floor  **Photos:**  0164 & 0165 |
| 51 | Sink – Knee and Toe Clearance | Is the required knee and toe space, 30" wide x 27" high x 19" deep, provided? | 11B-606.2 | N/A | 4.24.3 | 606.2 | **Barrier:**  None provided – the base cabinet has a raised bottom platform located under the sink that obstructs knee and toe clearance  **Barrier Removal:**  Modify base cabinet to provide the required knee and toe clearances  **Photos:**  0164 & 0168 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

Access Compliance Evaluation Survey Barrier Report
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| **Activity Room Minor Entrance** | | | | | | | |
| Fire door at North side of Activity Room at corridor - found held open with magnetic hold open device | | | | | | | |
| 52 | Door – Closing Speed | Is the closing speed of the door not less than 5-seconds? | 11B-404.2.8 | N/A | 4.13.10 & § 36.211 | 404.2.8 & § 36.211 | **Barrier:** The closing speed is less than 5-seconds; measured at 2.5 seconds. **Barrier Removal:** Adjust the door closer as required so the closing speed is not less than 5-seconds. **Photos:** 0178, 0183, 0185 & 0187 |
| **Activity Room** | | | | | | | |
| 53 | Work Counter - Height | Is the height of the work counter not more than 34" above the floor? | 11B-902.3 | 1122B.4 | 4.32.4 | 902.3 | **Barrier:** The height of the counters are more than 34" above the floor; measured at 36" to 36-1/2" AFF **Barrier Removal:** Provide a counter not more than 34" high above the floor. **Photos:** 0172 thru 0175 |
| 54 | Sink - Rim Height | Is the height of the sink rim no more than 34" AFF? | 11B-606.3 | N/A | 4.24.2 | 606.3 | **Barrier:** The height of the sink rim is more than 34" above the floor; measured at 36-1/2" AFF **Barrier Removal:** Modify existing counter or replace to provide a counter/sink not more than 34" high above the floor **Photos:** 0173 & 0175 |
| 55 | Sink – Knee and Toe Clearance | Is the required knee and toe space, 30" wide x 27" high x 19" deep, provided? | 11B-606.2 | N/A | 4.24.3 | 606.2 | **Barrier:** None provided – the base cabinet has a raised bottom platform located under the sink that obstructs knee and toe clearance **Barrier Removal:** Modify base cabinet to provide knee and toe clearances **Photos:** 0174 |
| 56 | Dining/Work Surfaces | At dining / work surfaces is the required knee space, 30" wide x 27" high x 19" deep, provided? | 11B-902.4 | 1122B.3 | 4.32.2 & 4.2.4 & 28 CFR § 36.201 (a) | 902.4 & 28 CFR § 36.201 (a) | **Barrier:** There are three non-fixed tables providing twelve total seats, requiring a min. of one accessible seating position. The knee and toe clearances at all tables is partially obstructed by table bases **Barrier Removal:** Remove and replace one table providing at least one accessible seating position **Photos:** 0170 & 0183 |
| **All-Gender single Accommodation Restroom at Dining Room at South Side (Room 127 on Building Plans)** | | | | | | | |
| 57 | Signage – Geometric Symbol Door Sign | Is a compliant geometric symbol door sign in a color that contrasts with the door provided? | 11B-703.7.2.6.2 | 1115B.5 | NA | NA | **Barrier:** The geometric symbol door sign is not provided. **Barrier Removal:** Provide a geometric symbol door sign with a light-colored triangle within a dark colored circle on the light-colored door. **Photos:** 0606 |
| 58 | Toilet – Clear Space at Toilet | Is a minimum 48" long clear space provided in front of the toilet? | 11B-604.3.1 and 11B-108 | 1115B.7.2 and 1101B.3.1 & 2 | N/A | N/A | **Barrier:** The clearance is provided to the wall however at the time of my inspection I found it partially obstructed by a non-fixed waste receptacle. **Barrier Removal:** Remove the movable waste receptacle –there is a built-in receptacle installed in this restroom. **Photos:** 0610 |
| 59 | Toilet – Clear Space at Toilet | Is the clear space provided between the toilet and adjacent lavatory at least 28"? (1998 CBC requirement). Is the clear space provided a min. 42" wide measured from centerline of toilet? (Pertinent to ADAAG). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & | 604.3.1 | **Barrier:** The clear space is less than 60" measured perpendicular to the side wall adjacent the toilet; measured at 47" to the lavatory. The distance between the toilet and lavatory is less than 28"; measured at 20.75". **Barrier Removal: Relocate the toilet and surrounding fixtures to provide the required clear space. Photos:** 0608, 0609, 0629 & 0630 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 60 | Toilet - Location of Flush Valve | Is the flush valve located at the wide (i.e., open) side of the toilet area? | 11B-604.6 | 1502.0 | 4.16.5 | 604.6 | **Barrier:** The flush valve is located at the wall side of the toilet area rather than the wide side. **Barrier Removal:** Replace flush tank with one with the flush valve handle located at the wide side. **Photos:** 0608 & 0618 |
| 61 | Grab Bar – Unobstructed Gripping Surface | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5. 1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:** The area above the side grab bar is not clear; a projecting surface-mounted seat cover dispenser is located 7.5" above the top of the grab bar. **Barrier Removal:** Relocate the dispenser to another area of the room. **Photos:** 0608 & 0617 |
| 62 | Restroom Accessories – Reach Range | Are restroom accessories mounted within accessible reach range? For CBC: are restroom accessories mounted so that the highest operable part is not more than 40" above the floor? | 11B-603.5 | 1115B.9.2 | 4.2.6 & Figure 6(c) | 308.3.2 | **Barrier:** The height to the outlet of the seat cover dispenser is beyond accessible reach range for a side reach approach over an obstruction; measured at 45" AFF and greater than the maximum allowed reach over an obstruction of 24". **Barrier Removal:** Relocate the dispenser. **Photos:** 0609 & 0615 |
| 63 | Restroom Accessories – Height of Operable Parts | Are restroom accessories mounted so that the highest operable part is not more than 40" above the floor? | 11B-603.5 | 1115B.9.2 | NA | N/A | **Barrier:** The height to the outlet of the paper towel dispenser is more than 40" above the finish floor; measured at 46" AFF. **Barrier Removal:** Relocate the paper towel dispenser. **Photos: 0609 & 0615** |

