1  **SEYFARTH SHAW LLP**
   Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice)*
2  gmaatman@seyfarth.com
   Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice)*
3  jriley@seyfarth.com
   Jordan P. Vick (IL SBN 6293675) *(Pro Hac Vice)*
4  jvick@seyfarth.com
   Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
5  mjacobsen@seyfarth.com
   233 South Wacker Drive, Suite 8000
6  Chicago, Illinois 60606-6448
   Telephone:      (312) 460-5000
7  Facsimile:      (312) 460-7000

8  **SEYFARTH SHAW LLP**
   Justin T. Curley (SBN 233287)
9  jcurley@seyfarth.com
   Ryan A. McCoy (SBN 276026)
10 rmccoy@seyfarth.com
   560 Mission Street, 31st Floor
11 San Francisco, California 94105
   Telephone:      (415) 397-2823
12 Facsimile:      (415) 397-8549

13 **SEYFARTH SHAW LLP**
   Kristina M. Launey (SBN 221335)
14 klauney@seyfarth.com
   400 Capitol Mall, 23rd Floor
15 Sacramento, California 95814
   Telephone:   (916) 448-0159
16 Facsimile:      (916) 397-8549

17 Attorneys for Defendants
   BROOKDALE SENIOR LIVING, INC.
18 and BROOKDALE SENIOR LIVING
   COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACIA STINER, et al., | Case No. 4:17-CV-03962-HSG |
|---|---|
| Plaintiffs,<br>v.<br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.; and DOES 1 through 100,<br>Defendants. | **ORDER RE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION** |

# ORDER

Having considered all materials filed in support of and in opposition to Defendants Brookdale Senior Living, Inc. and Brookdale Senior Living Communities, Inc.'s ("Defendants") Motion For Administrative Relief To Extend Time To File Declaration In Support Of Plaintiffs' Administrative Motion To File Under Seal Documents In Support Of Plaintiffs' Motion For Class Certification that was filed on August 18, 2021, and all other arguments and evidence presented:

**IT IS HEREBY ORDERED** that Defendants' Motion For Administrative Relief To Extend Time To File Declaration In Support Of Administrative Motion is **GRANTED**.

DATED:   August 24, 2021

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

2

ORDER RE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION / CASE NO. 4:17-CV-03962-HSG