Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608-1863
Telephone:     (415) 421-7100
Facsimile:      (415) 421-7105
Email:    gwallace@schneiderwallace.com
              mjohnson@schneiderwallace.com
              tclose@schneiderwallace.com

Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
**STEBNER GERTLER**
**GUADAGNI & KAWAMOTO**
**A Professional Law Corporation**
870 Market Street, Suite 1285
San Francisco, California  94102-2918
Telephone:     (415) 362-9800
Facsimile:      (415) 362-9801
Email:    kathryn@sggklaw.com
              brian@sggklaw.com

Gay Crosthwait Grunfeld – 121944
Benjamin Bien-Kahn – 267933
Jenny S. Yelin – 273601
Amy Xu – 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:    ggrunfeld@rbgg.com
              bbien-kahn@rbgg.com
              jyelin@rbgg.com
              axu@rbgg.com

**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016)
(*Pro Hac Vice*)
gmaatman@seyfarth.com
Michael D. Jacobsen (IL SBN 6303584)
Jennifer A. Riley (IL SBN 6272366)
(*Pro Hac Vice*)
jriley@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>                    Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION ON SCHEDULE RE MOTION FOR CLASS CERTIFICATION; AND ORDER**<br><br>Judge:    Haywood S. Gilliam, Jr. |

1    Pursuant to the direction of the Court at the telephonic status conference held on

2  October 19, 2021, and subject to the Court's approval, the parties hereby stipulate to the following

3  modification of the briefing schedule on Plaintiffs' motion for class certification.

4    1.    Defendants shall file their response in opposition to Plaintiffs' motion for class

5  certification by March 3, 2022.

6    2.    Plaintiffs' reply in support of their motion for class certification shall be filed by

7  May 19, 2022.

8    3.    All other terms of the Court's prior Order (Dkt. No. 206) remain unchanged,

9  including that the deadlines for expert witnesses as set forth in the Court's prior Order shall

10  continue to apply relative to the class certification briefing dates set forth herein. December 14,

11  2021 is the date by which all of Plaintiffs' expert witnesses must be deposed.

12    4.    In light of the Court's direction at the status conference, the hearing date on

13  Plaintiffs' motion for class certification will need to be continued for two weeks' time, subject to

14  the availability of the Court.

15    IT IS SO STIPULATED.

16

17  DATED:  October 20, 2021    Respectfully submitted,

18    ROSEN BIEN GALVAN & GRUNFELD LLP

19

20    By:  */s/ Gay Crosthwait Grunfeld*
                Gay Crosthwait Grunfeld

21

22    Attorneys for Plaintiffs and the Proposed Classes

23  DATED:  October 20, 2021    SEYFARTH SHAW LLP

24

25    By:  */s/ Gerald L. Maatman, Jr.*
                Gerald L. Maatman, Jr.

26

27    Attorneys for Defendants

28

1

**ORDER**

2        Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

3        The hearing on Plaintiffs' motion for class certification shall take place on June 9, 2022

4   at 2:00 p.m.

5

6   Dated:  10/21/2021

7                                                HON. HAYWOOD S. GILLIAM, JR.
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28