Guy B. Wallace, State Bar No. 176151
gwallace@schneiderwallace.com
Mark T. Johnson, State Bar No. 76904
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

Gay Crosthwait Grunfeld,
State Bar No. 121944
ggrunfeld@rbgg.com
Benjamin Bien-Kahn, State Bar No. 267933
Bbien-kahn@rbgg.com
Jenny S. Yelin, State Bar No. 273601
jyelin@rbgg.com
**ROSEN BIEN GALVAN**
**& GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Tel: (415) 433-6830
Fax: (415) 433-7104

Attorneys for Plaintiffs and
the Proposed Classes

Gerald L. Maatman, Jr. (IL SBN 6181016)
(*Pro Hac Vice*)
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366)
(*Pro Hac Vice*)
jriley@seyfarth.com
Michael D. Jacobsen (IL SBN 6303584)
(*Pro Hac Vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>           Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**STIPULATION AND ORDER RE SCHEDULE FOR DEPOSITION OF GARY WATERS** |

1  WHEREAS, per the Court's Order dated October 21, 2021, ECF No. 315, the Court ordered that all of the experts who submitted declarations in support of Plaintiffs' motion for class certification be deposed by no later than December 14, 2021;

WHEREAS, the parties scheduled the deposition of Plaintiffs' expert Gary Waters for December 3, 2021, and commenced his deposition on that date;

WHEREAS, Mr. Waters was ill on December 3, 2021 and was unable to complete his deposition that day;

WHEREAS, Mr. Waters is not available to resume his deposition until December 21, 2021, due to prior professional commitments;

WHEREAS, the parties are amenable to completing Mr. Waters' deposition on December 21, 2021; and,

WHEREAS, for the foregoing reasons, the parties believe that there is good cause to modify the schedule to permit Mr. Waters' deposition to be completed on December 21, 2021.

THEREFORE, IT IS HEREBY STIPULATED, that:

1. The remainder of Mr. Waters' deposition shall take place on December 21, 2021.

2. All other terms of the Court's prior Order (ECF No. 206) remain unchanged.

IT IS SO STIPULATED.

DATED: December 9, 2021           SCHNEIDER WALLACE
                                  COTTRELL KONECKY LLP

                                  By:  /s/ *Guy B. Wallace*
                                       Guy B. Wallace
                                       Attorneys for Plaintiffs and the
                                       Proposed Classes

DATED: December 9, 2021          SEYFARTH SHAW LLP

By: /s/ *Gerald L. Maatman, Jr.*
      Gerald L. Maatman, Jr.
      Attorneys for Defendants

### **ORDER**

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

The remainder of Mr. Waters' deposition shall take place on December 21, 2021.

Dated: December 10, 2021          *[signature]*

          Haywood S. Gilliam, Jr.
          United States District Judge