**MOORE & LEE, LLP**
Erica Rutner (FBN 0070510) (*Pro Hac Vice*)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
501 East Las Olas Blvd. Suite 200
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice)*
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice)*
jriley@seyfarth.com
Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Ryan A. McCoy (SBN 276026)
rmccoy@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | ) |
| | ) Case No. 17-cv-03962-HSG |
| Plaintiffs, | ) |
| | ) **ORDER RE DEFENDANTS' MOTION** |
| v. | ) **FOR ADMINISTRATIVE RELIEF TO** |
| | ) **FILE A CONSOLIDATED MOTION TO** |
| BROOKDALE SENIOR LIVING INC., et al. | ) **EXCLUDE EXPERT OPINIONS IN** |
| | ) **EXCESS OF 25 PAGES** |
| Defendants. | ) |

## **ORDER**

Having considered all materials filed in support of and in opposition to Defendants Brookdale Senior Living Inc. and Brookdale Senior Living Communities Inc.'s ("Brookdale") Motion for Administrative Relief to File a Consolidated Motion to Exclude Expert Testimony in Excess of 25 Pages ("Motion"):

IT IS HEREBY ORDERED that Brookdale's Motion is **DENIED**.

DATED: 1/26/2022



_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

DENIED

Judge Haywood S. Gilliam Jr.

DEFENDANTS' MOTION TO MODIFY THE PAGE LIMITS ON THE *DAUBERT* MOTIONS
Case No. 17-cv-03962-HSG