# EXHIBIT 418

| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP**<br>Gerald L. Maatman, Jr.  (IL SBN 6181016) (*Pro Hac Vice*) |
| 2 | gmaatman@seyfarth.com<br>Jennifer A. Riley (IL SBN 6272366) (*Pro Hac Vice*) |
| 3 | jriley@seyfarth.com<br>233 South Wacker Drive, Suite 8000 |
| 4 | Chicago, Illinois 60606-6448<br>Telephone:      (312) 460-5000 |
| 5 | Facsimile:       (312) 460-7000 |
| 6 | Justin T. Curley (SBN 233287) |
| 7 | jcurley@seyfarth.com<br>560 Mission Street, 31st Floor |
| 8 | San Francisco, California 94105<br>Telephone:      (415) 397-2823 |
|   | Facsimile:       (415) 397-8549 |
| 9 | |
| 10 | Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com |
| 11 | 400 Capitol Mall, 23rd Floor<br>Sacramento, California 95814 |
| 12 | Telephone:      (916) 448-0159<br>Facsimile:       (916) 397-8549 |
| 13 | **MOORE & LEE, LLP** |
| 14 | Erica Rutner (FBN 0070510) (*Pro Hac Vice*)<br>e.rutner@mooreandlee.com |
| 15 | 501 East Las Olas Blvd. Suite 200<br>Fort Lauderdale, Florida 33301 |
| 16 | Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051 |
| 17 | Attorneys for Defendants |
| 18 | BROOKDALE SENIOR LIVING INC.<br>BROOKDALE SENIOR LIVING COMMUNITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-CV-03962-HSG (LB) |
| Plaintiffs, | **DECLARATION OF MATTHEW BUSER IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| BROOKDALE SENIOR LIVING INC. et al., | |
| Defendants. | |

DECLARATION OF MATTHEW BUSER IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION / CASE NO. 4:17-CV-03962-HSG (LB)

80132262v.1

Classified as Client Data

I, Matthew Buser, declare and state as follows:

1. I have been employed by United Lex since May 1, 2011. My current title is Director – Document Review, which I have held since April 2019. In this role, I am responsible for, among other things, overseeing teams from United Lex that handle document review and coding projects. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would testify competently thereto under oath to these facts.

2. United Lex has been retained by Defendants Brookdale Senior Living Inc. and Brookdale Senior Living Communities, Inc. (collectively "Brookdale") to provide discovery-related services in connection with this action.

3. In February 2022, a review team from United Lex working under my supervision ("Review Team") reviewed, among other things, residency agreements collected from the Residency Agreement System ("RAS") and ARTIVA platforms, as well as collected in hard-copy format from communities in California.

4. As part of their review, the Review Team coded for specific information such as the existence of particular phrases within a residency agreement, the existence and text of any footer language within a residency agreement, and the name of the entity that contracted with the resident in the residency agreement.

5. The Review Team reviewed 8,508 signed residency agreements where the resident, representative, or power of attorney did not accept the arbitration provision within the residency agreement.

6. The Review Team identified approximately 163 unique entities that contracted with the residents for memory care or assisted living services in the population of 7,767 residency agreements that it reviewed. None of these entities from these 7,767 residency agreements included Brookdale Senior Living Inc. or Brookdale Senior Living Communities, Inc.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DECLARATION OF MATTHEW BUSER IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION / CASE NO. 4:17-CV-03962-HSG (LB)

80132262v.1

Classified as Client Data

1  I declare under penalty of perjury under the laws of the United States and the States of California
2  and Kansas that the above is true and correct.
3  Executed on March 3, 2022, in Overland Park, Kansas.

*Matthew Buser* 3/3/2022
Matthew Buser

Classified as Client Data   80132262v.1