# EXHIBIT 419



**BROOKDALE**
NOHL RANCH
SENIOR LIVING SOLUTIONS

**Transportation Request**          Today's Date _____

Resident's Name/ Phone # _____

Destination Address: _____

Destination Phone#: _____ Dr.'s Name: _____

Monday _____          **Anaheim – Fullerton Only**

Wednesday _____      **Santa Ana – Orange – Tustin– Yorba Linda Only**

Friday _____          **Yorba Linda – Anaheim Hills Only**

Appt. Date _____ Appt. Time _____

Wheelchair      YES      NO

<mark>**A 72 HOUR NOTICE IS REQUIRED*15 MILE RADIUS FROM COMMUNITY**</mark>

BKD1303085