# EXHIBIT 438

Part 1 of 3

# TRANSPORTAION LOG · Brookdale Rancho Mirage

**Month/Date:** _Month of AUGUST 2019_

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306249

# TRANSPORTAION LOG

**Month/Date:** August 1. Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | 10:00am House Gammaine to visit wife at 39450 Cade Del Sol | | | | Rancho Mirage Rehab | | BD |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | TK nails | | |
| 1215 | Charlene Connelly | | 1:00 | nail appt. | | | SD |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306250

# TRANSPORTAION LOG

**Month/Date:** August 2nd Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | umuy 0 | | | | Crocodine Chewe | | cw |
| 9:30a.m. | | | | visir wife | Rancho Mirage | | SC |
| 10:00 AM | Vince Immaine | Wheelchr | | De Sen | Rehab 3990 Vistadel Sol | | +cw |
| 10:00 | | | | | Rancho Mirage Medcre | | |
| 10:30a.m. | Sheldon Robinson | Escort (8/05) | 1040 | | 72870 Country Club DC Bld A, SiE 2058 RN | 760-386-7800 | |
| 11:10 | Poker Players | | to | the | Ever for Movie | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | Helen Wilson | Pt service on Bus | 315 | DReSnt | 72405 HWY III Palm Desert | 760 969-6500 - | |
| 245 | | | | | | | |

CONFIDENTIAL

BKD1306251

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 01, 2019 6:29 PM |
| To: | Tara Gonzalez; Ryan West; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday August 1, 2019 |
| Attachments: | 20190801181552198.pdf |

Transportation Schedule Friday August 1, 2019

8:30 AM  Mary DeLucia  (cumudin  clinic) EMC Campus

10:00 AM  Vince Yammarino (visit wife) Rancho Mirage Rehab 39950 Vista del Sol, RM

10:00 AM Sheldon Robinson (wheelchair escort/Ruby/our bus) Dr. Tiffany Jen, RM Med Ctr, 72780 Country Club Dr. 760-384-7900

11:10  AM POKER PLAYERS GOING TO THE RIVER FOR MOVIE

 2:45 PM   Helgie Nilsen (PL service/our bus ?)  72605 Hwy III, Palm Desert, CA  760-969-6568


Thank you


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 01, 2019 5:16 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.01.2019 18:15:51 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306252

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Thursday, August 01, 2019 5:54 PM |
| **To:** | Sandra Cuevas; Tara Gonzalez; Francisco Castro; Lisa Martinez |
| **Cc:** | Barbara Pippin |
| **Subject:** | 200 Sheldon Robinson Friday Dr. Jen |

To all,
See trail of emails  with subject Helgie Nilsen (but instead were about 200 Sheldon Robinson).

I didn't see any followup as requested by Tara so I called and talked with family (Kimberly).  Sheldon will ride our bus and his care giver Ruby will be with him as escort.  Leave at 10 am for 10:40 Am appointment, Dr. Jen at Ranch Mirage Medical Center/corner Monterey and Country Club.

Thank you

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



---

**From:** Sandra Cuevas
**Sent:** Wednesday, July 31, 2019 9:44 AM
**To:** Tara Gonzalez; Francisco Castro; Lisa Martinez
**Cc:** Carolyn Wheeler; Barbara Pippin
**Subject:** RE: Helgie Nilsen

**They will let me know all the info**

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



---

**From:** Tara Gonzalez
**Sent:** Wednesday, July 31, 2019 9:41 AM
**To:** Sandra Cuevas; Francisco Castro; Lisa Martinez

1

CONFIDENTIAL

BKD1306253

**Cc:** Carolyn Wheeler; Barbara Pippin
**Subject:** RE: Helgie Nilsen

Sandra please follow up with the family for #200. They said he has an appointment on Friday with Dr.Jen. Not sure of the time or if he will need to be transported by our bus. And if he will need PL service? Or if his companion will escort him.
#702-773-0133

**From:** Sandra Cuevas <Sandra.Cuevas@brookdale.com>
**Sent:** Wednesday, July 31, 2019 9:13 AM
**To:** Francisco Castro <fcastro1@brookdale.com>; Tara Gonzalez <Tara.Gonzalez@brookdale.com>; Lisa Martinez <lmartinez40@brookdale.com>; Martha Mendoza <Martha.Mendoza2@brookdale.com>; Elizabeth Murrel <emurrel@brookdale.com>
**Cc:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>
**Subject:** Helgie Nilsen

Good Morning Frank/Elizabeth I have Helgie Nilsen (CB) having 2 appts for Aug
1 Friday Aug 2nd 3:15pm appt to Desert Oaisis 72605 Hwy 111 Palm Desert
2 Monday Aug 5th 10:30am appt  Dr Sanderson Wright bldg. EMC campus

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



2

BKD1306254

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Sandra Cuevas |
| **Sent:** | Wednesday, July 31, 2019 9:44 AM |
| **To:** | Tara Gonzalez; Francisco Castro; Lisa Martinez |
| **Cc:** | Carolyn Wheeler; Barbara Pippin |
| **Subject:** | RE: Helgie Nilsen |

**They will let me know all the info**

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



---

**From:** Tara Gonzalez
**Sent:** Wednesday, July 31, 2019 9:41 AM
**To:** Sandra Cuevas; Francisco Castro; Lisa Martinez
**Cc:** Carolyn Wheeler; Barbara Pippin
**Subject:** RE: Helgie Nilsen

Sandra please follow up with the family for #200. They said he has an appointment on Friday with Dr.Jen. Not sure of the time or if he will need to be transported by our bus. And if he will need PL service? Or if his companion will escort him. #702-773-0133

---

**From:** Sandra Cuevas <Sandra.Cuevas@brookdale.com>
**Sent:** Wednesday, July 31, 2019 9:13 AM
**To:** Francisco Castro <fcastro1@brookdale.com>; Tara Gonzalez <Tara.Gonzalez@brookdale.com>; Lisa Martinez <lmartinez40@brookdale.com>; Martha Mendoza <Martha.Mendoza2@brookdale.com>; Elizabeth Murrel <emurrel@brookdale.com>
**Cc:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>
**Subject:** Helgie Nilsen

Good Morning Frank/Elizabeth I have Helgie Nilsen (CB) having 2 appts for Aug
1 Friday Aug 2nd 3:15pm appt to Desert Oaisis 72605 Hwy 111 Palm Desert
2 Monday Aug 5th 10:30am appt  Dr Sanderson Wright bldg. EMC campus

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999

1

CONFIDENTIAL



CONFIDENTIAL

BKD1306256

Need transportation for Walter Edward Cushen, Apt 231 Brooklawn, and his wheelchair, to a medical appointment Monday, August 5, at 1:30 PM, at Beltone, Vasquez Hearing Aids, 72608 El Paseo, Suite 4, Palm Desert 92260 , Phone (760) 346-2089, and return to Brooklawn after 2 hearing aids have been tested and readjusted.

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| rom: | Walter Cushen <EdCushen@msn.com> |
| **Sent:** | Friday, August 02, 2019 8:47 PM |
| **To:** | mark cushen; Carolyn Wheeler |
| **Cc:** | Daniel Coover; Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin |
| **Subject:** | [EXTERNAL] RE: Driver scheduled to star takin Walter next Saturday at 5pm service. |

I'm overjoyed to find transportation to St Margaret's Episcopal available on Saturday evenings at 5 PM.  Any travel costs round trip? Any Sunday service accommodations?

---

**From:** mark cushen <markcushen@icloud.com>
**Sent:** Friday, August 2, 2019 7:25 PM
**To:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
**Cc:** Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
**Subject:** Re: Driver scheduled to star takin Walter next Saturday at 5pm service.

Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10.  Dad will be so thrilled.

Sent from my iPhone

On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:

Is that to St. Margarets ?


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

<image002.jpg>

---

**From:** Daniel Coover
**Sent:** Friday, August 02, 2019 4:10 PM
**To:** markcushen@icloud.com
**Cc:** Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Carolyn Wheeler
**Subject:** Driver scheduled to star takin Walter next Saturday at 5pm service.

Our weekend driver is available to take Walter starting next weekend to the Saturday at 5pm service....


**Daniel Coover**
Resident Program Manager
Brookdale Rancho Mirage (24674)

CONFIDENTIAL

BKD1306258

72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760-340-5999
Direct 760-567-1561
**<image003.jpg>**

---

-------------------------------------- This email may contain confidential protected health information and/or attorney privileged information. If received in error, see our Privacy Statement at https://www.brookdale.com/privacy-policy/

2

CONFIDENTIAL

BKD1306259

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Friday, July 19, 2019 6:03 PM |
| **To:** | Ryan West; Barbara Pippin; Sandra Cuevas; Daniel Coover |
| **Cc:** | Tara Gonzalez |
| **Subject:** | RE: Ruby Johnson 8/7/19 |

Ryan,
I entered in Transportation Book. Ruby needs to leave at 12 Noon.

However, Mens Luncheon Outing is scheduled for 11:30 AM. – 1 PM.


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



---

**From:** Ryan West
**Sent:** Thursday, July 18, 2019 2:41 PM
**To:** Barbara Pippin; Sandra Cuevas; Carolyn Wheeler
**Cc:** Tara Gonzalez
**Subject:** Ruby Johnson 8/7/19

Ruby will have a 12:30 pm appointment with her companion Vita accompanying.
Dr. Chan
36949 Cook Street, Palm Desert Building K. Suite 101
(760) 340-2394

Will need med list.

**Ryan West**
Health and Wellness Director
Brookdale Rancho Mirage (BU 24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999
Direct 442.241.8035
Fax 770.538.1477



1

CONFIDENTIAL

BKD1306260

## Carolyn Wheeler

**From:** Ryan West
**Sent:** Thursday, July 18, 2019 2:41 PM
**To:** Barbara Pippin; Sandra Cuevas; Carolyn Wheeler
**Cc:** Tara Gonzalez
**Subject:** Ruby Johnson 8/7/19

Ruby will have a 12:30 pm appointment with her companion Vita accompanying.
Dr. Chan
36949 Cook Street, Palm Desert Building K. Suite 101
(760) 340-2394

Will need med list.

**Ryan West**
Health and Wellness Director
Brookdale Rancho Mirage (BU 24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999
Direct 442.241.8035
Fax 770.538.1477



1

CONFIDENTIAL

BKD1306261

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Sunday, August 04, 2019 3:07 PM |
| To: | Francisco Castro; Elizabeth Murrel; Tara Gonzalez; Ryan West |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | PL Transportatin -Brookdale Rancho Mirage  Aug 5-6 |

Monday  -August 5, 2019

10:00 AM  Helgie Nilsen (PL Service)  10:30 AM appt. Dr. Sanderson, Wright Bldg, EMC  760-346-3498
12:30 PM Charlene Connerly (PL Service)  1:00 PM appt, Desert Advanced, 35800 Bob Hope Dr. RM 760-346-6239


Tuesday - August 6, 2019
1:30 PM  Charlene Connerly (PL Service)  Dr. Sanderson, Wright Bldg. 409 EMC  760-396-3498


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



CONFIDENTIAL

BKD1306262

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Sunday, August 04, 2019 2:47 PM |
| **To:** | Tara Gonzalez; Ryan West; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation === Schedule Week Aug 4-11 Mon-Sun |
| **Attachments:** | 20190804135711550.pdf |

Transportation Schedule Week Aug 4-11 Mon-Sun

Monday  -August 5, 2019
10:00 AM  Helgie Nilsen (PL Service)  10:30 AM appt. Dr. Sanderson, Wright Bldg, EMC  760-346-3498
12:30 PM  Mary Crow  (wheelchair-sister will meet) Ranch 16 Movies 72777 Dinah Shore Dr.  864-462-7342
12:30 PM Charlene Connerly (PL Service)  1:00 PM appt, Desert Advanced, 35800 Bob Hope Dr. RM 760-346-6239
 1:00 PM Ed Cushen (wheelchair)  1:30 PM  Beltone, 72624 El Paseo, PD  760-346-2089
3:45 PM  Pickup Mary Crow at Rancho 16 Movie Theater , 72777 Dinah Shore Dr.


Tuesday - August 6, 2019
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del Sol, RM
10:30 AM  Nancy Bonjorno  (11 m appt) Dr. Todd Minor, Kaiser/Cook & Gerald Ford
1:30 PM   RESIDENT ERRANDS
1:30 PM  Charlene Connerly (PL Service)  Dr. Sanderson, Wright Bldg. 409 EMC  760-396-3498


Wednesday - August 7, 2019
11:30 AM  MENS LUNCHEON OUTING
12:00 PM   Ruby Johnson (wheelchair w/escort)  12:30 PM appt Dr. Chan, 36949 Cook St., STE


Thursday - August 8, 2019
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del sol, RM
1:30 PM    Hal Bedford   (Dr ? ) 39000 Bob Hope Dr. Hal Wallis Bldg, EMC  RM  760-346-0642


Friday - August 9, 2019
8:30 AM  Mary DeLucia Coumadin Clinic EMC  Hal B. Wallis Bldg.

Sunday - August 11, 2019
9:30 AM  Ed  Cushen (wheelchair/son meet there) St. Margaret's Church 47535 Hwy 74, PD
11:15 AM  pick up Ed at St. Margaret's Church & return to Brookdale


Thank you


AROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)

1

CONFIDENTIAL

BKD1306263

72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Sunday, August 04, 2019 12:57 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.04.2019 13:57:11 (-0600)
Queries to: ricoh406@donotreply.com

CONFIDENTIAL

BKD1306264

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Daniel Coover |
| **Sent:** | Monday, August 05, 2019 8:58 AM |
| **To:** | mark cushen; Carolyn Wheeler |
| **Cc:** | Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Walter Edward Cushen |
| **Subject:** | RE: [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service. |

Hi Mark and Ed.
After confirmation with the driver.
The only day and time that works for his schedule is leaving here at 4:30, on Saturday's  to get to the church in enough time for Ed to get into services at 5:00pm. He will wait and bring Ed back upon conclusion of Saturday service.

Kindly,

.

**Daniel Coover**
Resident Program Manager
Brookdale Rancho Mirage (24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760-340-5999
Direct 760-567-1561



---

**From:** mark cushen [mailto:markcushen@icloud.com]
**Sent:** Friday, August 02, 2019 7:25 PM
**To:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
**Cc:** Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
**Subject:** [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service.

Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10.  Dad will be so thrilled.

Sent from my iPhone

On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:

> Is that to St. Margarets ?
>
>
> **CAROLYN WHEELER**
> **Receptionist**
> Brookdale Rancho Mirage  (BU24674)
> 72201 Country Club Drive
> Rancho Mirage, CA 92270
> Community 760.340.5999

CONFIDENTIAL

BKD1306265

# TRANSPORTAION LOG

Month/Date: August 5 monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 7:00 | ~~Felipe Nilsen~~ | R Server Bus 00 B>5 | 1030 | Dr. Sandman | Wright Bldg EMC | Teo 346-3498 | ⊘ |
| 00 10:30a.m. | Joann Wegnent | to Albertsons | | not going | | | |
| 230 11:30a.m. | Mary Cross | fl — Bfast escort | | Rancho le Movies | Rp 72-777 Dinaha Safe 35800 Bob Hope | 3ey 462-7392 760 | ⊘ |
| 1230 | Charlene Connelly | service — escort wheelchair | 1:00 | Dessy advanced | Rancho mirage | 346-10039 | ⊘⊘ |
| 1:00p.m. | Al Caplan | | 1:30 | Beltone | 72624 El paseo palm Desert | 760 346-2087 | |
| 2:00p.m. | | | | | | | |
| 345 | Pick up For Mary Crox at Rancho le Movies — | | | | | | |

CONFIDENTIAL

BKD1306266

# TRANSPORTAION LOG

Month/Date: August 6 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Vince Yammarino to visit wife at: | | | | Rancho Murial Rehab 3145 Vista Del Sol Kaiser (Boul&Renald) Ford | | BD |
| 10:00 AM | Nancy Bonjorno | | 11AM | Tozimnon | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:30 | RESIDENT ERRANDS | | | | | | Se |
| 1:30 1:00 p.m. | Charline Connoly | service | 2:00 | Dr Sanderson | Weight Bdg | 409 760 396-3498 | |
| 2:00p.m. | | | | | | | |

## TRANSPORTAIION LOG

**Month/Date:** August 7 Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 11:00 ~~10:30a.m.~~ | Mrs + Mr Byrn | Walmart on Bus | | | | | |
| 12:00 | Ruby Johnson (wheelchair) (Wesscoat - Vin) | | 12:30pm | Dr. Chan | 36949 Cook Street BLK (760) Rancho. Mirage STE 101 340-2394 | | (CN) |
| 11:30a.m. | MENS LUNCHEON OUTING | | | BLRK | | | BV |
| | Cancelled - Per Daniel | | | | | | |
| 1:00p.m. | Joann Kraus | | | Abortion - | | | |
| 2:00p.m. | Called cab/wheelchair per call from Vita, Ruby Johnson Chequive to pick them up on Cook St and return to Brookdale. Confirmation # f6 9151/Vita - yellow Cab (BS) | | | | | | |
| 7:20 | | | | | | | |

CONFIDENTIAL                                                    BKD1306268

# TRANSPORTAION LOG

**Month/Date:** August 8 th Thursday/2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:00am | Vince Yanmarino | | | to visit wife at : | Rancho mirage Rehab 39950 Whote Wtr Sal | | BM |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Hal Bedford (Eugene) | (Eugene) | 220 | Franklin | 3100 356 1106 700 Ste 1215 346-0040 | | B |
| 130 | | | | | | | |
| 130 | Jimmy O. | | | Johnsons | | Chemo | |
| 2:00pm. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306269

# TRANSPORTAION LOG

**Month/Date:** August 9 Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary D. | | 830 | — | (Coumadin) Cumadine clinic | EMC HALUALIIS BLDg | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Joann Weaver | | | | Westfield Shopping Center | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |

BKD1306270

# TRANSPORTAION LOG

ReLol
DriVer

**Month/Date:** _SATURDAY_   8-10-19

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. Sm FDCushen | Ys | Jose Here to Transport St MArgArets Church ServIce | | | | | |

BKD1306271

# TRANSPORTAION LOG

**Month/Date:** August 12 Monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. 1100 AM | Mary O. ANN Meyers | (wheelchair) 1130 AM | | 310 497-6997 Meet Friend MARIE | Pete Axel Keeogs Fountain 4 Grill 93-633 CALL 92260 | 760-346-6990 cell | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** August 14 Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | 11:00 ANN Meyers | (Friend pick up Drive escort) | | Lunch w/ Marie Restaurant 310 497 6997 | | | ☺ |
| 10:30a.m. | Ruby Brusa | w/heelchair Vita Esst | 11:00 | 30 CCP Base TRefam | 36949 Cook St #101 Palm Desert 340 2394 | 700 | |
| 11:30a.m. | Womens Luchon | Womens Luchon | | Womens Luchon | | | |
| 1:00p.m. | Bob payne | | | | per fordware of the Home Depot | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306273

# TRANSPORTAION LOG

**Month/Date:** August 15, Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:50 | Vince Yeomanian to visit trip of. | | | | Rancho Mirag Rehab 39950 Vista Del Sol | | (EP) |
| 10:30a.m. | | | | | P.S I love you | | |
| 11:00am Mary DeLucia | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | Clare Bridge – Resident Dining out | | | | | | |

CONFIDENTIAL

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 15, 2019 7:03 PM |
| To: | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule - August 16-17  Friday and Saturday |
| Attachments: | 20190815173934479.pdf |

Transportation Schedule - August 16-17  Friday and Saturday

FRIDAY - AUGUST 16, 2019

8:30 AM  Mary DeLucia   -EMC Coumadin clinic

10:00 AM Charlene Connerly -10:50 AM appt. Dr. Grenis 1801 E Tahquitz Rd.  Palm Springs

10:00 AM Vince Yammarino   (visit wife)   Rancho Mirage Rehab  39950 Vista del Sol,  RM

 300 PM  JoAnn Weaver   (shopping pick up shoes at Steinmart)  Bob Hope Drive


SATURDAY -  AUGUST 17, 2019

4:30  pm  Ed Cushen  (wheelchair-our relief bus driver) son meets at St. Margret's Church,  47535 CA-74 (Monterey Ave)


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 15, 2019 4:40 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.15.2019 17:39:33 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306275

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Saturday, August 10, 2019 2:16 PM |
| To: | Tara Gonzalez; Daniel Coover; Francisco Castro; Elizabeth Murrel |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Connerly transportation Friday our bus - no escort? |

Tara
Charlene Connerly checked on her Friday transportation (8/16).  She is scheduled for 10AM departure for 10:50 AM Palm Springs appointment.  She said she talked to you and she can go on our bus without PL escort.

Please confirm.


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



1

CONFIDENTIAL

BKD1306276

# TRANSPORTAION LOG

**Month/Date:** August 16 Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | immy R | | | | Caimeline Clinic | | |
| 9:30a.m. | Charlene Connelly | (OUR BUS) PL 2HRS THER | no escort pec THER 1050 | Dr. Giennel | 1801 E august 13 Way Toler Spring | 760 | (S) |
| 10:00 | | | | | | | |
| 10:30a.m. 10 AM | Vince Smmacino | to visit wife | | 39950 | White Clay Sal RN Valate | | (RI) |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| 3:00 | Saan Weout | | Pick up Shoes | | Steinmart | | |

BKD1306277

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Sunday, August 11, 2019 2:42 PM |
| To: | Tara Gonzalez; Cassie Padilla; Daniel Coover; Roland Gandy; Lisa Martinez |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | TRANSPORTATION SCHEDULED-WEEK August 12-17 |
| Attachments: | 20190811123700910.pdf |

TRANSPORTATION SCHEDULED-WEEK August 12-17

Monday August 12, 2019
10:30 AM  Mary DeLucia   (shopping at Rite-Aid)

Tuesday  August 13, 2019
 9:30 AM  Nancy Bonjorno (walker)  10:00 AM appt Dr. McGillard, 73151 Fred Waring, PD 760-837-0222
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab 39950 Vista del Sol, RM
 1:00 PM  Robert Payne  (1:30 PM appt) Dr. James, Main Entrance, EMC 39000 Bob Hope Dr  760-390-3911
 1:30 PM RESIDENT ERRANDS  - AL

Wednesday August 14, 2019
10:30 AM  Ruby Johnson (wheelchair-our bus-her escort Vita) 11:00 AM appt. So Cal Desert Retina, 36949 Cook St. #101
PD 760-340-2394
11:30 AM  WOMENS LUNCHEON

Thursday August 15, 2019
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del Sol, RM
 2:00 PM  CLARE BRIDGE - RESIDENT DINING OUT

Friday August 16, 2019
 8:30 AM  Mary DeLucia  Coumadin Clinic  EMC
10:00 AM  Charlene Connerly (our bus- Tara checking on escort/PL) 10:50 am appt Dr. Grenis  1801 E Tahquitz Rd, Palm
Springs

Saturday August 17, 2019  (relief driver)
4:30 PM  Ed Cushen   (wheelchair our bus/son meets there)  St. Margaret's Church, 47535 C-74 (Monterey Ave) PD  760-
346-2697

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----

1

CONFIDENTIAL

BKD1306278

# TRANSPORTAION LOG

**Month/Date:** August 17, 2019 — SATURDAY

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| 4:30pm ED Usher | | Wheelchair (our Bus - you meets there) | | | Church Services (Church) ST. MARGARETS 47535 CA 74 (Monterey Ave) PALM DESERT CA 92263 | 760-346-2697 | (illegible) |
| | | | | | | | |

CONFIDENTIAL

*SAS*

## Carolyn Wheeler

| | |
|---|---|
| **From:** | mark cushen <markcushen@icloud.com> |
| **Sent:** | Monday, August 05, 2019 12:35 PM |
| **To:** | Daniel Coover |
| **Cc:** | Carolyn Wheeler; Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Walter Edward Cushen |
| **Subject:** | Re: [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service. |

*430 pm - Ed Cushen to St. Margarets*

Thank you we will take you up on the offer for Saturday church service at 5.

Sent from my iPhone

On Aug 5, 2019, at 8:58 AM, Daniel Coover <dcoover@brookdale.com> wrote:

> Hi Mark and Ed.
> After confirmation with the driver.
> The only day and time that works for his schedule is leaving here at 4:30, on Saturday's to get to the church in enough time for Ed to get into services at 5:00pm. He will wait and bring Ed back upon conclusion of Saturday service.
>
> Kindly,
>
>
> **Daniel Coover**
> Resident Program Manager
> Brookdale Rancho Mirage (24674)
> 72-201 Country Club Drive
> Rancho Mirage, CA 92270
> Community 760-340-5999
> Direct 760-567-1561
> **<image001.jpg>**
>
> ---
> **From:** mark cushen [mailto:markcushen@icloud.com]
> **Sent:** Friday, August 02, 2019 7:25 PM
> **To:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
> **Cc:** Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
> **Subject:** [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service.
>
> Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10. Dad will be so thrilled.
>
> Sent from my iPhone
>
> On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:
>
> Is that to St. Margarets ?

*760 969-6960 Sofia*

1

BKD1306280

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

<image002.jpg>

**From:** Daniel Coover
**Sent:** Friday, August 02, 2019 4:10 PM
**To:** markcushen@icloud.com
**Cc:** Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Carolyn Wheeler
**Subject:** Driver scheduled to star takin Walter next Saturday at 5pm service.

Our weekend driver is available to take Walter starting next weekend to the Saturday at 5pm service....


**Daniel Coover**
Resident Program Manager
Brookdale Rancho Mirage (24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760-340-5999
Direct 760-567-1561
**<image003.jpg>**



-------------------------------------- This email may contain confidential protected health information and/or attorney privileged information. If received in error, see our Privacy Statement at https://www.brookdale.com/privacy-policy/

-------------------------------------- This email may contain confidential protected health information and/or attorney privileged information. If received in error, see our Privacy Statement at https://www.brookdale.com/privacy-policy/

CONFIDENTIAL

BKD1306281

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Sunday, August 18, 2019 1:53 PM |
| To: | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule -  Monday - August 19, 2019 |
| Attachments: | 20190818134253577.pdf |

Transportation Schedule -  Monday - August 19, 2019

8:45 AM  Charlene Connerly  (9:30 AM appt)  Physical Therapy-- Desert Oasis Health Care, 72605 CA-111 PD CA 92260 760-404-0135

10:30 AM  Harold Bedford (visit/pay respects)  Forest Lawn Mausoleum, 69855 E. Ramon, Cathedral City  760-328-3140

 1:30 PM  Richard Star ( 2 pm appt)   Dr. Goldban  72650 Fred Waring, Palm Desert, CA  760-320-8479

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Sunday, August 18, 2019 12:43 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.18.2019 13:42:53 (-0600)
Queries to: ricoh406@donotreply.com

CONFIDENTIAL

BKD1306282

# TRANSPORTAION LOG

**Month/Date:** August 19 monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 8:15 | Charlene Connolly | | 9:30 | Physical Therapy | Brestol-Gaber 92260 73105 Cn-m Rd | No phone number known 760-7870133 | (S) |
| 9:30a.m. | | | | | | | |
| 10:00 | Betty Swank | (Walker) Regulares | Came anytime (Brief visit wants to pay Respect) (Redenn) | | Al Bretsons Forest Lawn Mausoleum 69855 E. Ramon Cathedral City | 760-328-3140 | (3) |
| 10:30a.m. | Harold Bedford | (Family escort will be coming) | | | | | (CW) |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 1:30 | Richard Star | (ok on bus) | 2:00 | Dr Goldband Goldban | 72650 Fred waring Palm desert | 760 320-3472 | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306283

**Barbara Pippin**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Monday, August 19, 2019 12:36 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportion Schedule  - Tuesday August 20, 2019 |

Transportion Schedule  - Tuesday August 20, 2019

8:45 AM  MaryAnn Etherson  (9:20 AM  appt) Dr. Samuel, 44139 Monterey, Palm Desert,   760-469-5195

9:30 AM CLARE BRIDGE – RANCHO MIRAGE TOUR

11:25 am  Sheldon Robinson (11:40 AM appt) wheelchair –will have escort Dr. Wick , EMC  Cardiology 39000 Bob Hope Dr.