| All-Gender single Accommodation Restroom at Dining Room at North Side (Room 128 on Building Plans) |||||||| 
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 64 | Signage – Geometric Symbol Door Sign | Is a compliant geometric symbol door sign in a color that contrasts with the door provided? | 11B-703.7.2.6.2 | 1115B.5 | NA | NA | **Barrier:** The geometric symbol door sign is not provided. **Barrier Removal:** Provide a geometric symbol door sign with a light-colored triangle within a dark colored circle on the light-colored door. **Photos: 0 632** |
| 65 | Door – Closing Speed | Is the closing speed of each door leaf not less than 5-seconds? | 11B-404.2.8 & 11B-108 | N/A | 4.13.10 & 28 CFR §36.211 | 404.2.8 & 28 CFR §36.211 | **Barrier:** The closing speed of each door leaf is less than 5-seconds; measured at 2.5 seconds. **Barrier Removal:** Adjust the door closer as required so the closing speed is not less than 5-seconds. **Photos:** 0637 |
| 66 | Door – Pull Side Maneuvering Clearance | Is the pull side maneuvering space, measured as the width of the door x 60" minimum perpendicular to the door in the closed position? Is the space level, not more than 1:48 in any direction? | 11B-404.2.4 | 1133B.2.4.2 & Fig. 11B-26A & B | 4.13.6 | 404.2.4 | **Barrier:** The pull side maneuvering space is partially obstructed by the surface mounted paper towel dispenser, which protrudes 6" into the required clearance, beginning 45.5" away. **Barrier Removal:** Relocate the paper towel dispenser. **Photos:** 0639, 0641 thru 0643 & 0645 |
| 67 | Toilet – Clear Space at Toilet | Is a minimum 48" long clear space provided in front of the toilet? | 11B-604.3.1 and 11B-108 | 1115B.7.2 and 1101B.3.1 & 2 | N/A | N/A | **Barrier:** The clearance is provided to the wall however at the time of my inspection I found it partially obstructed by a non-fixed waste receptacle. **Barrier Removal:** Remove the movable waste receptacle –there is a built-in receptacle installed in this restroom **Photos** 0644 thru 0646 |
| 68 | Toilet – Clear Space at Toilet | Is the clear space provided between the toilet and adjacent lavatory at least 28"? (1998 CBC requirement). Is the clear space provided between the toilet a minimum of. 42" wide measured from centerline of toilet? (ADAAG requirement). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** The clear space is less than 60" measured perpendicular to the side wall adjacent the toilet; measured at 46.25" to the lavatory. The distance between the toilet and lavatory is less than 28"; measured at 21.75". **Barrier Removal: Relocate the toilet and surrounding fixtures to provide the required clear space.. Photos:** 0633, 0634, 0651 & 0652 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 69 | Restroom Accessories – Height of Operable Parts | Are restroom accessories mounted so that the highest operable part is not more than 40" above the floor? | 11B-603.5 | 1115B.9.2 | NA | N/A | **Barrier:** The height of the soap dispenser is more than 40" above the finish floor; measured at 48" AFF. **Barrier Removal:** Relocate the soap dispenser **Photos:** 0653 |
| 70 | Restroom Accessories – Height of Operable Parts | Are restroom accessories mounted so that the highest operable part is not more than 40" above the floor? | 11B-603.5 | 1115B.9.2 | NA | N/A | **Barrier:** The height to the outlet of the paper towel dispenser is more than 40" above the finish floor; measured at 46.5" AFF. **Barrier Removal:** Relocate the paper towel dispenser. **Photos:** 0633 & 0656 |
| **North Side Western Entrance/Required Exit at Parking** | | | | | | | |
| 71 | Tactile Exit Sign - | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the interior side) and centered on an 18" x 18" clear floor space that is provided beyond the arc of any door swing between the closed position and 45 degree open? | 11B-216.4.1 & 1013.4 | 1117B.5.6.1 | 4.1.3. (16) (a) | 216.4.1 | **Barrier:** When an illuminated exit sign is required a tactile exit sign is also required. The required sign is not provided. **Barrier Removal:** Provide a tactile exit sign **Photos:** 0658 |
| **North Side Eastern Required Exit at Stair #4** | | | | | | | |
| 72 | Tactile Exit Sign - | Is a tactile exit sign provided adjacent to the right side of the double door (viewed from the interior side) and centered on an 18" x 18" clear floor space that is provided beyond the arc of any door swing between the closed position and 45 degree open? | 11B-216.4.1 & 1013.4 | 1117B.5.6.1 | 4.1.3. (16) (a) | 216.4.1 | **Barrier:** When an illuminated exit sign is required a tactile exit sign is also required. The required sign is not provided. **Barrier Removal:** Provide a tactile exit sign **Photos:** 0659 & 0650 |
| **Country Store** | | | | | | | |
| 73 | Door - Clear Width | Is the clear width of the door in the 90 degree open position at least 32"? | 11B-404.2.3 | 113B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is not at least 32", measured at 27.75". **Barrier Removal:** Remove and replace door and frame and replace with wider door and frame. **Photos:** 0820 thru 0822 |
| **Second Floor Foyer Library** | | | | | | | |
| 74 | Dining/Work Surfaces | At dining / work surfaces is the required knee space, 30" wide x 27" high x 19" deep, provided at the required number of seating positions? | 11B-902.4 | 1122B.3 | 4.32.2 & 4.2.4 & 28 CFR § 36.201 (a) | 902.4 & 28 CFR § 36.201 (a) | **Barrier:** There is one non-fixed table. The knee and toe clearance is partially obstructed by the table base. **Barrier Removal:** Remove and replace or modify existing table to provide at least one accessible seating position with the required knee and toe clearance. **Photos:** 0552 & 0553 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| **Second Floor Foyer Health and Wellness Office** | | | | | | | |
| 75 | Dining/Work Surfaces | At dining / work surfaces is the required knee space, 30" wide x 27" high x 19" deep, provided at the required number of seating positions? | 11B-902.4 | 1122B.3 | 4.32.2 & 4.2.4 & 28 CFR § 36.201 (a) | 902.4 & 28 CFR § 36.201 (a) | **Barrier:** There is one non-fixed table. The knee and toe clearance is partially obstructed by the table base. **Barrier Removal:** Remove and replace or modify existing table to provide at least one accessible seating position with the required knee and toe clearance **Photos:** 0558 |
| **Second Floor Spa** | | | | | | | |
| 76 | Door – Closing Speed | Is the closing speed of each door leaf not less than 5-seconds? | 11B-404.2.8 & 11B-108 | N/A | 4.13.10 & 28 CFR §36.211 | 404.2.8 & 28 CFR §36.211 | **Barrier:** The closing speed is less than 5-seconds; measured at 2.0 seconds. **Barrier Removal:** Adjust the door closer as required so the closing speed is not less than 5-seconds. **Photos:** 0581 & 0582 |
| 77 | Lavatory – Protection | Are water supply and drain pipes under lavatories insulated or otherwise configured to protect against contact? | 11B-606.5 | 1504.2.2 | 4.19.4 | 606.5 | **Barrier:** The cold water supply and a portion of the drain piping are not insulated or protected from contact. **Barrier Removal:** Insulate piping. **Photos:** 0579 |
| **Second Floor Restroom** | | | | | | | |
| 78 | Signage – Geometric Symbol Door Sign | Is a compliant geometric symbol door sign in a color that contrasts with the door provided? | 11B-703.7.2.6.2 | 1115B.5 | NA | NA | **Barrier:** The geometric symbol door sign is not provided. **Barrier Removal:** Provide a geometric symbol door sign with a light-colored triangle within a dark colored circle on the light-colored door. **Photos:** 0583 |
| 79 | Door – Closing Speed | Is the closing speed of each door leaf not less than 5-seconds? | 11B-404.2.8 & 11B-108 | N/A | 4.13.10 & 28 CFR §36.211 | 404.2.8 & 28 CFR §36.211 | **Barrier:** The closing speed of each door leaf is less than 5-seconds; measured at 2.0 seconds. **Barrier Removal:** Adjust the door closer as required so the closing speed is not less than 5-seconds. **Photos:** 0583 & 0584 |
| 80 | Toilet – Clear Space at Toilet | Is the clear space provided between the toilet and adjacent lavatory at least 28"? (1998 CBC requirement). Is the clear space provided a minimum of. 42" wide measured from centerline of toilet? (Pertinent to ADAAG). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 – see note at right | 604.3.1 | **Barrier:** The clear space is less than 60" measured perpendicular to the side wall adjacent the toilet; measured at 52.5" to the lavatory. The distance between the toilet and lavatory is less than 28"; measured at 25.75". In addition, the clear space is obstructed by a non-fixed table. **Barrier Removal:** Relocate the toilet and surrounding furniture to provide the required clear space. **Photos:** 0587 thru 0590 |
| 81 | Toilet - Location of Flush Valve | Is the flush valve located at the wide (i.e., open) side of the toilet area? | 11B-604.6 | 1502.0 | 4.16.5 | 604.6 | **Barrier:** The flush valve is located at the wall side of the toilet area rather than the wide side. **Barrier Removal:** Replace flush tank with one with the flush valve handle located at the wide side. **Photos:** 0593 |
| 82 | Grab Bar - Height | Are grab bars located: at at 33" AFF to centerline? (1998 CBC requirement) and 33" to 36" AFF to centerline? (ADAAG requirement) | 11B-609.4 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 609.4 | **Barrier:** The height of the side grab bar is 31.5" to top of gripping surface (31" to centerline). **Barrier Removal:** Relocate the grab bar to conform to current CBC and ADA standards. **Photos:** 0591 & 0597 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 83 | Side Grab Bar – Location | Does the side grab bar extend a minimum of 24" in front of the toilet? (1998 CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:** The Side grab bar does not extend a minimum of 54" from the rear wall, nor extend a minimum of 24" in front of the toilet; measured at 49.5" from the rear wall, extending 19.5" in front of the toilet. **Barrier Removal:** Relocate the grab bar to conform to current CBC and ADA standards. **Photos:** 0591 & 0598 |

| | | | | | | | |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| **Third Floor Resident Laundry** - Room 336 on Building Plans | | | | | | | |
| 84 | Lavatory - Clear Floor Space | Is there a clear floor space positioned for a front approach to the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** A clear floor space positioned for a front approach is not provided; a base cabinet encroaches into the required clear space. **Barrier Removal:** Modify, remove or replace the base cabinet. **Photos:** 0537 |

**Rolling Stock**
Large facility shuttle with automatic lift. California License 01622U1. Provides space for two wheelchairs and occupants and 12 regular seats. There is no space provided for storing mobility devices. Refer to photos 661 through 690

**Part II: Resident units**
**I inspected the 8 assisted living resident units that I was permitted to inspect in the order specified below. I was not permitted to inspect any memory care units.**

1. **Room 305 – Vacant Two Bedroom**
2. **Room 304 – Vacant One Bedroom**
3. **Room 315 – Vacant One Bedroom**
4. **Room 325 – Vacant Studio**
5. **Room 317 – Vacant Studio Sales Model**
6. **Room 336 – Vacant Studio**
7. **Room 215 – Vacant One Bedroom**
8. **Room 103 – Occupied One Bedroom**

**Long-Term Care Facilities are covered under both the Americans with Disabilities Act (1991 ADAAG & 2010 ADAS) and the California Building Code, Chapter 11B (1998 CBC & 2019 CBC)**
**The United States Center for Disease Control defines Long-Term Care Facilities as follows:**
Nursing homes, skilled nursing facilities, and assisted living facilities, (collectively known as long-term care facilities, LTCFs) provide a variety of services, both medical and personal care, to people who are unable to manage independently in the community.