1:30 PM  RESIDENT ERRANDS  - AL

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



CONFIDENTIAL

BKD1306284

# TRANSPORTAION LOG

**Month/Date:** August 20 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:45 8:30 a.m. | MaryAnn Ellerson | | 920 | Dr. Samuel | own post 44139 monterey | 760 449-5195 | (8) |
| 9:30 a.m. | CLARE BRidge - RANCho Mirage Tour | | | | Rancho Mirage Tour | (cir) | (BP) |
| 10:00 | Vince Yomaomos to visit wife out | | | | 34750 Regal old set | | |
| 10:30 a.m. | | | | | | | |
| 11:15AM 11:30am. | Shelbody Robinson will have escort | (wheelchair) (escort) | 11:40 | Dewick | CARDIOLOGY Dr. Wick 39000 Bob Hope Dr. | EMC Bob Hope Dr. | B |
| 1:30 1:00 p.m. | Resident Errands | | | | | | |
| 2:00 p.m. | | | | | | | |

CONFIDENTIAL

BKD1306285

# TRANSPORTAION LOG

**Month/Date:** August 21. Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Roddy Johnson (Wheelchair) Escort to the Dr. appt. | Wheelchair | | | Dwight Cook 9:00/9:30 Pole Med | 760 340-3389 | (L) |
| 10:30a.m. ~~11:00~~ | GATE WAY SHOPPING – AL Ruddy Johnson (Wheelchair) | | 11:30 | Retinas Consultants | 36949 Cook St #101 Palm Desert | (760) 340-2340 93211 | |
| 11:30a.m. ~~11:30 AM~~ | Charles Conneaux (Bus #12) Meds Needs 900x Bus 8002 TARA | | 12:00 pm | | TLNA LS 1715 E. Palm Canyon Dr. 130 | 760 864 6622 | W |
| 1:00p.m. ~~#9~~ | Robert Payne | | | Ped care | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306286

# TRANSPORTAION LOG

**Month/Date:** August 22 Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| | Joanne Wright 9:30 | (Wheelchair) | | Shop Albertsons - Monterey County Club | | | |
| | Walter Cohen | | 10AM | Beltrone, sw (Der csw) | 74017 El Paseo STE 4 PD | 760-346-2089 @ | |
| 9:30a.m. | | | | | Rancho Mirage Eye Ass. | | 88 |
| 10:00AM | Vince Yzmendarson transport to track 44 te at 54950 Vista Del sol | | | Las Palmas Na 15-5pm Ped. Care | B-135 1400 Dr. Nore Hobby Lob) 760-562-1168- Norma K Tchon | | (21) |
| 10:30a.m. | Robert Papa | | | | | | |
| 11:30a.m. | | | | No Driver | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306287

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 22, 2019 6:00 PM |
| To: | Tara Gonzalez; Francisco Castro; Elizabeth Murrel; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday & Saturday  August 23-24 |
| Attachments: | 20190822172052840.pdf |

Transportation Schedule Friday & Saturday  August 23-24

Friday - August 23, 2019

8:30 AM  Mary DeLlucia  to Coumadin Clinic (EMC-Renker Bldg.)
9:00 AM  Charlene Connerly  (PL escort and transportation) 9:30 AM  Dr. Sanderson, 39000 Bob Hope Dr. STE W-409 760-346-3498
9:30 AM  CLARE BRIDGE CITY CRUISING
10:00 am  Vince Yammarino  (visit wife) Rancho Mirage Rehab Vista del Sol.  RM


Saturday - August 24, 2019
4:30 PM  Ed Cushen  (wheelchair - son meets there)   St. Margaret's Church, Hwy74-Monterey


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 22, 2019 4:21 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.22.2019 17:20:52 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL                                                                    BKD1306288

## TRANSPORTAION LOG

**Month/Date:** August 23. Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | Mary Deluca | (Bus) Need (arm) | | DR. SANDERSON STE W 409 3900 Bob Hope DR wright Blvd | Cumadin Clinic | 346-3418 | aw |
| 9:00AM | Charlene Connery | pu | 9:30 | | | 760 772- | (kw) |
| 9:30 a.m. | CLARE BRIDGE | | | CITY CRUISING | Rancho mirage healthcare Sue wife | | |
| 10:00 | Vince Yannalino | | | | | | |
| 10:30 a.m. | | | | | | | |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | | | | Abortion | | | |
| 1:30 | Joann W. | | | Steinmart => Out Shopping | Out Shopping | | |
| 2:00 p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306289

# TRANSPORTAION LOG

**Month/Date:** SAT  8.24.19

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| 4:30pm | EOCushed | (wheelchair son meets there | | | St. Margaret Church IK7y/MooTracy | | Q |
| | | | | | | | |
| | | | | | | | |

# TRANSPORTAION LOG

**Month/Date:** August 26 monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Robert Payne | Reg Pl. (B2) | | WALKIN (LABTEST) | LAB Techniques 72280 CC LUB DR | 760. 773/377 | (J) |
| 9:00AM | Chandine Conoly | (B2) Pl. | 730 pM | Physical Therapo | EMC - BLOOD WORK EAGUE en Payne | 760 454.0003 | CJ |
| 9:30a.m. | Maryann Etherson | — | 10:00 AM | CAROL CABANAS | 3700 E TACHEVAH #107 Palm Springs Rancho Mirage Dental | | Qn |
| | | | | | 71 817 HWY 111 STE RM | 760. 340-5155 | |
| 10:30a.m. | Robert Payne | (would like To go As early As possible) | | | ( shopping wALMART ) | | cw |
| 10:50AM | Rosella Brown | | | | Rita-Ad | | cw |
| 11:30a.m. | | | | | | | |
| 1:00p.m. wheelchair | Charlese Connelly | | | | WAl MAl T | | (Cu) |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306291

# TRANSPORTAION LOG

Month/Date: August 27 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Clare Bridge - | | | Rancho Mirage Tour | Rancho mirage Rehab p80 85 | | 80 |
| 10:40 AM | Voice Yemmerins to vied trip at | | | | 39950 Vista del sol | | Bfs |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:30 1:00p.m. | RESIDENT ERRANDS | | | | | | |
| 2:00p.m. | | | | | | | |

# TRANSPORTAION LOG

**Month/Date:** august 28 Wed 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | WASHINGTON SQUARE SHOPPING - AL | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | 1320 | | 1:00 | | | | |
| 2:00p.m. | 11:30 Hernan Vanegas | | nao | Dr Jones | 45175 Panorama Palm Desert Ca | Drop off Wed | See Wed |

CONFIDENTIAL

BKD1306293

# TRANSPORTAION LOG

**Month/Date:** August 29 Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. 10:00 | Janet Hammons | to visit wife | at | Rancho Mirage Rehab 39950 Vista Del Sol | | | PP |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. 3:30 | Robert Payne | | | to Toyota Dealership, Cathedral City | | | PP |
| | | | | | | | |

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| ˆrom: | Carolyn Wheeler |
| **Sent:** | Thursday, August 29, 2019 6:49 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation Schedule Friday August 30, 2019 |
| **Attachments:** | 20190829185020111.pdf |

Transportation Schedule Friday August 30, 2019

8:30 AM  Mary DeLucia  - 8:30 AM Cumadin clinic EMC

9:30 AM  CLARE BRIDGE - CITY CRUISING

10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 3950 Vista del sol, RM

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
ˆommunity 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 29, 2019 5:50 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.29.2019 18:50:19 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306295

# TRANSPORTAION LOG

**Month/Date:** August 30 Friday/2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary D. | | 820 | | Community Clinic | no 396-0642 | |
| 9:30a.m. | Clare Bridge | | | City Cruising (JB-TWJE) | Rancho miame Lek#3 3990 vista del sol | cw | cw |
| 10:00 AM | Vince Jammarino | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Joann W. | | | | Albertson | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306296

# TRANSPORTAION LOG

**Month/Date:** SATURDAY 8-3-19

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | Church Service | St. Margarets Church H-74 Monterey | | (cu) |
| 4PM ED Cushen | | | | | | | |
| to 6pm | | | | | | | |

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Friday, August 30, 2019 4:19 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation Schedule Saturday August 31, 2019 |
| **Attachments:** | 20190830162740981.pdf |

Transportation Schedule Saturday August 31, 2019

4:00 PM  Ed Cushen  (our bus-relief driver)  church service at St. Margarets Church, Highway 74/Monterey Ave. PD

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Friday, August 30, 2019 3:28 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.30.2019 16:27:40 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL
BKD1306298

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Saturday, August 24, 2019 6:24 PM |
| **To:** | Francisco Castro; Tara Gonzalez; Cassie Padilla; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | PL Services Charlene Connerly Monday August 26 |

Frank
Are you taking Charlene Connerly to the following appointment?    Please clarify.

Monday – August 26
8:30 AM (9:30 appt)  Physical therapy, 3700 E. Tachevah #107, Palm Springs, CA  760-459-0003

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Saturday, August 24, 2019 5:11 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.24.2019 18:11:22 (-0600)
Queries to: ricoh406@donotreply.com

CONFIDENTIAL

BKD1306299

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 3   Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | Joan Weaver | | | pick up @ Michaels | Fred warny | | |
| | | | | Steinmart | carpet Shoping | | |
| 3:00pm pick up Steinmart | Joann weaver | | | | | | |

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Sunday, September 29, 2019 3:30 PM |
| **To:** | Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Clare Bridge Oct calendar |

*I need October Clare Bridge activity calendar.  Is Clare Bridge scheduled for 9:30 AM Rancho Mirage Tour on Tuesday, October 1, 2019?*

If so can that be moved to 10:30 AM.  AL  Resident is scheduled for bus trip to Palm Springs 8:15 am to 10:30 am.

Please advise.

**CAROLYN WHEELER**
**Receptionist**
*Brookdale Rancho Mirage  (BU24674)*
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



1

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 4 FRIDAY          2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | CLARE BRIDGE - CITY CRUISING - BUS TRIP | | | | | | |
| 10:00 AM Vince Tamararino | | | (VISIT w/C) | Rancho Mirage Rmr 3950 Vista Del So | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | Bus going for Servicing | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | Kaiser | | | |
| TAXI: | NANCY Bonjidene | | | | | | |

CONFIDENTIAL                                                                 BKD1306302

# TRANSPORTAION LOG

Month/Date: 10/6-19  SAT

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 4PM 2:00p.m. | ECushen | | | (chinch w Relief Driver) | ST Margaret's Church Service Highway 74/ Monterey | | a |

CONFIDENTIAL

BKD1306303

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 7 MONDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary DeLucia | | | Osmar N | EMC - Burrew Bld | | cu |
| 9:00 | Sara Crowder | | 930 | Sanderson | Wright Bld | 346-3498 | B |
| 9:30a.m. | Mary Valencia | | | | Rite Aid | | cw |
| 10:30a.m. | Charlene Connely | | | Walmart / Bank | | | |
| 11:30a.m. | ~~Charlene Connely~~ Bingo Brunch Flak Trip | | | Walmart | cancelled per Stephanie | Bank 99¢ s/cr | cw |
| 1:00p.m. | | | | | | | |
| 1:00 | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306304

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Monday, October 07, 2019 1:55 PM |
| To: | Tara Gonzalez; Chardonnay Blue; Cassie Padilla; Martha Mendoza; Lisa Martinez; Daniel Coover |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule - Tuesday Oct 8, 2019 |
| Attachments: | 20191007135451396.pdf |

Transportation Schedule - Tuesday Oct 8, 2019

8:30 AM ?  Mary DeLucia    8:20 AM  Dr. Lai, 72780 Country Club, Monterey , RM  760-834-7900

10:00 AM Vince Yammarino (visit wife)  39950 Vista del Sol, Rancho Mirage Rehab

1:30 PM  RESIDENT ERRANDS - ASSISTED LIVING -BUS TRIP

Thank you


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Monday, October 07, 2019 12:55 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 10.07.2019 13:54:51 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL
BKD1306305

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 8   TUESDAY   2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | May D. | | 820 | Dr Lei | 70780 Country Club Monterey CM. | Med 834-7300 | (PD) |
| 9:30a.m. | 10:00AM Vince Immagino | | (visit w/fe) | | 39930 Vista del Sol Rancho Mirage Rehab | | (m) |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | 1:30PM  ResiDent  ERRANDS-  AL-Bus TRIp | | | | | | a |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 9 WEDNESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Gerald Vanegas | 760-169-1674 Yellow cab | 9pm | Dr. Byers Cancelled | 40505 Pavia Avende Palm de. 92200 | 760 344-4465 | CE |
| 9:30a.m. | Sara Crowder | Yellow cab #160 0880 | 10:10 | Desert West Ans. | 41990 Cook St Palm Dance. | 760 340-4446 | CE |
| 10:30a.m. | Yellow cab Bus C# 168-7679 Steve Moyer 1015 | (wheelch Faind-q with 11:30 | 11:30 | Dr. del Rosario | 1101 N. Palm Canyon DR Ps. | (Voters Case-) | CW |
| 11:30a.m. | Womens | kitchen | | Womens | kitchen Cancelled | | CW |
| 1:00p.m. | CASINO TRIP - AL - BUS TRIP Cancelled | | | | | | |
| 1:30PM | | | | | | | |
| 2:00p.m. | | | | | | | |

Canal all Bus-Inspection CHP

BKD1306307

**Carolyn Wheeler**

| From: | Carolyn Wheeler |
|---|---|
| Sent: | Thursday, October 10, 2019 6:03 PM |
| To: | Tara Gonzalez; Chardonnay Blue; Cassie Padilla; Lisa Martinez; Martha Mendoza; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday Oct 10, 2019 |
| Attachments: | 20191010175318438.pdf |

Transportation Schedule Friday Oct 10, 2019

9:30 AM  CITY CRUISING - CLARE BRIDGE

10:00 am  Vince Yammarino   (visit wife)  Rancho Mirage Rehab, 39950 Vista del Sol Rm

11:15 am     BINGO LUNCH TRIP

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, October 10, 2019 4:53 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 10.10.2019 17:53:18 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 11, FRIDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | CITY CRUISING – CLARE BRIDGE | | | | | | BP |
| 10:00 AM | Vince Ammarino | | (Virtual) | | Rancho Mirage Rehab 3 9950 Vista del sol | | (DL) |
| 10:30a.m. | | | | | | | |
| 11:15 | BINGO LUNCH TRIP | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | N94+FMM | | | | | | |

BKD1306309

# TRANSPORTAION LOG

**Month/Date:** SATuRDAY OcT 12 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. 4 PM | EDCushen | (w/Relief DR Jer EON meets Thad | | | STMMargaeets Chouch Highway 24 Monterey | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306310