**Applicable Standards and Codes for Scoping**
**CBC 2019**
**11B-223.3 Long-term care facilities.** In licensed long-term care facilities, including skilled nursing facilities, intermediate care facilities and nursing homes, at least 50 percent, but no fewer than one, of each type of patient bedroom or resident sleeping room shall be provided with mobility features complying with Section 11B-805.

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|

**CBC 1998**
**1109B.3 Patient Bedrooms and Toilet Rooms.** 1. Long-term care facilities, including skilled nursing facilities, intermediate care facilities, bed and care, and nursing homes shall have at least 50 percent of patient bedrooms and toilet rooms and all public-use and common-use areas, accessible.
**2010 ADAS**
**223.3 Long-Term Care Facilities.**  In licensed long-term care facilities at least 50 percent, but no fewer than one, of each type of patient bedroom or resident sleeping room shall be provided with mobility features complying with 805.
**1991 ADAAG**
**6.1 General.**
**(3)** Long term care facilities, nursing homes – At least 50 percent of patient bedrooms and toilets, and all public use and common use areas are required to be designed and constructed to be accessible.

**Federal Regulation Obligation in absence of Specific Standards.**
In addition, there are aspects of the rooms that are required to be accessible in order to fulfill the general obligations for accessibility under ADA implementing regulations that are not addressed by specific standards. In the absence of specific standards, a public accommodation must nonetheless ensure accessibility of such aspects by way of utilizing other guidance materials. In this case I have relied upon building block accessibility technical provisions, such as accessible reach ranges and minimum clearances for example, or similar standards to the extent that they apply in context:

> **28 CFR § 36.201 General. (a)** *Prohibition of discrimination.* No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any private entity who owns, leases (or leases to), or operates a place of public accommodation.

**Room 305 – Vacant Two Bedroom**
Designated as Unit-A2 on building plans at 728 SF, including one large bedroom with a window, a smaller bedroom (referred to as "Den" on plans and in following) with access to the balcony and a living room and wet bar in between with access to the same balcony. There is a bathroom with roll-in shower within both the Bedroom and the Den. The bathrooms are of similar size and configuration; however the den bathroom is slightly larger.

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 85 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0191 & 0193 |
| 86 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at 59.5" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0191 & 0192 |
| 87 | Controls - Height of Blinds Control at Living Room Balcony Door | Is the control accessed by a parallel approach no higher than 54" AFF as required by the 1998 CBC and ADAAG?. | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; measured at 63.75 AFF. **Barrier Removal:** provide longer wand(s) to extend down to within maximum height above the floor level. **Photos:** 277 & 278 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 88 | Door – Clear Width at living Room Sliding Balcony Door | Is the minimum clear width at the sliding door 32" minimum? | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 30.75" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0284 thru 0286 |
| 89 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (pertinent to 1998 and 2019 CBC and 2010 ADA) ¾" at exterior sliding doors? (pertinent to ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", measured at 2.125" comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0287 thru 0289 |
| 90 | Door – Hardware Height at Living Room Sliding Patio/Balcony Door | Is the door hardware located no higher than 44" AFF? (2019 CBC) and 48" AFF? (1998 CBC, ADAAG and 2010 ADA). | 11B-404.2.7 | 1118B.5 & 6 | 4.2.5 & 6 | 404.2.7 | **Barrier:** The sliding door hardware is higher than 44" AFF, measured at 50.5" AFF". **Barrier Removal:** relocate sliding door hardware on existing door. **Photos:** 0279 & 0280 |
| 91 | Coat Hook – Height at Den | Is the element accessed by a parallel approach no higher than 54" AFF? (1998 and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** Two coat hooks are provided however both are too high; measured at 68;5" and 66" AFF. **Barrier Removal:** Provide an additional coat hook at accessible height. **Photos:** 0212 thru 0216 |
| 92 | Door – Hardware Use at Den Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0240 |
| 93 | Storage – Reach Range of Medicine Cabinet in Den Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, measured at 54.75"AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0242 & 0255 |
| 94 | Lavatory – Knee and Toe Clearance at Den Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0242 & 0252 |
| 95 | Toilet – Location of flush Valve Control at Den Bathroom | Is the flush valve located on the wide side of the toilet area? | 11B-604.6 | 1502.0 | 4.16.5 | 604.6 | **Barrier:** The flush valve is located at the wall side of the toilet area rather than the wide side. **Barrier Removal:** Replace flush tank with one with the flush valve handle located at the wide side. **Photos:** 0239 & 0247 |
| 96 | Toilet – Toilet Paper Dispenser Location at Den Bathroom | Is the centerline of the toilet paper dispenser located 7" to 9" from the front of the toilet to the centerline of the dispenser? (current standards) located within 12" from the front of the toilet? (1998 CBC) or the entire dispenser within 36" of the rear wall? (ADAAG). | 11B-604.7.1 | 1115B.9.3 & Fig. 85 | 4.16.6 & Fig. 29(b) | 604.7.1 | **Barrier:** The location of this dispenser does not conform to any standard: The centerline of the dispenser is not 7" to 9" in front of the front of the toilet, nor within 12" of the front of the toilet, nor within 36" of the back wall. It is located more than 36" from the rear wall and 13.5" in front of the toilet. **Barrier Removal:** Relocate the surface mounted toilet paper dispenser **Photos:** 0239 & 0249 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|---------------------|-------------------------------------|
| 97 | Grab Bar – Obstructed Above/Below at Den Bathroom | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5.1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:** The area below the rear grab bar is not clear; it is located so that there is a ½" space between the bottom of the bar and the top of the toilet tank, rather than 1.5" minimum. **Barrier Removal:** Relocate the grab bar. **Photos:** 0239 & 0251 |
| 98 | Shower – Threshold at Den Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or is the threshold a maximum of ½" and beveled 1:1? (1998 CBC) | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0222 & 0223 |
| 99 | Shower – Floor Level at Den Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 CBC and ADAAG) | 11B-609.9 | 1115B.6.2.4.4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0220 & 0221 |
| 100 | Door – Hardware Use at Bedroom Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** Replace door hardware. **Photos:** 0300 |
| 101 | Coat Hook Height at Bedroom Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; measured at 59.75"AFF. **Barrier Removal:** Provide additional coat hook at accessible height. **Photos:** 0303 & 0304 |
| 102 | Storage – Reach Range of Medicine Cabinet in Bedroom Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, measured at 54."AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** relocate medicine cabinet and provide required knee and toe clearance. **Photos:** 0242 & 0255 |
| 103 | Lavatory – Knee and Toe Clearance at Bedroom Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory?. | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** provide required knee and toe clearance. **Photos:** 0294 & 0295 |
| 104 | Toilet – Clearance at Side at Bedroom | Is the distance from the side wall to the nearest obstruction minimum 48" to the wall and 36" to lavatory? (ADAAG) or minimum 28" between the toilet and lavatory? (1998 CBC). | 11B-604.3.1 | 1115B.7. | 4.16.2 & | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60. The distance between the toilet and the lavatory counter is less than 28". **Barrier removal:** reconfigure to provide the required space. **Photos:**0296 |
| 105 | Shower – Threshold at Bedroom Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or a threshold that is maximum ½" and beveled 1:1? (1998 CBC) | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove. **Photos:**0296 |
| 106 | Shower – Floor Level at Bedroom Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 CBC and ADAAG) | 11B-609.9 | 1115B.6.2.4.4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** Aspect may remain if barriers in the Den Bathroom are remediated. **Photos:**0296 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 107 | Controls - Height of Blinds Control at Living Room Balcony Door | Is the control accessed by a parallel approach no higher than  54" AFF? (1998 CBC and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; measured at 64.25" AFF. **Barrier Removal:** provide longer wand(s) to extend down to within 48" of the floor level per current standards. **Photos:** 0258 & 0259 |
| 108 | Door – Threshold Height at Bedroom Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 CBC),  ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", measured at 2.125" comprising vertical edges at each side. **Barrier Removal: remove threshold .** **Photos:** 0270, 0271 & 0273 thru 0276 |
| 109 | Door – Opening Force at Bedroom Sliding Patio/Balcony Door | Is the force required to operate the sliding door no more than 5 lbs.? | 11B-404.2.9.33 & 11B-108 | 1133B.2.5.1 & 1101B.3.1 & 2 | 4.13.11 & 28 CFR §36.211 | 404.2.9 9 & 28 CFR §36.211 | **Barrier:** The force required to operate the door exceeds 5 lbs., measured at 11 lbs. in order to open the door to 21" clear, then 30 lbs. to fully open the door, apparently due to a damaged bottom track. **Barrier Removal:** Replace or repair door to bring within maximum opening pressure. **Photos:**0264, 0265 & 0267 |

**Room 304 – Vacant One Bedroom**
Designated as Unit-C on building plans at 629 SF, including one large bedroom with a window and a bathroom with roll-in shower, a living room and wet bar with window and access to the balcony.