# COLUMBUS DAY
## TRANSPORTAION LOG

**Month/Date:** OCTOBER 14, MONDAY, 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

Charlene Connelly   going to Lunch   WTH Key B. Friend.
Key will pick up
11:30

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 15, TUESDAY    2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | John Meyer | (Friend w/accompany him) | 9:00 | Doctor | 1401 N. Palm Cyn Dr #207 Palm Springs | (760) 837-8366 | (BD) |
| 9:30a.m. | Vince Yammaro | | Visit Wife @ | Rancho Mirage Rehab | | | (By) |
| 10:00 | RANCHO MIRAGE TOUR — CLARE BRIDGE | | | | | | BM |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | RESIDENT | | ERRANDS — BUS TRIP | | | | |
| 1:30PM | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 16, WEDNESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:15 ~~10:30a.m.~~ | Helga Wilson | Wheelchair Escort PL | 1045 | | 69889 Hwy III Rancho Mirage | ~~8100~~ 862-2020 | (S) |
| 10:30AM | GATE WAY Shopping | | | | - PL-BOS Trip | | cu |
| 11:00a.m. (virtually call in AM | John Meyer | (church to accompany) (John 408-858-9319) | 11:30 | Dr. Ahmed Call 10:15 (415 251-7329) | Luci Cura's Cancer Centa Bob Hope Dr. | | BO |
| 1:00p.m. | | | | | | | |
| 1:45 | Marti Hogg | | 2:20pm | Acuity Eye | 44139 £A 800 Monterey Ave. 832-2020 | | BO |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306313

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 17, THURSDAY, 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 18, FRIDAY    2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | CITY CRUISING — CLARE BRIDGE | | | BØ |
| 10:00 | Charlene Connerly | | | w/Pt Service their car) to Dr. Appt | Call Rhonda w/questions | | |
| 10:30a.m. | Vince Yammarino | | | to visit wife at Pamela Murietta Rehab | (760) 831-0980 | | BD |
| 11:30a.m. | | | | | | | |
| 12:45 1:00 p.m. | Mary DeLucia | | 1:30 | Hair nails | Ps I Love Nail Rev Cathedral City | | |
| 2:00p.m. | | | | Palm Springs | | | |

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Barbara Pippin |
| **Sent:** | Friday, October 18, 2019 5:43 PM |
| **To:** | Tara Gonzalez; Chardonnay Blue; Roland Gandy; Lisa Martinez; Martha Mendoza; Francisco Castro |
| **Cc:** | Sandra Cuevas; Carolyn Wheeler; Cheree Escandel |
| **Subject:** | Transportation schedule for week of Oct. 21 to Oct. 25, 2019 |
| **Attachments:** | 20191018172119080.pdf |

Transportation Log for Monday, Oct. 21:
8:15am  Mary Delucia to Coumadin Cliinic, Renker Bldg. cw Right after Coumadin, to 9:00 appt. Dr. Lai, 72780 Country Club Dr. (760)834-1900.sc

Transportation for Tuesday, Oct. 22:   *X Vince Yammarino 10 AM -wife visit*
10:30am RANCHO MIRAGE TOUR - CLARE BRIDGE. Bp 1:30pm  RESIDENT ERRANDS - BUS TRIP - ASSISTED LIVING. Cw

Transportation for Wednesday, Oct. 23:
10:30am WASHINGTON SQUARE - BUS TRIP. Cw 2:15pm John (Steve) Meyer (wheelchair) to 2:45 appt. MRI, Luci Curci Cancer Center basement. Sc

Transportation for Thursday, Oct. 24:
Nothing on the schedule for this date. Bp

Transportation for Friday, Oct. 25:
9:30am CITY CRUISING - CLARE BRIDGE. Bp   *+ 10 AM Vince Yammarino - visit w. Ce*
11:30am Rosella Brown to ride over only to Mimi's, Hwy 111, La Quinta.

1

BKD1306316

## TRANSPORTAION LOG

**Month/Date:** OCTOBER 21, MONDAY, 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| ~~8:15~~ ~~8:30 a.m.~~ high day | Mary DeLuca W. | | | CMMA O. Clinic-Leuker BLDg 205B | 72780 County Club | 760 8347900 | CW |
| 9:30a.m. | Charlene Conneely | EMC Visit Family has Detven Transportatio | 9:00 | Dr. Lai | | | CW |
| | DC Ver - Called off | - Use TAXi | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306317

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 22, TUESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | CMArleneConnealy | | | Emc~ Daughter Having Surgery | | | (en) |
| 9:30a.m. | | | | | | | |
| 10:00 AM | Vince Yammarino | | | Vis.t wife | Rancho Mirage Rehab 39950 Vista-Del-Sol | | cw |
| 10:30a.m. | RANCHO MIRAGE TOUR – CLARE BRIDGE | | | | | | BP |
| 11:30a.m. | | | | | | | |
| 1:30 1:00p.m. | Norman Brown to Palm Springs w/wife – Revella has address. | | | | | | (BP) |
| 1:30PM | RESIDENT ERRANDS – BUS TRIP. AL | | | | | | cw |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306318

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 23 WEDNESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:15/8:30 ~~9:30a.m.~~ | Norman Brown | Regular (escort) | 9:00 | Dr. Baghgaci | 555 Tache La, Palm Springs, CA 92262 | 760.323.2174 | gesaul |
| 9:00 | Diane D'Evelyne | Maria (escort) | 9:45 | Dr. SHAWN ALLEN | 79-430 Hwy 111 #101, La Quinta | (760) 564-3533 | HD |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | WASHINGTON SQUARE - BUS TRIP | | | | | | W |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| ~~1:45~~ 2:15 ~~3:00p.m.~~ | Meyer, John | Wheelchair (wheelchair) | 2:45 | Mri MRI | Beaumont, Luci Luci | Yes | D |
| 3:00 | Albert-King | | | | Lens Crafters | | TK |

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 24, THURSDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Thursday, October 24, 2019 6:18 PM |
| **To:** | Tara Gonzalez; Chardonnay Blue; Martha Mendoza; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation Schedule Friday Oct 25, 2019 |
| **Attachments:** | 20191024181828123.pdf |

Transportation Schedule Friday Oct 25, 2019

9:30 am  CITY CRUSING - CLARE BRIDGE

10:00 AM Vince Yammarino   (visit wife)  Rancho Mirage Rehab, 39950 Vista del Sol, Rancho Mirage


Thank you


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, October 24, 2019 5:18 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 10.24.2019 18:18:27 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306321

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 25, FRIDAY 2019

| Depart Time | Resident Name | Wheelchair/Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | Bo |
| 9:30a.m. | CITY CRUISING — CLARE BRIDGE | | | | | | a |
| 10:00am | Vince Yammarino | | | Just w.G 31150 Vista Del Sol | Rancho Mirage Rehab | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | Rosalie Bonin | | | Pile outgoing Athritis LG out | Judy 1st | ✓ | |
| | Mary D | | | Urgent Care | | ✓ | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306322

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Jeanne Crow <crowjeanne75@aol.com> |
| **Sent:** | Monday, October 14, 2019 7:13 AM |
| **To:** | Sandra Cuevas; Carolyn Wheeler |
| **Subject:** | [EXTERNAL] Mary Crow Transport |

Good morning, ladies

Can you arrange transport for Mary on October 28th, Monday for the earliest pick up to go to social security office in Palm Springs, 4201 East Ramon Road.  I will be meting her there, so if you could let me know what time she will be leaving Brookdale.

Thank you for your assistance.

Jeanne Crow
(760) 567-2337

CONFIDENTIAL

BKD1306323

# TRANSPORTAION LOG

**Month/Date:** SAT OcT 26 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. 4PM | EO CoShan | (Wheelchair - OuT OuK - RetoTRn) | | | ST. MArgareT's ChurcH Service | | Cu |
| 6 PM | | | | | | | |

# TRANSPORTAION LOG

**Month/Date:** 10.27.19  SUNDAY  2019 . GOLF CART PARADE

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| | | | | | | | |
| 9:30a.m. | | | | | | | |
| | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:00 AM | Jose - Relief Driver - going w/ Residents | | | | | | |
| 11:30a.m. | TO GOLF CART PARADE - We have golf cart in parade | | | | | cw (circled) | |
| | ↑ Roland & Jennifer - w | | | | | | |
| 1:00p.m. | ↑ TOM RADO - w escort  Charlene (County)  Ivez Mc Millan | | | | | | |
| | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306325

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 28, MONDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary Cross | lovebus SEANNE mkt Thru | Palm Springs | Social Security | Cancelled | | RS |
| 9:30a.m. | Charlene Connerly | | | Clothes | 4201 East Ramon | | |
| 10 00 | ALFred King | | | MENTOR 73818 H. 11 | P.O 760773-2777 | | cu |
| 10:30a.m. | | | | | CASINO - RETURN 4PM | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | 330 | Dr Crough | Wound Care Cente 1st Floo 1109 760 Damon Blvd 834-3796 | | SJ |
| 1:45PM 2:00p.m. | Mary D. | — | 330 | Ramon | | | |

CONFIDENTIAL

BKD1306326

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 29, TUESDAY, 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | 9:00 Mary Q. | | 9am | from Dept Urgent Care Clinist | | 460 | (illegible) |
| 9:30a.m. | | | | | | | |
| | 10am Vince Kappatapari | Cancel Per Resident @al | | | | | |
| 10:30a.m. | RANCHO MIRAGE TOUR - CLARE BRIDGE | | | | | | BD |
| 11:30a.m. | (12:45PM) DAVID Birrell | (Cw Needs ride) (Larry may be able to go with) | 1:15 PM | | UROLOGY INSTITUTE #DESERT 72855FRED WARING DR SUITE 204 PD 822-40 | | (el) |
| 1:00p.m. | 1:30PM RESIDENT ERRANDS- BUS TRIP | | | | | | (el) |
| 2:00p.m. | | | | | | | |
| 4:00 Carl Dalton | | | 4:30 Dr Litther | 35900 Bob Hope #113 | 760 | (SD) |

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 30 WEDNESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 10:30 ~~11:30a.m.~~ | John Meyer | Wheelchair Escort | 11:00 | Dr. Ahmad | Lucci Cucei | 760 | (SB) |
| 12:15 | John Meyer | Wheelchair Escort | 1245 | Chemo | Ent Corpus | 760 | |
| 12:30 1:00p.m. | Richard Stine | (wheelchair our Bus) | 1:00p | Dr. Sanford | Lucci Cucei Ent Hiesburg Blog 301 | 760 346 8555 (W) | |
| 2:00p.m. | Walter Cushion | Wheelchair Escort | 2:30 | Betone | 72008 El Paseo #4 | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306328

HAPPY HALLOWEEN! :)

# TRANSPORTAION LOG

**Month/Date:** OCTOBER 31, THURSDAY, 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| | | | | | | | |
| 9:30a.m. | | | | | | | |
| | | | | | | | |
| 10:30a.m. | | | | | | | |
| | | | | | | | |
| 11:30a.m. | | | | | | | |
| | | | | | | | |
| 1:00p.m. | | | | | | | |
| | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

**TRANSPORTAION LOG** Brookdale Rancho Mirage

**Month/Date:** _Month of AUGUST 2019_

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | 122619 | | |
| | | | | | August 2019 | | |
| | | | | | TRANSPORTATION | | |
| 9:30a.m. | | | | | — per Request | | |
| | | | | | DANIEL | | |
| 10:30a.m. | | | | | For Rest A.D.'T | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306330

# TRANSPORTAION LOG

**Month/Date:** August 1 · Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | Rancho Murey Rehab | | |
| 10:00am | Louise Yanmarino to visit wife at 39450 Chate Del Sul | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | TK nails | | |
| 12:15 | Charlene Connolly | | 1:00 | nail appt. | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

BKD1306331

# TRANSPORTAION LOG

**Month/Date:** August 2nd Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary D | | | | Carridine Clinic | | cw sc +cw |
| 9:30a.m. | | | | Visit w/e | Rancho M.R. Age ReHAB 39950 Vista del Sol | | |
| 10:00 AM | Vince Immative — | Wheelchar | | De Sen | Rancho Mirage Med Ctr. 27 99 Country Club Dr. | 760-384-7800 | |
| 10:00 10:30 a.m. | Sheldon Robinson | Escort (RVSP) | 1040 | — | B10 A, STE 205B. RM | | |
| 11:10 11:30 a.m. | Poker Players | | to | the Ever | for Move | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. 245 | Evelyn Wilson BUS | PT Service on BUS | 315 | DESERT | 72405 HWY III Palm Desert | 760 969.6508 | |

BKD1306332

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 01, 2019 6:29 PM |
| To: | Tara Gonzalez; Ryan West; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday August 1, 2019 |
| Attachments: | 20190801181552198.pdf |

Transportation Schedule Friday August 1, 2019

8:30 AM  Mary DeLucia  (cumudin  clinic) EMC Campus

10:00 AM  Vince Yammarino (visit wife) Rancho Mirage Rehab 39950 Vista del Sol, RM

10:00 AM Sheldon Robinson (wheelchair escort/Ruby/our bus) Dr. Tiffany Jen, RM Med Ctr, 72780 Country Club Dr. 760-384-7900

11:10  AM POKER PLAYERS GOING TO THE RIVER FOR MOVIE

 2:45 PM   Helgie Nilsen (PL service/our bus ?)  72605 Hwy III, Palm Desert, CA  760-969-6568

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 01, 2019 5:16 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.01.2019 18:15:51 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL                                                                BKD1306333

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Thursday, August 01, 2019 5:54 PM |
| **To:** | Sandra Cuevas; Tara Gonzalez; Francisco Castro; Lisa Martinez |
| **Cc:** | Barbara Pippin |
| **Subject:** | 200 Sheldon Robinson Friday Dr. Jen |

To all,
See trail of emails  with subject Helgie Nilsen (but instead were about 200 Sheldon Robinson).

I didn't see any followup as requested by Tara so I called and talked with family (Kimberly).  Sheldon will ride our bus and his care giver Ruby will be with him as escort.  Leave at 10 am for 10:40 Am appointment, Dr. Jen at Ranch Mirage Medical Center/corner Monterey and Country Club.