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 110 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0307 & 0308 |
| 111 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at 60" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0307 & 0309 |
| 112 | Controls – Height of Thermostat control | Is the control accessed by parallel approach no higher than 48" AFF? (pertinent to current CBC and ADA standards) no higher than 54" AFF? (pertinent to 1998 CBC and ADAAG) | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The thermostat is located such that the control is higher than 48" AFF; measured at 49.5" AFF. Note: The thermostat appears to have been provided after initial construction and subject to later applicable standards. **Barrier Removal:** relocate surface mounted thermostat. **Photos:** 0358 |
| 113 | Door – Clear Width at living Room Sliding Balcony Door | Is the minimum clear width at the sliding door 32" minimum? | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 30.75" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0318 |
| 114 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 CBC and ) ¾" at exterior sliding doors? ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", measured at 2.125" comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0319 & 0320 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 115 | Controls - Height of Window latch at Living Room Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 CBC and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; measured at 69" AFF. **Barrier Removal:** relocate window hardware to height required by current standards. **Photos:** 0322 & 0324 |
| 116 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0335 |
| 117 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; measured at 60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0328, 0335 & 0336 |
| 118 | Storage – Reach Range of Medicine Cabinet in Den Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, measured at 54"AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0331 |
| 119 | Lavatory – Knee and Toe Clearance at Den Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0350 |
| 120 | Toilet – Clearance at Side at Den Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60"? (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (1998 CBC). | 11B-604.3.1 | 1115B.7. | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60", measured at 50.5"to the lavatory counter and 48.25" to the towel bar. There is less than 28" provided between the toilet and the lavatory, measured at 23" to counter and 20.75" to towel bar. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. Remove the towel bar. **Photos:** 0344 thru 0346 |
| 121 | Toilet – Location of flush Valve Control at Den Bathroom | Is the flush valve located on the wide side of the toilet area? | 11B-604.6 | 1502.0 | 4.16.5 | 604.6 | **Barrier:** The flush valve is located at the wall side of the toilet area rather than the wide side. **Barrier Removal:** Replace flush tank with one with the flush valve handle located at the wide side. **Photos:** 0330 & 0339 |
| 122 | Toilet – Toilet Paper Dispenser Location at Den Bathroom | Is the centerline of the toilet paper dispenser located 7" to 9" from the front of the toilet to the centerline of the dispenser? (current standards) located within 12" from the front of the toilet? (1998 CBC) entire dispenser within 36" of the rear wall? (the ADAAG). | 11B-604.7.1 | 1115B.9.3 & Fig. 85 | 4.16.6 & Fig. 29(b) | 604.7.1 | **Barrier:** The location of this dispenser does not conform to any standard: The centerline of the dispenser is not 7" to 9" in front of the front of the toilet, nor within 12" of the front of the toilet, nor within 36" of the back wall. It is located more than 36" from the rear wall and 13.25" in front of the toilet. **Barrier Removal:** Relocate the surface mounted toilet paper dispenser **Photos:** 0330 & 0340 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|-----------------|-------|---------------------|--------------------------------------|
| 123 | Grab Bar – Obstructed Above/Below at Den Bathroom | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5. 1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:** The area below the rear grab bar is not clear; it is located so that there is almost no clearance between the bottom of the bar and the top of the toilet tank, rather than 1.5" minimum. **Barrier Removal:** Relocate the grab bar. **Photos:** 0330, 0331 & 0343 |
| 124 | Shower – Threshold at Den Bathroom | Is the entrance to the shower free of a raised threshold or curb? ( ADAAG) threshold that is ½" maximum and beveled 1:1? ( 1998 CBC) threshold that is ½" maximum with the portion between ¼" high and ½" high sloping at 1:2? ( current standards). | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0333 |
| 125 | Shower – Floor Level at Den Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 CBC and ADAAG) | 11B-609.9 | 1115B.6.2.4 .4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0332 & 0333 |
| 126 | Door – Hardware Use at Bedroom Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** Aspect may remain if barriers in the Den Bathroom are remediated. **Photos:** 0355 & 0356 |

| | | | | | | | |
|------|---------|------------------|----------|-----------------|-------|---------------------|--------------------------------------|
| **Room 315 – Vacant One Bedroom** Designated as Unit-D on building plans at 658 SF, including one large bedroom with a window and bathroom with roll-in shower, and a living room and wet bar with access to the balcony. | | | | | | | |
| 127 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0361 & 0362 |
| 128 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at 59.75" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0362 & 0363 |
| 129 | Door – Clear Width at living Room Sliding Balcony Door | Is the minimum clear width at the sliding door 32" minimum? | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 30" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0369 |
| 130 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 CBC)  ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", measured at 2.75" comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0372 thru 0374 |

[3775161.1]

19

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

Access Compliance Evaluation Survey Barrier Report
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 131 | Door – Hardware Use at Bedroom Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace lockset. **Photos:** 0375 & 0376 |
| 132 | Controls - Height of Blinds Control at Bedroom Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 CBC and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window latch is located higher than 48" AFF; measured at 69" AFF. **Barrier Removal:** relocate the latch. **Photos:** 0380 & 0381 |
| 133 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0382 & 0389 |
| 134 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; measured at 59.75" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0382 & 0390 |
| 135 | Storage – Reach Range of Medicine Cabinet in Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, measured at 54" AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0398 |
| 136 | Lavatory – Knee and Toe Clearance at Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0385, 0387 & 0388 |
| 137 | Toilet – Clearance at Side at Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60"? (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (the 1998 CBC). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60", measured at 50.5". Note: the distance between the toilet and the lavatory counter is less than 28", measured at 23.5" to the lavatory counter. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. **Photos:** 0386, 0394 & 0396 |
| 138 | Toilet – Height of Seat at Bathroom | Is the toilet seat 17" to 19" AFF? | 11B-604.4 | 1502.0 | 4.16.3 | 604.4 | **Barrier:** the toilet seat is lower than 17", measured at 15.25" AFF. **Barrier Removal:** replace toilet. **Photos:** 0386 & 0392 |
| 139 | Grab Bar – Location of Side Bar | Does the side grab bar extend a minimum of 54" from the rear wall? (current CBC and ADA and ADAAG) extend a minimum of 24" in front of the toilet? (1998 and 2019 CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:**  The Side grab bar begins farther than 12" from the rear wall, measured at 13.75". **Barrier Removal:**  Relocate the grab bar. **Photos:**  0386 & 0394 |
| 140 | Shower – Threshold at Den Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) threshold that is ½" maximum and beveled 1:1? (1998 CBC) | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0402 |

[3775161.1]

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 141 | Shower – Handheld Sprayer Mount Height at Den Bathroom | Is a handheld spray unit provided mounted at a maximum height of 48" above the shower floor? | 11B-308.2.1 | 1115B.6.2.4.2 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the non-adjustable mounting hook is located 69" above the shower floor level. **Barrier Removal:** Provide a lower hook. **Photos:** 0399 & 0400 |

**Room 325 – Vacant Studio**
Designated as Unit-B on building plans at 530 SF, including a bathroom with roll-in shower, a wet bar, a living room area with access to the balcony and a bedroom area with window.