Thank you

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



---

**From:** Sandra Cuevas
**Sent:** Wednesday, July 31, 2019 9:44 AM
**To:** Tara Gonzalez; Francisco Castro; Lisa Martinez
**Cc:** Carolyn Wheeler; Barbara Pippin
**Subject:** RE: Helgie Nilsen

**They will let me know all the info**

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



---

**From:** Tara Gonzalez
**Sent:** Wednesday, July 31, 2019 9:41 AM
**To:** Sandra Cuevas; Francisco Castro; Lisa Martinez

1

CONFIDENTIAL                                                                                   BKD1306334

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Sandra Cuevas |
| **Sent:** | Wednesday, July 31, 2019 9:44 AM |
| **To:** | Tara Gonzalez; Francisco Castro; Lisa Martinez |
| **Cc:** | Carolyn Wheeler; Barbara Pippin |
| **Subject:** | RE: Helgie Nilsen |

**They will let me know all the info**

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



---

**From:** Tara Gonzalez
**Sent:** Wednesday, July 31, 2019 9:41 AM
**To:** Sandra Cuevas; Francisco Castro; Lisa Martinez
**Cc:** Carolyn Wheeler; Barbara Pippin
**Subject:** RE: Helgie Nilsen

Sandra please follow up with the family for #200. They said he has an appointment on Friday with Dr.Jen. Not sure of the time or if he will need to be transported by our bus. And if he will need PL service? Or if his companion will escort him.
 #702-773-0133

---

**From:** Sandra Cuevas <Sandra.Cuevas@brookdale.com>
**Sent:** Wednesday, July 31, 2019 9:13 AM
**To:** Francisco Castro <fcastro1@brookdale.com>; Tara Gonzalez <Tara.Gonzalez@brookdale.com>; Lisa Martinez <lmartinez40@brookdale.com>; Martha Mendoza <Martha.Mendoza2@brookdale.com>; Elizabeth Murrel <emurrel@brookdale.com>
**Cc:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>
**Subject:** Helgie Nilsen

Good Morning Frank/Elizabeth I have Helgie Nilsen (CB) having 2 appts for Aug
1 Friday Aug 2nd 3:15pm appt to Desert Oaisis 72605 Hwy 111 Palm Desert
2 Monday Aug 5th 10:30am appt  Dr Sanderson Wright bldg. EMC campus

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999

1

CONFIDENTIAL                                                    BKD1306335

Need transportation for Walter Edward Cushen, Apt 231 Brooklawn, and his wheelchair, to a medical appointment Monday, August 5, at 1:30 PM, at Beltone, Vasquez Hearing Aids, 72608 El Paseo, Suite 4, Palm Desert 92260 , Phone (760) 346-2089, and return to Brooklawn after 2 hearing aids have been tested and readjusted.

CONFIDENTIAL

BKD1306336

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Walter Cushen <EdCushen@msn.com> |
| **Sent:** | Friday, August 02, 2019 8:47 PM |
| **To:** | mark cushen; Carolyn Wheeler |
| **Cc:** | Daniel Coover; Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin |
| **Subject:** | [EXTERNAL] RE: Driver scheduled to star takin Walter next Saturday at 5pm service. |

I'm overjoyed to find transportation to St Margaret's Episcopal available on Saturday evenings at 5 PM. Any travel costs round trip? Any Sunday service accommodations?

---

**From:** mark cushen <markcushen@icloud.com>
**Sent:** Friday, August 2, 2019 7:25 PM
**To:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
**Cc:** Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
**Subject:** Re: Driver scheduled to star takin Walter next Saturday at 5pm service.

Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10.  Dad will be so thrilled.

Sent from my iPhone

On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:

> Is that to St. Margarets ?
>
>
> **CAROLYN WHEELER**
> **Receptionist**
> Brookdale Rancho Mirage  (BU24674)
> 72201 Country Club Drive
> Rancho Mirage, CA 92270
> Community 760.340.5999
>
> <image002.jpg>

---

**From:** Daniel Coover
**Sent:** Friday, August 02, 2019 4:10 PM
**To:** markcushen@icloud.com
**Cc:** Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Carolyn Wheeler
**Subject:** Driver scheduled to star takin Walter next Saturday at 5pm service.

Our weekend driver is available to take Walter starting next weekend to the Saturday at 5pm service….

**Daniel Coover**
Resident Program Manager
Brookdale Rancho Mirage (24674)

CONFIDENTIAL

BKD1306337

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Friday, July 19, 2019 6:03 PM |
| **To:** | Ryan West; Barbara Pippin; Sandra Cuevas; Daniel Coover |
| **Cc:** | Tara Gonzalez |
| **Subject:** | RE: Ruby Johnson 8/7/19 |

Ryan,
I entered in Transportation Book. Ruby needs to leave at 12 Noon.

However, Mens Lunchen Outing is scheduled for 11:30 AM. – 1 PM.

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



---

**From:** Ryan West
**Sent:** Thursday, July 18, 2019 2:41 PM
**To:** Barbara Pippin; Sandra Cuevas; Carolyn Wheeler
**Cc:** Tara Gonzalez
**Subject:** Ruby Johnson 8/7/19

Ruby will have a 12:30 pm appointment with her companion Vita accompanying.
Dr. Chan
36949 Cook Street, Palm Desert Building K. Suite 101
(760) 340-2394

Will need med list.

**Ryan West**
Health and Wellness Director
Brookdale Rancho Mirage (BU 24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999
Direct 442.241.8035
Fax 770.538.1477



1

                                                                                                          BKD1306338

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Ryan West |
| **Sent:** | Thursday, July 18, 2019 2:41 PM |
| **To:** | Barbara Pippin; Sandra Cuevas; Carolyn Wheeler |
| **Cc:** | Tara Gonzalez |
| **Subject:** | Ruby Johnson 8/7/19 |

Ruby will have a 12:30 pm appointment with her companion Vita accompanying.
Dr. Chan
36949 Cook Street, Palm Desert Building K. Suite 101
(760) 340-2394

Will need med list.

**Ryan West**
Health and Wellness Director
Brookdale Rancho Mirage (BU 24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999
Direct 442.241.8035
Fax 770.538.1477



CONFIDENTIAL                                                                                          BKD1306339

*PL*

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Sunday, August 04, 2019 3:07 PM |
| **To:** | Francisco Castro; Elizabeth Murrel; Tara Gonzalez; Ryan West |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | PL Transportatin -Brookdale Rancho Mirage  Aug 5-6 |

Monday  -August 5, 2019

10:00 AM  Helgie Nilsen (PL Service)  10:30 AM appt. Dr. Sanderson, Wright Bldg, EMC  760-346-3498
12:30 PM Charlene Connerly (PL Service)  1:00 PM appt, Desert Advanced, 35800 Bob Hope Dr. RM 760-346-6239


Tuesday - August 6, 2019
1:30 PM  Charlene Connerly (PL Service)  Dr. Sanderson, Wright Bldg. 409 EMC  760-396-3498


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



CONFIDENTIAL                                                                                      BKD1306340

## Carolyn Wheeler

| | |
|---|---|
| **)rom:** | Carolyn Wheeler |
| **Sent:** | Sunday, August 04, 2019 2:47 PM |
| **To:** | Tara Gonzalez; Ryan West; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation === Schedule Week Aug 4-11 Mon-Sun |
| **Attachments:** | 20190804135711550.pdf |

Transportation Schedule Week Aug 4-11 Mon-Sun

Monday  -August 5, 2019
10:00 AM  Helgie Nilsen (PL Service)  10:30 AM appt. Dr. Sanderson, Wright Bldg, EMC  760-346-3498
12:30 PM  Mary Crow  (wheelchair-sister will meet) Ranch 16 Movies 72777 Dinah Shore Dr.  864-462-7342
12:30 PM  Charlene Connerly (PL Service)  1:00 PM appt, Desert Advanced, 35800 Bob Hope Dr. RM 760-346-6239
 1:00 PM  Ed Cushen (wheelchair)  1:30 PM  Beltone, 72624 El Paseo, PD  760-346-2089
3:45 PM  Pickup Mary Crow at Rancho 16 Movie Theater , 72777 Dinah Shore Dr.


Tuesday - August 6, 2019
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del Sol, RM
10:30 AM  Nancy Bonjorno  (11 m appt) Dr. Todd Minor, Kaiser/Cook & Gerald Ford
1:30 PM   RESIDENT ERRANDS
1:30 PM  Charlene Connerly (PL Service)  Dr. Sanderson, Wright Bldg. 409 EMC  760-396-3498
 )


Wednesday - August 7, 2019
11:30 AM   MENS LUNCHEON OUTING
12:00 PM   Ruby Johnson (wheelchair w/escort)  12:30 PM appt Dr. Chan, 36949 Cook St., STE


Thursday - August 8, 2019
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del sol, RM
1:30 PM   Hal Bedford   (Dr ? ) 39000 Bob Hope Dr. Hal Wallis Bldg, EMC  RM  760-346-0642


Friday - August 9, 2019
8:30 AM  Mary DeLucia Coumadin Clinic EMC  Hal B. Wallis Bldg.

Sunday - August 11, 2019
9:30 AM  Ed  Cushen (wheelchair/son meet there) St. Margaret's Church 47535 Hwy 74, PD
11:15 AM  pick up Ed at St. Margaret's Church & return to Brookdale


Thank you


 AROLYN WHEELER
Receptionist
Brookdale Rancho Mirage (BU24674)

1

CONFIDENTIAL
BKD1306341

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Daniel Coover |
| **Sent:** | Monday, August 05, 2019 8:58 AM |
| **To:** | mark cushen; Carolyn Wheeler |
| **Cc:** | Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Walter Edward Cushen |
| **Subject:** | RE: [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service. |

Hi Mark and Ed.
After confirmation with the driver.
The only day and time that works for his schedule is leaving here at 4:30, on Saturday's to get to the church in enough time for Ed to get into services at 5:00pm. He will wait and bring Ed back upon conclusion of Saturday service.

Kindly,

**Daniel Coover**
Resident Program Manager
Brookdale Rancho Mirage (24674)
72-201 Country Club Drive
Rancho Mirage, CA 92270
Community 760-340-5999
Direct 760-567-1561



From: mark cushen [mailto:markcushen@icloud.com]
Sent: Friday, August 02, 2019 7:25 PM
To: Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
Cc: Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
Subject: [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service.

Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10.  Dad will be so thrilled.

Sent from my iPhone

On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:

Is that to St. Margarets ?

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

1

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** August 5 (monday) 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:00 | Felipe Wilson | Service 0011 Bob 1030 | 1030 | Dr Sanderson | Wright Bldg EMC | Teo 346-3498 | (B) |
| 10:30a.m. 00 | Joanne Williams to Celebration | | | Not going | | | |
| 11:30a.m. 1230 | Mary Clous | FL — escort | | Rancho 16 Movies | Box 72-777 Dinaha Bast 344 | 462-7342 | (S) |
| 1230 | Chandra Crowley | FL escort Service | 1:00 | Dasso Advanced | 35800 Bob Hope Rancho Muriega SS | 7100 346-603 | |
| 1:00p.m. | Ed Cushon | Whlchair | 1:30 | Beltone | 72624 El Paseo Palm Desert | Teo 346-2087 | |
| 2:00p.m. | | | | | | | |
| 345 | Pick up For Mary Clow at Rancho 16 Movies — | | | | | | |

CONFIDENTIAL

BKD1306343

# TRANSPORTAION LOG

**Month/Date:** August 6 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Vince Yammarino to visit wife at: | | | | Rancho Murage Rehab 39950 Vista Del Sol Kaiser 6044 Grand Ford | | DP |
| 10:00 AM | | | 11AM | TODO MMON | | | |
| 10:30a.m. | NANCY Boujaino | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:30 1:00 p.m. | Challene Conville | PL Service | 2:00 | DR SANDERSM | Wright Bldg | 409 760 398-3498 | SC |
| 1:30 | | | | | | | |
| 2:00p.m. | | | | | | | |

RESIDENT ERRANDS

# TRANSPORTAION LOG

**Month/Date:** August 7 _Wed._ 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | | | | | | | |
| 9:30 a.m. | | | | | | | |
| 11:00 ~~10:30 a.m.~~ | Mrs + Mr Payne | | Walmart or Bees | | | | (cw) |
| 12:00 | Ruby Johnson (wheelchair) w/escort Vin | | 12:30 pm | DeChan | 36949 Cook street BLK (760) Rancho Mirage STE 101 340 2394 | | EP /Danick |
| 11:30 a.m. | MENS BUTCHEON OUTING BLK | | | | | | |
| | Cancelled - Ben Daniel ↑ | | | | | | |
| 1:00 p.m. | Joann Wreaux | | | Abortion - | | | |
| 2:00 p.m. | | | | | | | |
| 1:20 | Called cab/wheelchair per call from Vicky, Ruby Johnson Dechan to pick Chan up on Cook St and return to Brookdale. Confirmation # K6-91157 Blesa - Yellow Cab (B5) | | | | | | |

# TRANSPORTAION LOG

Month/Date: August 8 th Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:00AM | Vince Yammarino | | | to visit wife at: | Rancho Mirage Rehab 39950 Vista Del Sol | | BM |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 130 | Hal Bedford (Sequin) | | 220 | Truelson | 39000 Bob Hope 760 #502 Hwy 115 340-0640 | | |
| 2:00pm. | Manny D. | | | Johanes | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306346

# TRANSPORTAION LOG

**Month/Date:** August 9 Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | Mary D. | | 830 | — | (Columbia) Cumberland Chinese | EMC HALLWALLS BLDG | |
| 9:30 a.m. | | | | | | | |
| 10:30 a.m. | | | | | | | |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | Joann Weaver | | | | Westfield Shopping Center | | |
| 2:00 p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

ReL.ol

**Month/Date:** _SATUrday_   8-10-19   Dr.Ven

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. JB Jose Here To Transport | 450 | | | St.Margaret's church Service | | | |
| 500 FOCushen | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** August 12. Monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | Mary D. | | | 310-497-6997 Meet Friend | Pete Neil | | |
| 11:00 AM | Ann Meyers | (Wheelchair) | 11:30 AM Marie | | Reeays Fountain of Grill 73-633 CA 92260 | 760-346-6990 w | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** August 14. Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 11:10 | ANN Meyers | (Friend pick up Drive & escort) | | Lunch w/ MARie Restaurant 310.497.6997 | | | cd |
| 10:30a.m. | Ruby Johnson | w/ wheelchair Vita Esat | 11:00 | So Ccl Case Ragram | 36949 Cook st 72101 Monroe st | 700 340-2394 | |
| 11:30a.m. | Womens | Luncheon | | Womens | Luncheon | | |
| 1:00p.m. | Bob Payne | | | | or pre purchase Home Depot | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306350

# TRANSPORTAION LOG

**Month/Date:** August 15. Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. 10:00 | Vince Yoannarian to visit trip ct | | | | Rancho Mirag Rehab 39960 Florida del Sol | | BP |
| 10:30a.m. 11:00 a.m | Mary Delucia | | | | P.ST Loveyou | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | CLARE BRIDGE - RESIDENT DINING OUT | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306351

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Thursday, August 15, 2019 7:03 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation Schedule - August 16-17  Friday and Saturday |
| **Attachments:** | 20190815173934479.pdf |

Transportation Schedule - August 16-17  Friday and Saturday

FRIDAY - AUGUST 16, 2019

8:30 AM  Mary DeLucia   -EMC Coumadin clinic

10:00 AM Charlene Connerly -10:50 AM appt. Dr. Grenis 1801 E Tahquitz Rd.  Palm Springs

10:00 AM Vince Yammarino   (visit wife)   Rancho Mirage Rehab  39950 Vista del Sol,  RM

 300 PM  JoAnn Weaver   (shopping pick up shoes at Steinmart)  Bob Hope Drive


SATURDAY -  AUGUST 17, 2019

4:30  pm  Ed Cushen  (wheelchair-our relief bus driver) son meets at St. Margret's Church,  47535 CA-74 (Monterey Ave)


CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 15, 2019 4:40 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.15.2019 17:39:33 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306352

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Saturday, August 10, 2019 2:16 PM |
| **To:** | Tara Gonzalez; Daniel Coover; Francisco Castro; Elizabeth Murrel |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Connerly transportation Friday our bus - no escort? |

Tara
Charlene Connerly checked on her Friday transportation (8/16).  She is scheduled for 10AM departure for 10:50 AM Palm Springs appointment.  She said she talked to you and she can go on our bus without PL escort.