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 142 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 409 & 0412 |
| 143 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at 60" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0412 & 0413 |
| 144 | Door – Clear Width at living Room Sliding Balcony Door | Is the minimum clear width at the sliding door 32" minimum? | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 29.5" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0438 & 0439 |
| 145 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 CBC), ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", it is 2.175" high comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0439 |
| 146 | Controls - Height of Blinds Control at Living Room Balcony Door | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 454" AFF; it is 60" AFF. **Barrier Removal:** provide longer wand(s) to extend down to within 48" of the floor level. **Photos:** 0441 |
| 147 | Controls - Height of Latch at Bedroom Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; it is 60" AFF. **Barrier Removal:** Relocate the latch. **Photos:** 0436 & 0437 |
| 148 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0414 & 0415 |
| 149 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; it is 60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0415 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 150 | Storage – Reach Range of Medicine Cabinet in Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, it is 54" AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:**0458 |
| 151 | Lavatory – Knee and Toe Clearance at Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:**0417 & 0418 |
| 152 | Toilet – Clearance at Side at Den Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60"? (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (the 1998 CBC). Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-604.3.1 | 1115B.7.2 – see note at right | 4.16.2 & Fig. 28 – see note at right | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60", measured at 51.5". Note: the distance between the toilet and the lavatory counter is less than 28", measured at 24" to the lavatory counter. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. **Photos:** 0421, 0428, 0429 & 0430 |
| 153 | Grab Bar – Obstructed Above/Below at Den Bathroom | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5.1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:**  The area below the rear grab bar is not clear; it is located so that there is no space between the bottom of the bar and the top of the toilet tank, rather than 1.5" minimum. **Barrier Removal:**  Relocate the grab bar. **Photos:** 0421 & 0435 |
| 154 | Grab Bar – Location of Side Bar | Does the side grab bar extend a minimum of 54" from the rear wall? (current CBC and ADA and ADAAG) extend a minimum of 24" in front of the toilet? (1998 and 2019 CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:**  The Side grab bar does not begin within 12" of the rear wall, measured at beginning 13.5" from the rear wall. **Barrier Removal:**  Relocate the grab bar. **Photos:**  0421 & 0434 |
| 155 | Shower – Threshold at Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) threshold that is ½" maximum and beveled 1:17 (1998 CBC)). | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0422 |
| 156 | Shower – Floor Level at Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 and 2019 CBC and ADAAG) conforming to level change requirements for an accessible route? (2010 ADA). | 11B-609.9 | 1115B.6.2.4.4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0422 |
| 157 | Shower – Handheld Sprayer Mount Height at Bathroom | Is a handheld spray unit provided mounted at a maximum height of 48" above the shower floor? | 11B-308.2.1 | 1115B.6.2.4.2 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the non-adjustable handheld shower mount is higher than 48" above the floor surface of the shower, measured at 51.5" above the floor. **Barrier Removal:** provide a lower mounting bracket. **Photos:** 0432 & 0431 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|---------------------|--------------------------------------|
| | **Room 317 – Vacant Studio (Sales Model)** Designated as Unit-B on building plans at 530 SF, including a bathroom with roll-in shower, a wet bar, a living room area with access to the balcony and a bedroom area with window. | | | | | | |
| 158 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0452 |
| 159 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, it is 60" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0443 |
| 160 | Door Threshold – Height at Unit Entrance | Is the threshold height above the floor level at either side of the door no higher than ½", or ¾" specifically for exterior sliding doors? | 404.2.5 & 11B-108 | 1133BV.2.4 .1& 1101B.3.1 & 2 | 4.13.8 & 28 CFR §36.211 | 404.2.5 & 28 CFR §36.211 | **Barrier:** the screws holding down the threshold are loose and projecting above the top of the threshold. **Barrier Removal:** tighten or repair threshold fasteners. **Photos:** 0447 |
| 161 | Door – Clear Width at living Room Sliding Balcony Door | Is the minimum clear width at the sliding door 32" minimum? | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 31.75" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0485 |
| 162 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 CBC), ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", it is 2." comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0487 |
| 163 | Controls - Height of Latch at Bedroom Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 CBC and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The window covering control is located higher than 54" AFF; located at 60" AFF. **Barrier Removal:** Relocate the latch. **Photos:** 0481 & 0482 |
| 164 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0455 & 0471 |
| 165 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; it is 60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0456 |
| 166 | Storage – Reach Range of Medicine Cabinet in Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, it is 54"AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0458 & 0460 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 167 | Lavatory – Knee and Toe Clearance at Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory?. | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:**0458 & 0459 |
| 168 | Toilet – Clearance at Side at Den Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60" (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (the 1998 CBC). Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60", measured at 51.5". Note: the distance between the toilet and the lavatory counter is less than 28", measured at 22.75" to the lavatory counter. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. **Photos:** 0466, 0471, 0472 & 0474 |
| 169 | Grab Bar – Location of Side Bar at Bathroom | Does the side grab bar extend a minimum of 54" from the rear wall? (ADAAG) and a minimum of 24" in front of the toilet? (1998 CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:**  The Side grab bar does not begin within 12" of the rear wall, measured beginning 14' from the rear wall. **Barrier Removal:**  Relocate the grab bar to conform to current CBC and ADA standards. **Photos:**  0457, 0469 & 0470 |
| 170 | Shower – Threshold at Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or a threshold that is ½" maximum and beveled 1:1? (1998 CBC) | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.75" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0475 & 0476 |
| 171 | Shower – Handheld Sprayer Mount Height at Bathroom | Is a handheld spray unit provided mounted at a maximum height of 48" above the shower floor? | 11B-308.2.1 | 1115B.6.2.4 .2 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the stationary handheld sprayer mount is higher than 48", measured at 69" above the shower floor. **Barrier Removal:** provide a mount at a lower location. **Photos:** 0461, 0479 & 0480 |

**Room 336 – Vacant One Bedroom**
Designated as Unit-A on building plans at 496 SF, including a bathroom with roll-in shower, a wet bar, a living room area with access to the balcony and a bedroom area with window.

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 172 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0495 & 0496 |
| 173 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** the peephole is located too high to be usable by a person in a wheelchair or of low stature, it is 59" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0496 |
| 174 | Door – Threshold Height at Living Room Sliding Patio/Balcony Door | Is the threshold no more than ½" higher than the floor level at either side? (1998), ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", it is 2" high comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0501 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|-------------------------------------|
| 175 | Door – Hardware Use at Bedroom Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace lockset. **Photos:** 0504 |
| 176 | Controls - Height of Blinds Control at Bedroom Window | Is the control accessed by a parallel approach no higher than 54" AFF? (1998 CBC and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF it is 60" AFF. **Barrier Removal:** provide longer wand(s) to extend down to within 48" of the floor level. **Photos:** 0507 |
| 177 | Controls – Use of Bedroom Window Opening Hardware | Is the window hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.27.4 | 309.4 | **Barrier:** the window lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide accessible lock. **Photos:** 0507 thru 0509 |
| 178 | Controls – Use of Bedroom Window Opening Hardware | Is the window hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 & 11B-108 | 1117B.6.4 & 1101B.3.1& 2 | 4.27.4 & 28 CFR §36.211 | 309.4 & 28 CFR §36.211 | **Barrier:** the window requires 20 lbs. force to open. **Barrier Removal:** conduct maintenance on window sliding components. **Photos:** 0507 thru 0509 & 0519 |
| 179 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0510 & 0511 |
| 180 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; it is 60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0511 |
| 181 | Storage – Reach Range of Medicine Cabinet at Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, measured at 49.75"AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0515 & 0518 |
| 182 | Lavatory – Knee and Toe Clearance at Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0514 |
| 183 | Toilet – Clearance at Side at Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60"? (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (the 1998 CBC). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** the distance from the wall to the lavatory counter is less than 60", measured at 51". The distance between the toilet and the lavatory counter is less than 28", measured at 21.5" to the lavatory counter. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. **Photos:** 0529, 0530 & 0518 |
| 184 | Grab Bar – Obstructed Above/Below at Bathroom | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5.1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:** The area above the rear grab bar is obstructed by a wall-mounted cabinet located 10.25" above the top of the bar. minimum. **Barrier Removal:** Remove the cabinet. **Photos:** 0522 & 0523 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 185 | Grab Bar – Location of Side Bar | Does the side grab bar extend a minimum of 54" from the rear wall? (current CBC and ADA and ADAAG) extend a minimum of 24" in front of the toilet? (1998 and 2019 CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:** The Side grab bar does not begin within 12" of the rear wall, measured at beginning 14.5" from the rear wall. **Barrier Removal:** Relocate the grab bar. **Photos:** 0525 |
| 186 | Shower – Threshold at Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or a threshold that is ½" maximum and beveled 1:1? (1998 CBC | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 0.875" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0533 |
| 187 | Shower – Floor Level at Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 and 2019 CBC and ADAAG) conforming to level change requirements for an accessible route? (2010 ADA). | 11B-609.9 | 1115B.6.2.4.4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0533 |
| 188 | Shower – Seat Clearance to Wall at Den Bathroom | Is the seat located so that in the deployed position the rear edge is within 2.5" of the wall and the side edge within 1.5" of the wall? | 11B-610.3.1 | 1115B.6.2.4.5 | 4.21.3 | 610.3.1 | **Barrier:** the seat is located so that there is a 2" gap between the edge of the seat and the side wall, rather than 1.5" maximum. **Barrier Removal:** Adjust position of seat on folding support. folding seat **Photos:** 0518 |
| 189 | Shower – Handheld Sprayer Mount Height at Den Bathroom | Is a handheld spray unit provided mounted at a maximum height of 48" above the shower floor? Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-308.2.1 | 1115B.6.2.4.2 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the stationary handheld shower bracket is located 64" above the shower floor level. **Barrier Removal:** provide a lower bracket. **Photos:** 0534 |

**Room 215 – Vacant One Bedroom**
Designated as Unit-A on building plans at 496 SF, including a bathroom with roll-in shower, a wet bar, a living room area with access to the balcony and a bedroom area with window.