Please confirm.


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



1

BKD1306353

# TRANSPORTAION LOG

**Month/Date:** August 16.. Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | Jimmy D | | | | Camaline Clinic | | |
| 9:30 a.m. | Charlene Connolley (Loox Bus) invescort Pre Tara PE zone Tara | | 1050 | Dr. Grennel | 1801 E Jaguar S Way Town Spring | 760 | ⟨B⟩ |
| 10:00 | | | | | | | |
| 10:30 a.m. 10 AM | Vince Sammacino to trail ange | | | | 39950 Visita ange Gl PM hehab | | BM |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | | | | | | | |
| 2:00 p.m. | | | | | | | |
| 3:00 | Sean Weout | | | Pick up shoes | Steinmart | | |

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Sunday, August 11, 2019 2:42 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Daniel Coover; Roland Gandy; Lisa Martinez |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | TRANSPORTATION SCHEDULED-WEEK August 12-17 |
| **Attachments:** | 20190811123700910.pdf |

TRANSPORTATION SCHEDULED-WEEK August 12-17

Monday August 12, 2019
10:30 AM  Mary DeLucia  (shopping at Rite-Aid)

Tuesday  August 13, 2019
 9:30 AM  Nancy Bonjorno (walker)  10:00 AM appt Dr. McGillard, 73151 Fred Waring, PD 760-837-0222
10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab 39950 Vista del Sol, RM
 1:00 PM  Robert Payne  (1:30 PM appt) Dr. James, Main Entrance, EMC 39000 Bob Hope Dr  760-390-3911
 1:30 PM RESIDENT ERRANDS  - AL

Wednesday August 14, 2019
10:30 AM  Ruby Johnson (wheelchair-our bus-her escort Vita) 11:00 AM appt. So Cal Desert Retina, 36949 Cook St. #101
PD 760-340-2394
11:30 AM  WOMENS LUNCHEON

Thursday August 15, 2019
10:00 AM Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista Del Sol, RM
 2:00 PM  CLARE BRIDGE - RESIDENT DINING OUT

Friday August 16, 2019
 8:30 AM  Mary DeLucia  Coumadin Clinic  EMC
10:00 AM  Charlene Connerly (our bus- Tara checking on escort/PL) 10:50 am appt Dr. Grenis  1801 E Tahquitz Rd, Palm
Springs

Saturday August 17, 2019  (relief driver)
4:30 PM  Ed Cushen   (wheelchair our bus/son meets there)  St. Margaret's Church, 47535 C-74 (Monterey Ave) PD  760-
346-2697

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----

1

CONFIDENTIAL
BKD1306355

# TRANSPORTAION LOG

**Month/Date:** August 17, 2019 — SATURDAY

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| 4:30PM | EDCushen | Wheelchair (our Bus - see Meais Breze) | | | Church Service Church ST. MARGARETS 47535 CA. 74 (Monthay Ave) PALM Desert, CA 92264 | 760-346-2697 | (EH) |
| | | | | | | | |

CONFIDENTIAL

BKD1306356

*SAT*

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | mark cushen <markcushen@icloud.com> |
| **Sent:** | Monday, August 05, 2019 12:35 PM |
| **To:** | Daniel Coover |
| **Cc:** | Carolyn Wheeler; Robert Barton; Roland Gandy; Sandra Cuevas; Barbara Pippin; Walter Edward Cushen |
| **Subject:** | Re: [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service. |

*4:30pm - ED CUSHEN TO ST. MARGARETS*

Thank you we will take you up on the offer for Saturday church service at 5.

Sent from my iPhone

On Aug 5, 2019, at 8:58 AM, Daniel Coover <dcoover@brookdale.com> wrote:

> Hi Mark and Ed.
> After confirmation with the driver.
> The only day and time that works for his schedule is leaving here at 4:30, on Saturday's to get to the church in enough time for Ed to get into services at 5:00pm. He will wait and bring Ed back upon conclusion of Saturday service.
>
> Kindly,
>
>
> **Daniel Coover**
> Resident Program Manager
> Brookdale Rancho Mirage (24674)
> 72-201 Country Club Drive
> Rancho Mirage, CA 92270
> Community 760-340-5999
> Direct 760-567-1561
> **<image001.jpg>**
>
> _____
> **From:** mark cushen [mailto:markcushen@icloud.com]
> **Sent:** Friday, August 02, 2019 7:25 PM
> **To:** Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>
> **Cc:** Daniel Coover <dcoover@brookdale.com>; Robert Barton <Robert.Barton@brookdale.com>; Roland Gandy <rgandy1@brookdale.com>; Sandra Cuevas <Sandra.Cuevas@brookdale.com>; Barbara Pippin <Barbara.Pippin@brookdale.com>; Walter Edward Cushen <edcushen@msn.com>
> **Subject:** [EXTERNAL] Re: Driver scheduled to star takin Walter next Saturday at 5pm service.
>
> Thank you ever so much . Yes that would be for st Margaret's church 47535 CA-74 in palm desert at 5pm starting Saturday aug 10.  Dad will be so thrilled.
>
> Sent from my iPhone
>
> On Aug 2, 2019, at 6:49 PM, Carolyn Wheeler <Carolyn.Wheeler@brookdale.com> wrote:
>
>> Is that to St. Margarets ?

*760 969-6570 Salici*

1

CONFIDENTIAL

BKD1306357

## Carolyn Wheeler

**From:** Carolyn Wheeler
**Sent:** Sunday, August 18, 2019 1:53 PM
**To:** Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy
**Cc:** Sandra Cuevas; Barbara Pippin
**Subject:** Transportation Schedule -   Monday - August 19, 2019
**Attachments:** 20190818134253577.pdf

Transportation Schedule -  Monday - August 19, 2019

8:45 AM  Charlene Connerly  (9:30 AM appt)  Physical Therapy-- Desert Oasis Health Care, 72605 CA-111 PD CA 92260
760-404-0135

10:30 AM  Harold Bedford (visit/pay respects)  Forest Lawn Mausoleum, 69855 E. Ramon, Cathedral City  760-328-3140

1:30 PM  Richard Star ( 2 pm appt)   Dr. Goldban  72650 Fred Waring, Palm Desert, CA  760-320-8479

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Sunday, August 18, 2019 12:43 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.18.2019 13:42:53 (-0600)
Queries to: ricoh406@donotreply.com

CONFIDENTIAL

BKD1306358

# TRANSPORTAION LOG

**Month/Date:** August 19 monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Charrane Connell | | 9:30 | Physical therapy | Bristol Oasis 92260 73005 Ca-111 PD | No Pick as now 760-767-0135 | S |
| 9:30a.m. | | | | | ALBERTSONS | | w |
| 10:00 | Betty Swanke | (Walker) Regular | Cancel and 8AM (Bocce visit wants in my Respect) | | Forest Lawn Mausoleum 69855 E Ramon Cathedral City 760-328-3140 | | cw |
| 10:30a.m. | Harold Bedford | (Party escort) (all evening) | 7:52 (sPDenver) | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Richard Star | (OK our Bus) | 2:00 | Goldban De Goldband | 72950 Fred waring Palm Desert | 760 340 - 8412 | |
| 1:30 | | | | | | | |
| 2:00p.m. | | | | | | | |

**Barbara Pippin**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Monday, August 19, 2019 12:36 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportion Schedule  - Tuesday August 20, 2019 |

Transportation Schedule  - Tuesday August 20, 2019

8:45 AM  MaryAnn Etherson  (9:20 AM  appt) Dr. Samuel, 44139 Monterey, Palm Desert,   760-469-5195

9:30 AM CLARE BRIDGE – RANCHO MIRAGE TOUR

11:25 am  Sheldon Robinson (11:40 AM appt) wheelchair –will have escort Dr. Wick , EMC  Cardiology 39000 Bob Hope Dr.

1:30 PM  RESIDENT ERRANDS  - AL


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



CONFIDENTIAL

BKD1306360

# TRANSPORTAION LOG

**Month/Date:** August 20 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:45 8:30 a.m. | MaYam Ehosan | | 920 | Dr. Conwel | Palm Dest 44139 Monterey | 760 969 - 5195 | (D) |
| 9:30 a.m. 10:00 | Clare Bridge - Rancho Mirage Tour (ew) Nurie Yermonarias to tend Wife off | | | | Rancho Mirage Point 37450 Ucota Mill Dal | | (Bb) |
| 10:30 a.m. | | | | | | | |
| 11:15 AM 11:30 a.m. | Sheleis Robinson will Have Escort | (wheelchair | 11:40 | Deuvick | Cardiology EMC Dr. Wick 39000 Bob Hope Dr | | 3 |
| 1:30 1:00 p.m. | Resident Errands | | | | | | |
| 2:00 p.m. | | | | | | | |

CONFIDENTIAL

BKD1306361

# TRANSPORTAION LOG

Month/Date: August 21. Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | 10:15 Rocky Johnson (Wheelchair) | | 10:30 | | Jewish Cook Podiatrist | 340-3894 | |
| 10:30a.m. | 11:00 GATEWAY SHOPPING - AL | | | | 760-340-2111 | |
| | Rudy Johnson (Wheelchair) | | 11:30 Retinas Consultants | 36949 Cook St | 760-340-2111 | |
| 11:30a.m. | 11:00 | | | | #101 Palm Desert | 9222 | |
| | 11:30 Charles Conner (Bx PLA) 12:00 PM 300x Rox PM Tare | | | TLN.R. LS 1755 E. PalmCanyon Dr 30 | 760 864 6622 W | |
| 1:00p.m. | Robert Payne | | | Re.O.care | | |
| 2:00p.m. | 1:00 | | | | | |

BKD1306362

# TRANSPORTAION LOG

**Month/Date:** August 22 Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Jolene Weaver | | | Shep Albertsons - Monterey/Ramsey Class | 760 off El Paseo STE 4 Pd. | | |
| | | | | | | | |
| 9:30a.m. | Walter Cushon | (Wheelchair) | 10AM | Beltone(son) (Dr son) | | 760-346-2089 | |
| | Irene Youmans | to visit Warfe at Rancho Mirage Rehab | | | | | |
| 10:30a.m. | Robert Payne | | | Las Palmas 10:15-9a Ped. Cure | 3995 O Faste St. 347 Bols Hope 2R Near Hollly Lob. Norman Ritch | 760-862-1168 | |
| 11:30a.m. | | No Driver | | | | | |
| | | | | | | | |
| 1:00p.m. | | | | | | | |
| | | | | | | | |
| 2:00p.m. | | | | | | | |

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 22, 2019 6:00 PM |
| To: | Tara Gonzalez; Francisco Castro; Elizabeth Murrel; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday & Saturday  August 23-24 |
| Attachments: | 20190822172052840.pdf |

Transportation Schedule Friday & Saturday  August 23-24

Friday - August 23, 2019

8:30 AM  Mary DeLlucia  to Coumadin Clinic (EMC-Renker Bldg.)
9:00 AM  Charlene Connerly (PL escort and transportation) 9:30 AM  Dr. Sanderson, 39000 Bob Hope Dr. STE W-409 760-346-3498
9:30 AM  CLARE BRIDGE CITY CRUISING
10:00 am  Vince Yammarino  (visit wife) Rancho Mirage Rehab Vista del Sol.  RM

Saturday - August 24, 2019
4:30 PM  Ed Cushen  (wheelchair - son meets there)   St. Margaret's Church, Hwy74-Monterey

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 22, 2019 4:21 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.22.2019 17:20:52 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL                                                                                      BKD1306364

# TRANSPORTAION LOG

**Month/Date:** August 23.   Friday   2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary Delucia | | | DE SANDERSON STE W 409 | Carmalina Clinic | 346-3498 | CW |
| 9:00AM | Christine Connely | (Bus Need 7am*) | 930 | 3900 BOB HOPED wright Blvd | | 760-772-3498 | Bev |
| 9:30a.m. | Clare Bridge | | | City Cruising | | | |
| 10:00 | Vince Yannolino | | | Rancho mirage Healthcare Sue wife | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | Alberton Skinner → Out Shopping | | | |
| 130 | JoAnn W. | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306365

# TRANSPORTAION LOG

**Month/Date:** SAT 8.24.19

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| 4:30PM | E O Cushed | (wheelchair SH meets there | | | ST. MARGARETS Church HWY/Montsug | | 2 |
| | | | | | | | |