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 190 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0562 & 0563 |
| 191 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at  59" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0563 |
| 192 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0569 |
| 193 | Coat Hook Height at Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; at  60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0569 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|
| 194 | Storage – Reach Range of Medicine Cabinet in Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, at 55"AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** 0571 |
| 195 | Lavatory – Knee and Toe Clearance at Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0571 |
| 196 | Shower – Threshold at Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or a threshold that is ½" maximum and beveled 1:1? (1998 CBC) | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 01.375" high (note: this is a hard threshold that does not compress). **Barrier Removal:** remove threshold **Photos:** 0574 |
| 197 | Shower – Floor Level at Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 and 2019 CBC and ADAAG) conforming to level change requirements for an accessible route? (2010 ADA). | 11B-609.9 | 1115B.6.2.4.4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0570 |

**Room 103 – Occupied One Bedroom**
Designated as Unit-C on building plans at 629 SF, including a wet bar, a living room area with window and access to the patio and a bedroom area with window and a bathroom with roll-in shower.   I was permitted to capture photographs in a limited manner to protect the privacy of the occupant. I found the physical conditions to be similar in this occupied unit to those of the unoccupied suites with regard to accessibility and having the same barriers

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|------|---------|------------------|----------|----------------|-------|--------------------|--------------------------------------|
| 198 | Door – Hardware Use at Unit Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the deadbolt lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** provide an additional deadbolt with accessible handle. **Photos:** 0701 & 0703 |
| 199 | Door – Peephole Height at Unit Entrance | Are door vision panels no higher than 43" AFF? | 11B-404.2.11 | N/A | 28 CFR § 36.202 | 404.2.11 | **Barrier:** The peephole is located too high to be usable by a person in a wheelchair or of low stature, measured at 59.5" AFF. **Barrier Removal:** add an additional peephole below the existing peephole. **Photos:** 0702 & 731 |
| 200 | Door – Clear Width at living Room Sliding Patio Door | Is the minimum clear width at the sliding door 32" minimum?. | 11B-404.2.3 | 1133B.2.2 | 4.13.5 | 404.2.3 | **Barrier:** The clear width is less than 32", measured at 30.75" because a bumper prevents the door from opening fully. **Barrier Removal:** modify or replace bumper so that the door can open to the extent that it provides minimum 32" clear. **Photos:** 0693 & 0696 |
| 201 | Door – Threshold Height at Living Room Sliding Patio Door | Is the threshold no more than ½" higher than the floor level at either side? (1998 ), ¾" at exterior sliding doors? (ADAAG). | 11B-404.2.5 | 1133B.2.4.1 | 4.13.8 | 404.2.5 | **Barrier:** The sliding door threshold track is higher than ¾", measured at 1.375" comprising vertical edges at each side. **Barrier Removal:** Remove and replace the sliding door and frame with one with a semi recessed bottom track, or alternately, replace the sliding door with a pair of swinging doors with a standard threshold. **Photos:** 0693, 0695, 0697, 0698 & 0700 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

**Access Compliance Evaluation Survey Barrier Report**
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 202 | Door – Hardware Use at Bedroom Entrance | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0709 |
| 203 | Controls - Height of Blinds Control at Bedroom Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; at 64" AFF. **Barrier Removal:** provide longer wand(s) to extend down to within 48" of the floor level. **Photos:** 0711 |
| 204 | Controls - Height of Window Latch at Bedroom Window | Is the control accessed by a parallel approach no higher than 48" AFF? (current standards) 54" AFF? (1998 and ADAAG). | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** the window covering control is located higher than 54" AFF; at 63" AFF. **Barrier Removal:** provide longer wand(s) to extend down to within 48" of the floor level. **Photos:** 0712 & 0713 |
| 205 | Door – Hardware Use at Bathroom | Is the door hardware operable without requiring tight grasping, pinching, twisting of the wrist, more than one hand or greater than 5 pounds force? | 11B-309.4 | 1117B.6.4 | 4.13.9 | 309.4 | **Barrier:** the lock requires pinching and twisting of the wrist to operate. **Barrier Removal:** replace hardware set. **Photos:** 0719 |
| 206 | Coat Hook Height at Den Bathroom | Is the element accessed by forward approach no higher than 48" AFF? | 11B-308.2.1 | 1118B.5 & 6 | 4.2.5 & 6 | 308.2.1 | **Barrier:** The coat hook is located higher than 48" AFF; Measured at 60" AFF. **Barrier Removal:** Relocate coat hook or provide a second lower coat hook. **Photos:** 0719 & 0722 |
| 207 | Storage – Reach Range of Medicine Cabinet in Den Bathroom | Where the element is accessed by forward approach over an obstruction, is the height a maximum 48" AFF when within 20" of the front of the obstruction and is knee and toe clearance provided under the obstruction to the same extent? | 11B-308.2.2 | 1118B.5 | 4.2.5 & Fig. 5(b) | 308.2.2 | **Barrier:** The medicine cabinet is too high, at  55" AFF; and there is no knee and toe space provided under the counter obstruction. **Barrier Removal:** Lower the recessed medicine cabinet and provide knee and toe clearance at the lavatory. **Photos:** none |
| 208 | Lavatory – Knee and Toe Clearance at Den Bathroom | Is knee and toe clearance provided so that the clear space extends at least 19" under the lavatory? Note: one of two bathrooms provided where only one accessible bathroom is required. | 11B-606.2 | 1115B.9.1.1 | 4.19.3 | 606.2 | **Barrier:** the lavatory is provided with a base cabinet that provides no knee and toe clearance under the lavatory. **Barrier Removal:** modify the base cabinet to provide knee and toe clearance. **Photos:** 0730 |
| 209 | Toilet – Clearance at Side at Bathroom | Is the distance from the side wall to the nearest obstruction minimum 60"? (current standards) minimum 48" to the wall and 36" to lavatory? (ADAAG) minimum 28" between the toilet and lavatory? (the 1998 CBC). | 11B-604.3.1 | 1115B.7.2 | 4.16.2 & Fig. 28 | 604.3.1 | **Barrier:** the distance between side wall and the lavatory counter is not 60" minimum, measured at 51". The distance between the toilet and the lavatory counter is less than 28", Measured at 24.5" to the lavatory counter. **Barrier Removal:** Modify the lavatory counter in order to provide more clearance. **Photos:** 0729 & 0730 |
| 210 | Toilet – Location of flush Valve Control at Bathroom | Is the flush valve located on the wide side of the toilet area? | 11B-604.6 | 1502.0 | 4.16.5 | 604.6 | **Barrier:** The flush valve is located at the wall side of the toilet area rather than the wide side. **Barrier Removal:** Replace flush tank with one with the flush valve handle located at the wide side. **Photos:** 0726 |