BKD1306366

# TRANSPORTAION LOG

**Month/Date:** August 26. monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Robert Payne | bus (B52) pL | | Walk-in – (Lab Test) | Lab - Techniques 72780 CC Lub DR. | 760. 773/377 | GB |
| 4:00AM | Chandene Conoely | (B52) pL | 7:30 AM | Physical Therapy | EMC – Blood work 760 454-0053 East Entrance | | CW |
| 9:30a.m. | MaryAnn Etherson | | 10:00 AM | Carol Casanas | 3705 E Tachevah #107 Palm Springs Rancho Mirage Dental 71. 817 Hwy 111 STE RM | 760 340-5155 | CW |
| 10:30a.m. | Robert Payne | (would like to go as early as possible) | | | (shopping) (walmart) (P.T-A.P.) | | CW |
| 10:50AM | Rosella Brown | | | | | | CW |
| 11:30a.m. | | | | | | | |
| 1:00p.m. wheelchair | Charlene Conarly | | | | Wal Mart | | CeL |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306367

# TRANSPORTAION LOG

**Month/Date:** August 27 Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. 10:40 am | Clare Bridge - Rancho Mirage Voice communion to visit loved at | | | | Rancho Mirage Rahoto 80"33 39950 Vista Del sot | 760 340 | ea Ggg |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:30 1:00p.m. | RESIDENT ERRANDS | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** August 28. Wed 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | WASHINGTON SQUARE SHOPPING – AL | | | | | | |
| 11:30a.m. 1530 | | | | | | | |
| 1:00p.m. | Herman Vanygus | | 1:00 | Rao Dr Jones | 45175 Panorama Piem Desert Ca | | Se |
| 12:30 2:00p.m. | | | | | | Drop off way | |

BKD1306369

## TRANSPORTAION LOG

**Month/Date:** August 29 Thursday/2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | West Yamimorino to visit wife @ | | | | Rancho Mirage Rehab 39950 Vista Del Sol | | (BP) |
| 10:00 | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | Robert Payne | | | to Toyota Dealership, Cathedral City | | | (BP) |
| 3:30 | | | | | | | |

CONFIDENTIAL

BKD1306370

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, August 29, 2019 6:49 PM |
| To: | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Friday August 30, 2019 |
| Attachments: | 20190829185020111.pdf |

Transportation Schedule Friday August 30, 2019

8:30 AM  Mary DeLucia  - 8:30 AM Cumadin clinic EMC

9:30 AM  CLARE BRIDGE - CITY CRUISING

10:00 AM  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 3950 Vista del sol, RM

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, August 29, 2019 5:50 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.29.2019 18:50:19 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

## TRANSPORTAION LOG

**Month/Date:** August 30 Friday/2019

| Depart Time | Resident Name | Wheelchair/Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | Nmay D | | 820 | | Community Clinic | 760 396-0640 | |
| 9:30 a.m. | Clare Brrdge - City Cruising | | | (Visrwe) | | cw | cw |
| 10:00 AM | Vince Mmmarino | | | | Rancho Mirage Rehab 39000 Vista del Sol | | |
| 10:30 a.m. | | | | | | | |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | Joann W. | | | | Albertson | | |
| 2:00 p.m. | | | | | | | |

BKD1306372

# TRANSPORTAION LOG

**Month/Date:** SATURDAY 8.31.19

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. 4pm ED Cushen to /6pm | | | | Church Service | St Margarets Church Hi.74 Monterey | | (cu) |

CONFIDENTIAL

BKD1306373

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Friday, August 30, 2019 4:19 PM |
| **To:** | Tara Gonzalez; Cassie Padilla; Lisa Martinez; Daniel Coover; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | Transportation Schedule Saturday August 31, 2019 |
| **Attachments:** | 20190830162740981.pdf |

Transportation Schedule Saturday August 31, 2019

4:00 PM  Ed Cushen  (our bus-relief driver)  church service at St. Margarets Church, Highway 74/Monterey Ave. PD

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Friday, August 30, 2019 3:28 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.30.2019 16:27:40 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306374

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Saturday, August 24, 2019 6:24 PM |
| **To:** | Francisco Castro; Tara Gonzalez; Cassie Padilla; Roland Gandy |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | PL Services Charlene Connerly Monday August 26 |

Frank
Are you taking Charlene Connerly to the following appointment?   Please clarify.

Monday – August 26
8:30 AM (9:30 appt)  Physical therapy, 3700 E. Tachevah #107, Palm Springs, CA  760-459-0003

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Saturday, August 24, 2019 5:11 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 08.24.2019 18:11:22 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306375

TRANSPORTAION LOG · Rancho Mirage

Month/Date: July 1 Monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | Driver out today Per Daniel | | | (ew) |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. 1:30pm 4:30pm 5:15pm Shelton Robinson 2:00 2:00p.m. | | Yellow Cab wheelchair 4pps (aug-Kim will meet there) | 4pps | Dr. Jen Tiffany (was picked up and 3:30 Returned to community | 72780 Ste. 205-B Country Clva monterey P₂ B was picked up and 3:30 7:30 | 760.834.7900 702.773.03 0733 | (ew) (Bp) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306376

Find a Doctor - EisenhowerHealth.org

*9. ue To Yellow Cab*

*Sheldon Robinson*



# EISENHOWER HEALTH



## Tiffany Jen, MD

Eisenhower Medical Associates
72780 Country Club Drive
Building B, Suite 205-B
Rancho Mirage, CA 92270
Phone: (760) 834-7900
📍 Google Map

*Yellow Cab pick up @ Brookdale 3:30pm*

*4:30pm pick up At Dr. Jen*

*4:29 - Driver on the way.*

*4:35 arrived back here*

## Professional Details

| | |
|---|---|
| Specialties: | Internal Medicine* |
| | Traditional Primary Care |
| Languages: | English |
| Yrs in Practice: | 3 |
| Yrs on Staff: | 3 |

## Professional Education

| | |
|---|---|
| Medical School: | Temple University School of Medicine |
| Residency: | Eisenhower Medical Center |

## Board Certification

| | |
|---|---|
| Authority: | American Board of Internal Medicine |

*\* Indicates Board Certified Specialty*

Publication Date: July 01,

https://www.eisenhowerhealth.org/find-a-doctor/?action=detail&drNo=26496&template=pri...   7/1/2019

CONFIDENTIAL

BKD1306377

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Sunday, June 30, 2019 2:31 PM |
| To: | Ryan West; Tara Gonzalez; Lisa Martinez; Martha Mendoza; Roland Gandy; Robert Barton |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule next week Mon- Friday July 1-5, 2019 |
| Attachments: | 20190630142417201.pdf |

Transportation Schedule next week Mon- Friday July 1-5, 2019

Monday July 1, 2019
2:00 PM  Sheldon Robinson (wheelchair- Kim will meet at 2:30 PM appt)  Dr. Jen, Rancho Mirage Health Care-corner Monterey/Country Club 702-773-0133

Tuesday  July 2, 2019
9:30 AM    CLARE BRIDGE - RANCHO MIRAGE TOUR
10:00 am  Vince Yammarino (visit wife)  Rancho Mirage Rehab, 39950 Vista del Sol, RM
1:30 PM   ASSISTED LIVING  - RESIDENT ERRANDS

Wednesday July 3, 2019
8:30 AM  Mary DeLucia -  EMC Coumadin clinic
10:15 AM  Ruby Johnson (wheelchair - please advise escort status)  10:45 AM appt Eye appt, 40055 Bob Hope #J, RM
760-346-5005
10:30 AM  ASSISTED LIVING  - RITE AID SHOPPING

Thursday  July 4th. 2019
12:30 PM  Mary Crow (wheelchair Yellow Cab Conf# 1652894)  going to sisters house 68375 Tachevah Dr. Cathedral City 92234
3:00 PM    Mary Crow (wheelchair Yellow cab conf 1602895) pick up at 68375 Tachevah Dr. Cathedral City- return here to Brookdale

Friday July 5, 2019
9:30 AM  CLARE BRIDGE  - CITY CRUSING
10:00 AM Vince Yammarino  (visit wife- Rancho Mirage Rehab)  39950 Vista del sol, RM

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-–-Original Message-–-
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Sunday, June 30, 2019 1:24 PM

1

CONFIDENTIAL

BKD1306378

# TRANSPORTAION LOG
### Tuesday 2019

**Month/Date:** July 2

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Walter C. Stea | | | C L ar e B R I D G E — Rancho Mirage Tour | Bettie Henry El Paso 73609 20 Paseo 2089 Rancho Mirage Rd/RB (Vis.t w/wife) | 806-2089 | ew |
| 9:30a.m. | 10:00 AM Vince/Immaaire | | | | 38950 Vista del Sol | | |
| 10:00a.m. | 11:00 emary 0. | | | | Rcte Aisle | | |
| 11:30a.m. | WARren | | | | | | |
| 1:00p.m. | ASSisTED Living — Resident ERRANDS | | | | | | ew |
| 1:30pm | Joann Weaver To drugstors on Bob Hope probably Walgreens | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306379

# TRANSPORTAION LOG

**Month/Date:** July 3   Wed   2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | Mary D | | | | Guardian Clinic | | |
| 9:00 | Ed Cushen | (Wheelchair) keep pt from tongford bufford Rd. | | bufford Rd. | 73608 El Paso #1 PD | 760 344 2084 one | SJ |
| 9:30 a.m. | | | | | | | |
| 10:15 ~~10:30 a.m.~~ | ~~Ruby Johnson~~ | (Wheelchair) | 1045 | Sheriff eye | 40055 Bob Hope #3 Rancho Mirage | 760 346 8005 | BY |
| 10:30 Am | ASSISTED LIVING - | | | RITE AID Shopping | | | BD |
| 11:30 a.m. | MENS LUNCHEON | | | OUTING | | | |
| 1:00 p.m. | | | | | | | |
| 2:00 p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306380

# TRANSPORTAION LOG

Month/Date: July 4th Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 12:30 PM | Mary Crow | Wheelchair (Conf # 165 2874- Yellowcab) CW | 1-3⁰⁰ PM | Sisters house BBG | 68375 Thelough Dr CntheDenzen ty 92234 | PortEmail 452 762 xxx | CW |
| 1:00p.m. | | | | | | | |
| 2:45 PM 2:00 p.m. | Mary Chow | (Conf # 165 2875- CW | | Pick up from Sisters Jeanne | (760) 567-2337 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306381

# TRANSPORTAION LOG

**Month/Date:** July 5, Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | | | | | | | |
| 9:30 a.m. | Clare Bridge - City Cruising | | | | | | |
| 10:30 a.m. | 10:00AM Viicce Ammmarino | | | (Hist + work) Ranche Mirage Rd#8 3950 Vista-del-Sol | | | |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | Rosella Brown— Joann Weaver | | | Steinmart, Hwy 111 to go shopping | | | |
| 2:00 p.m. | | | | | | | |

CONFIDENTIAL

BKD1306382



# DESERT OASIS
## HEALTHCARE

*Your Health Care is Our Passion.*

One Hawkeye Park • 69-844 Hwy. 111 Ste. A
Rancho Mirage, CA 92270
**760-318-4869**

Your Next Appointment Is

ON: 7-17-18   AT: 10:45

Wed Melgie Nel Sen

☒ Dr. Felson   ☐ Dr. Imam   ☐ Nail Tech

CONFIDENTIAL
BKD1306383

## Carolyn Wheeler

| | |
|---|---|
| **From:** | Francisco Castro |
| **Sent:** | Monday, May 13, 2019 2:33 PM |
| **To:** | Carolyn Wheeler; Ryan West; Elizabeth Murrel |
| **Cc:** | Sandra Cuevas; Barbara Pippin; Roland Gandy; Lisa Martinez |
| **Subject:** | RE: Helgie Nilsen - Doctor appt 7-17-19  is PL taking him |

Hi Carolyn,

Yes, we can take him to this appointment.

Thanks!
Frank

**From:** Carolyn Wheeler
**Sent:** Monday, May 13, 2019 2:00 PM
**To:** Ryan West; Francisco Castro; Elizabeth Murrel
**Cc:** Sandra Cuevas; Barbara Pippin; Roland Gandy; Lisa Martinez
**Subject:** Helgie Nilsen - Doctor appt 7-17-19 is PL taking him

Helgie Nilsen called front desk to check on his 7-17-19 doctor appointment with Dr. Felson.  I already had it in the transportation schedule.

's PL taking him now that he is signed UP?

Helgie Nilsen
Dr. Felson
Desert Oasis Health Care
69844 Highway 111
One Hawkeye Park   *10:45 A M*
Rancho Mirage

Thank you

**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



1

CONFIDENTIAL

BKD1306384

**Carolyn Wheeler**

| | |
|---|---|
| rom: | Sandra Cuevas |
| **Sent:** | Thursday, July 11, 2019 11:35 AM |
| **To:** | 'Jeanne Crow'; Carolyn Wheeler; Barbara Pippin; Ryan West |
| **Subject:** | RE: [EXTERNAL] Mary Crow Transport |

**All set ...**
**Thank you**

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
72201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999



**From:** Jeanne Crow [mailto:crowjeanne75@aol.com]
**Sent:** Thursday, July 11, 2019 11:01 AM
**o:** Sandra Cuevas; Carolyn Wheeler; Barbara Pippin; Ryan West
**Subject:** Re: [EXTERNAL] Mary Crow Transport

Good morning, all

Mary's 7/18 doctor's appointment has been rescheduled to 7/30 at 8:20, same location 72780
Country Club Drive, Bldg B, Suite 205A, Rancho Mirage.

I will be meeting her there.

Thanks, Jeanne

-----Original Message-----
From: Sandra Cuevas <Sandra.Cuevas@brookdale.com>
To: 'Jeanne Crow' <crowjeanne75@aol.com>; Carolyn Wheeler <Carolyn.Wheeler@brookdale.com>; Barbara Pippin
<Barbara.Pippin@brookdale.com>; Ryan West <rwest5@brookdale.com>
Sent: Thu, Jun 27, 2019 8:48 am
Subject: RE: [EXTERNAL] Mary Crow Transport

All set ☺

**Sandra Cuevas**
Concierge
Brookdale Rancho Mirage
2201 Country Club Dr.
Rancho Mirage Ca 92270
Community (760) 340-5999

1

CONFIDENTIAL

BKD1306385



**From:** Jeanne Crow [mailto:crowjeanne75@aol.com]
**Sent:** Saturday, June 22, 2019 4:44 PM
**To:** Sandra Cuevas; Carolyn Wheeler; Barbara Pippin; Ryan West
**Subject:** [EXTERNAL] Mary Crow Transport

Hello, everyone

Mary has a couple matters that require transportation for her.