**Brookdale – Brookhurst Facility**
15302 Brookhurst St., Westminster, CA 92683

Access Compliance Evaluation Survey Barrier Report
Survey Date: June 19, 2019 / Report Date: August 5, 2021

| Item | Element | Item Requirement | 2019 CBC | 1998 CBC & CPC | ADAAG | 2010 ADA Standards | Barrier, Barrier Removal and Photos |
|---|---|---|---|---|---|---|---|
| 211 | Toilet – Toilet Paper Dispenser Location at Bathroom | Is the centerline of the toilet paper dispenser located 7" to 9" from the front of the toilet to the centerline of the dispenser? (current standards) located within 12" from the front of the toilet? (the 1998 CBC) entire dispenser within 36" of the rear wall? (the ADAAG). | 11B-604.7.1 | 1115B.9.3 & Fig. 85 | 4.16.6 & Fig. 29(b) | 604.7.1 | **Barrier:** The location of this dispenser does not conform to any standard: The centerline of the dispenser is not 7" to 9" in front of the front of the toilet, nor within 12" of the front of the toilet, nor within 36" of the back wall. It is located more than 36" from the rear wall and 13" in front of the toilet. **Barrier Removal:** Relocate the surface mounted toilet paper dispenser **Photos:** 0725 |
| 212 | Grab Bar – Obstructed Above/Below at Bathroom | Is the area minimum 12" above the grab bar and minimum 1.5" below and at sides of the grab bar clear of projecting elements? | 11 B-609.3 | 1133B.4.2.5 ,1133B.5.5. 1 & Fig. 11B-36 | 4.26.2 | 609.3 | **Barrier:** The area above and to the sides of the rear grab bar are not clear; a cabinet obstructs the gripping areas of the grab bar. **Barrier Removal:** Remove the cabinet. **Photos:** 0726 |
| 213 | Grab Bar – Location of Side Bar at Bathroom | Does the side grab bar extend a minimum of 54" from the rear wall? (ADAAG) and extend a minimum of 24" in front of the toilet? ( CBC). Does the side grab bar begin a maximum of 12" from the rear wall? | 11B-604.5.1 | 1115B.8.1 | 4.17.6 & Fig. 29 & 30 | 604.5.1 | **Barrier:** The Side grab bar does not begin within 12" of the rear wall, measured at 14.75" from rear wall. **Barrier Removal:** Relocate the grab bar. **Photos:** 0727 |
| 214 | Shower – Threshold at Bathroom | Is the entrance to the shower free of a raised threshold or curb? (ADAAG) or a threshold that is ½" maximum and beveled 1:1? (1998 CBC) threshold that is ½" maximum with the portion between ¼" high and ½" high sloping at 1:2? (current standards). | 11B-608.7 | 1115B.6.2.2 | 4.21.7 | 608.7 | **Barrier:** the shower threshold is 1.0" high when compressed under load. **Barrier Removal:** remove threshold **Photos:** 0720 |
| 215 | Shower – Floor Level at Bathroom | Is the shower floor surface sloped a maximum of 1:48 (2.1%) and drains flush with the surface? (1998 and  CBC and ADAAG) conforming to level change requirements for an accessible route? (2010 ADA). | 11B-609.9 | 1115B.6.2.4 .4 | 4.37 | 309 | **Barrier:** the drain is depressed ½" below the level of the adjacent shower floor. **Barrier Removal:** provide a spacer to raise the drain cover to be flush with the shower floor. **Photos:** 0718 & 0721 |
| 216 | Shower – Seat Clearance to Wall at Den Bathroom | Is the seat located so that in the deployed position the rear edge is within 2.5" of the wall and the side edge within 1.5" of the wall? | 11B-610.3.1 | 1115B.6.2.4 .5 | 4.21.3 | 610.3.1 | **Barrier:** the seat is located so that there is a 3" gap between the edge of the seat and the side wall, rather than 1.5" maximum. **Barrier Removal:** relocate folding seat on wall. **Photos:** 0723 |