July 4, 2019, 1:00 to 3:00
68375 Tachevah Drive
Cathedral City, CA 92234
(My house for a BBQ)

July 18, 2019, 12:00 to ??
Doctor's appt.
72780 Country Club Drive, Bldg B
Suite 205A
Rancho Mirage, CA  92270
(I will call for the van when we are finished.)

Thank you so much.

Jeanne Crow

---

-------------------------------- This email may contain confidential protected health information and/or attorney privileged information. If received in error, see our Privacy Statement at https://www.brookdale.com/privacy-policy/

CONFIDENTIAL

BKD1306386

# TRANSPORTAION LOG

**Month/Date:** July 18, 2019   THURSDAY

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. 915 | Mrs. Inez Brown | | 9:15 | | Lalcore Country Club. | | ED |
| 9:30a.m. 10:00 | Nancy Yamamarino to visit wife at Rancho Manage Rehab 39750 Hanita Del Sol | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | Mary Croft E/S to AC by noon - Jeanne will call her today p/u 25980 Country 2079o RM Bldg 15 Suite 205A | | | | | R/S | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** July 19, 2019 — Friday

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initial |
|---|---|---|---|---|---|---|---|
| 8:30 a.m. | | | | | | | |
| 9:30 a.m. | Clare Bridge City Cruise | | | Visit Tropics 37950 Vista del sol Palm Desert | | | |
| 10:00 AM Luc Thomas Apero | Doug will Escort Wheelchr | | 11:00 | neurologist Luther | 35400 Bob Hope Rancho Mirage | 760 328-3500 | |
| 10:30 a.m. | Carl Dalton | Cars already called for these appts | | | | | |
| 11:30 a.m. | | | | | | | |
| 1:00 p.m. | | | | | | | |
| 2:00 p.m. | | | | | | | |

DRIVER OSO

CONFIDENTIAL

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, July 18, 2019 6:30 PM |
| To: | Ryan West; Tara Gonzalez; Martha Mendoza; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule 7-19-19  Friday |
| Attachments: | 20190718180621266.pdf |

Transportation Schedule 7-19-19  Friday

NO DRIVER- USE taxi

10:30 am Carl Dalton (son Doug will escort) 11 am Appt  Dr. Luthra, 35400 Bob Hope Dr. RM   (760)  328-7500 (Sandra ordered taxi)

Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, July 18, 2019 5:06 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 07.18.2019 18:06:20 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL
BKD1306389

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, July 18, 2019 6:45 PM |
| To: | Ryan West; Tara Gonzalez; Lisa Martinez; Martha Mendoza; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Weekly Transportation Schedule July 22-26, 2019 |
| Attachments: | 20190718184338692.pdf |

Weekly Transportation Schedule July 22-26

Monday July 22, 2019
Nothing scheduled

Tuesday July 23, 2019
9:30 AM  CLARE BRIDGE - RANCHO MIRAGE BUS TRIP
10:00 AM Vince Yammarino (visit spouse) Rancho Mirage Rehab, 39950 Vista del Sol, RM
1:30 PM  ASSISTED LIVING  RESIDENT ERRANDS - BUS TRIP

Wednesday July 24, 2019
8:30 AM  Mary DeLucia -
10:30 AM  ASSISTED LIVING - WASHINGTON SQUARE - BUS TRIP

Thursdy July 25, 2019
Nothing scheduled

Friday July 26, 2019
9:30 AM  CLARE BRIDGE - CITY CRUSING - BUS TRIP
10:00 am  Vince Yammarino (vsisit wife)  Rancho Mirage Rehab, 39950 Vista del sol, Rm


Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, July 18, 2019 5:44 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

1

CONFIDENTIAL

BKD1306390

# TRANSPORTAION LOG

**Month/Date:** July 22 Monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Vince Yammaxino | | | | Albertsons Shopping | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** July 24... Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary D | | 830 | | Cumelin Clenic | | (W) |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | ASSISTED Living - WASHINGTON Square | | | | | | (S) |
| 11:30a.m. | SO HOUSE | | 1000 | | Stewart /Hobby Lobby | | SC |
| 1:00p.m. | Charlie Carroll | | 2:00 | FK Nails | 1775 e/Delm Compa | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL                                                                 BKD1306392

# TRANSPORTAION LOG

Month/Date: July 25 Thursday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | Free Yesumaina to your trip at: 10:00 | | | Rancho Murieta Plant 39952 Pecan Court Set | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Chapter Connate | | 2:00 TK meds | 1775 Explanlospronete | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306393

**Carolyn Wheeler**

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Thursday, July 25, 2019 6:29 PM |
| To: | Ryan West; Tara Gonzalez; Martha Mendoza; Lisa Martinez; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Fridy July 26, 2019 |
| Attachments: | 20190725175008757.pdf |

Transportation Schedule Fridy July 26, 2019

9:30 AM  CLARE BRIDGE - CITY CRUISING

10:00 am  Vince Yammarino (visit wife)  Rancho Mirage Rehab  39950 Vista  del Sol, RM

11:30 am- 12 noon ??  LADIES BINGO LUNCHEON

2:00 pm  Joann Weaver - shopping steinmart/Hobby Lobby- corner Bob Hope/ Highway 111

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999

-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Thursday, July 25, 2019 4:50 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 07.25.2019 17:50:08 (-0600)
Queries to: ricoh406@donotreply.com

1

CONFIDENTIAL

BKD1306394

# TRANSPORTAION LOG

Month/Date: July 26 Friday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initial |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | CLare Bridge - CiTy Cruising | | | |
| 9:30a.m. | Vince Yanmarino | | | Rancho Reeye deOtriero. | | | |
| 10:00 | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | LaDies Bingo Luncheon (Time) | | | | | | |
| 1:00p.m. | Charlene Ormald 10 Appl Alaini | | | | | | |
| 2:00p.m. | Jo Voast | | | Shopping | Stewart / Hobby Lobby | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BKD1306395

# TRANSPORTAION LOG

**Month/Date:** _Saturday 7/27_

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | | | | Jose 90.dg. w/ Hr.) escort | med called Jose | Gewell Ford | |
| 10:00 10:30a.m. | Nancy Bonjour. | Off Deree | 1050 | | Kaiser | + Cook | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306396

## TRANSPORTAION LOG

**Month/Date:** July 31 Wed. 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Marrip | | | Camilim @ Sears | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | Joan Weaver to Walmart and then Walgreens | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | Joann Weaver | | | | Dry Cleaners | | |
| 1:30 | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306397

# TRANSPORTAION LOG

**Month/Date:** July 89 Monday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | BUS OUT FOR Service | | Done after new | | | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | | | | | | | |
| 11:20 | Mary DeLucia | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | | | | | | | |
| 1:50 PM | Charlene Connealy | | | | Dollar Store near S Taylo | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

# TRANSPORTAION LOG

**Month/Date:** July 30. Tuesday 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 800 0:30a.m. | Mary Crow | Sister Escort Wheelchair | 820 | CLARO BRIDGE RANCH Mirage Inn | 72780 Country Club Rancho Mirage 92205 | 700 | (initial) |
| 9:30a.m. | | | | | Mirage Inn | | (initial) |
| 10:00 | Vince Yamamarino to visit wife at: | | | | Rancho Mirage Rehab 39700 Vista Del Sol | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. 1:30pm | ASSISTED LVNG | | | RESIDENT ERRANDS | | | (initial) |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL
BKD1306399

# DECEMBER 2019

*TRANSPORTATION*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| ① | 2 | 3 | 4 | 5 | 6 | 7 |
| ⑧ | 9 | 10 | 11 | 12 | 13 | 14 |
| ⑮ | 16 | 17 | 18 | 19 | 20 | 21 |
| ㉒ | 23 | 24 XMAS EVE | 25 XMAS DAY | 26 | 27 | 28 |
| ㉙ | 30 | 31 NEW YEARS EVE | 1 NEW YEARS DAY | 2 | 3 | 4 |

Printable Calendars by Betacalendars.com

CONFIDENTIAL

BKD1306426

**Carolyn Wheeler**

| | |
|---|---|
| **From:** | Carolyn Wheeler |
| **Sent:** | Sunday, December 29, 2019 8:55 AM |
| **To:** | Francisco Castro; Elizabeth Murrel; Chardonnay Blue; Roland Gandy; Martha Mendoza |
| **Cc:** | Sandra Cuevas; Barbara Pippin |
| **Subject:** | John Meyer Monday 12-30 PL serivce 10:30 AM |

Frank

Please confirm the following PL service

John Steve Meyer
 Monday Dec 30, 2019
Pick up 10:30 AM
11:00 AM appointment Luci Curci


**CAROLYN WHEELER**
**Receptionist**
Brookdale Rancho Mirage  (BU24674)
72201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999



CONFIDENTIAL

BKD1306427

**Carolyn Wheeler**

| | |
|---|---|
| **`rom:** | Francisco Castro |
| **Sent:** | Sunday, December 29, 2019 8:55 AM |
| **To:** | Carolyn Wheeler |
| **Subject:** | Automatic reply: John Meyer Monday 12-30 PL serivce 10:30 AM |

Hello, I will be away from the office until Tuesday, December 31st. During this time, Shonte Clay will be available for any scheduling needs. She can be reached at 442 222 4091

Thank you, and have a great holiday!
Frank

1

CONFIDENTIAL

BKD1306428

## Carolyn Wheeler

| | |
|---|---|
| From: | Carolyn Wheeler |
| Sent: | Sunday, December 01, 2019 3:01 PM |
| To: | Tara Gonzalez; Chardonnay Blue; Lisa Martinez; Martha Mendoza; Daniel Coover; Roland Gandy |
| Cc: | Sandra Cuevas; Barbara Pippin |
| Subject: | Transportation Schedule Monday December 2, 2019 |
| Attachments: | 20191201150713028.pdf |

Transportation Schedule Monday December 2, 2019

8:30 AM  Mary DeLucia   (cumindin clinic) Renker Bldg EMc

10:30 M  charlene Connerly  (11 am appt) TK Nail Salon 1775 E. Palm Canyon #130 Palm Springs  760-864-6622

1:00 PM  Richard Star (visit mom at home)  73240 Broadmoor Dr, Thousand Plms


Thank you

CAROLYN WHEELER
Receptionist
Brookdale Rancho Mirage  (BU24674)
2201 Country Club Drive
Rancho Mirage, CA 92270
Community 760.340.5999


-----Original Message-----
From: ricoh406@donotreply.com [mailto:ricoh406@donotreply.com]
Sent: Sunday, December 01, 2019 2:07 PM
To: Carolyn Wheeler
Subject: Message from "RNP002673BECA9F"

This E-mail was sent from "RNP002673BECA9F" (MP 4054).

Scan Date: 12.01.2019 15:07:12 (-0700)
Queries to: ricoh406@donotreply.com

CONFIDENTIAL

BKD1306429

# TRANSPORTAION LOG

**Month/Date:** December 2, 2019 - MONDAY

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | Mary Deluie | | | | Wounded Clinic J.R.R.M.O | | |
| 9:30a.m. | | | | | | | |
| 10:30a.m. | Charlene Converly Steve Morgan | | 11:00am | TK NAIL SALON | 1775 E Palm Canyon #130 - Palm springs go wheeler's | 760-864-6622 And Walmart | Cw |
| 11:30a.m. | | | | | resident called to cancelled | | |
| 1:00p.m. | Richard Stef | | | visit Mom's House. | 73240 Broadmoor Dr 1300 Palms | | |
| 2:00p.m. | | | TAKE Boxes To Bank For Shred | | | | |
| | Richard Papa | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306430

# TRANSPORTAION LOG

Month/Date: December 3   2019   TUESDAY

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | 9AM Megra Sted | | | | 50 cowless Street Pomona PS. #1- | | cu |
| 9:30a.m. | 10:00 Ann Vince Yammeend | | Visit wife | | Rancho Mirage R.Has 39950 Vista dec soL | | or |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. | 1:30 pm  Re S i Dent  E R R A N D S  A L | | | | | | cu |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306431

# TRANSPORTAION LOG

**Month/Date:** DECEMBER 4, WEDNESDAY 2019

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. (9:00) | JoAnn Weaver - Pick-her up from The Palms, La Quinta, Seeley Dr. | | | | | | a |
| 9:30a.m. | ed cushman togo on Bus Mhogh week Mart (757 227 5229) | Trina - Escort | 9 - 10 | Shopping - AL | | | BP |
| 10:30AM | John Meyer (John, Tina) (WC Escort) | | 11:00 | Dr. Ahmad | Jerry Cilli EMC LUZI CONC. EMC 39006 Bob H. | | BP |
| 10:30a.m. 10:15AM | John Steve Meyer (WC Bus - Trina arrives with) | | 10:45pm DR MMHD | | — | | BP |
| 11:30a.m. | MENS | LUNCHEON | | OUTING | | | |
| 1:00p.m. | | | | | | | |
| 2:00p.m. | | | | | | | |

CONFIDENTIAL

BKD1306432

# TRANSPORTAION LOG

**Month/Date:** December 5, 2019 Thursday

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 315 9:30a.m. | Mangan | | | | Labcorp | | |
| 9:30a.m. | Ed Cushen | | | Mark will go | Rite aid COOPER St. | | |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. 145pm | Carl Dalton (to be pl. | | 2:30pm | | M.Loskas - eye Deptal Shore | | cu |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306433

TRANSPORTAION LOG

Month/Date: December 6th 2019 Friday

| Depart Time | Resident Name | Wheelchair/ Escort | Appt Time | Dr. Name | Address | Phone | Initials |
|---|---|---|---|---|---|---|---|
| 8:30a.m. | | | | | | | |
| 9:30a.m. | 10:00 Am Vince Tammarco | | | Visit wife | Rancho Mirage Rehab | | (cw) |
| 10:30a.m. | | | | | | | |
| 11:30a.m. | | | | | | | |
| 1:00p.m. APPROX 2.00 | Herman Venegas | To | Immediate Care, Washington St. (per Chardonnay) | | | | |
| 2:00p.m. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONFIDENTIAL

BKD1306434