Jeff Mastin, CASp-0088

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0002**



**Brookhurst # 0003**



**Brookhurst # 0005**



**Brookhurst # 0006**



**Brookhurst # 0008**



**Brookhurst # 0009**

1

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0010**



**Brookhurst # 0016**



**Brookhurst # 0018**



**Brookhurst # 0019**



**Brookhurst # 0020**

2

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0021**



**Brookhurst # 0022**



**Brookhurst # 0026**



**Brookhurst # 0027**



**Brookhurst # 0028**



**Brookhurst # 0030**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0031**



**Brookhurst # 0032**



**Brookhurst # 0033**



**Brookhurst # 0041**



**Brookhurst # 0085**



**Brookhurst # 0086**

4

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0087**



**Brookhurst # 0088**



**Brookhurst # 0089**



**Brookhurst # 0090**



**Brookhurst # 0091**



**Brookhurst # 0092**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0093**



**Brookhurst # 0094**




**Brookhurst # 0095**



**Brookhurst # 0096**



**Brookhurst # 0097**



**Brookhurst # 0098**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0100**



**Brookhurst # 0104**



**Brookhurst # 0105**



**Brookhurst # 0106**



**Brookhurst # 0107**



**Brookhurst # 0108**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0109**



**Brookhurst # 0110**



**Brookhurst # 0113**



**Brookhurst # 0114**



**Brookhurst # 0115**



**Brookhurst # 0116**

8

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0117**



**Brookhurst # 0118**



**Brookhurst # 0119**



**Brookhurst # 0123**



**Brookhurst # 0124**



**Brookhurst # 0125**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0126**



**Brookhurst # 0129**



**Brookhurst # 0130**

**Brookhurst # 0131**



**Brookhurst # 0132**



**Brookhurst # 0133**

10

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0134**



**Brookhurst # 0135**



**Brookhurst # 0136**

**Brookhurst # 0141**



**Brookhurst # 0142**



**Brookhurst # 0143**

11

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0144**



**Brookhurst # 0145**



**Brookhurst # 0146**



**Brookhurst # 0147**



**Brookhurst # 0148**



**Brookhurst # 0149**

12

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0152



Brookhurst # 0154



Brookhurst # 0155



Brookhurst # 0156



Brookhurst # 0157



Brookhurst # 0161

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0162**



**Brookhurst # 0163**



**Brookhurst # 0164**



**Brookhurst # 0165**



**Brookhurst # 0166**



**Brookhurst # 0168**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0170



Brookhurst # 0171



Brookhurst # 0172



Brookhurst # 0173



Brookhurst # 0174



Brookhurst # 0175

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0176**



**Brookhurst # 0177**



**Brookhurst # 0178**



**Brookhurst # 0179**



**Brookhurst # 0180**



**Brookhurst # 0181**

16

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0183**



**Brookhurst # 0185**



**Brookhurst # 0187**



**Brookhurst # 0188**



**Brookhurst # 0191**



**Brookhurst # 0192**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0193



Brookhurst # 0195



Brookhurst # 0196



Brookhurst # 0197



Brookhurst # 0198



Brookhurst # 0212

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0213**



**Brookhurst # 0214**



**Brookhurst # 0215**



**Brookhurst # 0216**



**Brookhurst # 0220**



**Brookhurst # 0221**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0222**



**Brookhurst # 0223**



**Brookhurst # 0239**



**Brookhurst # 0240**



**Brookhurst # 0242**



**Brookhurst # 0247**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0249**



**Brookhurst # 0250**



**Brookhurst # 0251**



**Brookhurst # 0252**



**Brookhurst # 0253**

**Brookhurst # 0255**

21

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0258**



**Brookhurst # 0259**



**Brookhurst # 0260**



**Brookhurst # 0261**



**Brookhurst # 0264**



**Brookhurst # 0265**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0267**



**Brookhurst # 0268**



**Brookhurst # 0269**



**Brookhurst # 0270**



**Brookhurst # 0271**



**Brookhurst # 0273**

23

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0274



Brookhurst # 0276



Brookhurst # 0277



Brookhurst # 0278



Brookhurst # 0279

Brookhurst # 0275

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0280**



**Brookhurst # 0282**



**Brookhurst # 0283**



**Brookhurst # 0284**



**Brookhurst # 0285**



**Brookhurst # 0286**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0287**



**Brookhurst # 0288**



**Brookhurst # 0289**



**Brookhurst # 0294**



**Brookhurst # 0295**



**Brookhurst # 0296**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0300**



**Brookhurst # 0303**



**Brookhurst # 0304**



**Brookhurst # 0307**



**Brookhurst # 0308**



**Brookhurst # 0309**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0310**



**Brookhurst # 0311**



**Brookhurst # 0316**



**Brookhurst # 0317**



**Brookhurst # 0318**



**Brookhurst # 0319**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0320**



**Brookhurst # 0322**



**Brookhurst # 0324**



**Brookhurst # 0328**



**Brookhurst # 0330**



**Brookhurst # 0331**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0332



Brookhurst # 0333



Brookhurst # 0335



Brookhurst # 0336



Brookhurst # 0339

Brookhurst # 0340

30

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0341



Brookhurst # 0343



Brookhurst # 0344



Brookhurst # 0345



Brookhurst # 0346

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0350**



**Brookhurst # 0358**



**Brookhurst # 0360**



**Brookhurst # 0361**



**Brookhurst # 0362**



**Brookhurst # 0363**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0366**



**Brookhurst # 0369**



**Brookhurst # 0372**



**Brookhurst # 0373**



**Brookhurst # 0374**



**Brookhurst # 0375**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0376



Brookhurst # 0380



Brookhurst # 0381



Brookhurst # 0382




Brookhurst # 0385



Brookhurst # 0386

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0387**



**Brookhurst # 0389**



**Brookhurst # 0390**



**Brookhurst # 0392**



**Brookhurst # 0393**

35

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0394**



**Brookhurst # 0396**



**Brookhurst # 0398**



**Brookhurst # 0399**



**Brookhurst # 0400**



**Brookhurst # 0402**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0403**



**Brookhurst # 0406**



**Brookhurst # 0407**



**Brookhurst # 0408**



**Brookhurst # 0409**



**Brookhurst # 0412**

37

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0413



Brookhurst # 0415



Brookhurst # 0417



Brookhurst # 0418



Brookhurst # 0419

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0421**



**Brookhurst # 0422**



**Brookhurst # 0426**



**Brookhurst # 0428**



**Brookhurst # 0429**



**Brookhurst # 0430**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0431



Brookhurst # 0432



Brookhurst # 0434



Brookhurst # 0435



Brookhurst # 0436



Brookhurst # 0437

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683


**Brookhurst # 0438**


**Brookhurst # 0439**


**Brookhurst # 0441**


**Brookhurst # 0443**


**Brookhurst # 0445**


**Brookhurst # 0446**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0447**



**Brookhurst # 0453**



**Brookhurst # 0452**



**Brookhurst # 0455**



**Brookhurst # 0454**

**Brookhurst # 0456**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0457**



**Brookhurst # 0458**



**Brookhurst # 0459**



**Brookhurst # 0460**



**Brookhurst # 0461**



**Brookhurst # 0466**

43

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0467**



**Brookhurst # 0468**



**Brookhurst # 0469**



**Brookhurst # 0470**



**Brookhurst # 0471**

**Brookhurst # 0472**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0473**



**Brookhurst # 0474**



**Brookhurst # 0475**



**Brookhurst # 0476**



**Brookhurst # 0479**



**Brookhurst # 0480**

45

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0481**



**Brookhurst # 0482**



**Brookhurst # 0485**



**Brookhurst # 0487**



**Brookhurst # 0493**

**Brookhurst # 0494**



Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0495



Brookhurst # 0496



Brookhurst # 0499



Brookhurst # 0500



Brookhurst # 0501



Brookhurst # 0504

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0507**



**Brookhurst # 0508**



**Brookhurst # 0509**



**Brookhurst # 0510**



**Brookhurst # 0511**



**Brookhurst # 0514**

48

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0515**



**Brookhurst # 0516**



**Brookhurst # 0517**



**Brookhurst # 0518**



**Brookhurst # 0519**



**Brookhurst # 0522**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0523**



**Brookhurst # 0525**



**Brookhurst # 0528**



**Brookhurst # 0529**



**Brookhurst # 0530**

Brookhurst # 0524

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0533**



**Brookhurst # 0537**



**Brookhurst # 0534**



**Brookhurst # 0539**



**Brookhurst # 0538**

**Brookhurst # 0540**

51

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0552**



**Brookhurst # 0553**



**Brookhurst # 0554**



**Brookhurst # 0558**



**Brookhurst # 0562**



**Brookhurst # 0563**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0564**



**Brookhurst # 0565**



**Brookhurst # 0569**



**Brookhurst # 0570**



**Brookhurst # 0571**



**Brookhurst # 0572**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0573**



**Brookhurst # 0574**



**Brookhurst # 0579**



**Brookhurst # 0581**



**Brookhurst # 0582**



**Brookhurst # 0583**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0584**



**Brookhurst # 0587**



**Brookhurst # 0588**



**Brookhurst # 0589**



**Brookhurst # 0590**



**Brookhurst # 0591**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0592**



**Brookhurst # 0593**



**Brookhurst # 0597**



**Brookhurst # 0598**



**Brookhurst # 0600**



**Brookhurst # 0606**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0607**



**Brookhurst # 0608**



**Brookhurst # 0609**



**Brookhurst # 0610**



**Brookhurst # 0615**



**Brookhurst # 0616**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0617**



**Brookhurst # 0618**



**Brookhurst # 0624**



**Brookhurst # 0625**



**Brookhurst # 0626**



**Brookhurst # 0627**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0628



Brookhurst # 0629




Brookhurst # 0630

Brookhurst # 0631



Brookhurst # 0632



Brookhurst # 0633

59

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0634**



**Brookhurst # 0637**



**Brookhurst # 0639**

**Brookhurst # 0641**



**Brookhurst # 0642**



**Brookhurst # 0643**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0644**



**Brookhurst # 0645**



**Brookhurst # 0646**



**Brookhurst # 0647**



**Brookhurst # 0648**



**Brookhurst # 0649**

61

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0650**



**Brookhurst # 0651**



**Brookhurst # 0652**



**Brookhurst # 0653**



**Brookhurst # 0656**



**Brookhurst # 0658**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0659**



**Brookhurst # 0660**



**Brookhurst # 0661**



**Brookhurst # 0662**



**Brookhurst # 0663**



**Brookhurst # 0664**

63

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0665



Brookhurst # 0666



Brookhurst # 0667



Brookhurst # 0668



Brookhurst # 0669



Brookhurst # 0670

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0671**



**Brookhurst # 0672**



**Brookhurst # 0673**



**Brookhurst # 0674**



**Brookhurst # 0675**



**Brookhurst # 0676**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683


**Brookhurst # 0677**

**Brookhurst # 0678**


**Brookhurst # 0679**


**Brookhurst # 0680**


**Brookhurst # 0681**


**Brookhurst # 0682**


66

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0683**



**Brookhurst # 0684**



**Brookhurst # 0685**



**Brookhurst # 0686**



**Brookhurst # 0687**



**Brookhurst # 0688**

67

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0689**



**Brookhurst # 0690**



**Brookhurst # 0693**



**Brookhurst # 0695**



**Brookhurst # 0696**



**Brookhurst # 0697**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0698



Brookhurst # 0700



Brookhurst # 0701

Brookhurst # 0702



Brookhurst # 0703



Brookhurst # 0706

69

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0707**



**Brookhurst # 0709**



**Brookhurst # 0711**



**Brookhurst # 0712**



**Brookhurst # 0713**



**Brookhurst # 0718**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0719**



**Brookhurst # 0720**



**Brookhurst # 0721**



**Brookhurst # 0722**



**Brookhurst # 0723**



**Brookhurst # 0725**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0726



Brookhurst # 0727



Brookhurst # 0728



Brookhurst # 0729



Brookhurst # 0730



Brookhurst # 0731

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0735**




**Brookhurst # 0739**



**Brookhurst # 0744**

**Brookhurst # 0736**

**Brookhurst # 0743**



**Brookhurst # 0745**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0747**



**Brookhurst # 0749**



**Brookhurst # 0750**



**Brookhurst # 0751**



**Brookhurst # 0752**

74

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



Brookhurst # 0755

Brookhurst # 0756



Brookhurst # 0757



Brookhurst # 0758



Brookhurst # 0759



Brookhurst # 0760

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0761**



**Brookhurst # 0765**



**Brookhurst # 0766**



**Brookhurst # 0767**



**Brookhurst # 0768**



**Brookhurst # 0769**

76

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0771**



**Brookhurst # 0773**



**Brookhurst # 0776**



**Brookhurst # 0777**



**Brookhurst # 0778**



**Brookhurst # 0779**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0780**

**Brookhurst # 0781**



**Brookhurst # 0782**

**Brookhurst # 0783**



**Brookhurst # 0784**

**Brookhurst # 0788**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0789**



**Brookhurst # 0790**



**Brookhurst # 0791**



**Brookhurst # 0792**



**Brookhurst # 0793**



**Brookhurst # 0794**

79

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0795**



**Brookhurst # 0796**



**Brookhurst # 0797**



**Brookhurst # 0798**



**Brookhurst # 0799**



**Brookhurst # 0800**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0801**



**Brookhurst # 0802**



**Brookhurst # 0803**



**Brookhurst # 0804**



**Brookhurst # 0805**

**Brookhurst # 0806**

81

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0808**



**Brookhurst # 0809**



**Brookhurst # 0810**



**Brookhurst # 0811**



**Brookhurst # 0812**



**Brookhurst # 0817**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0820**



**Brookhurst # 0821**



**Brookhurst # 0822**



**Brookhurst # 0823**



**Brookhurst # 0824**



**Brookhurst # 0825**

Photos: Brookhurst, 15302 Brookhurst St., Westminster CA 92683



**Brookhurst # 0831**