**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016) (*Pro Hac Vice*)
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366) (*Pro Hac Vice*)
jriley@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, 23rd Floor
Sacramento, California 95814
Telephone:     (916) 448-0159
Facsimile:      (916) 397-8549

**MOORE & LEE, LLP**
Erica Rutner (FBN 0070510) (*Pro Hac Vice*)
e.rutner@mooreandlee.com
501 East Las Olas Blvd. Suite 200
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>BROOKDALE SENIOR LIVING INC. et al.,<br><br>             Defendants. | Case No. 4:17-CV-03962-HSG (LB)<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION EXHIBIT 417-A** |

DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
EXHIBIT 417-A /  CASE NO. 4:17-CV-03962-HSG (LB)

80325831v.1

# EXHIBIT 417-A

02/28/22                                                         Sheldon H. Jacobson

# *SHELDON HOWARD JACOBSON*

Founder Professor of Computer Science
Director, Simulation and Optimization Laboratory
Director, Institute for Computational Redistricting
Director, Bed Time Research Institute
201 North Goodwin Avenue (MC-258)
University of Illinois
Urbana, IL  61801-2302
(217) 244-7275 (Office)
shj@illinois.edu
http://shj.cs.illinois.edu
twitter: @shjanalytics

## SUMMARY

Sheldon H. Jacobson is a Founder Professor of Computer Science, Director of the Simulation and Optimization Laboratory, and Founding Director of the Bed Time Research Institute at the University of Illinois at Urbana-Champaign.  He holds appointments in Industrial and Enterprise Systems Engineering, Electrical and Computer Engineering, Mathematics, and the College of Medicine.  He has a B.Sc. and M.Sc. in Mathematics from McGill University and a Ph.D. in Operations Research from Cornell University.  He has served on the faculties at Case Western Reserve University (Weatherhead School of Management, 1988-1993), Virginia Tech (Industrial and Systems Engineering, 1993-1999), and the University of Illinois (1999-present).  He served as a Program Director at the National Science Foundations (Engineering Directorate) from 2012-2014.

He has published 198 peer-reviewed articles, 11 book chapters, 50 conference proceeding papers, over 220 professional/editorial publications, and delivered over 510 presentations, seminars and posters at conferences, universities, and research laboratories around the world. He has directed 25 Ph.D. dissertations and been awarded over $5M of research support from the National Science Foundation and the Air Force Office of Scientific Research.

As the Director of the Bed Time Research Institute, he spearheaded the creation of two research videos ("A Healthy Collaboration: Pediatric Immunization and Operations Research", "Aviation Security: Researching the Risk.") and launched three websites all designed to communicate the value of basic and applied research through Broader Impact activities, and promulgate STEM activities for enhancing and growing a technically literate citizenry.

(http://bracketodds.cs.illinois.edu,

http://electionanalytics.cs.illinois.edu,

http://drivingobesity.cs.illinois.edu),

He has made several seminal research contributions, all focusing on applying operations research and advanced analytics to address societal problems of national interest.  He launched the research field, aviation security analytics, demonstrating how probabilistic models, optimization, and artificial intelligence can be used to improve the performance of aviation security systems.  His research on multi-level aviation security passenger screening at airports was the precursor to risk-based security, providing the foundational concepts that informed the design and implementation of TSA Precheck©.  His contributions have been recognized with numerous awards, including a 2003 *Guggenheim Fellowship* and the 2018 *INFORMS Impact Prize*, given biennially to recognize widespread impact of operations research.  His research on the design of pediatric vaccine formularies introduced the use of operations research in the pediatric immunization domain.  His research on bridging obesity, transportation, and fuel

consumption established the impact of transportation on obesity, providing the foundation for non-medical obesity interventions based on modes of transportation.  His research on computational redistricting demonstrates how optimization-based AI can be used to combat gerrymandering by creating a transparent environment for designing and evaluating district maps.

His research has been widely reported and communicated in the national press, including the *Washington Post,* the *Chicago Tribune,* the *Los Angeles Times*, and the *Boston Globe*, editorialized in the *New York Times*, and discussed in *Business Week, Forbes*, *Kiplinger*, and *The Osgood Files* on CBS radio.  He has appeared on CNBC's *Street Signs* and *The Closing Bell*, MSNBC's *Weekends with Alex Witt*, *Washington Post Radio*, *CBS This Morning*, CNN's *Situation Room with Wolf Blitzer,* and *CBC Canada News* (television and radio)*,* and *BBC World News* (television and radio).

He has been recognized with numerous professional awards for his research and service contributions.  These include the *George E. Kimball Medal* (INFORMS) (2020), *Saul Gass Expository Writing Award* (INFORMS) (2020), *Omega Rho Plenary* (2020), *INFORMS Voluntary Service Award* (2020), *INFORMS Impact Prize* (2018), *David F. Baker Distinguished Research Award* (IISE) (2017), *Award for Technical Innovation in Industrial Engineering* (IISE) (2010, 2013), *Aviation Security Research Award* (Aviation Security International) (2002), *IIE Outstanding Publication Award* (2009), *Award for Excellence in the Teaching of Operations Research* (IISE Operations Research Division) (2011), and a *Guggenheim Fellowship* (2003). He is an elected Fellow of the *American Association for the Advancement of Science* (AAAS, 2020), the *Institute for Operations Research and the Management Sciences* (INFORMS, 2013), and the *Institute of Industrial and Systems Engineers* (IISE, 2011).

His leadership acumen and technical expertise have been sought by both government and professional societies.  He briefed personnel within the Office of Science and Technology Policy (in the executive Office of President George W. Bush) on 31 August 2002, on issues related to aviation security research and the cost and benefit of checked baggage screening strategies.  He briefed the Advisory Committee on Immunization Practice (ACIP) on a web-site he co-developed for designing optimal pediatric vaccine formularies at their October 2001 meeting in Atlanta, Georgia.  He has served on committees for the National Academies, including the National Research Council *Committee on Airport Passenger Screening: Backscatter X-Ray Machines* (2013-2015) and the National Academy of Medicine (NAM) *Standing Committee for the Centers for Disease Control and Prevention Division of Strategic National Stockpile* (2015-2017).  He led the NSF-Funded workshop (May 2016), *Setting a Broader Impacts Innovation Roadmap*, in creating new pathways for enhancing Broader Impacts in the Engineering Directorate at the NSF. He served as the (elected) Treasurer for INFORMS (2015-2016), as a panelist at the INFORMS 2019 *Government & Analytics Summit*, and as the INFORMS NSF Liaison Chair (2019-2020).

**EDUCATION**
1988 Ph.D.    (Operations Research & Industrial Engineering) Cornell University,
                       Dissertation Supervisor: Dr. L.W. Schruben
1986 M.S.     (Operations Research & Industrial Engineering) Cornell University
1983 M.Sc.    (Mathematics) McGill University, Thesis Supervisor: Dr. S. Zlobec
1981 B.Sc.     (Mathematics) McGill University

**EMPLOYMENT**
8/2006-Present  Professor, Department of Computer Science, University of Illinois at Urbana-
                       Champaign. Director, Simulation and Optimization Laboratory.

02/28/22                                                                    Sheldon H. Jacobson

7/2012-8/2014   Program Director, Operations Research, National Science Foundation.
8/2002-8/2006   Professor, Willett Faculty Scholar, Department of Mechanical and Industrial Engineering, University of Illinois at Urbana-Champaign.
                Director, Simulation and Optimization Laboratory.
6/1999-8/2002   Associate Professor, Department of Mechanical and Industrial Engineering, University of Illinois at Urbana-Champaign.
                Director, Simulation and Optimization Laboratory.
8/1996-5/1999   Associate Professor, Department of Industrial & Systems Engineering, Virginia Tech. Director, Simulation and Optimization Laboratory.
8/1993-7/1996:  Assistant Professor, Department of Industrial & Systems Engineering, Virginia Tech. Director, Simulation and Optimization Laboratory.
7/1988-6/1993:  Assistant Professor, Department of Operations Research, Weatherhead School of Management, Case Western Reserve University.

## APPOINTMENTS AND AFFILIATIONS
College of Engineering, Department of Computer Science (Primary) (2006-Present)
College of Engineering, Department of Industrial & Enterprise Sys. Engineering (2006-Present)
College of Liberal Arts and Science, Department of Mathematics (2001-Present)
College of Medicine, Department of Pediatrics (2006-Present)

## AWARDS AND RECOGNITIONS
University of Illinois:
  Associate, Center for Advanced Study, University of Illinois, 2002-2003.
  Willett Faculty Scholar, College of Engineering, University of Illinois, 2002-2009.
  *Aviation Security Research Award*, sponsored by Aviation Security International, International Air Transport Association, and Airports Council International, (with J.E. Kobza), 2002.
  *Best Paper Award*, *IIE Transactions* Focused Issue on Operations Engineering, (with J.E. Kobza and A.E. Easterling), 2003.
  *Guggenheim Fellowship*, John Simon Guggenheim Memorial Foundation, 2003.
  *Operations Research* Meritorious Service Award, 2003.
  *Award of Excellence* ("College or University" and "Video News Release" Categories) for "Aviation Security: Researching the Risk," 13th Annual Communicator's Award Competition, (with WILL-TV), 2006.
  "List of Teachers Ranked as Excellent by their Students," IE410/CS481: Stochastic Processes and its Applications, Fall 2006, Fall 2007, Fall 2008, Fall 2010.
  "List of Teachers Ranked as Excellent by their Students," IE413/CS482: Computer Simulation, Spring 2006, Spring 2007, Spring 2008, Spring 2010.
  Finalist, INFORMS Health Applications Section Pierskalla Best Paper Award, 2004, 2007.
  Semi-Finalist, Christopher Columbus Foundation Homeland Security Award, 2005, 2007, 2009.
  *Outstanding IIE Publication Award*, Institute of Industrial Engineers (with L.A. McLay), 2009.
  *Award for Technical Innovation in Industrial Engineering*, Institute of Industrial Engineers (with E.C. Sewell), 2010.
  Finalist (Runner-Up), Christopher Columbus Foundation Homeland Security Award (Transportation and Border Security), 2010.
  Fellow, Institute of Industrial Engineers, 2011.
  Award for Excellence in the Teaching of Operations Research, Institute of Industrial Engineers Operations Research Division, 2011.
  Honorable Mention, Best Paper Award, *Computational Optimization and Applications*, 2011.
  Finalist, INFORMS Public Sector Operations Research (with D.M. King, E.C. Sewell), Best Paper Award, 2012.

Semi-Finalist, INFORMS Innovations in Analytics Award, 2012.

*Award for Technical Innovation in Industrial Engineering*, Institute of Industrial Engineers, 2013.

Fellow, Institute for Operations Research and the Management Sciences (INFORMS), 2013.

University of Illinois Office of Public Affairs, Award for Communications & Marketing Excellence – Media Relations, 2013.

Top-5 Papers (of 149) Published in *Journal of Global Optimization* in 2012 (Sewell, E.C., Sauppe, J.J., Morrison, D.M., Jacobson, S.H., Kao, G.K., 2012, "Minimizing Total Tardiness for the Single Machine with Sequence Dependent Setup Time Problem Using the BB&R Algorithm," *Journal of Global Optimization*, 54(4), 791-812).

Best Research Poster (First Place), Association of Program Directors in Internal Medicine (APDIM) Spring 2014 Conference, "Annual Rotation Schedules in 45 Seconds: Simplifying Life for an Internal Medicine Residency Program," coauthored with David R. Morrison, J. Taylor Fairbank, and Janet A. Jokela.

*David F. Baker Distinguished Research Award*, Institute of Industrial & Systems Engineers, 2017.

Grainger Engineering Breakthroughs Initiative's (GEBI) Founder Professor in Computer Science, 2017-2022.

*INFORMS Impact Prize* (with K.C. Fletcher, L.A. Albert, A.G. Nikolaev, A.J. Lee) for their contributions to risk-based aviation security and its impact on the design of TSA PreCheck, 2018.

Honorable Mention, INFORMS Public Sector Operations Research (with R. Swamy, D.M. King), Best Paper Award, 2018.

First Place, 2018 INFORMS Poster Competition (with R. Swamy, D.M. King), "Political Districting with Fairness Objectives: An Optimization-Based Framework."

First Place, 2019 Service Sciences Best Paper Award, INFORMS National Meeting (with R. Swamy, D.M. King), "Multi-Objective Optimization for Political Districting: A Scalable Multilevel Approach."

Fellow, American Association for the Advancement of Science (AAAS), 2020.

Distinguished Speaker, Association for Computing Machinery (ACM), 2020-2023.

Volunteer Service Award, Institute for Operations Research and the Management Sciences (INFORMS), 2020.

George E. Kimball Medal, Institute for Operations Research and the Management Sciences (INFORMS), 2020.

Saul Gass Expository Writing Award, Institute for Operations Research and the Management Sciences (INFORMS), 2020.

Omega Rho Plenary Speaker, Institute for Operations Research and the Management Sciences (INFORMS) Fall 2020 National Meeting.

Virginia Tech:

Best Paper Award, Industrial Simulation Track, 1997 European Simulation Multiconference, Istanbul, Turkey (with K.A. Sullivan, A.W. Johnson).

Application Award, 1998, Institute of Industrial Engineers Operations Research Division (with J.E. Kobza).

Dean's List for Teaching, Spring 1999.

Cornell University:

National Science and Engineering Research Council of Canada (NSERC) Graduate Scholarship (1983-1986).

FCAC (Province of Quebec) Graduate Fellow (1983-1984).

Forgivable Loan Program Award, General Electric Foundation (1986).

Sheldon H. Jacobson

McGill University:
   FCAC Graduate Fellow (1982-1983).
   NSERC Graduate Scholarship (1981-1983).
   NSERC Summer Undergraduate Research Fellowship (1980, 1981).
   Great Distinction (1981), Wolvin Scholarship (1980), Faculty Scholar (1980), University
      Scholar (1979, 1981), McConnell Awards (1978, 1979).

Other: Second Place in Canada, Actuarial Exam #1 (1980).

## PROFESSIONAL AFFILIATIONS
Institute for Operations Research and the Management Sciences (INFORMS) (1988-Present)
    (Simulation Society, Computing Society, Health Care Applications Section)
Institute of Industrial Engineers (IIE)                                                    (1994-Present)
American Society for Engineering Education (ASEE)                         (1998-Present)
Society for Industrial and Applied Mathematics (SIAM)                     (2000-Present)
American Association for the Advancement of Science (AAAS)           (2015-Present)

## PROFESSIONAL SERVICE AND ACTIVITIES
Associate Editor, *Operations Research* (2001-2005)
Guest Editor, *IIE Transactions* Special Issue on Homeland Security (2005-2006)
Senior Editor, *Flexible Services and Manufacturing* (2007-2009)
Editorial Board Member, *Journal of Transportation Security* (2007-Present)
Associate Editor, *Int'l Journal of Applied Metaheuristic Computing* (IJAMC) (2008-2016)
Focused Issue Editor, *IIE Transactions*, Operations Engineering and Analysis (2009-Present)
Associate Editor, *Operations Research for Health Care* (2011-2012)
INFORMS Speaker's Program (1997-Present)
Reviewer, *ACM Transactions on Modeling and Computer Simulation, Annals of Operations Research, Applied Mathematics and Computation, Complex Systems, Computers and Industrial Engineering, Discrete Event Dynamic Systems, European Journal of Operational Research, Health Care Management Science, IEEE Transactions on Automatic Control, IEEE Transactions on Evolutionary Computation, 2001 IEEE CSS Conference, IIE Transactions, INFORMS Journal on Computing, Journal of Global Optimization, Journal of Heuristics, Journal of the Operational Research Society, Management Science, Mathematical and Computer Modelling, Mathematical Programming, Mathematics of Operations Research, Naval Research Logistics, Operations Research, Operations Research Letters, Production and Operations Management, SIAM Optimization, Simulation, Winter Simulation Conference.*
Invited Visiting Scholar, S.O.R.I.E., Cornell University (1989)
Reviewer, McGraw Hill Book Company (1994)
Treasurer, INFORMS College on Simulation (1994-1996)
Panelist, National Science Foundation, DMI-OR (1995)
Best Publication Award Committee, INFORMS College on Simulation (1997-1999) (Chair, 1998)
Industrial Affiliate Development Committee, INFORMS College on Simulation (1997)
Reviewer, Ohio Supercomputer Center (1989, 1991)
Reviewer, FCAR (Quebec Research Support Agency) (1994)
Reviewer, Air Force Office of Scientific Research (1995, 1998)
Reviewer, National Science Foundation EPSCoR Program (1996)
Reviewer, Army Research Office (1997)
Reviewer, National Science Foundation, Probability and Statistics (1998)
Reviewer, National Science Foundation, International Programs (1999)
Panelist, National Science Foundation, Exploratory Research on Eng. the Transport Ind. (2000)
Membership Committee, INFORMS College on Simulation (2000-2002)

02/28/22                                                                 Sheldon H. Jacobson

Panelist, National Science Foundation, Career Awards, DMII (2001)
Panelist, National Science Foundation, 9/11 Panel, DMII (2002)
Reviewer, Interdisciplinary Contest in Modeling, Consortium for Math. & Its Applications (2003)
Committee Member, INFORMS George C. Nicholson Student Paper Competition (2003, 2004)
Chair, Best Paper Award Committee, *IIE Transactions* Focused Issue on Oper. Eng. (2003)
Reviewer, Cooperative Grants Program, U.S. Civilian R&D Foundation (2003)
Reviewer, National Science and Engineering Research Council of Canada (2003)
Panelist, Transportation Security Administration, Boeing USCAP Review Panel (2004)
Reviewer, METRANS Research Center (2005)
Committee Member, INFORMS Health Appl. Society, Bonder Student Scholarship (2006, 2007)
Participant, NSF Healthcare Systems Engineering Workshop (2006)
Reviewer, Centers for Disease Control and Prevention Panel Review (2006)
Panelist, World Technology Evaluation Center (WTEC), International Assessment of Rapid
    Vaccine Manufacturing Study Group (2006-2007, 2009-2010).
OR/MS Today Advisory Committee, INFORMS, (2007-2008)
Panelist, National Science Foundation, Career Awards, DMII (2004, 2005)
Panelist, National Science Foundation, CDI-Type I Preliminary Proposals (2008)
Panelist, National Science Foundation, Career Awards, CMII (2008, 2011, 2018)
Panelist, National Science Foundation, CMII (2009, 2010, 2011, 2012)
Panelist, National Science Foundation, CBET (2010)
Panelist, National Science Foundation, EFRI (2010)
Panelist, National Science Foundation, CMMI (2011) (two panels)
Panelist, National Science Foundation, IGERT (2011)
Panelist, National Science Foundation, CMMI (2012) (two panels)
Panelist, National Science Foundation, CMMI (2018)
National Science Foundation Liaison to INFORMS (2012-2014)
Council Member (Elected), INFORMS I-SIM (2014-2015)
Committee Member, National Research Council, Committee on Airport Passenger Screening:
    Backscatter X-Ray Machines (2013-2015)
Committee Member, National Academy of Medicine (NAM) *Standing Committee for the Centers
    for Disease Control and Prevention Division of Strategic National Stockpile* (2015-2017)
Treasurer (Elected), Institute for Operations Research and the Management Sciences
    (INFORMS) (2015-2016).
Member, INFORMS Speakers Program Committee (2018-2019).
Review Committee, INFORMS Health Applications Society Pierskala Best Paper Award (2018).
Organizing Committee, National Academy of Medicine Workshop: *Medical Product Shortages
    during Disasters: Opportunities to Predict, Prevent, and Respond* (2018).
Chair, INFORMS Liaison to NSF (2019-2020).
Review Committee, INFORMS Public Service Operations Research Best Paper Award (2019).
Co-Chair: Communications Group, Big Ten Alliance for Strategic Partnership for Applied Redistricting
    Knowledge (SPARK).
Reviewer, Committee Report, National Academy of Medicine (NAM) (2020).
*Dialogue on Social Justice*, Wesley United Methodist Church (with J.A. Jokela, 2/13/2022)
General Chair, INFORMS 2022 National Meeting, Indianapolis, Indiana.

**EDUCATIONAL ACTIVITIES**
*Courses Taught at the University of Illinois*

|          |                                                         |
|----------|---------------------------------------------------------|
| IE310    | Introduction to Operations Research (B.S.)              |
| CS481/IE410 | Stochastic Processes and its Applications (B.S./M.S.) |
| CS482/IE413 | Computer Simulation (B.S./M.S.)                      |
| IE598    | Special Topics in Stochastic Models and Simulation (Ph.D.) |

02/28/22                                             Sheldon H. Jacobson

*Courses Taught at Virginia Tech*
  ISE3414  Probabilistic Operations Research (B.S.)
  ISE3424  Discrete Event Simulation (B.S.)
  ISE5424  Computer Simulation (M.S./Ph.D.)
  ISE6494  Advanced Simulation (M.S./Ph.D.)
*Courses Taught at Case Western Reserve University*
  OPRE425  Probability Theory in Operations Research (M.S./Ph.D.)
  OPRE432  Computer Simulation (M.S./Ph.D.)
  OPRE521  Queuing Theory (Ph.D.)
  OPRE525  Advanced Topics in Simulation and Time Series (Ph.D.)
  QUMM403  Managerial Statistics (MBA)
  QUMM405  Management Science (MBA)
*Courses Taught at Other Universities*
  OR260  Introduction to Probability (Cornell University) (B.S.)
  MATH111  Algebra and Trigonometry (McGill University) (B.Sc.)
*Other Educational Activities*
  *University of Illinois*
   Faculty Advisor, Alpha Pi Mu (2002-2006)
  *Virginia Tech*
   Advisor, MCM Undergraduate Team (1995)
   Faculty Advisor, INFORMS Student Chapter (1995-1996)
  *Case Western Reserve University*
   Faculty Advisor, ORSA/TIMS Student Chapter (1990-1993)
   Faculty Representative, Omega Rho (1990-1993)
   Faculty Coordinator, Student Recruitment Campus Visits by Faculty (1990-1993)
   Faculty Coordinator (joint), Dept. Student Recruitment Open House (1990-1993)

**DEPARTMENTAL AND UNIVERSITY SERVICE**
*University of Illinois at Urbana-Champaign*
  M&IE Strategic Planning (1999-2000)
  M&IE Advisory Committee (Elected) (2000-2004)
  M&IE Faculty Recruitment Committee (2000-2006)
  M&IE Social Committee (2000-2006)
  M&IE Undergraduate Program Committee (2004-2006)
  M&IE Department Head Search (2004-2005)
  C&EE Transportation Faculty Search (2005-2006)
  CS Director of Development (2007-2008)
  CS Promotion and Tenure (2006-Present)
*Virginia Tech*
  Director, Simulation and Optimization Laboratory (1993-Present)
  University Representative, Commonwealth Connection Tour (1996)
  ISE Department, Computers/Networks/Software (1994-1995, 1998-1999)
  ISE Department, Positioning Plan (1995)
  ISE Department, Personnel (1995-1999) (Chairman 1996-1999)
  ISE Department, Mentor Program Development (1995-1999)
  ISE Department, Promotion and Tenure (1996-1999)
  ISE Department, SCHEV Proposal Development (Chairman) (1996)
  College of Engineering, Numerical Methods (1994-1995)
*Case Western Reserve University*
  "Alumni Fund" Graduate School Telethon (1988-1989)
  Creator/Editor/Writer, *OR NEWS*, Department Alumni Newsletter, Issues 1-4 (1989-1993)

Quality Management (1989-1993)
MBA Statistics and Management Science Curriculum (1988-1993)
Ph.D. Curriculum (1988-1993)
Seminar (1988-1991)
Student Recruitment (1990-1993)
Faculty Recruitment (1992-1993)
WSOM Computer Usage (1989-1993)
WSOM Research (1990-1992)

## RESEARCH ACTIVITIES

*Papers in Archival Journals*
*Computer Simulation Methodology and Modeling*

1. Jacobson, S.H., Schruben, L.W., 1989, "Techniques for Simulation Response Optimization," *Operations Research Letters*, 8(1), 1-9.
2. Jacobson, S.H., Buss, A.H., Schruben, L.W., 1991, "Driving Frequency Selection for Frequency Domain Simulation Experiments," *Operations Research*, 39(6), 917-924.
3. Jacobson, S.H., 1993, "Variance and Bias Reduction Techniques for the Harmonic Gradient Estimator," *Applied Mathematics and Computation*, 55(2&3), 153-186.
4. Jacobson, S.H., 1994a, "Optimal Mean Squared Error Analysis of the Harmonic Gradient Estimators," *Journal of Optimization Theory and Application*, 80(3), 573-590.
5. Jacobson, S.H., 1994b, "Convergence Results for Harmonic Gradient Estimators," *ORSA Journal on Computing*, 6(4), 381-397.
6. Jacobson, S.H., 1994c, "Second Derivative Estimation Using Harmonic Analysis," *Annals of Operations Research*, 53, 507-531.
7. Jacobson, S.H., 1995a, "Analyzing the M/M/1 Queue in Frequency Domain Experiments," *Applied Mathematics and Computation*, 69(2&3), 185-194.
8. Jacobson, S.H., 1995b, "How Difficult is the Frequency Selection Problem?" *Operations Research Letters*, 17(3), 139-147.
9. Jacobson, S.H., Yucesan, E., 1995, "Intractability Results in Discrete Event Simulation," *Recherche Operationelle*, 29(3), 353-369.
10. Yucesan, E., Jacobson, S.H., 1996, "Computational Issues for ACCESSIBILITY in Discrete Event Simulation," *ACM Transactions on Modeling and Computer Simulation*, 6(1), 53-75.
11. Jacobson, S.H., 1997, "The Effect of Initial Transient on Steady State Simulation Harmonic Gradient Estimators," *Mathematics and Computers in Simulation,* 43(2), 209-221.
12. Yucesan, E., Jacobson, S.H., 1997, "The Complexity of Rapid Learning in Discrete Event Simulation," *IIE Transactions*, 29(9), 783-790.
13. Jacobson, S.H., Schruben, L.W., 1999, "A Harmonic Analysis Approach to Simulation Sensitivity Analysis," *IIE Transactions*, 31(3), 231-243.
14. Jacobson, S.H., Yucesan, E., 1999, "On the Complexity of Verifying Structural Properties of Discrete Event Simulation Models," *Operations Research*, 47(3), 476-481.
15. Vazquez-Abad, F.J., Jacobson, S.H., 2001, "Phantom Harmonic Gradient Estimators for Priority Queueing Systems," *INFORMS Journal on Computing*, 13(4), 345-359.
16. Jacobson, S.H., Yucesan, E., 2002, "Common Issues in Discrete-Event Simulation and Discrete Optimization," *IEEE Transactions on Automatic Control*, 47(2), 341-345.
17. Swisher, J.R., Jacobson, S.H., Yucesan E., 2003, "Discrete-Event Simulation Optimization Using Ranking, Selection, and Multiple Comparison Procedures: A Survey," *ACM Transactions on Modeling and Computer Simulation*, 13(2), 134-154.
18. Swisher, J.R., Hyden, P.D., Jacobson, S.H., Schruben, L.W., 2004, " A Survey of Recent Advances in Discrete Input Parameter Discrete-Event Simulation Optimization," *IIE Transactions*, 36(6), 591-600.

02/28/22                                                                    Sheldon H. Jacobson

19. Smith, J.C., Jacobson, S.H., 2005, "An Analysis of the Alias Method for Discrete Random Number Generation," *INFORMS Journal on Computing*, 17(3), 321-327.

*Discrete Optimization Algorithms (Exact and Approximation)*
1. Jacobson, S.H., Solow, D., 1993, "The Effectiveness of Finite Improvement Algorithms for Finding Global Optima," *Zeitschrift fur Operations Research (ZOR) -- Methods and Models of Operations Research*, 37(3), 257-272.
2. Jacobson, S.H., Johnson, A.W., Sullivan, K.A., Fleischer, M.A., Kumar, A., 1997, "Metaheuristics for a Flexible Assembly System Design Problem," *Journal of Heuristics*, 3(2), 139-159.
3. Jacobson, S.H., Sullivan, K.A., Johnson, A.W., 1998, "Discrete Manufacturing Process Design Optimization Using Computer Simulation and Generalized Hill Climbing Algorithms," *Engineering Optimization*, 31, 247-260.
4. Fleischer, M., Jacobson, S.H., 1999, "Information Theory and the Finite-Time Behavior of the Simulated Annealing Algorithm: Experimental Results," *INFORMS Journal on Computing*, 11(1), 35-43.
5. Kumar, A., Jacobson, S.H., Sewell, E.C., 2000, "Computational Analysis of a Flexible Assembly System Design Problem," *European Journal of Operational Research*, 123(3), 453-472.
6. Sullivan, K.A. and Jacobson, S.H., 2000, "Ordinal Hill Climbing Algorithms for Discrete Manufacturing Process Design Optimization Problems," *Discrete Event Dynamical Systems*, 10(4), 307-324.
7. Vaughan, D., S.H. Jacobson, and D. Armstrong, 2000, "A New Neighborhood Function for Discrete Manufacturing Process Design Optimization Using Generalized Hill Climbing Algorithms," *ASME Journal of Mechanical Design*, 122(2), 164-171.
8. Sullivan, K.A., Jacobson, S.H., 2001, "A Convergence Analysis of Generalized Hill Climbing Algorithms," *IEEE Transactions on Automatic Control*, 46(8), 1288-1293.
9. Johnson, A.W., Jacobson, S.H., 2002a, "A Class of Convergent Generalized Hill Climbing Algorithms," *Applied Mathematics and Computation*, 125(2-3), 359-373.
10. Johnson, A.W., Jacobson, S.H., 2002b, "On the Convergence of Generalized Hill Climbing Algorithms," *Discrete Applied Mathematics*, 119(1-2), 37-57.
11. Orosz, J.E., Jacobson, S.H. 2002a, "Finite-time Performance Analysis of Static Simulated Annealing Algorithms," *Computational Optimization and Applications*, 21(1), 21-53.
12. Orosz, J.E., Jacobson, S.H., 2002b, "Analysis of Static Simulated Annealing Algorithms," *Journal of Optimization Theory and Application*, 115(1), 165-182.
13. Fleischer, M.A., Jacobson, S.H., 2002, "Scale Invariance Properties in the Simulated Annealing Algorithm," *Methodology and Computing In Applied Probability*, 4(3), 219-241.
14. Henderson, D., Vaughan, D.E., Jacobson, S.H., Wakefield, R.R., Sewell, E.C., 2003, "Solving the Shortest Route Cut and Fill Problem Using Simulated Annealing," *European Journal of Operational Research*, 145(1), 72-84.
15. Armstrong, D.E., Jacobson, S.H., 2003 "Studying the Complexity of Global Verification for NP-hard Discrete Optimization Problems," *Journal of Global Optimization*, 27(1), 83-96.
16. Jacobson, S.H., Yucesan, E., 2004a, "Global Optimization Performance Measures for Generalized Hill Climbing Algorithms," *Journal of Global Optimization*, 29(2), 173-190.
17. Venkat, V., Jacobson, S.H., Stori, J.A., 2004, "A Post-Optimality Analysis Algorithm for Multi-Objective Optimization," *Computational Optimization and Applications*, 28(3), 357-372.
18. Armstrong, D.E., Jacobson, S.H., 2004, "Polynomial Transformations and Data Independent Neighborhood Functions," *Discrete Applied Mathematics*, 143(1-3), 272-284.
19. Vaughan, D.E., Jacobson, S.H., 2004, "Formulating the Meta-Heuristic Tabu Search in the Generalized Hill Climbing Framework," *Methodology and Computing in Applied Probability*, 6(3), 343-354.

20. Jacobson, S.H., Yucesan, E., 2004b, "Analyzing the Performance of Generalized Hill Climbing Algorithms," *Journal of Heuristics*, 10(4), 387-405.
21. Vaughan, D.E., Jacobson, S.H., Hall, S.N., McLay, L.A., 2005, "Simultaneous Generalized Hill-Climbing Algorithms for Addressing Sets of Discrete Optimization Problems," *INFORMS Journal on Computing* 17(4), 438-450.
22. Armstrong, D.E., Jacobson, S.H., 2005, "Data Independent Neighborhood Functions and Strict Local Optima," *Discrete Applied Mathematics*, 146(3), 233-243
23. Jacobson, S.H., Hall, S.N., McLay, L.A., Orosz, J.E., 2005, "Performance Analysis of Cyclic Simulated Annealing Algorithms," *Methodology and Computing in Applied Probability*, 7(2), 183-201.
24. Jacobson, S.H., McLay, L.A., Hall, S.N., Henderson, D., Vaughan, D.E., 2006, "Optimal Search Strategies Using Simultaneous Generalized Hill Climbing Algorithms," *Mathematical and Computer Modelling*, 43(9-10), 1061-1073.
25. Armstrong, D.E., Jacobson, S.H., 2006, "Order Preserving Reductions and Polynomial Improving Paths," *Operations Research Letters*, 34(1), 9-16.
26. Kaul, H., Jacobson, S.H., 2006, "Global Optima Results for the Kauffman NK Model," *Mathematical Programming*, 106, 319-338.
27. Armstrong, D.E., Jacobson, S.H., 2006, "Analyzing the Complexity of Finding Good Neighborhood Functions for Local Search Algorithms," *Journal of Global Optimization*, 36(2), 219-236.
28. Kaul, H., Jacobson, S.H., 2007, "New Global Optima Results for the Kauffman NK Model: Handling Dependency," *Mathematical Programming*, 108(2-3), 475-494.
29. McLay, L.A., Jacobson, S.H., 2007, "Integer Knapsack Problems with Set-Up Weights," *Computational Optimization and Applications*, 37(1), 35-47.
30. McLay, L.A., Jacobson, S.H., 2007, "Algorithms for the Bounded Set-Up Knapsack Problem," *Discrete Optimization*, 4(2), 206-212.
31. Vaughan, D.E., Jacobson, S.H., Kaul, H., 2007, "Analyzing the Performance of Simultaneous Generalized Hill Climbing Algorithms," *Computational Optimization and Applications*, 37(1), 103-119.
32. Armstrong, D.E., Jacobson, S.H., 2008, "An Analysis of Neighborhood Functions on Generic Solution Spaces," *European Journal of Operational Research*, 186(2), 529-541.
33. Kao, G., Jacobson, S.H., 2008, "Finding Preferred Subset of Pareto Optimal Solutions," *Computational Optimization and Applications*, 40(1), 73-95.
34. Kao, G.K., Sewell, E.C., Jacobson, S.H., 2009, "A Branch, Bound, and Remember Algorithm for the $1|r_i|\Sigma t_i$ Scheduling Problem," *Journal of Scheduling*, 12(2), 163-175.
35. Jacobson, S.H., McLay, L.A., 2009, "Applying Statistical Tests to Empirically Compare Tabu Search Parameters for MAX 3-SATISFIABILITY: A Case Study," *Omega*, 37(3), 522-534.
36. Nikolaev, A.G., Jacobson, S.H., 2011, "Using Markov Chains to Analyze the Effectiveness of Local Search Algorithms," *Discrete Optimization*, 8(2), 160-173.
37. Nikolaev, A.G., Jacobson, S.H., Hall, S.N., Henderson, D., 2011, "A Framework for Analyzing Sub-Optimal Performance of Local Search Algorithm", *Computational Optimization and Applications*, 49(3), 407-433 **(Honorable Mention, Best Paper Award).**
38. Sewell, E.C., Jacobson, S.H., Kaul, H., 2011, "Reductions for the Stable Set Problem," *Algorithmic Operations Research*, 6(1), 40-55.
39. Kao, G.K., Sewell, E.C., Jacobson, S.H., Hall, S.N., 2012, "New Dominance Rules and Exploration Strategies for the $1|r_i|\Sigma U_i$ Scheduling Problem," *Computational Optimization and Applications,* 51(3), 1253-1274.
40. Sewell, E.C., Jacobson, S.H., 2012, "A Branch, Bound, and Remember Algorithm for the Simple Assembly Line Balancing Problem, *INFORMS Journal on Computing,* 24(3), 433-442.

02/28/22                                                                                      Sheldon H. Jacobson

41. Sewell, E.C., Sauppe, J.J., Morrison, D.M., Jacobson, S.H., Kao, G.K., 2012, "Minimizing Total Tardiness for the Single Machine with Sequence Dependent Setup Time Problem Using the BB&R Algorithm," *Journal of Global Optimization*, 54(4), 791-812 (**Top-5 Papers (of 149) Published in *Journal of Global Optimization* in 2012**).

42. Morrison, D.M., Sauppe, J.J., Jacobson, S.H., 2013, "A Network Simplex Algorithm for the Equal Flow Problem on a Generalized Network," *INFORMS Journal on Computing*, 25(1), 2-12.

43. Morrison, D.M., Sauppe, J.J., Jacobson, S.H., 2014, "A Note on the Proportional Network Flow Problem," *Optimization Letters*, 8(3), 801-809.

44. Morrison, D.R., Sewell, E.C., Jacobson, S.H., 2014a, "A Computational Study of the Simple Assembly Line Balancing Problem using Cyclic Best-First Search," *European Journal of Operational Research*, 236(2), 403-409.

45. Morrison, D.R., Sewell, E.C., Jacobson, S.H., 2014b, "Characteristics of the Maximal Independent Set ZDD," *Journal of Combinatorial Optimization*, 28(1), 121-139.

46. Morrison, D.R., Sauppe, J.J., Sewell, E.C., Jacobson, S.H., 2014, "A Wide Branching Strategy for the Graph Coloring Problem," *INFORMS Journal on Computing*, 26(4), 704-717.

47. Morrison, D. R., Sewell, E. C., Jacobson, S. H., 2016, "Solving the Pricing Problem in a Branch-and-Price Algorithm for Graph Coloring using Zero-Suppressed Binary Decision Diagrams," *INFORMS Journal on Computing*, 27(1), 67-82.

48. Morrison, D. R., Sauppe, J.J., Sewell, E.C., Jacobson, S.H., 2016, "Branch-and-Bound Algorithms: A Survey of Recent Advances in Searching, Branching, and Pruning," *Discrete Optimization*, 19, 79-102.

49. Morrison, D.R., Sauppe, J.J., Zhang, W., Sewell, E.C., Jacobson, S.H., 2017, "Cyclic Best-First Search: Using Contours to Guide Branch-and-Bound Algorithms," *Naval Research Logistics*, 64(1), 64-82.

50. Yu, G., Jacobson, S.H., 2018, "Online C-benevolent Job Scheduling on Multiple Machines," *Optimization Letters*.12(2), 251-263.

51. Yu, G., Jacobson, S.H., 2020, "Approximation Algorithms for Scheduling C-benevolent jobs on Weighted Machines," *IISE Transactions*, 52(4), 432-443.

52. Zhang, W., Sauppe, J.J., Jacobson, S.H., 2021, "An Improved Branch-and-Bound Algorithm for the One-Machine Scheduling Problem with Delayed Precedence Constraints," *INFORMS Journal on Computing*, 33(3), 1091-1102.

53. Zhang, W., Sauppe, J.J., Jacobson, S.H., 2021, "Comparison of the Number of Nodes Explored by CBFS-depth and BFS," *Computers and Operations Research*, 126, https://doi.org/10.1016/j.cor.2020.105129.

54. Sewell, E.C., Jacobson, S.H, 2021, "Dynamically Improved Bounds Bidirectional Search," *Artificial Intelligence*, 291, https://doi.org/10.1016/j.artint.2020.103405.

55. Pavlik, J.A., Sewell, E.C., Jacobson, S.H., 2021, "Two New Bidirectional Search Algorithms," *Computational Optimization and Applications*, 80, 377-409.

56. Pavlik, J., Sewell, E.C., Jacobson, S.H., 2022, "Iterative Deepening Dynamically Improved Bounds Bidirectional Search" *INFORMS Journal on Computing*.

*Stochastic Models, On-line Optimization, and Sequential Decision-Making*

1. Nikolaev, A.G., Jacobson, S.H., 2010, "Stochastic Sequential Decision-Making with a Random Number of Jobs", *Operations Research*, 54(4P1), 1023-1027.

2. Lee, A.J., Jacobson, S.H., 2011, "Sequential Stochastic Assignment under Uncertainty: Estimation and Convergence," *Statistical Inference for Stochastic Processes*, 14(1), 21-46.

3. Baharian, G., Jacobson, S.H., 2013a, "Stochastic Sequential Assignment Problem with Threshold Criteria," *Probability in the Engineering and Informational Sciences*, 27(3), 277-296.

4. Baharian, G., Jacobson, S.H., 2013b, "Limiting Behavior of the Stochastic Sequential Assignment Problem," *Naval Research Logistics*, 60(4), 321-330.
5. Khatibi, A., Baharian, G., Kone, E.R., Jacobson, S.H., 2014, "The Sequential Stochastic Assignment Problem with Random Success Rates," *IIE Transactions*. 46(11), 1169-1180.
6. Baharian, G., Jacobson, S.H., 2014, "Limiting Behavior of the Target-Dependent Stochastic Sequential Assignment Problem," *Journal of Applied Probability*, 51(4), 943-953.
7. Khatibi, A., Baharian, G., Behzad, B., Jacobson, S.H., 2015, "Extensions of the Sequential Stochastic Assignment Problem," *Mathematical Methods of Operations Research*, 82(3), 317-340.
8. Baharian, G., Khatibi, A., Jacobson, S.H., 2016, "Sequential Stochastic Assignment Problem with Time-dependent Random Success Rates" *Journal of Applied Probability*, 53(4), 1052-1063.
9. Khatibi, A., Jacobson, S.H., 2016, "Doubly Stochastic Sequential Assignment Problem," *Naval Research Logistics*, 63(2), 124–137.
10. Khatibi, A, Jacobson, S.H., 2018, "Generalized Stochastic Sequential Assignment Problem," *Stochastic Systems*, 8(4), 293-306.
11. Yu, G., Jacobson, S.H., Kiyavash, N., 2019, "A Bi-Criteria Multiple-Choice Secretary Problem," *IISE Transaction*, 51(6), 577-588.
12. Yu, G., Jacobson, S.H., Kiyavash, N., 2020, "Asymptotic Analysis for Multi-objective Sequential Stochastic Assignment Problems," *Stochastics: An International Journal of Probability and Stochastic Processes*, 92(2), 223-264.
13. Yu, G., Jacobson, S.H., 2020, "Primal-Dual Analysis for Online Interval Scheduling Problems," *Journal of Global Optimization*, 77, 275-302.
14. Kelley, M., Jacobson, S.H., 2022, "Total Online Bipartite Matching Problem," *Optimization Letters,* https://doi.org/10.1007/s11590-021-01814-0.

*Aviation Security System Design and Analysis*

1. Kobza, J.E., Jacobson, S.H., 1996, "Addressing the Dependency Problem in Access Security System Architecture Design," *Risk Analysis*, 16(6), 801-812.
2. Kobza, J.E., Jacobson, S.H., 1997, "Probability Models for Access Security System Architectures," *Journal of the Operational Research Society*, 48(3), 255-263.
3. Jacobson, S.H., Kobza, J.E., Nakayama, M., 2000, "A Sampling Procedure to Estimate Risk Probabilities in Access Control Security Systems," *European Journal of Operational Research,* 122(1), 123-132.
4. Jacobson, S.H., Bowman, J.M., Kobza, J.E., 2001, "Modeling and Analyzing the Performance of Aviation Security Systems Using Baggage Value Performance Measures," *IMA Journal of Management Mathematics*. 12(1), 3-22.
5. Jacobson, S.H., Kobza, J.E., Easterling, A.E., 2001, "A Detection Theoretic Approach to Modeling Aviation Security Problems Using the Knapsack Problem," *IIE Transactions*, 33(9), 747-759 (**Best Paper Award, 2001-2002 Focused Issue on Operations Engineering).**
6. Virta, J.L., Jacobson, S.H., Kobza, J.E., 2002, "Outgoing Selectee Rates At Hub Airports," *Reliability Engineering and System Safety*, 76(2), 155-165.
7. Jacobson, S.H., Virta, J.L., Bowman, J.M., Kobza, J.E., Nestor, J.J., 2003, "Modeling Aviation Baggage Screening Security Systems: A Case Study," *IIE Transactions*, 35(3), 259-269.
8. Virta, J.L., Jacobson, S.H., Kobza, J.E., 2003, "Analyzing the Cost of Screening Selectee and Non-Selectee Baggage," *Risk Analysis*, 23(5), 897-908.
9. Candalino, T.J., Kobza, J.E., Jacobson, S.H., 2004, "Designing Optimal Aviation Baggage Screening Strategies using Simulated Annealing," *Computer and Operations Research*, 31(10), 1753-1767.

10. Jacobson, S.H., Karnani, T., Kobza, J.E., 2005, "Assessing the Impact of Deterrence on Aviation Checked Baggage Screening Strategies," *International Journal of Risk Assessment and Management*, 5(1), 1-15.

11. Jacobson, S.H., McLay, L.A., Kobza, J.E., Bowman, J.M., 2005, "Modeling and Analyzing Multiple Station Baggage Screening Security System Performance," *Naval Research Logistics*, 52(1), 30-45.

12. Jacobson, S.H., McLay, L.A., Virta, J.L., Kobza, J.E., 2005, "Integer Program Models for the Deployment of Airport Baggage Screening Security Devices," *Optimization and Engineering*, 6(3), 339-359.

13. Jacobson, S.H., Karnani, T., Kobza, J.E., Ritchie, L., 2006, "A Cost-Benefit Analysis of Alternative Device Configurations for Aviation Checked Baggage Security Screening," *Risk Analysis*, 26(2), 297-310.

14. McLay, L.A., Jacobson, S.H., Kobza, J.E., 2006, "A Multilevel Passenger Screening Problem for Aviation Security," *Naval Research Logistics*, 53(3), 183-197.

15. McLay, L.A., Jacobson, S.H., Kobza, J.E., 2007, "Integer Programming Models and Analysis for a Multilevel Passenger Screening Problem, "*IIE Transactions*, 39(1), 73-81.

16. Nikolaev, A.G., Jacobson, S.H., McLay, L.A., 2007, "A Sequential Stochastic Security System Design Problem for Aviation Security," *Transportation Science*, 41(2), 182-194.

17. McLay, L.A., Jacobson, S.H., Kobza, J.E., 2008, "The Tradeoff between Technology and Prescreening Intelligence in Checked Baggage Screening for Aviation Security," *Journal of Transportation Security*, 1(2), 107-126.

18. Lee, A.J., Nikolaev, A.G., Jacobson, S.H., 2008, "Protecting Air Transportation: A Survey of Operations Research Applications to Aviation Security," *Journal of Transportation Security,* 1(3), 160-184.

19. McLay, L.A., Jacobson, S.H., Nikolaev, A.G., 2009, "A Sequential Stochastic Passenger Screening Problem for Aviation Security," *IIE Transactions*, 41(6), 575-591 **(2009 Outstanding IIE Publication Award).**

20. Jacobson, S.H., Lee, A.J., Nikolaev, A.G., 2009, **"**Designing for Flexibility in Aviation Security Systems," *Journal of Transportation Security*, 2(1&2), 1-8.

21. Lee, A.J., McLay, L.A., Jacobson, S.H., 2009, "Designing Aviation Security Passenger Screening Systems using Nonlinear Control," *SIAM Journal on Control and Optimization*, 48(4), 2085-2105.

22. McLay, L.A., Lee, A.J., Jacobson, S.H., 2010, "Risk-Based Policies for Aviation Security Checkpoint Screening," *Transportation Science*, 44(3), 333-349.

23. Lee, A.J., Jacobson, S.H., 2011a, "Evaluating the Effectiveness of Sequential Aviation Security Screening Policies," *IIE Transactions*, 43(8), 547-565.

24. Lee, A.J., Jacobson, S.H., 2011b, "The Impact of Aviation Checkpoint Queues on Optimizing Security Screening Effectiveness," *Reliability Engineering and System Safety*, 96(8), 900-911.

25. Pacheco, L.J., Kobza, J.E., Jacobson, S.H., Gupta, R., 2011, "A Markov Model of Terrorist Behavior within the Aviation Security Environment," *Journal of Transportation Security*, 4(2), 117-130.

26. Lee, A.J., Jacobson, S.H., 2012, "Identifying Changing Aviation Threat Environments within an Adaptive Homeland Security Advisory System," *Risk Analysis*, 32(2), 319-329.

27. Nikolaev, A.G., Lee, A.J., Jacobson, S.H., 2012, "Optimal Aviation Security Screening Strategies with Dynamic Passenger Risk Updates," *IEEE Transactions on Intelligent Transportation Systems*, 13(1), 203-212.

28. Sewell, E.C., Attagara, J., Kobza, J.E., Jacobson, S.H., 2012, "Allocating Explosive Screening Devices for Aviation Security," *Journal of Transportation Security*, 5(2), 141-155.

29. Lee, A.J., Jacobson, S.H., 2012, "Addressing Passenger Risk Uncertainty for Aviation Security Screening," *Transportation Science*, 46(2), 189-203.

02/28/22                                                                                         Sheldon H. Jacobson

30. Sewell, E.C., Lee, A.J., Jacobson, S.H., 2013, "Optimal Allocation of Aviation Security Screening Devices," *Journal of Transportation Security*, 6(2), 103-116.
31. Jacobson, S.H., Khatibi, A., Yu, G., 2017, "When Should TSA PreCheck be Offered at No Cost to Travelers? *Journal of Transportation Security*, 10(1-2), 23-29.
32. Jacobson, S.H., 2020, "Using Risk-based Security to Quantifying the Number of Firearms Missed at Airport Security Checkpoints," *INFORMS Journal on Applied Analytics*, 50(3), 190-196.
33. Albert, L.A., Nikolaev, A.G., Lee, A.J., Fletcher, K.C., Jacobson, S.H., 2021, "A Review of Risk-Based Security and its Impact on TSA PreCheck," *IISE Transactions*, 53(6), 657-670.
34. Albert, L.A., Nikolaev, A.G., Jacobson, S.H., 2022, "Homeland Security Research Opportunities," *IISE Transactions*

*Health Care Systems Engineering, Modeling, and Analysis*
1. Jacobson, S.H., Morrice, D.J., 1998, "A Mathematical Model for Assessing the Temporal Association Between Health Disorders and Medical Treatments," *Journal of Statistical Planning and Inference*, 71(1/2), 209-228.
2. Jun, J.B., Jacobson, S.H., Swisher, J.R., 1999, "Applications of Discrete Event Simulation in Health Care Clinics: A Survey," *Journal of the Operational Research Society*, 50(2), 109-123.
3. Swisher, J.R., Jacobson, S.H., Jun, J., Balci, O., 2001, "Modeling and Analyzing a Physician Clinic Environment Using Discrete-Event (Visual) Simulation," *Computers and Operations Research*, 28(2), 105-125.
4. Swisher, J.R., Jacobson, S.H., 2002, "Evaluating the Design Of a Family Practice Healthcare Clinic Using Discrete-Event Simulation," *Health Care Management Science*, 5(2), 75-88.
5. Guo, J., Morrison, D.R., Jacobson, S.H., Jokela, J.A., 2014, "Complexity Results for the General Residency Scheduling Problem," *Journal of Scheduling*, 17(3), 211-223.

*Immunization and Vaccine Economics*
1. Weniger, B.G., Chen, R.T., Jacobson, S.H. Sewell, E.C. Deuson, R., Livengood, J.R., Orenstein, W.A., 1998, "Addressing the Challenges to Immunization Practice with an Economic Algorithm for Vaccine Selection," *Vaccine*, 16(19), 1885-1897.
2. Jacobson, S.H. Sewell, E.C., Deuson, R., Weniger, B.G., 1999, "An Integer Programming Model for Vaccine Procurement and Delivery for Childhood Immunization: A Pilot Study," *Health Care Management Science*, 2, 1-9.
3. Sewell, E.C., Jacobson, S.H., Weniger, B.G., 2001, ""Reverse Engineering" a Formulary Selection Algorithm to Determine the Economic Value of Pentavalent and Hexavalent Combination Vaccines," *Pediatric Infectious Disease Journal*, 20(11), S45-S56.
4. Jacobson, S.H., Sewell, E.C., 2002, "Using Monte Carlo Simulation to Determine Combination Vaccine Price Distributions for Childhood Diseases," *Health Care Management Science*, 5(2), 135-145.
5. Sewell, E.C., Jacobson, S.H., 2003, "Using an Integer Programming Model to Determine the Price of Combination Vaccines for Childhood Immunization," *Annals of Operations Research*, 119, 261-284.
6. Jacobson, S.H., Karnani, T., Sewell, E.C., 2003, "Analyzing the Economic Value of the Hepatitis B - *Haemophilus Influenzae* Type B Combination Vaccine by Reverse Engineering a Formulary Selection Algorithm," *Vaccine*, 21(17-18), 2169-2177.
7. Jacobson, S.H., Sewell, E.C., Allwine, D.A., Medina, E.A., Weniger, B.G., 2003, "Designing Pediatric Vaccine Formularies and Pricing Pediatric Combination Vaccines using Operations Research Models and Algorithms," *Expert Review of Vaccines*, 2(1), 15-19.

8.  Jacobson, S.H., Karnani, T., Sewell, E.C., 2004, "Assessing the Impact of Wastage on Pediatric Vaccine Immunization Formulary Costs Using a Vaccine Selection Algorithm," *Vaccine*, 22(17-18), 2307-2315.
9.  Jacobson, S.H., Sewell, E.C., Karnani, T., 2005, "Engineering the Economic Value of Two Pediatric Combination Vaccines," *Health Care Management Science*, 8(1), 29-40.
10. Jacobson, S.H., Sewell, E.C., Proano, R.A., Jokela, J.A., 2006, "Stockpile Levels for Pediatric Vaccines: How Much is Enough?" *Vaccine*, 24(17), 3530-3537.
11. Jacobson, S.H., Sewell, E.C., Proano, R.A., 2006, "An Analysis of the Pediatric Vaccine Supply Shortage Problem," *Health Care Management Science*, 9(4), 371-389.
12. Jacobson, S.H., Sewell, E.C., Jokela, J.A., 2007, "A Survey of Vaccine Distribution and Delivery Issues in the United States: From Pediatrics to Pandemics," *Expert Review of Vaccines*, 6(6), 981-990.
13. Hall, S.N., Sewell, E.C., Jacobson, S.H., 2008, "Maximizing the Effectiveness of a Pediatric Vaccine Formulary While Prohibiting Extraimmunization, *Health Care Management Science*, 11(4), 339-352.
14. Hall, S.N., Jacobson, S.H., Sewell, E.C., 2008, "An Analysis of Pediatric Vaccine Formulary Selection Problems," *Operations Research*, 56(6), 1348-1365.
15. Jacobson, S.H., Sewell, E.C., 2008, "A Web-based Tool for Designing Vaccine Formularies for Childhood Immunization in the United States," *Journal of the American Medical Informatics Association*, 15(5), 611-619.
16. Robbins, M.J., Jacobson, S.H., Sewell, E.C., 2010, "Pricing Strategies for Combination Pediatric Vaccines and their Impact on Market Share: Pediarix or Pentacel?" *Health Care Management Science*, 13(1), 54-64.
17. Proano, R.A., Jacobson, S.H. Jokela, J.A., 2010, "A Multi-attribute Approach for Setting Pediatric Vaccine Stockpile Levels," *Journal of Industrial and Management Optimization*, 6(4), 709-722.
18. Robbins, M.J., Jacobson, S.H., 2011, "Pediatric Vaccine Procurement Policy: The Monopsonist's Problem," *Omega*, 39(6), 589-597.
19. Proano, R.A., Jacobson, S.H., Zhang, W., 2012, "Making Combination Vaccines More Accessible to Low-Income Countries: The Antigen Bundle Pricing Problem," *Omega*, 40(1), 53-64.
20. Behzad, B., Jacobson, S.H., Sewell, E.C., 2012, "Pricing Strategies for Combination Pediatric Vaccines based on the Lowest Overall Cost Formulary," *Expert Review of Vaccines*, 11(10), 1189-1197.
21. Robbins, M.J., Jacobson, S.H., Shanhbag, U.V., Behzad, B., 2014, "The Weighted Set Covering Game: A Vaccine Pricing Model For Pediatric Immunization," *INFORMS Journal on Computing*, 26(1), 183-198.
22. Behzad, B., Jacobson, S.H., Jokela, J.A., Sewell, E.C., 2014, "The Relationship Between Pediatric Combination Vaccines and Market Effects," *American Journal of Public Health*, 104(6), 998-1004..
23. Robbins, M.J., Jacobson, S.H., 2015, "Analytics for Vaccine Economics and Pricing: Insights & Observations," *Expert Review of Vaccines,* 14(4), 605-616.
24. Behzad B., Jacobson S.H., Robbins M.J., 2015, "A Symmetric Capacity-Constrained Differentiated Oligopoly Model for the United States Pediatric Vaccine Market with Linear Demand," *IIE Transactions*, 47(11), 1252-1266.
25. Behzad, B., Jacobson, S.H., 2016, "Asymmetric Bertrand-Edgeworth-Chamberlin Competition with Linear Demand: A Pediatric Vaccine Pricing Model", *Service Science*, 8(1), 71-84.

*Transportation and Public Health*

Sheldon H. Jacobson

1. Jacobson, S.H., McLay, L.A., 2006, "The Economic Impact of Obesity on Automobile Fuel Consumption," *The Engineering Economist*, 51(4), 307-323.
2. Jacobson, S.H., King, D.M., 2009, "Measuring the Potential for Automobile Fuel Savings in the US: The Impact of Obesity," *Transportation Research Part D (Transport and Environment)*, 14(1), 6-13.
3. Jacobson, S.H., King, D.M., 2009, "Fuel Saving and Ridesharing in the US: Motivations, Limitations, and Opportunities," *Transportation Research Part D (Transport and Environment)*, 14(1), 14-21.
4. Nikolaev, A.G., Robbins, M.J., Jacobson, S.H., 2010, "Evaluating the Impact of Legislation Prohibiting Hand-Held Cell Phone Use While Driving," *Transportation Research Part A: Policy and Practice*, 44(3), 182-193.
5. Jacobson, S. H., King, D. M., Yuan, R., 2011, "A Note on the Relationship Between Obesity and Driving" *Transport Policy*, 18(6), 772-776.
6. King, D.M., Jacobson, S.H., Ryan, K., Robbins, M.J., 2012, "Assessing the Long Term Benefit of Hand-held Wireless Device Bans While Driving" *Transportation Research Part A: Policy and Practice*, 46(10), 1586-1593.
7. Behzad, B., King, D.M., Jacobson, S.H., 2013, "Quantifying the Association Between Obesity, Automobile Travel, and Caloric Intake," *Preventive Medicine*, 56(2), 103-106.
8. Behzad B., King D.M., Jacobson S.H., 2014, "Seatbelt usage: Is there an association with obesity?" *Public Health*, 128(9), 799-803.
9. King, D.M., Jacobson, S.H. 2017, " What is Driving Obesity?: A Review on the Connections Between Obesity and Motorized Transportation," *Current Obesity Reports*, 6(1), 3-9.
10. She, Z., King, D.M., Jacobson, S.H. 2017, "Analyzing the Impact of Public Transit Usage on Obesity," *Preventive Medicine*, 99, 264-268.
11. She, Z., King, D. M., Jacobson, S. H. 2019, "Is Promoting Public Transit an Effective Intervention for Obesity? A longitudinal study of the relation between public transit usage and obesity," *Transportation Research Part A: Policy and Practice*, 119, 162-169.
12. Pavlik, J., Ludden, I.G., Sewell, E.C., Jacobson, S.H., 2021, "Airline Seat Assignment Problem" *Service Sciences*, 13(1), 1-18.
13. Pavlik, J, Ludden, I.G., Jacobson, S.H., 2022, "SARS-CoV-2 Aerosol Risk Models for the Airplane Seating Assignment Problem," *Journal of Air Transport Management*, 99, , https://doi.org/10.1016/j.jairtraman.2021.102175.

*Public Health Insights*

1. Jacobson, S.H.., Yu, G., Jokela, J.A., 2016, "A Double-risk Monitoring and Quarantine Policy for Ebola Entry Screening at Airports in the United States," *Preventive Medicine*, 88, 33-38.
2. King, D.M., Jacobson, S.H., 2017, "Random Acts of Violence: Examining Probabilistic Independence of Mass Killing Events in the United States" *Victims and Violence*, 32(6), 1014-1023.
3. Jacobson, S.H., Jokela, J.A. 2021, "Non-Covid-19 Excess Deaths by Age and Gender in the United States During the First Three Months of the Covid-19 Pandemic" *Public Health*, 189, 101-103.
4. Jacobson, S.H., Jokela, J.A., 2021, "Beyond COVID-19 Deaths during the COVID-19 Pandemic in the United States," *Health Care Management Science*, 24(4), 661-665.

*Causal Inference*

1. Nikolaev, A.G., Jacobson, S.H., Cho, W.K.T., Sauppe, J.J., Sewell, E.C., 2013 "Balance Optimization Subset Selection (BOSS): An Alternative Approach for Causal Inference with Observational Data," *Operations Research,* 61(2), 398-412.

Sheldon H. Jacobson

2.  Cho, W.T., Nikolaev, A.G., Sauppe, J., Jacobson, S.H., Sewell, E.C., 2013, "An Optimization Approach to Making Causal Inferences," *Statistica Neerlandica*, 67(2), 211-226.
3.  Sauppe, J. J., S. H. Jacobson, and E. C. Sewell, 2014, "Complexity and Approximation Results for the Balance Optimization Subset Selection Model for Causal Inference in Observational Studies," *INFORMS Journal on Computing,* 26(3), 547–566.
4.  Dutta, S. Sauppe, J.J, Jacobson, S.H., 2016, "Targeted Marketing Using Balance Optimization Subset Selection," *Annals of Data Science*, 3(4):423–444.
5.  Sauppe, J.J., Jacobson, S.H., 2017, "The Role of Covariate Balance in Observational Studies," *Naval Research Logistics*, 64(4), 323-344.
6.  Kwon H.Y., Jacobson, S.H., Sauppe, J.J., 2019, "Bias in Balance Optimization Subset Selection: Exploration Through Examples", *Journal of the Operational Research Society*, 70(1), 67-80.
7.  Kwon, H-Y., Sauppe, J.J., Jacobson, S.H., 2019, "Treatment Effect Decomposition and Bootstrap Hypothesis Testing in Observational Studies," *Annals of Data Science*, 6(3), 491-511.
8.  Kwon, H-Y., Sauppe, J.J., Jacobson, S.H., 2020, "Duality in Balance Optimization Subset Selection" *Annals of Operations Research*, 289(2), 277-289**.**

*Districting Problems*
1.  King, D.M., Jacobson, S.H., Sewell, E.C., Cho, W.K. Tam, 2012, "Geo-Graphs: An Efficient Model for Enforcing Contiguity and Hole Constraints in Planar Graph Partitioning*," Operations Research*, 60(5), 1213-1228.
2.  King, D.M., Jacobson, S.H., Sewell, E.C., 2015, "Efficient Geo-Graph Contiguity and Hole Algorithms for Geographic Zoning and Dynamic Plane Graph Partitioning*," Mathematical Programming, Series A*, 149(1&2), 425-457.
3.  King, D.M., Jacobson, S.H., 2018, Sewell, E.C., 2018, "The Geo-Graph in Practice: Creating United States Congressional Districts from Census Blocks," *Computational Optimization and Applications*, 69(1), 25-49.

*Election Forecasting*
1.  Rigdon, S., Jacobson, S.H., Cho, W.T., Sewell, E.C., Rigdon, C.J., 2009, "A Bayesian Prediction Model for the United States Presidential Election," *American Politics Research*, 37(4), 700-724.
2.  Rigdon, S.E., Sewell, E.C., Jacobson, S.H., Cho, W.K.T., Rigdon, C.J., 2010, "An Analysis of Daily Predictions for the 2008 United States Presidential Election," *Case Studies in Business, Industry and Government Statistics*, 4(1), 1-8.
3.  Rigdon, S.E., Sauppe, J.J., Jacobson, S.H., 2015, "Forecasting the 2012 and 2014 Elections using Bayesian Prediction and Optimization," *Sage Open*, 5(2), April-June, 1–16.

*Sports Analytics: NCAA Bracketology*
1.  Jacobson, S.H., King, D.M., 2009, "Seeding in the NCAA Men's Basketball Tournament: When is a Higher Seed Better?" *Journal of Gambling, Business, & Economics*, 3(2), 63-87.
2.  Jacobson, S.H., Nikolaev, A.G., King, D.M., Lee, A.J., 2011, "Seed Distributions for the NCAA Men's Basketball Tournament," *Omega*, 39(6), 719-724.
3.  Khatibi, A., King, D.M., and Jacobson, S.H., 2015, "Modeling the Winning Seed Distributions of the NCAA Division I Men's Basketball Tournament," *Omega*, 50(1), 141-148.
4.  Dutta, S., Jacobson, S.H., Sauppe, J.J., 2017, "Identifying NCAA Tournament Upsets using Balance Optimization Subset Selection," *Journal of Quantitative Analysis of Sports*, 13(2), 79-93.
5.  Dutta, S., Jacobson, S.H., 2018, "Modeling the NCAA Basketball Tournament Selection Process Using a Decision Tree," *Journal of Sports Analytics*, 4(1).

02/28/22                                                                Sheldon H. Jacobson

6. Ludden, I.G., Khatibi, A., King, D.M., Jacobson, S.H., 2020, "Models for Generating NCAA Men's Basketball Tournament Bracket Pools," *Journal of Quantitative Analysis in Sports*, 16(1), 1-15.

*Applications of Operations Research*
1. Co, H.C., Jacobson, S.H., 1994, "The Kanban Assignment Problem in Serial Just-in-Time Production Systems," *IIE Transactions*, 26(2), 76-85.
2. Shyryayev, I., Jacobson, S.H., 2005, "A Sensitivity Analysis of Matching Coin Game Strategies," *Mathematical and Computer Modelling*, 41(6-7), 735-747.
3. Kobza, J.E., Jacobson, S.H., Vaughan, D.E., 2007, "A Survey of the Coupon Collector's Problem with Random Sample Sizes," *Methodology and Computing in Applied Probability*, 9(4), 573-584.
4. Sauppe, J. J., Morrison, D. R., Jacobson, S. H., 2015, "Assigning Panels to Meeting Rooms at the National Science Foundation," *Interfaces*, 45(6), 529-542.

*Commentaries and Viewpoints (Peer-Reviewed)*
1. Jacobson, S.H., Jokela, J.A., 2010, "Living and Dying: Up Close and Personal," *Journal of Palliative Medicine*, 13(7), 897-898.
2. Jacobson, S.H., 2012, "The I's of Aviation Security," *Journal of Transportation Security*, 5(1), 35-38.
3. Jacobson, S.H., 2012, "Vaccine pricing: How can we get it right?" *Expert Review of Vaccine*, 11(10), 1163-1165.
4. Jacobson, S.H., 2018, "Push Versus Pull," *Communications of the ACM (Viewpoint)*, 61(4), 25-27.

*Book Chapters*
1. Fleischer, M.A., Jacobson, S.H., 1996, "Cybernetic Optimization by Simulated Annealing: An Implementation of Parallel Processing Using Probabilistic Feedback Control," Chapter 16 in *Meta-Heuristics: Theory and Application* (I.H. Osman and J.P. Kelly, Editors), Kluwer Academic Publishers, Norwell, Massachusetts, 249-264.
2. Jacobson, S.H., 2002, "Analyzing the Performance of Local Search Algorithms using Generalized Hill Climbing Algorithms," Chapter 20 in *Essays and Surveys on Metaheuristics* (P. Hansen and C.C. Ribeiro, Editors), Kluwer Academic Publishers, Norwell, Massachusetts, 441-467.
3. Henderson, D., Jacobson, S.H., Johnson, A.W., 2003, "The Theory and Practice of Simulated Annealing," Chapter 10 in *State-of-the-Art Handbook in Metaheuristics* (F. Glover and G. Kochenberger, Editors), 287-319.
4. Jacobson, S.H., Sewell, E.C., 2004, "Designing Pediatric Formularies for Childhood Immunization using Integer Programming Models," Chapter 16 in *Operations Research and Health-Care: A Handbook of Methods and Applications* (M.L. Brandeau, F. Sainfort, W.P. Pierskala, Editors), Kluwer Academic Publishing, Norwell, Massachusetts, 421-444.
5. Jacobson, S.H., Hall, S.N., Swisher, J.R., 2006, "Discrete-Event Simulation of Health Care Systems," Chapter 8 in *Patient Flow: Reducing Delay in Healthcare Delivery* (R.W. Hall, Editor) Springer International Series, 211-252. (Chapter 12 in Second Edition, Volume 206, 273-309).
6. Jacobson, S.H., 2007 "The Economics of Vaccine Delivery," Chapter 5 in *International Assessment of Research and Development in Rapid Vaccine Manufacturing*, WTEC Panel Final Report, World Technology Evaluation Center, 55-65.
7. Hall, S.N., Jacobson, S.H., Sewell, E.C., 2008, "Optimizing Pediatric Vaccine Formularies," Chapter 4 in *Optimization in Medicine and Biology* (G. J. Lim, E. K. Lee, Editors) Auerbach Publications (Taylor and Francis Group), 117-145.

18

02/28/22                                                                 Sheldon H. Jacobson

8. Lee, A.J., Nikolaev, A.G., Jacobson, S.H., Nestor, J.J., 2008, "Operations Research Applications in Aviation Security Systems," Volume 2, Chapter 8, in *Aviation Security Management* (A. R. Thomas, Editor), 126-145.
9. Nikolaev, A.G. Jacobson, S.H., 2010, "Simulated Annealing," Chapter 1 in *Handbook of Metaheuristics* (M. Gendreau and J.-Y. Potvins, Editors), Second Edition, International Series in Operations Research and Management Science, Volume 146, Springer, New York, 1-40.
10. Jacobson, S.H., King, D.M., 2010, "A Societal Cost of Obesity in Terms of Automobile Fuel Consumption," Chapter in *Encyclopedia of Operations Research and Management Science* (James J. Cochran, Editor), Wiley and Sons.
11. Lee, A.J., Jacobson, S.H., 2010, "Optimizing the Aviation Checkpoint Process to Enhance Security and Expedite Screening," Chapter in *Encyclopedia of Operations Research and Management Science* (James J. Cochran, Editor), Wiley and Sons.

*Professional Publications and Blog Postings*

1. Jacobson, S.H., Kobza, J.E., 2002, "A New Era for Aviation Security," *Swords and Ploughshares*, 14(1), 7-8.
2. Jacobson, S.H., Kobza, J.E., 2003, "Authors' Commentary: Aviation Security Baggage Screening: To Screen or Not to Screen, That is the Question," *UMAP Journal*, 24(2), 187-192.
3. Jacobson, S.H., Sewell, E.C., Weniger, B.G., 2004, "An Operations Research Software Tool for Designing Pediatric Vaccine Formularies for Childhood Immunization," *Interfaces*, 34(6), 440-441.
4. Jacobson, S.H., 2005, "Selling Our Wares: What We Don't Tell Them Can Hurt Us," *ORMS Today*, 32(2), 80.
5. McLay, L.A., Jacobson, S.H., Kobza, J.E., 2005, "Making Skies Safer: Applying Operations Research to Aviation Passenger Prescreening Systems," *ORMS Today*, 32(5), 24-31 (Reprinted in *Analytics*, Spring 2008, 13-17).
6. Jacobson, S.H., 2006, "How to Survive Your 15 Minutes of Fame," *ORMS Today*, 33(6), 30-34.
7. Jacobson, S.H., Kobza, J.E., Pohl, E., 2007, "Editor's Introduction: Special Issue on Homeland Security," *IIE Transactions*, 39(1), 1-2.
8. Jacobson, S.H., 2007, "Research Videos: A Star is B"OR"n," *ORMS Today*, 34(5), 16-17.
9. Lee, A.J., Jacobson, S.H., 2008, "Olympic Tiebreakers: The Reward of Risk and Innovation," *ORMS Today*, 35(5), 20-21.
10. Jacobson, S.H., Sewell, E.C., 2008, "Predictions, Prophesy, and Promises," *ORMS Today*, 35(6), 16-17.
11. Jacobson, S.H., 2010, "Staking a Claim to IE (Information Engineering)," *ORMS Today*, 37(1), 18-19.
12. Jacobson, S.H., Lee, A.J., 2010, "Aviation Security in 2030: A Glimpse into the Future," *ORMS Today*, 37(6), 14,16.
13. Proano, R.A., Jacobson, S.H., Jokela, J.A., 2011, "Response to "Modeling the national pediatric vaccine stockpile: Supply shortages, health impacts and cost consequences"", *Vaccine*, 29(4), 615.
14. Jacobson, S.H., 2011, "The Laws of Probability, the Final Four, and the Analytics of Bracketology," *ORMS Today*, 38(1), 30-32.
15. Jacobson, S.H., 2011, "An Opportunity to Make a Difference," *ORMS Today*, 38(6), 28-30,32.
16. Sauppe, J.J, Jacobson, S.H., 2012, "Election Analytics," *ORMS Today*, 39(5), 34-36.
17. Jacobson, S.H., 2014, "Confessions of a NSF Program Director," *ORMS Today*, 41(5), 34-36.

18. Jacobson, S.H., 2015, "A Call for Arms: How INFORMS Can Help in Making Value for America," *ORMS Today*, 42(6), 14.
19. Zhang, W., Sauppe, J.J., Jacobson, S.H., 2016, "Election Analytics," *ORMS Today*, 43(5), 30-31.
20. Jacobson, S.H., Sauppe, J.J., Rigdon, A.E., "What Happened?" *Blog@CACM* (Posted 2 December 2016).
21. Jacobson, S.H., 2017, "NSF: Peer reviews peer-review process," *ORMS Today*, 44(6), 10-11.
22. Jacobson, S.H., Hajjar, J.F., Johnson, A., Moreno- Centeno, E., Shen, S., 2018, "Future Directions for Broader Impacts at the National Science Foundation," *ORMS Today*, 45(1), 24-27.
23. Gaukler, G., Jacobson, S., Ergun, O., 2018, "Speakers Program is alive and getting better," *ORMS Today*, 45(5), 14.
24. Jacobson, S.H., 2018, "Resoundingly Human November: Part 2," *ORMS Today* (Podcast), https://pubsonline.informs.org/do/10.1287/orms.2018.11.02/abs/.
25. Jacobson, S.H., 2019, "Artificial Intelligence and Aviation Security: Offering Huge Promise but not a Panacea." *Aviation Security International*, April 2019.
26. Jacobson, S.H., 2019, "Engineering Summit Focuses on Research Processes, Collaborations to Benefit Society," *ORMS Today*, 46(4), 17.
27. Ludden I., Swamy, R., King, D.M., Jacobson, S.H., 2019, "Political Redistricting and O.R.: A Map for the Future, *ORMS Today*, 46(5), 63-64.
28. Jacobson, S.H., 2020, "We've Only Just Begun," *ORMS Today*, 47(3).
29. Jacobson, S.H., 2020, "This One is Really Different," *ORMS Today*, 47(5).
30. Jacobson, S.H., 2020, "College sports and Covid-19. It's complicated." *Signficance Magazine*. Posted 1 October 2020.

*Op-Eds (Contributed, Invited)*
1. Jacobson, S.H., 2014, "Op-Ed: Airport should being screening for Ebola the same way they screen for terrorists," Invited, *Washington Post*, 2 October 2014.
2. Jacobson, S.H., 2016, "Op-Ed: After Brussels, simply adding extra security won't keep travelers safe," Invited, *Quartz*, 23 March 2016.
3. Jacobson, S.H., 2017, "Op-Ed: How secure are our Airports?" Invited, *CNN Opinion*, 6 January 2017.
4. Jacobson, S.H., 2017, "Op-Ed: Morrill Land-Grant Acts and the Erosion of State Support for Higher Education," *Insider Higher Ed*, Published 5 September 2017.
5. Jacobson, S.H., 2018, "Op-Ed: If US states cannot fund their universities, they must stand aside," *Times Higher Education*, Published 1 March 2018.
6. Jacobson, S.H., 2019, "Op-Ed: Bracketology isn't just for march madness.  It can save lives and solve problems." *Fox News*, Published 17 March 2019.
7. Jacobson, S.H., 2019, "Op-Ed: This Isn't How it Was Supposed to Work: Has PreCheck become Unchecked?" *RealClearDefense*, Published 20 June 2019.
8. Jacobson, S.H., 2019, "Op-Ed: Ebola: Here we go again," *Washington Times*, Published 6 August 2019.
9. Jacobson, S.H., 2019, "Op-Ed: Data Dispels Two Common Myths about Mass Killings," *Morning Consult*, Published 22 August 2019.
10. Jacobson, S.H., 2019, "Op-Ed: Is my 'real ID' a REAL ID?," *American Thinker*, Published 30 October 2019.
11. Jacobson, S.H., 2019, "Op-Ed: Eyes on Detroit as airport seeks to attract non-flyers," *Runway Girl Network*, Published 12 November 2019.
12. Jacobson, S.H., 2020, "Op-Ed: Responding to the Coronavirus Threat Using Lessons Learned from Ebola," *Washington Times*, Published 1 February 2020.

02/28/22                                                                      Sheldon H. Jacobson

13. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: Second wave of coronavirus infections could hit Big Ten campuses hard," *Wisconsin State Journal*, Published 19 April 2020.

14. Jacobson, S.H., 2020, "Op-Ed: Airport security in a post-COVID-19 world," *The Hill*, Published 24 April 2020.

15. Jacobson, S.H., 2020, "Commentary: We need custom COVID-19 plans for the four distinct regions of Illinois," *Chicago Tribune*, Published 5 May 2020.

16. Jacobson, S.H., 2020, "Op-Ed: Want to Reduce Deaths?  Look to TSA's PreCheck Model," *Crain's Chicago Business*, Published 15 May 2020.

17. Jacobson, S.H., 2020, "Op-Ed: Temperature Checks for Airplane Passengers: A Bad Idea," *New York Daily News*, Published 20 May 2020.

18. Jacobson, S.H., 2020, "Perspective: Making Sense of TSA's Higher Firearm Detection Rate*," Homeland Security Today*, Published 27 May 2020.

19. Jacobson, S.H., 2020, "Commentary: How Data Collection During the Country's Reopening Can Accelerate Return to Normalcy," *insideBIGDATA*, Published 6 June 2020.

20. Jacobson, S.H., Jokela, J.A., "Op-Ed: We need better face masks, now," *Morning Consult*, Published 10 June 2020.

21. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: Three Questions Every University Must Ask as They Plan to Reopen," *The Hill,* Published 18 June 2020.

22. Jacobson, S.H., 2020, "Op-Ed: Stop Wearing Face Masks Incorrectly," *The Hill,* Published 24 June 2020.

23. Jacobson, S.H., 2020, "Jacobson, S.H., "Op-Ed: University towns poised to become the next Covid-19 epicenters," *Indianapolis Star*, Published 5 July 2020.

24. Jacobson, S.H., "Op-Ed: 14 Day Quarantine into New York, New Jersey, and Connecticut? Good luck," *The Hill*, Published 8 July 2020.

25. Jacobson, S.H., 2020, "Op-Ed: Chicago travel order makes no sense," *Daily Herald (Chicago),* Published 9 July 2020.

26. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: The time is right for people at-risk to shelter-in-place," *The Morning Consult,* Published 10 July 2020.

27. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: With Covid-19, now's no time to rest on our laurels," *Champaign News Gazette*, Published 14 July 2020.

28. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: Get your flu vaccine in the fall," *Modern Healthcare*, Published 15 July 2020.

29. Jacobson, S.H., 2020, "Career Advice: Rethinking Professional Meetings and Conferences*," Inside Higher Ed,* Published 16 July 2020.

30. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: COVID-19: the new STD," *The Daily Californian*, Published 21 July 2020.

31. Jacobson, S.H., 2020, "Commentary: Women's intercollegiate sports should get a green light this fall," *Wisconsin State Journal*, Published 26 July 2020.

32. Jacobson, S.H., "Op-Ed: Recasting How We Cast Votes," *The Hill*, Published 31 July 2020.

33. Jacobson, S.H., 2020, "Op-Ed: Who should get the COVID vaccine first? It's more complicated than you think," *New York Daily News,* Published 7 August 2020.

34. Jacobson, S.H., "Op-Ed: No turning back once in-person education begins," *Roanoke Times*, Published 9 August 2020.

35. Jacobson, S.H., "Op-Ed: Who is at risk if we play college football this fall," *The Hill*, Published 10 August 2020.

36. Jacobson, S.H., 2020, "Op-Ed: Why women's volleyball and soccer should get a green light this fall?" *University Business*, Published 11 August 2020.

37. Jacobson, S.H., 2020, "Op-Ed: Here's how college basketball should play this season during COVID-19" Published 14 August 2020 in the *Detroit News*.

38. Jokela, J.A., Jacobson, S.H., 2020, "Op-Ed: Non-urban areas in Illinois are the new Covid-19 problem," published 14 August 2020 in the *McDonough County Voice*.

39. Jacobson, S.H., 2020, "Op-Ed: Covid-19 is Putting the 'Student Back' in Student-Athlete," *Columbus Dispatch*, Published 15 August 2020.

40. Jacobson, S.H., 2020, "Op-Ed: Delaying college football until the spring will guarantee no college football in the spring," *Des Moines Register*, Published 16 August 2020.

41. Jacobson, S.H., 2020, "Op-Ed: Mayors, it's time to step-up" *The Hill*, Published 17 August 2020.

42. Jacobson, S.H., 2020, "Op-Ed: COVID-19: Lessons Learned from UNC Can Benefit Hundreds of Other Colleges," *The Hill*, Published 24 August 2020.

43. Jacobson, S.H., 2020, "Op-Ed: If the University of Illinois can't prevail over COVID-19, no other big university will be able to either" *Chicago Sun Times*, Published 24 August 2020.

44. Jacobson, S.H., Jokela, J.A., 2020, "Commentary: Partnership, not punishment, is the key to keeping colleges open" *Times of Northwest Indiana*, Published 30 August 2020.

45. Jacobson, S.H., 2020, "Op-Ed: Cancel college golf? You must be joking," *The Hill*, Published 4 September 2020.

46. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: For maximum COVID compliance, build bridges with students, not barriers," *Times Higher Education*, Published 6 September 2020.

47. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: The sensible way to return to college during the COVID-19 pandemic," *Washington Times*, Published 10 September 2020.

48. Jacobson, S.H., 2020, "Op-Ed: How mathematics can help you vote this November," *The Hill*, Published 14 September 2020.

49. Jacobson, S.H., Jokela, J.A., 2020, "Commentary: Rural Illinois must embrace CDC guidelines and more testing for COVID-19," *Chicago Tribune*, Published 23 September 2020.

50. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed; Six Lessons Colleges are Teaching us About COVID-19," *The Hill*, Published 25 September 2020.

51. Jacobson, S.H., 2020, "Op-Ed: COVID-19 vaccine supply chain could be easier than many expect," *Pittsburgh Tribune-Review*, Published 7 October 2020.

52. Jacobson, S.H., 2020, "Op-Ed: The final two weeks — key factors Trump needs to keep the White House," *The Hill*, Published 13 October 2020.

53. Jacobson, S.H., 2020, "Op-Ed: If playing Big10 football this fall makes good "cents," then not playing other fall sports makes no sense," *Pittsburgh Tribune-Review*, Published 18 October 2020.

54. Jacobson, S.H., 2020, "Op-Ed: COVID-19 may upset the 'Keys to the White House' prediction," *The Hill*, Published 22 October 2020.

55. Jacobson, S.H., "Op-Ed: Schools have the tools to evaluate the threat to college sports," *Columbus Dispatch*, Published 30 October 2020.

56. Jacobson, S.H., 2020, "Op-Ed: Time for Big10 to Lead," *Pittsburgh Tribune-Review*, Published 2 November 2020.

57. Jacobson, S.H., Jokela, J.A., "Guest Commentary: The future of the coronavirus pandemic: 'The best strategy forward is the simplest one'," *Champaign News Gazette*, Published 3 November 2020.

58. Jacobson, S.H., 2020, "Op-Ed: The 2020 data says, 'that was close'," *The Hill*, Published 12 November 2020.

59. Jacobson, S.H., 2020, "Op-Ed: The data reveals foreign influence and pollsters are 2020's biggest losers," *The Hill*, Published 17 November 2020.

60. Jacobson, S.H., 2020, "Op-Ed: Food and Consumer Goods Supply Chains Remain Resilient," *Pittsburgh Tribune-Review*, Published 22 November 2020.

61. Jacobson, S.H., 2020, "Op-Ed: Four guiding principles to extinguish the public health wildfire," *The Hill*, Published 2 December 2020.

62. Jacobson, S.H., 2020, "Op-Ed: After health care workers, who's next in line for the vaccine?" *St. Louis Post-Dispatch*, Published 8 December 2020.

02/28/22                                                                    Sheldon H. Jacobson

63. Jacobson, S.H., 2020, "Op-Ed: Can NCAA basketball play through the pandemic? Here's what the data says," *Indianapolis Star*, Published 9 December 2020.

64. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: Testing dysfunction is fueling the COVID-19 wildfire," *Washington Examiner*, Published 9 December 2020.

65. Jacobson, S.H., "Op-Ed: Effective Treatments, not Vaccines, are Light at the End of COVID-19 Tunnel," *Pittsburgh Tribune-Review*, Published 13 December 2020.

66. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: What will Spring 2021 Semester look like?" *Newsday*, Published 14 December 2020.

67. Jacobson, S.H., 2020, "Op-Ed: Communications, not curfews, are the keys," *The Hill*, Published 17 December 2020.

68. Jacobson, S.H., Jokela, J.A., 2020, "Op-Ed: Airport security checkpoints are a COVID-19 war zone," *Pittsburgh Post-Gazette*, Published 21 December 2020.

69. Jacobson, S.H., Jokela, J.A., 2020, Op-Ed: Collaboration, not competition, will lead to more COVID-19 vaccine options," *Washington Times,* Published 25 December 2020.

70. Jacobson, S.H., Jokela, J.A., 2020, Op-Ed: Looking toward a post-vaccine COVID-19 America," *Detroit News*, Published 28 December 2020.

71. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: A lack of coronavirus vaccine won't stop U.S. herd immunity.  Here's what could." *Indianapolis Star*, Published 10 January 2021.

72. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Airport Security Checkpoints are Nation's COVID-19 Canary," *Pittsburgh Tribune-Review*, Published 10 January 2021.

73. Jacobson, S.H., 2021, "Op-Ed: COVID-19 Vaccine Supply Chain Can be Fixed," *The Hill*, Published 11 January 2021.

74. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: The State of COVID-19 in the State of Illinois," *Champaign News Gazette,* Published 12 January 2021.

75. Jacobson, S.H., 2021, "Op-Ed: With vaccine limitations, will COVID-19 hamstring Biden?" *The Hill*, Published 19 January 2021.

76. Jacobson, S.H., 2021, "Op-Ed: Don't put smokers toward the front of the vaccination line," *New York Daily News*, Published 20 January 2021.

77. Jacobson, S.H., 2021, "Op-Ed: Risk-based analytics can breakdown COVID-19 vaccination bottlenecks," *The Hill*, Published 26 January 2021.

78. Jacobson, S.H., 2021, "Op-Ed: Here is the hidden cost of NCAA's pandemic-driven extension of athlete eligibility*," Indianapolis Star*, Published 27 January 2021.

79. Jacobson, S.H., 2021, "Op-Ed: TSA firearm catch rate doubles, but are flyers safer?" *Pittsburgh Tribune-Review*, Published 1 February 2021**.**

80. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Excuses against taking the COVID-19 vaccine don't add up," *The Hill,* Published 4 February 2021.

81. Jacobson, S.H., "2021, "Op-Ed: Mask mandate on airplanes: Right idea with wrong implementation," *The Hill,* Published 12 February 2021

82. Jacobson, S.H., "2021, "Op-Ed; How the pandemic could affect NCAA Selection Sunday seedings," *Indianapolis Star,* Published 14 February 2021.

83. Jacobson, S.H., "2021, "Op-Ed: Testing international travelers for COVID-19 is a bad idea," *The Hill,* Published 22 February 2021.

84. Jacobson, S.H., Jokela, J.A., "2021, "Op-Ed: How do we know if the COVID-19 vaccines are working?" *The Hill,* Published 1 March 2021.

85. Jacobson, S.H., 2021, "Op-Ed: NCAA COVID-19 Policy Demands Selective Reseeding for March Madness" *Pittsburgh Tribune-Review,* Published 10 March 2021.

86. Jacobson, S.H., 2021, "Op-Ed: Our nation needs March Madness," *The Hill*, Published 15 March 2021

87. Jacobson, S.H., 2021, "Op-Ed: Having vaccinated people on airplanes make sense," *The Hill,* Published 22 March 2021.

02/28/22                                                                                          Sheldon H. Jacobson

88. Jacobson, S.H., 2021, "Op-Ed: One U.S. airline is keeping middle seats open.  Here's what science says about it." *Indianapolis Star,* Published 31 March 2021. Also appeared in *USA Today* on 4 April 2021.

89. Jacobson, S.H., 2021, "Op-Ed: The greatest threat to our democracy does not reside in the White House." *The Hill,* Published 1 April 2021.

90. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Here's why America's COVID-19 immunization depends on college campuses." *Indianapolis Star,* Published 8 April 2021.

91. Jacobson, S.H., 2021, "Op-Ed: Do college campuses still need COVID-19 surveillance testing?" *The Hill,* Published 13 April 2021.

92. Jacobson, S.H., 2021, "Op-Ed: What's an ideal fix for Illinois gerrymandering? An algorithmic approach." *Chicago Tribune,* Published 22 April 2021.

93. Jacobson, S.H., 2021, "Op-Ed: Why COVID-19 positivity rate may be a misleading metric." *Detroit News,* Published 27 April 2021.

94. Jacobson, S.H., 2021, "Op-Ed: The NCAA is not doing it the right way." *The Hill,* Published 27 April 2021.

95. Jacobson, S.H., 2021, "Op-Ed: COVID-19 clique immunity should be the goal." *The Hill,* Published 5 May 2021.

96. Jacobson, S.H., 2021, "Op-Ed: Why we need vaccine passports, and why they'll never happen," *Crain's Chicago Business*, Published 5 May 2021.

97. Jacobson, S.H., 2021, "Op-Ed: Under the radar stories from census data." *The Hill,* Published 12 May 2021.

98. Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Require COVID vaccines for all Illinois public college students." *Chicago Tribune,* Published 13 May 2021.

99. Jacobson, S.H., 2021, "Op-Ed: The important role that data scientists have in defeating COVID vaccine skepticism." *Indianapolis Star,* Published 18 May 2021.

100.     Jacobson, S.H., 2021, "Op-Ed: Data supports new CDC policy." *The Hill,* Published 19 May 2021.

101.     Jacobson, S.H., 2021, "Op-Ed: The government is not asking you to be a vaccine guinea pig?" *The Hill,* Published 25 May 2021.

102.     Jacobson, S.H., 2021, "Op-Ed: Late-pandemic insights, from an expert who writes on COVID-19" *Indianapolis Star,* Published 25 May 2021.

103.     Jacobson, S.H., 2021, "Op-Ed: Why it's impossible to predict mass shootings like San Jose." *San Francisco Chronicle,* Published 26 May 2021.

104.     Jacobson, S.H., 2021, "Op-Ed: What it will take to host the 2021 Summer Olympics." *The Hill,* Published 2 June 2021.

105.     Jacobson, S.H., 2021, "Opinion: Take it from Golfer Jon Rahm, not being vaccinated can be costly." *Columbus Dispatch,* Published 7 June 2021.

106.     Jacobson, S.H., 2021, "Op-Ed: Are the recent cyberattacks just the tip of the iceberg?" *The Hill,* Published 10 June 2021.

107.     Jacobson, S.H., 2021, "Op-Ed: Illinoisans deserve better when it comes to redistricting." *Champaign News Gazette,* Published 13 June 2021.

108.     Jacobson, S.H., 2021, "Op-Ed: In-person academic conferences must resume this autumn." *Times Higher Education,* Published 14 June 2021.

109.     Jacobson, S.H., 2021, "Op-Ed: It's not just anti-vaxxers.  Here's what the FDA can do to get more shots in arms." *Indianapolis Star,* Published 16 June 2021.

110.     Jacobson, S.H., 2021, "Op-Ed: How breakthrough infection rates for vaccines will make a difference." *The Hill,* Published 17 June 2021.

111.     Jacobson, S.H., 2021, "Op-Ed: Will COVID-19 create unexpected surprises at the US Open?" *Pittsburgh Tribune-Review,* Published 18 June 2021.

02/28/22                                                                      Sheldon H. Jacobson

112.    Jacobson, S.H., 2021, "Town Hall: There is no path to please everyone, but there are paths that will serve the best of interests of everyone." _Champaign News Gazette,_ Published 29 June 2021.

113.    Jacobson, S.H., 2021, "Op-Ed: Here's why natural COVID-19 immunity pales compared to vaccination." _Indianapolis Star,_ Published 1 July 2021.

114.    Jacobson, S.H., 2021, "Op-Ed: Gerrymandering and restricting voting rights: Flip sides of the same coin." _The Hill,_ Published 1 July 2021.

115.    Jacobson, S.H., 2021, "Op-Ed: Airport security COVID-19 recommendations miss the mark as variant surges." _Cleveland Plain Dealer,_ Published 2 July 2021.

116.    Jacobson, S.H., 2021, "Op-Ed: Data should dictate voting rights." _The Hill,_ Published 8 July 2021.

117.    Jacobson, S.H., Jokela, J.A., 2021, "Opinion: College and COVID: The right way to protect students, professors and the rest of us." _New York Daily News,_ Published 8 July 2021.

118.    Jacobson, S.H., 2021, "Opinion: College athlete revenue laws could backfire." _Detroit News,_ Published 13 July 2021.

119.    Jacobson, S.H., 2021, "Commentary: FAA weighing in on weighing air travelers." _Pittsburgh Tribune Review,_ Published 17 July 2021.

120.    Jacobson, S.H., 2021, "Op-Ed: Manage virus transmission risk like the TSA manages passenger risk." _The Hill,_ Published 22 July 2021.

121.    Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: How students can solve campus COVID-19 risk problems if colleges won't mandate vaccinations." _Indianapolis Star,_ Published 22 July 2021.

122.    Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Death statistics make a powerful case for wider vaccinations." _The Hill,_ Published 28 July 2021.

123.    Jacobson, S.H., 2021, "Insights: Technology may solve election disputes." _Atlanta Journal-Constitution,_ Published 29 July 2021.

124.    Jacobson, S.H., 2021, "New endorsement laws could create pitfalls for college athletes." _The Conversation,_ Published 2 August 2021.

125.    Jacobson, S.H., 2021, "Commentary: TSA must mandate COVID-19 vaccines for airport security screeners." _Pittsburgh Tribune-Review,_ Published 2 August 2021.

126.    Jacobson, S.H., 2021, "Op-Ed: Data will not bridge the COVID-19 vaccine political abyss." _The Hill,_ Published 3 August 2021.

127.    Jacobson, S.H. 2021, "Op-Ed: Every COVID infection is an opportunity for virus mutation.  We can reduce the risk." _Indianapolis Star,_ Published 9 August 2021.

128.    Jacobson, S.H., 2021, "Op-Ed: Paying a price for choosing not to be vaccinated." _The Hill,_ Published 11 August 2021.

129.    Jacobson, S.H., 2021, "Emotion is a big part of how you assess risk – and why it's so hard to be objective about pandemic precautions." _The Conversations,_ Published 12 August 2021.

130.    Jacobson, S.H., 2021, "Op-Ed: Time is ripe for computational redistricting to expose gerrymandering." _The Hill,_ Published 16 August 2021.

131.    Jacobson, S.H., 2021, "Opinion: Illinois' congressional map drawing does not need to be contentious." _Daily Herald (Chicago),_ Published 16 August 2021.

132.    Jacobson, S.H., Jokela, J.A., 2021, "Opinion: Two steps colleges should take to reopen safely this month." _Philadelphia Inquirer,_ Published 18 August 2021.

133.    Jacobson, S.H., Jokela, J.A., 2021, "Town Hall: We all have choices in life.  This one is a choice with meaning for all." _Champaign News Gazette,_ Published 24 August 2021.

134.    Jacobson, S.H. Jokela, J.A., 2021, "Op-Ed: Want to keep college students safer from COVID this Fall?  Think like the TSA." _Indianapolis Star,_ Published 25 August 2021.

02/28/22                                                                                          Sheldon H. Jacobson

135.    Jacobson, S.H., 2021, "Op-Ed: Vaccination mandates are symptomatic of bigger problems in America." *The Hill*, Published 25 August 2021.

136.    Jacobson, S.H., 2021, "Op-Ed: Improving your odds in the COVID-19 Powerball lottery." *The Hill*, Published 31 August 2021.

137.    Jacobson, S.H., 2021, "Op-Ed: COVID-19 vaccine exemptions make no sense." *The Hill*, Published 6 September 2021.

138.    Jacobson, S.H., 2021, "Commentary: Delta variant is having its way with air travel.  What can help turn it around?" *Pittsburgh Tribune-Review*, Published 7 September 2021.

139.    Jacobson, S.H., 2021, "Op-Ed: How airport security changed and how it must change again." *Chicago Tribune*, Published 8 September 2021.

140.    Jacobson, S.H., 2021, "Opinion: The NHL provides a playbook on vaccinations, minus a mandate." *Montreal Gazette*, Published 8 September 2021.

141.    Jacobson, S.H., 2021, "Op-Ed: Vaccine resistant people are easy targets to exploit." *The Hill*, Published 13 September 2021.

142.    Jacobson, S.H., 2021, "Op-Ed: No free lunch for an individual's freedom to choose." *The Hill*, Published 20 September 2021.

143.    Jacobson, S.H., 2021, "Op-Ed: Requiring vaccination proof isn't the problem. Making sure it's reliable can be." *Indianapolis Star*, Published 22 September 2021.

144.    Jacobson, S.H., Dai, T., 2021, "Op-Ed: Lessons learned from hurricane recovery can improve supply chains." *The Hill*. Published 27 September 2021.

145.    Jacobson, S.H., 2021, "Opinion: CDC needs to give us better data on breakthrough COVID-19 infections." *Cleveland Plain Dealer*, Published 28 September 2021.

146.    Jacobson, S.H., 2021, "Commentary: COVID-19 booster shot chaos." *Pittsburgh Tribune-Review*, Published 1 October 2021.

147.    Jacobson, S.H., 2021, "Opinion: Why should airline pilots be exempt from the vaccine requirement?" *Chicago Tribune*, Published 4 October 2021.  See also *Miami Herald*.

148.    Jacobson, S.H., 2021, "Op-Ed: From pandemic to endemic, the light at the end of the tunnel is growing." *The Hill*, Published 4 October 2021.

149.    Jacobson, S.H., 2021, "Opinion: Severity of flu season's up in air."  *Atlanta Journal-Constitution*, Published 6 October 2021.

150.    Jacobson, S.H., 2021, "Opinion: Carey Price and the perils of the professional hockey player." *Montreal Gazette*, Published 10 October 2021.

151.    Jacobson, S.H., 2021, "Commentary: NHL teams exercising power of choice on vaccinations." *Pittsburgh Tribune-Review*, Published 11 October 2021.

152.    Jacobson, S.H., 2021, "Op-Ed: The truth about COVID-19 vaccine exemptions." *The Hill*, Published 12 October 2021.

153.    Jacobson, S.H., 2021, "Op-Ed: Southwest Airline debacle is symptomatic of bigger pandemic problems." *The Hill*, Published 18 October 2021.

154.    Jacobson, S.H., 2021, "Op-Ed: Should flyers feel safer when the TSA finds more firearms at airport checkpoints?" *Chicago Tribune*, Published 21 October 2021.  See also *Miami Herald*.

155.    Jacobson, S.H., 2021, "Op-Ed: The next vaccine exemption debate: 'My child, my choice'." *The Hill*, Published 25 October 2021.

156.    Jacobson, S.H., 2021, "'My Turn: Instead of gerrymandering, let's call it 'Illini-mandering'." *Champaign News Gazette*, Published 26 October 2021.

157.    Jacobson, S.H., 2021, "Opinion: Why remap Illinois when the redrawn map is even worse?" *Chicago Daily Herald*, Published 31 October 2021.

158.    Jacobson, S.H., 2021, "Op-Ed: Upcoming holidays present an opportunity to help the unvaccinated." *The Hill*, Published 2 November 2021.

159.    Jacobson, S.H., 2021, "Op-Ed: Airlines say weather cancelled flights.  No, concerns about the vaccine mandate did." *Indianapolis Star*, Published 3 November 2021.

160.    Jacobson, S.H., 2021, "Op-Ed: TSA is the wrong agency to enforce the federal mask mandate at airports." *Chicago Tribune*, Published 4 November 2021. Also appeared in the *Miami Herald*, *Minneapolis Star Tribune*, *Richmond Times Dispatch*, *Arizona Daily Sun*, *Sarasota Herald Tribune*.

161.    Jacobson, S.H., 2021, "Op-Ed: New international travel COVID-19 rules must be simplified." *The Hill*, Published 8 November 2021.

162.    Jacobson, S.H., 2021, "Commentary: Team sports require team decisions on COVID vaccination." *Pittsburgh Tribune-Herald*, Published 13 November 2021.

163.    Jacobson, S.H., "Op-Ed: How voting - or choosing not to - might slow gerrymandering." *The Hill*, Published 16 November 2021.

164.    Jacobson, S.H., 2021, "Op-Ed: Does Biden's vaccination mandate actually need to be enforced?" *Chicago Tribune*, Published 18 November 2021. Also appeared in the *Sacramento Bee*, *Virginian Pilot*, *The News & Advance*, *Gloucester Daily Times*, *The Courier Express*, *The Daily Press*, *the Hastings Tribune*, *The Salem News*, *Winona Daily News*, *Johnson City Press*, *Lacrosse Tribune*, *Bedford Gazette*, *Qatar Tribune*.

165.    Jacobson, S.H., 2021, "Op-Ed:  DC drops indoor masking as Montgomery County reinstates it. Why the mandate confusion?" *The Hill*, Published 19 November 2021.

166.    Jacobson, S.H., 2021, "Op-Ed: Firearm discharge at Atlanta Hartsfield exposes weak belly of airport security." *The Hill*, Published 23 November 2021.

167.    Jacobson, S.H., Jokela, J.A., 2021, "Op-ed: Omicron is already global, tests for international flights are far better than African travel ban." *The Hill*, Published 29 November 2021.

168.    Jacobson, S.H., 2021, "Op-Ed: Vaccination mandates on domestic flight is not an omicron solution.  Airport testing is a better idea." *Chicago Tribune*, Published 3 December 2021.  Also appeared in *Hartford Courant*  *Frederick News Post*   *The Derrick*   *Pioneer Press*  *Miami Herald*

169.    Jacobson, S.H., 2021, "Op-Ed: What really fuels COVID-19 deaths?" *The Hill*, Published 6 December 2021.

170.    Jacobson, S.H., Jokela, J.A., 2021, "Op-Ed: Why are there still so many COVID-19 cases?" *Indianapolis Star*, Published 7 December 2021.

171.    Jacobson, S.H., 2021, "Opinion: Why COVID-19 herd immunity now looks unattainable." *Cleveland Plain Dealer*, Published 10 December 2021.

172.    Jacobson, S.H., 2021, "Op-Ed: Insurance industry must make difficult business decisions for the unvaccinated." *Chicago Tribune*, Published 14 December 2021. Also featured in *KHN Morning Brief* and appeared in *Seattle Times*, *The Derrick*, *Auburn Citizen*, *Chattanooga Times Free Press*, *Bradford Era*, *Akron Beacon*, *Albany Times Union*, *Kankakee Daily Journal*.

173.    Jacobson, S.H., 2021, "Op-Ed: Omicron is a case study in unknown risk." *The Hill*, Published 15 December 2021.

174.    Jacobson, S.H., 2021, "Op-Ed: The unvaccinated and their impact on the healthcare system." *The Hill*, Published 20 December 2021.

175.    Jacobson, S.H., "Op-Ed: NHL, other professional leagues imploding with COVID-19." *Pittsburgh Tribune-Review*, Published 23 December 2021.

176.    Jacobson, S.H., "Op-Ed: Air travel under attack by omicron." *The Hill*, Published 27 December 2021.

177.    Jacobson, S. H., "Op-Ed: What awaits us beyond omicron in 2022?" *The Hill*. Published 3 January 2022.

178.    Jacobson, S.H., "Op-Ed: Want to reduce the risk of COVID while flying?  You'll need an upgrade and a straw." *Indianapolis Star*, Published 5 January 2022. Also appeared in *Detroit Free Press*, *Savannah Morning News*, *Columbus Dispatch*, *Louisville Courier Journal*.

179.    Jacobson, S.H., "Op-Ed: Let hospitals decide how to triage care during latest COVID-19

02/28/22                                                          Sheldon H. Jacobson

surge." *Chicago Tribune*, Published 10 January 2022. Also appeared in *The Derrick, Arizona Daily Sun, Kingsport Times News, Dominion Post, Johnson City Press, West Central Tribune, Sun Chronicle, Bangor Daily News, Indiana Gazette*.

180.    Jacobson, S.H., "Op-Ed: Biden's 500 million COVID tests do not go far enough?" *The Hill*, Published 10 January 2022.

181.    Jacobson, S.H., "Op-Ed: CDC creating more confusion than calm, but it could be worse." *The Hill,* Published 13 January 2022.

182.    Jacobson, S.H., "Op-Ed: is the Voting Rights Act facilitating gerrymandering?" *The Hill*, Published 17 January 2022.

183.    Jacobson, S.H., "Op-Ed: TSA worker omicron data can help gauge pandemic's severity." *Chicago Tribune*, Published 24 January 2022. Also appeared in *The Derrick, Hastings Tribune, News Day (New York), Bangor Daily News, Arizona Daily Sun, Finger Lakes Times, Boston Herald, Recently Heard, News of Canada*

184.    Jacobson, S.H., Jokela, J.A. "Op-Ed: What can be riskier than a COVID vaccine? Aspirin, for starters?" *Indianapolis Star*, Published 24 January 2022.  Also appeared in the *Louisville Courier Journal, Columbus Dispatch, The Tennessean (Nashville), The Oklahoman*..

185.    Jacobson, S.H., "Op-Ed: Can our nation afford higher interest rates with the current national debt? *The Hill*, Published 25 January 2022.

186.    Jacobson, S.H., "Op-Ed: Where have all the competitive districts gone? *The Hill*, Published 31 January 2022.

187. Jacobson, S.H., "Op-Ed: An omicron-specific vaccine sounds like a good idea.  But it's not." *Indianapolis Star*, Published 8 February 2022.

188. Jacobson, S.H., "Op-Ed: Health insurance, not health care, needs to be fixed." *Chicago Tribune*, Published 8 February 2022. Also appeared in the *Union Bulletin, Orlando Sentinel, The Derrick, Lowell Sun, Sentinel & Enterprise, Dominion Post, Shelbyville News, Arizona Daily Sun, Alton Telegraph, Yakima Herald, Shelbyville News, Kankakee Daily Journal, Courier Times, Indiana Gazette, Dispatch Argus (Quad Cities), Bloomington Pantagraph, Decatur Herald & Review, Journal Gazette & Times Courier, West Hawaii Today*.

189. Jacobson, S.H., "Op-Ed: Why personal choices about COVID-19 vaccines are not always that personal." *The Hill*. Published 9 February 2022.

190. Jacobson, S.H., "Op-Ed: Nilan firing at TSN places vaccine misinformation on full display." *Pittsburgh Tribune-Review*, Published 9 February 2022.

191. Jacobson, S.H., "Op-Ed: What is behind the 'truckagedon' blockades?" *The Hill*, Published 14 February 2022.

192. Jacobson, S.H., "Op-Ed: March Madness and the end of the Cinderella." *Chicago Tribune*, Published 21 February 2022.

193. Jacobson, S.H., "Op-Ed: Pandemic travel highlighted 'air rage' and the need for a national no-fly list." *The Hill*, Published 21 February 2022.

*Letters (Contributed, Invited)*

1.  Jacobson, S.H., 2011, "Letter: TSA chats address limits of Technology," *USAToday*, 30(36), 3 November 2011, 8a.

2.  Jacobson, S.H., 2012, "Letter: Brackets can Promote Stem," *USAToday*, 30(139), 30 March 2012, 10a.

3.  Jacobson, S.H., 2017, "Letter: How to avoid getting bumped from a flight," *Chicago Tribune (Voice of the People)*, 12 April 2017.

4.  Jacobson, S.H., 2017, "Letter: Build on the Readmission of Airport Travelers," *Wall Street Journal,* Published 23 September 2017.

5.  Jacobson, S.H., 2020 "Letter: Defying COVID-19 safety practices is like driving drunk," *Chicago Sun Times*, Published 22 April 2020.
6.  Jacobson, S.H., 2020, "Letter: Please: Support the common good," *Champaign News Gazette*, Published 26 April 2020.

*Conference Proceedings*
1.  Jacobson, S.H., Morrice, D.J., Schruben, L.W., 1988, "The Global Simulation Clock as the Frequency Domain Experiment Index," *Proceedings of the 1988 Winter Simulation Conference*, 558-563.
2.  Jacobson, S.H., Schruben, L.W., 1988, "Optimization of Stochastic Dynamical Systems in the Frequency Domain," *Analysis and Optimization of Systems*, Springer-Verlag Lecture Notes in Control and Information Sciences, 111, 925-938.
3.  Jacobson, S.H., 1989, "Oscillation Amplitude Considerations in Frequency Domain Experiments," *Proceedings of the 1989 Winter Simulation Conference*, 406-410.
4.  Morrice, D.J., Schruben, L.W., Jacobson, S.H., 1990, "Initial Transient Effects in the Frequency Domain," *Proceedings of the 1990 Winter Simulation Conference*, 357-359.
5.  Yucesan, E., Jacobson, S.H., 1992, "Building Correct Simulation Models is Difficult," *Proceedings of the 1992 Winter Simulation Conference*, 25, 783-790.
6.  Jacobson, S.H., 1994, "Harmonic Gradient Estimators: A Survey of Recent Results," *Proceedings of the Conference on Modeling and Simulation (European Simulation Multiconference)*, 853-857.
7.  Kumar, A, Jacobson, S.H., Mohamed, Z., Motwani, J., 1994, "A Heuristic Approach for Designing Flexible Assembly Systems," *1994 Proceedings Decision Sciences Institute Annual Meeting*, 3, 1612-1614.
8.  Vazquez, F., Jacobson, S.H., 1994, "Application of RPA and the Harmonic Gradient Estimators to a Priority Queueing System," *Proceedings of the 1994 Winter Simulation Conference*, 369-376.
9.  Jacobson, S.H., Morrice, D.J., 1994, "Teaching Simulation: A Panel Discussion," *Proceedings of the 1994 Winter Simulation Conference*, 1378-1381.
10. Fleischer, M.A., Jacobson, S.H., 1995, "Cybernetic Optimization by Simulated Annealing: An Overview with Experimental Results," *First Metaheuristics International Conference Proceedings*, 361-368.
11. Morrice, D.J., Jacobson, S.H., 1995, "Amplitude Selection in Transient Sensitivity Analysis," *Proceedings of the 1995 Winter Simulation Conference*, 330-335.
12. Yucesan, E., Jacobson, S.H., 1995, "On the Simultaneous Construction of Sample Paths," *Proceedings of the 1995 Winter Simulation Conference*, 357-361.
13. Jacobson, S. H., 1996, "Building and Analyzing Discrete Event Simulation Models of Complex Systems: A Computational Complexity Approach," *Proceedings of the 1996 NSF Design and Manufacturing Grantees Conference*, 503-504.
14. Yucesan, E., Jacobson, S.H., 1996, "Simulated Annealing Heuristic for Accessibility," *Proceedings of the Second International Workshop on Mathematical Methods in Stochastic Simulation and Experimental Design*, 21-27.
15. Jacobson, S.H., Morrice, D.J., 1996, "Analyzing the Temporal Association Between Health Disorders and Medical Treatments Using Probability Models and Monte Carlo Simulation," *Proceedings of the 1996 Winter Simulation Conference,* 1176-1182.
16. Jacobson, S.H., 1997, "Heuristics for Discrete Event Computer Simulation Model Structural Problems," *Proceedings of the 1997 NSF Design and Manufacturing Grantees Conference,* 415-416.
17. Jacobson, S.H., Sullivan, K.A., Johnson, A.W., 1997, "Generalized Hill Climbing Algorithms for Discrete Manufacturing Process Design Problems Using Computer Simulation Models," *Proceedings of the 11th European Simulation Multiconference*, 473-478.

02/28/22                                                                                          Sheldon H. Jacobson

**- Best Paper Award. Industrial Simulation Track.**

18. Weniger, B. C., Jacobson, S.H., Sewell, E.C., Deuson, R., Chen, R.T., 1997, "Vaccine Selection Algorithm using Linear Programming to Minimize the Overall Cost of Disease Control through Immunization," *Proceedings of the 37th Interscience Conference on Antimicrobial Agents and Chemotherapy*.

19. Swisher, J.R., Jun, J.B., Jacobson, S.H., Balci, O., 1997, "Simulation of the Queston Physician Network," *Proceedings of the 1997 Winter Simulation Conference*, 1146-1154.

20. Jacobson, S.H., 1998, "Heuristics for Computer Simulation Discrete Manufacturing Process Design Optimization*," Proceedings of the 1998 NSF Design and Manufacturing Grantees Conference*, 175-176.

21. Jacobson, S.H., Yucesan, E., 1998, "Using Accessibility to Assess the Performance of Generalized Hill Climbing Algorithms," *Proceedings of the 1998 Winter Simulation Conference*, 761-768.

22. Jacobson, S. H., Armstrong, D.E., Vaughan, D. 1999, "A Survey of Generalized Hill Climbing Algorithms for Discrete Manufacturing Process Design Optimization," *Advanced Aerospace Materials and Processes Conference (AeroMat)*.

23. Kumar, A., Jacobson, S.H., Mohamed, Z.M., 1999, "Managing Critical Resources with Stochastic Consumption Rates," *Proceedings of the Decision Sciences Institute Annual Meeting*

24. Swisher, J.R., Jacobson, S.H., 1999, "Discrete-Event Simulation Optimization Using Ranking, Selection, and Multiple Comparison Procedures: A Survey," (State-of-the-Art Tutorial), *Proceedings of the 1999 Winter Simulation Conference*, 492-501.

25. Jacobson, S.H., 2000, "A Study of Local Search Strategies Using Generalized Hill Climbing Algorithms*," Proceedings of the 2000 NSF Design and Manufacturing Grantees Conference*.

26. Kumar A., Jacobson, S.H., 2000, "Managing Critical Resources with Stochastic Consumption Rates," *Manufacturing and Service Operations Management 2000 Conference Proceedings*, 1-8.

27. Swisher, J.R., Hyden, P., Jacobson, S.H., Schruben, L.W., 2000, "A Survey of Simulation Optimization Techniques and Procedures," (State-of-the-Art Tutorial), *Proceedings of the 2000 Winter Simulation Conference*, 119-128.

28. Jacobson, S.H., 2001, "On the Performance of Local Search Algorithms*," Proceedings of the 2001 NSF Design and Manufacturing Grantees Conference*.

29. Henderson, D., Wakefield, R.R., Vaughan, D., Jacobson, S.H., 2001, " Optimal Earthmoving Vehicle Routes Using Local Search Algorithms," *Perspectives on Innovation in Architecture, Engineering and Construction*, Anumba, C.J., Egbu, C. and Thorpe, A. (eds*), Proceedings of the 1st International Conference on 'Innovation In Architecture Engineering And Construction (AEC)'*, Loughborough University, United Kingdom, 555-565.

30. Vaughan, D.E., Jacobson, S.H., Armstrong, D.E., 2001, "Discrete Manufacturing Process Design Optimization using Simultaneous Generalized Hill Climbing Algorithms," *Proceedings of the 3rd International Conference on Intelligent Processing and Manufacturing of Materials*.

31. Jacobson, S.H., Sewell, E.C., Weniger, B.G., 2001, "Using Monte Carlo Simulation to Assess the Value of Combination Vaccines for Pediatric Immunization," *Proceedings of the 2001 Winter Simulation Conference*, 1421-1428.

32. Jacobson, S.H., 2002, "Assessing the Performance of Generalized Hill Climbing Algorithms*," Proceedings of the 2002 NSF Design and Manufacturing Grantees Conference*.

33. Kobza, J.E., Jacobson, S.H., 2003, "A Study of Aviation Access Control Security Systems," *Proceedings of the 2003 NSF Design and Manufacturing Grantees Conference*.

34. Jacobson, S.H., 2003, "A Study of Local Search Strategies Using Generalized Hill Climbing Algorithms," *Proceedings of the 2003 NSF Design and Manufacturing Grantees Conference*.

02/28/22                                                                                    Sheldon H. Jacobson

35. Kobza, J.E., Jacobson, S.H., 2004, "A Study of Aviation Access Control Security Systems," *Proceedings of the 2004 NSF Design and Manufacturing Grantees Conference*.

36. Jacobson, S.H., 2004, "A Study of Local Search Strategies Using Generalized Hill Climbing Algorithms," *Proceedings of the 2004 NSF Design and Manufacturing Grantees Conference*.

37. Sewell, E.C., Jacobson, S.H., 2004, "Research on Designing Vaccine Formularies for Childhood Immunization," *Proceedings of the 2004 NSF Design and Manufacturing Grantees Conference*.

38. Jacobson, S.H., Kobza, J.E., 2005, "A Study of Aviation Access Control Security Systems," *Proceedings of the 2005 NSF Design and Manufacturing Grantees Conference*.

39. Jacobson, S.H., Sewell, E.C., 2005, "Research on Designing Vaccine Formularies for Childhood Immunization," *Proceedings of the 2005 NSF Design and Manufacturing Grantees Conference*.

40. Jacobson, S.H., Kobza, J.E., 2006, "A Study of Aviation Access Control Security Systems," *Proceedings of the 2006 NSF Design, Service, and Manufacturing Grantees and Research Conference.*

41. Jacobson, S.H., Sewell, E.C., 2006, "Pediatric Vaccine Formulary Design and Optimization," *Proceedings of the 2006 NSF Design, Service, and Manufacturing Grantees and Research Conference.*

42. Jacobson, S.H., Hall, S.N., McLay, L.A., 2006, "Visiting Near-Optimal Solutions Using Local Search Algorithms," *Proceedings in Computational Statistics, Compstat 2006* (Editors, A. Rizzi, M. Vichi), Physica-Verlag, Springer, Heidelberg, Germany, 471-481.

43. McLay, L.A., Jacobson, S.H., Kobza, J.E., 2006, "Balancing Technology Capability Enhancement and Passenger Prescreening Information for Aviation Baggage Screening, *Proceedings of Safe Skies Symposium*, Washington, DC.

44. Jacobson, S.H., Sewell, E.C., Hall, S.N., 2008, "Analyzing the General Minimum Cost Vaccine Formulary Selection Problem," *Proceedings of the 2008 National Science Foundation Engineering Research and Innovation Conference.*

45. Jacobson, S.H., Sewell, E.C., Hall, S.N., 2009, "Maximizing the Effectiveness of a Pediatric Vaccine Formulary While Prohibiting Extraimmunization," *Proceedings of the 2009 NSF Engineering Research and Innovation Conference.*

46. Chan, W.K., Schruben, L.W., Nelson, B.L. Jacobson, S.H., 2009, "Simulation Fusion," *Proceedings of the 2009 Winter Simulation Conference.*

47. Jacobson, S.H., McLay, L.A., Lee, A.J., 2011, "New Approaches for Airport Security Checkpoint Screening," *Proceedings of the 2011 NSF Engineering Research and Innovation Conference.*

48. Lee, A.J., Jacobson, S.H., Cragoe, W.A., 2014, "NCAA basketball tournament analysis for high school mathematics," *ASEE Annual Conference and Exposition, Conference Proceedings.*

49. Brailsford, S.C, Carter, M.W., Jacobson, S.H., 2017, "Five Decades of Healthcare Simulation"*, Proceedings of the 2017 Winter Simulation Conference*.

50. Sewell, E.C., Pavlik, J.A., Jacobson, S.H., 2019, "An Improved Meet in the Middle Algorithm for Graphs with Unit Costs," *Proceedings of the Twelfth International Symposium on Combinatorial Search* (SoCS 2019).

*Presentation, Seminars and Posters*
Air Force Institute of Technology (1997, 2002, 2006, 2008, 2016)
Carnegie-Mellon University (1998, 2014)
Case Western Reserve University (1988, 1990, 1993, 1994, 1996, 1998-2000, 2013, 2015)
Clemson University (2019)
Cornell University (1986, 1987, 1995, 2011)
George Mason University (2002, 2013, 2020)

Sheldon H. Jacobson

Georgia Institute of Technology (1997, 2015)
Homeland Security Institute (2005)
Illinois Institute of Technology (2014)
Indiana University of Pennsylvania (1990)
INSEAD, European Institute of Business Administration (1994, 1996)
Iowa State University (2013)
Johns Hopkins University, Applied Physics Laboratory (2004)
Kansas University (1997)
Kent State University (1990)
Massachusetts Institute of Technology (2006, 2017)
New Jersey Institute of Technology (1998)
NASA Lewis Research Center, Cleveland, Ohio (1991)
Naval Postgraduate School (2001)
North Carolina State University (2008)
Northeastern University (1988, 2011)
Northwestern University (2002, 2007, 2015)
Ohio State University (1990)
Oklahoma State University (1998, 2014)
Old Dominion University (1996)
Pennsylvania State University (1988, 2016)
Purdue University (2007, 2009, 2011)
Rensselaer Polytechnic Institute (2008, 2012, 2013)
Rochester Institute of Technology (2009)
Rice University (2018)
Rose-Hulman Institute of Technology (2009)
Rutgers, the State University of New Jersey (2006)
Sandia National Laboratory (2003)
Schlumberger (Austin Research), Austin, Texas (1996)
Silicon Valley Illini Club (2008)
Southern Illinois University (Edwardsville) (1998, 2013)
Southern Polytechnic State University (1997, 1998)
Statistical and Applied Mathematical Sciences Institute (2012)
SUNY Stony Brook (2013)
Texas A&M University (2012, 2013)
Texas Tech University (2007)
United States Military Academy (1996, 2000, 2003)
University of Arizona (2001, 2003)
University of British Columbia (2010)
University of Buffalo (2011, 2019)
University of California (Berkeley) (2004)
University of Florida (2006, 2007, 2013)
University of Houston (2014)
University of Illinois (Urbana-Champaign) (1998, 2003, 2008, 2009)
University of Iowa (2008)
University of Kentucky (2019)
University of Michigan (1988, 1999, 2005, 2012, 2016)
University of Maryland (2000, 2006, 2007)
University of Massachusetts (2010)
University of Minnesota (1992, 2000, 2008, 2013)
University of Missouri (2019)
University of Montreal (1996)

02/28/22                                                                     Sheldon H. Jacobson

University of North Carolina (Chapel Hill) (1998, 2007)
University of Oklahoma (2010)
University of Pennsylvania (1996)
University of Pittsburgh (2005, 2011)
University of South Florida (2013)
University of Southern California (2008, 2013, 2019)
University of Tennessee (2014)
University of Texas (Austin) (1993, 1996, 1999, 2001, 2004, 2013, 2016)
University of Washington (2014)
University of Wisconsin (2005)
Vanderbilt University (2003)
Virginia Tech (1993, 1995, 1996, 1997, 1998)
Washington University (St. Louis) (1992)
Xerox Corporation, Webster Research Center (2010)
1986,1991,1995,1997, 1999, 2000, 2002, 2004-2006, 2009-2010 Opt. Days, Montreal, Canada
1987-1990, 1992, 1994-2000, 2005 Winter Simulation Conference
1988-1994 ORSA/TIMS & TIMS/ORSA Joint National Meetings
1988, 1994, 2000 International Symposium on Mathematical Programming
1988 International Conference on Analysis and Optimization of Systems, Antibes, France
1994, 1999 Decision Sciences Institute Annual Meeting
1994 European Simulation Multiconference, Barcelona, Spain
1995-2016 INFORMS National Meetings
1995, 1998, 1999 AFOSR Electronic Prototyping Review Meeting, Dayton, Ohio
1995 First Metaheuristics International Conference, Breckenridge, Colorado
1995 Workshop on Industrial Systems Dynamics, Nantes, France
1996 National Science Foundation Design & Manufacturing Grantees Conference,
   Albuquerque, New Mexico
1996 Richmond/Tidewater INFORMS Chapter Meeting, Norfolk, Virginia
1996,2004 St. Louis Gateway INFORMS Chapter Meeting, St. Louis, Missouri
1996 AFOSR Electronic Prototyping Review Meeting, Athens, Ohio
1996 Second International Workshop on Mathematical Methods in Stochastic Simulation and
   Experimental Design, St. Petersburg, Russia
1997 National Science Foundation Design & Manuf. Grantees Conference, Seattle, Washington
1997 AFOSR Electronic Prototyping Review Meeting, Blacksburg, Virginia
1997 European Simulation Multiconference, Istanbul, Turkey
1997 INFORMS Applied Probability Conference, Boston, Massachusetts
1997 Interscience Conference on Antimicrobial Agents and Chemotherapy, Toronto, Canada
1998 National Science Foundation Design & Manuf. Grantees Conference, Monterey, Mexico
1999 Advanced Aerospace Materials and Processes Conference (Aeromat '99), Dayton, Ohio
1999 AFOSR Scientific Advisory Board Meeting, Dayton, Ohio
2000 National Science Foundation Design & Manuf. Grantees Conference, Vancouver, Canada
2000 SIAM Discrete Mathematics Conference, Minneapolis, Minnesota
2000 Military Operations Research Society Symposium, Colorado Springs, Colorado
2000 Manufacturing and Service Operations Management Conference, Ann Arbor, Michigan
2000 AFOSR Electronic Prototyping & New World Vistas – Disc. Math. Review, Orlando, Florida
2000 NEXTOR Annual Research Symposium, Washington, DC
2001 National Science Foundation Design & Manufacturing Grantees Conference, Tampa,
   Florida
2001 Fourth Annual Conference on Vaccine Research, Arlington, Virginia
2001 INFORMS International Meeting, Maui, Hawaii

2001 International Conference on Innovation in Architecture, Engineering, and Construction, United Kingdom

2001 AFOSR Electronic Prototyping, Discrete Mathematics Review, Seattle, Washington

2001 Intelligence Processing and Manufacturing of Materials Conference, Vancouver, Canada

2001 Advisory Committee on Immunization Practice, Atlanta, Georgia

2002 National Science Foundation Design & Manufacturing Grantees Conference, San Juan, Puerto Rico

2002 National Immunization Conference, Denver, Colorado

2002 SIAM Optimization Conference, Toronto, Canada

2002 Institute of Industrial Engineers Annual Conference, Orlando, Florida

2002 Hawaii International Conference on Statistics, Honolulu, Hawaii

2002 AFOSR Electronic Prototyping, Discrete Mathematics Review, Sunnyvale, California

2002 SIAM Discrete Mathematics Conference, San Diego, California

2003 National Science Foundation Design, Service, & Manufacturing Grantees and Research Conference, Birmingham, Alabama

2003 First International Workshop on Optimization in Radiation Therapy

2003 National Immunization Conference, Chicago, Illinois

2003 Sixth Annual Conference on Vaccine Research, Arlington, Virginia

2003 Institute of Industrial Engineers Annual Conference, Portland, Oregon

2003 AFOSR Optimization and Discrete Mathematics Program Review, Estes Park, Colorado

2004 National Science Foundation Design, Service, & Manufacturing Grantees and Research Conference, Dallas, Texas

2004 Institute of Industrial Engineers Annual Conference, Houston, Texas

2004 SIAM Discrete Mathematics Conference, Nashville, Tennessee

2004 SIAM National Annual Meeting, Portland, Oregon

2004 AFOSR Optimization and Discrete Mathematics Program Review, Pasadena, California

2004 Tenth International Conference on Stochastic Programming, Tucson, Arizona

2005 National Science Foundation Design, Service, & Manufacturing Grantees and Research Conference, Phoenix, Arizona.

2005 National Immunization Conference, Washington, DC

2005 IEEE Conference on Technologies for Homeland Security: Advanced Sensors for Personnel, Baggage and Cargo Security, Boston, Massachusetts

2005 SIAM Conference on Optimization, Stockholm, Sweden

2005 Genetic and Evolutionary Computation Conference, Washington, DC

2005 17th Triennial Conference of the International Federation of Operational Research Societies, Honolulu, Hawaii

2005 AFOSR Optimization and Discrete Mathematics Program Review, St. Louis, Missouri

2005 Homeland Security Institute Workshop "Advancing Analytic Techniques in Deterrence Analysis – Workshop Plenary Meeting", Washington, DC

2005 Winter Simulation Conference, Orlando, Florida (Keynote Speaker, Ph.D. Colloquium)

2006 National Immunization Conference, Atlanta, Georgia

2006 INFORMS Optimization Society Conference on Optimization and Health Care, San Antonio, Texas

2006 INFORMS Conference on OR/MS Practice, Miami, Florida

2006 Canadian Operations Research Society (CORS) National Meeting, Montreal, Canada

2006 Institute of Industrial Engineers Annual Conference, Orlando, Florida

2006 AFOSR Optimization and Discrete Mathematics Program Review, Pensacola, Florida

2006 INFORMS Manuf. & Service Operations Management Conference, Atlanta, Georgia

2006 SIAM Conference on Discrete Mathematics, Victoria, Canada

2006 National Science Foundation Design, Service, & Manufacturing Grantees and Research Conference, St. Louis, Missouri

2006 COMPSTAT 2006, International Conference on Computational Statistics, Rome, Italy
2006 Safe Skies Symposium, Washington, DC
2007 INFORMS Computing Society Conference, Coral Gables, Florida
2007 National Immunization Conference, Kansas City, Missouri
2007 Workshop on Intl. Research & Development in Rapid Vaccine Manuf., Arlington, Virginia
2007-2011 AFOSR Optimization and Discrete Mathematics Program Review, Arlington, Virginia
2007 Institute of Industrial Engineers Annual Conference, Nashville, Tennessee
2007 Dallas/Fort Worth INFORMS Chapter Meeting, Dallas, Texas
2007 Metaheuristics International Conference, Montreal, Canada
2007 INFORMS International Conference, Rio Grande, Puerto Rico
2007 Sixth International Congress on Industrial and Applied Mathematics, Zurich, Switzerland
2007 Operating on Health Care: An Operations Research Symposium, Vancouver, Canada
2007 Opening Workshop on Risk Analysis, Extreme Events, and Decision theory, Statistical and
    Applied Mathematical Sciences Institute, Research Triangle Park, North Carolina
2008 National Science Foundation Civil, Mechanical, and Manufacturing Innovation (CMMI)
    Engineering Research and Innovation Conference, Knoxville, Tennessee
2008 INFORMS Opt. Soc. Conf. on Theory, Computation, & Emerging Applications, Atlanta,
    Georgia
2008 National Immunization Conference, Atlanta, Georgia
2008 INFORMS Manuf. & Service Operations Management Conference, College Park,
    Maryland
2008 SIAM Conference on Discrete Mathematics, Burlington, Vermont
2008 SIAM Annual Meeting, San Diego, California
2008 Joint Statistics Meeting, Denver, Colorado
2008 Northern California Symposium on Statistics & Operations Research in Sports, Menlo
    Park, California
2009 INFORMS Computing Society Conference, Charleston, South Carolina
2009 National Immunization Conference, Dallas, Texas
2009 Canadian Discrete and Algorithmic Mathematics Conference, Montreal, Canada
2009 IIE Research Conference Doctoral Colloquium, Miami, Florida
2009 CORS-INFORMS International Meeting, Toronto, Canada
2009 National Science Foundation (NSF) Civil, Mechanical and Manuf. Innovation (CMMI)
    Engineering Research and Innovation Conference, Honolulu, Hawaii
2009 INFORMS Applied Probability Conference, Ithaca, New York
2010 International Conference on Systems Analysis Tools for Better Health Care Delivery: A
    New Engineering/Health Care Partnership, Invited Plenary, Gainesville, Florida
2010 IIE Research Conference Doctoral Colloquium, Cancun, Mexico
2010 National Science Foundation, Arlington, Virginia
2010 SIAM Conference on Discrete Mathematics, Austin, Texas
2010 Twelfth International Conference on Stochastic Programming, Halifax, Canada
2010 AVSEC World 2010, Frankfurt, Germany
2011 National Science Foundation (NSF) Civil, Mechanical and Manufacturing Innovation
    (CMMI) Research & Innovation Conference, Atlanta, Georgia
2011 INFORMS Computing Society Conference, Monterrey, California
2011 National Immunization Conference, Washington, DC
2011 IIE Research Conference Doctoral Colloquium, Reno, Nevada
2011 INFORMS Health Care, Montreal, Canada
2011 INFORMS Simulation Society Research Workshop: Simulation in Complex Service
    Systems, Montreal, Canada
2011 Mayo Clinic Conference on Systems Engineering and Operations Research in Health
    Care, *Rochester, Minnesota*

2011 Transportation Hazards and Security Summit: Looking Beyond the 10th Anniversary of 9/11, Irvine, California
2011, 2015 New England Symposium on Statistics in Sports, Boston Massachusetts
2012 Joint Mathematics Meeting, Boston Massachusetts
2012 Transportation Research Board, Washington, DC
2012 World Vaccine Congress, Washington, DC
2012 National Science Foundation (NSF) Civil, Mechanical and Manufacturing Innovation (CMMI) Research & Innovation Conference, Boston, Massachusetts.
2012 Workshop on Comp. Sim. - Opportunities & Challenges, Fudan Univ., Shanghai, China.
2012 Workshop on Healthcare and Operations Research, SAMSI, RTC, North Carolina
2015 Euro OR Conference, Glasgow, Scotland
2015 CREATE-TSA Symposium on Aviation Security, Los Angeles, California
2015 Washington INFORMS Chapter, Washington, DC
2015 Rutgers Fourth Applied Probability Conference, New Brunswick, New Jersey
2016 Workshop on Broader Impact, National Science Foundation, Arlington, Virginia.
2016 SIAM Conference on Discrete Mathematics, Atlanta, Georgia
2017 Joint Mathematics Meeting, Atlanta, Georgia
2017 INFORMS Computing Society Conference, Austin, Texas
2018 Joint Mathematics Meeting, San Diego, California
2018 National Taiwan University - Illinois Forum, Taipei, Taiwan
2019 Big Ten Strategic Partnership for Applied Redistricting Knowledge (SPARK) Conference, College Park, Maryland
2019 INFORMS, Capitol Hill Outreach, Washington, DC
2019 American College of Physicians Spouses Program, Philadelphia, Pennsylvania
2019 INFORMS Government & Analytics Summit, Washington, DC
2019 Euro-OR Meeting, Dublin, Ireland
2019 Coles College Research Symposium (Keynote), Kennesaw State University, Atlanta, Georgia
2019 Big Data Ignite, Grand Rapids, Michigan
2021 University of Iowa Computing Conference (zoom)

*Conference Committees, Sessions Organized and/or Chaired*
1990 TIMS/ORSA Joint National Meeting, May 6-9, 1990, Las Vegas, Nevada, Sponsored by the TIMS College on Simulation, "Sensitivity Analysis."
1991 Winter Simulation Conference, December 8-11, 1991, Phoenix, Arizona, Software/Modelware Track Tutorial, "SIGMA Tutorial."
1993 TIMS/ORSA Joint National Meeting, May 16-19, 1993, Chicago, Illinois, Sponsored by the TIMS College on Simulation, "Simulation Sensitivity Estimation."
1993 Winter Simulation Conference, December 12-15, 1993, Los Angeles, California, Sponsored by the TIMS College on Simulation, Ph.D. Colloquium.
1994 TIMS/ORSA Joint National Meeting, April 24-27, 1994, Boston, Massachusetts, "Simulation Methods."
1994 Eur. Simulation Multiconf., June 1-3, 1994, Barcelona, Spain, "Performance Analysis."
1994 Winter Simulation Conference, December 11-14, 1994, Orlando, Florida, Advanced Tutorial Track (Nine Sessions).
1994 Winter Simulation Conference, December 11-14, 1994, Orlando, Florida, Sponsored by the TIMS College on Simulation, Ph.D. Colloquium.
1994 Winter Simulation Conference, December 11-14, 1994, Orlando, Florida, Panel Discussion (with D.J. Morrice), "Teaching Simulation: A Panel Discussion."
1995 Winter Simulation Conference, December 3-6, 1995, Washington, DC, Advanced Tutorial Track (Nine Sessions).

1996 INFORMS National Meeting, May 5-8, 1996, Washington, DC, "Scheduling."

1996 Second International Workshop on Mathematical Methods in Stochastic Simulation and Experimental Design, June 18-21, 1996, St. Petersburg, Russia, Member of the International Organizing and Program Committee.

1996 INFORMS National Meeting, November 3-6, 1996, Atlanta, Georgia, "Health Applications."

1996 Winter Simulation Conference, December 8-11, 1996, San Diego, California, "Discrete Optimization and Selection."

1997 AFOSR Electronic Prototyping Review Meeting, May 27-29, 1997, Virginia Tech, Blacksburg, Virginia, Host and Local Arrangement Organizer for Meeting.

1997 European Simulation Multiconference, June 1-4, 1997, Istanbul, Turkey, "Design, Validation, and Testing."

1997 INFORMS Applied Probability Conference, June 30 - July 2, 1997, Boston, Massachusetts, "Stochastic Optimization Methodologies."

1997 Winter Simulation Conference, December 7-10, 1997, Atlanta, Georgia, "Global Optimization via Simulation."

1998 Third International Workshop on Mathematical Methods in Stochastic Simulation and Experimental Design, June 28 - July 3, 1998, St. Petersburg, Russia, Member of the International Organizing and Program Committees.

1999 Winter Simulation Conference, December 4-8, 1999, Phoenix, Arizona, "Simulation Optimization."

2000 International Symposium on Mathematical Programming, August 7-11, 2000, Atlanta, Georgia, "Metaheuristics."

2000 INFORMS National Meeting, November 5-8, 2000, San Antonio, Texas, "Algorithm Design for Discrete Optimization Problems."

2002 Optimization Days, May 6-8, 2002, Montreal, Canada, "Metaheuristics I."

2002 SIAM Conference on Optimization, May 18-22, 2002, Toronto, Canada, "Global Optimization."

2002 Hawaii International Conference on Statistics, June 5-9, 2002, Honolulu, Hawaii, "Statistics."

2002 INFORMS National Meeting, November 17-20, 2002, San Jose, California, Cluster Organizer, "Applications of Optimization Theory."

2002 INFORMS National Meeting, November 17-20, 2002, San Jose, California, "Heuristic Programming Methods I."

2002 Winter Simulation Conference, December 8-11, 2002, San Diego, California, Modelware/Software Track Coordinator (Nine Sessions).

2003 Winter Simulation Conference, December 7-10, 2003, New Orleans, Louisiana, Modelware/Software Track Coordinator (Nine Sessions).

2004 Optimization Days, May 10-12, 2004, Montreal, Canada, "Combinatorial Optimization".

2004 SIAM National Annual Meeting, July 12-16, 2004, Portland, Oregon, "CP1 Contributed Session".

2004 Winter Simulation Conference, December 4-8, 2004, Washington, DC, "Input Modeling."

2005 Sixth Metaheuristics International Conference, August 22-26, 2005, Vienna, Austria, Program Committee.

2006 INFORMS Manufacturing and Service Operations Management Conference, June 19-20, 2006, Atlanta, Georgia, Review Committee.

2006 INFORMS National Meeting, November 8-11, 2006, Pittsburgh, Pennsylvania, "Society and Energy."

2007 Seventh Metaheuristics International Conference, June 25-29, 2007, Montreal, Canada, Program Committee.

2007 INFORMS International Meeting, July 8-11, 2007, Puerto Rico, Cluster Chair, "OR on the Edge".

02/28/22                                                                 Sheldon H. Jacobson

2007 International Congress on Industrial and Applied Mathematics, July 16-20, 2007, Zurich, Switzerland, Session Chair, "Probability".
2008 INFORMS Manufacturing and Service Operations Management Conference, June 5-6, 2008, College Park, Maryland, Review Committee.
2008 COMPSTAT International Conference on Computational Statistics, August 24-29, 2008, Porto - Portugal, Review Committee.
2008 SIAM National Annual Meeting, July 7-11, 2008, San Diego, California, Session Chair, "Biological and Medical Models I".
2010 Winter Simulation Conference, December 5-8, 2010, Baltimore, MD, "Epidemics and Agents."
2012 SIAM Conference on Discrete Mathematics, June 19, 2012, Halifax, Canada, "Discrete Algorithms."

**VIDEO AND AUDIO PRODUCTIONS**
"A Health Collaboration: Pediatric Immunization & Operations Res.," Released 24 April 2006.
"Aviation Security: Researching the Risk," Released 20 September 2006.
Oral History, Abraham Lincoln Presidential Library and Museum, Civics Education, "Computational Redistricting to Combat Gerrymandering." Released 2 June 2021.

**WEB SITE PRODUCTIONS**

| | |
|---|---|
| election08.cs.illinois.edu | Web site for predicting the outcome of the 2008 United States Presidential Election (launched September 2008) |
| bracketodds.cs.illinois.edu | Web site for assessing the likelihood of seed combination for the NCAA Men's D1 basketball Tournament (launched March 2012, updated annual since 2013) |
| electionanalytics.cs.illinois.edu | Web site for predicting the outcome of the 2012 United States Presidential Election and which party will control the United States Senate (launched June 2012, Updated June 2014, Updated May 2016. Updated May 2018) |
| drivingobesity.cs.illinois.edu | Web site for assessing the impact of driving and caloric intake on body mass index (launched January 2016). |
| redistricting.cs.illinois.edu | Web site featuring the redistricting research of the Institute for Computational Redistricting (ICOR) (launched August 2019). |

**DISSERTATIONS/THESES DIRECTED**
*Ph.D. Dissertations Directed* (25 Directed, 4 Currently)
M.A. Fleischer, "Assessing the Performance of the Simulated Annealing Algorithm Using Information Theory," January 1994, United States Census Bureau, Washington, DC.
A.W. Johnson, "Generalized Hill Climbing Algorithms for Discrete Optimization Problems," October 1996.
   **- 1997 George E. Nicholson Student Paper Competition (INFORMS), Honorable Mention.**
K.A. Sullivan, "A Convergence Analysis of Generalized Hill Climbing Algorithms," May 1999, Consultant, Chicago, Illinois.
   **- 1996 Women and Minority Award, INFORMS College on Simulation.**
   **- 1996 AFOSR Graduate Student Summer Research Fellowship Award.**
D.E. Vaughan, "Simultaneous Generalized Hill Climbing Algorithms for Addressing Sets of Discrete Optimization Problems," August 2000, Research Scientist, Los Alamos Research Laboratory, Los Alamos, New Mexico.
   **- 2001 Paul E. Torgersen Graduate Student Research Excellence Award, Runner Up.**
   **- 2001 AAUW Postdoctoral Research Leave Fellowship, Runner up.**

**- 2002 IIE Pritsker Doctoral Dissertation Award Competition, Third Place.**

D. Henderson, "Assessing the Finite-Time Performance of Local Search Algorithms," April 2001, Academy Professor, Consultant, Louisville, Kentucky.

T. Aytemiz, "A Probabilistic Study of 3-SATISFIABILITY," July 2001, Professor, School of Business and Political Science, Mersin University, Mersin, Turkey.

D.E. Armstrong, "A Local Search Algorithm Approach to Analyzing the Complexity of Discrete Optimization Problems," May 2002, Research Scientist, Los Alamos Research Laboratory, Los Alamos, New Mexico.

**- 2001-2002 M&IE Alumni Teaching Fellow, University of Illinois.**

L.A. (McLay) Albert, "Designing Aviation Security Systems: Theory and Practice," May 2006, Professor, Department of Industrial Engineering, University of Wisconsin, Madison, Wisconsin.

**- 2002-2003 Ph.D. Thesis Initiation Fellowship, Program in Arms Control, Disarmament, and International Security (ACDIS).**

**- 2003-2004 M&IE Alumni Teaching Fellow, University of Illinois.**

**- 2005 M&IE Harper Safety Award, University of Illinois.**

**- 2006 INFORMS Computing Society Student Paper Competition, Runner Up.**

H. Kaul, "Topics in Stochastic Combinatorial Optimization and Extremal Graph Theory," August 2006 (co-advised with D. West), Professor, Department of Mathematics, Illinois Institute of Technology, Chicago, Illinois.

S.N. Hall, "The Design and Analysis of Pediatric Vaccine Formularies: Theory and Practice" August 2006.

**- 2006 M&IE Harper Safety Award, University of Illinois.**

A.G. Nikolaev, "Stochastic Sequential Resource Allocation and Passenger Assignment in Aviation Security Systems" August 2008, Associate Professor, SUNY Buffalo, Buffalo, New York.

G.K. Kao, "Two Combinatorial Optimization Problems at the Interface of Computer Science and Operations Research" August 2008, Staff Researcher, Sandia National Laboratory.

R.A. Proano, "Strengthening the Sustainability of Pediatric Vaccine Supply by using Operations Research Methods" August 2008, Associate Professor, Rochester Institute of Technology, Rochester, New York.

A.J. Lee, "Optimality, Uncertainty, and Performance of Passenger Screening in Aviation Security Systems" May 2009, Director, Central Illinois Technology and Education Research Institute, Springfield, Illinois.

**- 2008-2009 Graduate Research Award, Program on Public-Sector Aviation Issues, sponsored by the Federal Aviation Administration and U.S. Department of Transportation.**

**- 2009 INFORMS Transportation Sci. & Logistics Dissertation Prize (Honorable Mention).**

M. Robbins, "Exploring Pediatric Immunization Markets Using Operations Research and Game Theory," August 2010, Associate Professor, Department of Operational Sciences, Air Force Institute of Technology, Dayton, Ohio.

**- 2011 IIE Pritsker Doctoral Dissertation Award Competition, First Place.**

D.M. King, "Graph Theory Models and Algorithms for Political Districting: An Approach to Inform Public Policy," May 2012, Lecturer, Department of IESE, University of Illinois, Urbana, IL.

**- 2009 College of Engineering Mavis Memorial Fund Scholarship, Univ. of Illinois.**

**- 2010 College of Engineering Mavis Future Faculty Fellowship, Univ. of Illinois.**

**- 2012 Finalist, Best Paper Award, INFORMS Section on Public Policy, Services and Needs.**

**- 2012 Semi-Finalist, Advances in Analytics Award, INFORMS Analytics Society.**

02/28/22                                                                   Sheldon H. Jacobson

**- 2013 IIE Pritsker Doctoral Dissertation Award Competition, Second Place.**
G. Baharian, "Limiting Behavior of the Target-Dependent Stochastic Sequential Assignment Problems," August 2014.
B. Behzad, "Analysis of the United States Pediatric Immunization Market: A Game Theoretic Approach," May 2014, Assistant Professor, California State University, Long Beach.
**- 2013 Gilbreth Memorial Fellowship by the Institute of Industrial Engineers (IIE).**
D.M. Morrison, "New Methods for Branch-and-Bound Algorithms," May 2014, Inverse Limit, Sacramento, CA.
J.J. Sauppe, "Balance Optimization Subset Selection: A Framework for Causal Inference with Observational Data," August 2015, Assistant Professor, University of Wisconsin La Crosse.
A. Khatibi, "Generalized Sequential Stochastic Assignment Problems," August 2017.
**- 2018 IISE Pritsker Doctoral Dissertation Award Competition, Second Place.**
G. Yu, "Dynamic Online Resource Allocation Problems," May 2018. Amazon, Boston, MA.
H.-Y., Kwon, "New Developments in Causal Inference Using Balance Optimization Subset Selection," May 2018.
**- 2017 College of Engineering Mavis Future Faculty Fellowship, Univ. of Illinois.**
W. Zhang, "Cyclic Best First Search in Branch-and-Bound Algorithms", May 2020.
J. Pavlik, "Two Graph Problems: Bidirectional Heuristic Search and the Airplane Seating Assignment Problems," July 2021, West Point.

*M.S. Thesis/Projects Directed* (12 Directed)
A.E. Simms, "A Stochastic Approach to Modeling Aviation Security Problems Using the Knapsack Problem," June 1997 (co-advised with J.E. Kobza).
**- 1998 IIE Graduate Research (Master's Thesis) Award Competition, First Place.**
J.R. Swisher, "Evaluation of the Design of a Family Practice Healthcare Clinic using Discrete-Event Simulation," May 1999.
J.B Jun, "A Visual Simulation Life-Cycle of the Queston Physician Network," May 1999.
J.E. Orosz, "Finite-time Performance Results for Static and Cyclical Simulated Annealing Algorithms," May 2001.
J.M. Bowman, "Evaluating and Analyzing the Performance of Aviation Baggage Screening Security Systems," August 2001.
J.L. Virta, "Three Essays on the Modeling and Analysis of Aviation Baggage Screening Security Systems," August 2001.
V. Venkat, "Post-optimality Analysis for Multi-objective Optimization Problems," October 2002 (co-advised with J.A. Stori).
T. Karnani, "Engineering the Design and Analyzing the Economics of Pediatric Vaccine Formularies," May 2003.
**- 2004 IIE Graduate Research (Master's Thesis) Award Competition, Second Place**.
I. Shyryayev, "A Sensitivity Analysis of Matching Coin Game Strategies," December 2004.
S. Dutta, "Applications of Balance Optimization Subset Selection," August 2016.
Z. She, "Essays on the Relationship Between Public Transit usage and Obesity," December 2017 (co-advised with D.M. King).
K. Li, "Modeling and analyzing the NCAA Men's Division I Basketball Tournament," December 2017.
M. Kelley, "Variations of Online Bipartite Matching," May 2021.


**SPONSORED RESEARCH (Over $5.0M)**
*National Science Foundation*, Research Initiation Award, 9/1994 to 8/1998, "Building and Analyzing Discrete Event Simulation Models of Complex Systems: A Computational

Complexity Approach," Division of Design, Manufacturing, and Industrial Innovation, DMI-9409266.

*Air Force Office of Scientific Research*, 2/1995 to 1/1998, "Building and Analyzing Discrete Event Simulation Models of Complex Manufacturing Systems: A Computational Complexity Approach," Division of Mathematical and Computer Sciences, F49620-95-1-0124.

*National Science Foundation* (with H.D. Sherali), 9/1995 to 8/1996, "Engineering Research Equipment: Workstations for Computational Studies in Large-Scale Simulation and Mathematical Programming Research," Division of Design, Manufacturing, and Industrial Innovation, DMI-9423929.

*Air Force Office of Scientific Research*, 2/1998 to 11/2000, "Discrete Manufacturing Process Design Optimization Using Generalized Hill Climbing Algorithms," Division of Mathematical and Computer Sciences, F49620-98-1-0111.

*Air Force Office of Scientific Research*, 5/1998 to 5/2001, "AASERT - Optimal Discrete Manufacturing Process Design Optimization," Division of Mathematical and Computer Sciences, F49620-98-1-0432.

*Rowe Furniture* and the *Virginia Center for Innovative Technology* (with J.E. Kobza), 2/1999 to 7/1999, "A Simulation Study of New Layouts for a Furniture Manufacturing Facility."

*Federal Aviation Administration*, 7/1999 to 12/2000. "Deployment of Aviation Security Technologies," DTFA01-99-C-00085.

*National Science Foundation*, 1/2000 to 1/2003, "A Study of Local Search Strategies Using Generalized Hill Climbing Algorithms," Division of Design, Manufacturing, and Industrial Innovation, DMI-9907980.

*Air Force Office of Scientific Research* (subcontracted through Austral Engineering and Software, Inc.) (with J.A. Stori), 10/2000 to 10/2001, "Software System for Criteria Management in Multi-Objective Optimization-Guided Design of Sequences of Materials Processes," Division of Mathematical and Space Sciences , F49620-00-C-0044.

*Air Force Office of Scientific Research*, 12/2000 to 11/2003, "Designing Optimal Generalized Hill Climbing Algorithms, with Applications to Discrete Manufacturing Process Design Optimization," Division of Mathematical and Space Sciences, F49620-01-1-0007.

*National Science Foundation* (with John, E. Kobza), 9/2001 to 8/2006, "Collaborative Research: A Study of Aviation Access Control Security Systems," Division of Design, Manufacturing, and Industrial Innovation, DMI-0114499, DMI-0211053.

*Air Force Office of Scientific Research* (subcontracted through Austral Engineering and Software, Inc.) (with J.A. Stori), 10/2001 to 7/2004, "Software System for Criteria Management in Multi-Objective Optimization-Guided Design of Sequences of Materials Processes," Division of Mathematical and Space Sciences , F49620-00-C-0044.

*National Science Foundation* (with Edward C. Sewell), 1/2003 to 6/2005, "Collaborative Research: Research on Designing Vaccine Formularies for Childhood Immunization," Division of Design, Manufacturing, and Industrial Innovation, DMI-0222597.

*Air Force Office of Scientific Research*, 3/2004 to 2/2007, "A Heuristic Design Information Sharing Framework for Hard Discrete Optimization Problems," Division of Mathematical and Space Sciences, FA9550-04-1-0110.

*National Science Foundation* (with Edward C. Sewell), 8/2005 to 7/2008, "Collaborative Research: Pediatric Vaccine Formulary Design and Optimization," Division of Design, Manufacturing, and Industrial Innovation, DMI-0457176.

*Air Force Office of Scientific Research*, 3/2007 to 11/2009, "Finite-Time Performance of Local Search Algorithms: Theory and Application," Division of Mathematical and Space Sciences, FA9550-07-1-0232.

*National Science Foundation* (with Wendy Cho) 7/2008 to 6/2009, "SGER-III-CXT: A Computational Approach to Zoning Analysis," Division of Information & Intelligent Systems, IIS-0827540.

02/28/22                                                                 Sheldon H. Jacobson

*National Science Foundation* (with Wendy Cho, Edward C. Sewell), 7/2009 to 6/2012, "Collaborative Research: Shifting Paradigms: Causal Inference via Subset Selection," Division of Social and Economic Sciences, SES-0849223.

*National Science Foundation*, 8/2009 to 7/2013, "New Approaches to Protecting Transportation Infrastructure," Division of Civil, Mechanical and Manufacturing Innovation, CMMI-0900226.

*Air Force Office of Scientific Research*, 7/2010 to 7/2013, "Optimal Dynamic Asset Allocation Problems: Addressing the Impact of Information Uncertainty and Quality," Division of Mathematical and Space Sciences, FA9550-10-1-0387.

*National Science Foundation*, 8/2012 to 7/2017, "A Game Theoretic Approach to Pediatric Vaccine Pricing," Division of Civil, Mechanical and Manufacturing Innovation, CMMI-1161458.

*Air Force Office of Scientific Research*, 2/2015 to 2/2018, " Optimal Dynamic Asset Allocation Problems: New Approaches for Managing Input Data Uncertainty," Division of Mathematical and Space Sciences, FA9550-15-1-0100.

*National Science Foundation*, 3/2016 to 3/2018, "Workshop: Setting a Broader Impact Innovation Roadmap; Arlington, Virginia; May 2016" Division of Civil, Mechanical and Manufacturing Innovation, CMMI-1629955.

*Air Force Office of Scientific Research*, 3/2019 to 3/2022, "Optimal Real-time Decision-making in an Uncertain World," Division of Information and Networks, FA9550-19-1-0106.

**CORPORATE GIFTS**

*Alcoa Foundation* (with C.P. Koelling), 10/1997 to 10/1999, $60,000 to support the ISE Computational Laboratory and the Simulation and Optimization Laboratory, Department of Industrial and Systems Engineering, Virginia Polytechnic Institute and State University.

**CONSULTING**

*Biological and Popular Culture, Inc.,* Radford, VA (4/1996-12/1997).

*Logicon*, Fairfax, VA (1/1998-7/1999).

*SmithKline Beecham Pharmaceuticals*, Philadelphia, PA (1/2000-7/2000).

*Austral Engineering and Software, Inc.,* Athens, OH (9/2000-5/2001).

*Homeland Security Institute*, Alexandria, Virginia (3/2006-10/2006).

Fish and Richardson, Philadelphia, PA (2/2015-8/2015).

Security Point Media (12/2017-Present)

**CORPORATE BOARD ACTIVITIES**

Scientific Advisory Board*, Biopop Inc.,* Radford, Virginia (11/2000-12/2002).

**SELECTED MEDIA COVERAGE AND OUTREACH**

The papers "An Integer Programming Model for Vaccine Procurement and Delivery in the National Childhood Immunization Program: A Pilot Study," (co-authored with Edward C. Sewell, Robert Deuson, and Bruce G. Weniger) published in *Health Care Management Science* (Volume 2, Number 1, January 1999) by Baltzer Science Publishers, and "Addressing the Challenges to Immunization Practice with an Economic Algorithm for Vaccine Selection," (co-authored with Bruce G. Weniger, Robert T. Chen, Edward C. Sewell, Robert Deuson, J.R. Livengood, and W.A. Orenstein) published in *Vaccine* (Volume 16, Number 19) by Elsevier Science, received significant media coverage following a press release issued on December 21, 1998 by Virginia Polytechnic Institute and State University.  Media coverage included

• Article, *Hepatitis Weekly* on 23 November 1998.

• Television news spot, WDBJ-7 (CBS affiliate in Roanoke, Virginia) on 17 December 1998.

• Radio news spot, *Morning Edition*, Virginia News Network, National Public Radio (NPR) on 21 December 1998.

02/28/22                                                          Sheldon H. Jacobson

- Article, *Richmond Times - Dispatch* on 24 December 1998.
- Article, *Health Letter of the CDC* on 11 January 1999.
- Article, *Vaccine Weekly* on 11 January 1999.
- Article, *Journal of the American Medical Association* (Quick Uptakes) on 27 January 1999.
- Article, *Infectious Diseases in Children*, Volume 12, Number 2, February 1999.

The paper "A New Neighborhood Function for Discrete Manufacturing Process Design Optimization Using Generalized Hill Climbing Algorithms," (co-authored with Diane E. Vaughan and Derek E. Armstrong) published in *ASME Journal of Mechanical Design* (Volume 122, Number 2, 164-171) was featured in an article on 20 October 2000 focusing on new directions in manufacturing research in *Advanced Manufacturing Technology*.

Jacobson briefed the Advisory Committee on Immunization Practice (ACIP) on a web-site he co-developed for designing optimal pediatric vaccine formularies at their October 2001 meeting in Atlanta, Georgia (the ACIP is the nation's primary advisory board on immunization issues, providing guidance and advice to the Secretary of Health and Human Services).

The paper "Using Monte Carlo Simulation to Determine Combination Vaccine Price Distributions for Childhood Diseases," (co-authored with Edward C. Sewell) published in *Health Care Management Science* (Volume 5, Number 2, April 2002) by Baltzer Science Publishers, received media coverage following a press release issued on 8 April 2002 by the news bureau at the University of Illinois.  Media coverage included

- Article, *UniSci, International Science News* on 11 April 2002.
- Article, *Immunization News* on 12 April 2002.
- Article, *IIE Solutions*, Volume 24(6), June 2002, p.23.
- Article, *Vaccine Weekly* on 26 June 2002.

Jacobson (with John E. Kobza) briefed personnel within the Office of Science and Technology Policy (in the executive Office of President George W. Bush) on 31 August 2002, on issues related to their aviation security research on assessing the cost and benefit of checked baggage screening strategies.

On 18 February 2003, Jacobson was a guest (with graduate student Laura A. McLay) on Focus 580 on public radio station WILL-AM580 (in Champaign, Illinois), to discuss our research activities on aviation security.  Focus 580 is a daily radio program that interviews newsmakers and experts on national and international affairs.

The paper "Modeling Aviation Baggage Screening Security Systems: A Case Study," that appeared in the March 2003 issue of *IIE Transactions* (Volume 35, Number 3, pages 259-269), co-authored with J.L. Virta, J.M. Bowman, J.E. Kobza, and J.J. Nestor, was highlighted in *Research Reports* in the February 2003 of *Industrial Engineering*, the monthly professional magazine of the Institute of Industrial Engineers.

The paper "Pediatric Vaccine Stockpile Levels: How Much is Enough?" (co-authored with E.C. Sewell, R.A. Proano, and J.A. Jokela) published in *Vaccine* (Volume 24, Number 17, 3530-3537, 24 April 2006) by Elsevier Publishers, received media coverage following a press release issued on 18 April 2006 by the news bureau at the University of Illinois.  Media coverage included over sixty web sites, newspapers, and professional magazines, including

- Reference on News-Medical.Net (Australia) on 19 April 2006.
- Reference on www.vaccinationnews.com on 18 April 2006.
- Reference on www.medications.com on 18 April 2006.
- Reference on www.healthcareindustrytoday.com on 20 April 2006.
- Reference on www.medicalnewstoday.com (England) on 20 April 2006.

43

- Reference on www.worldwidehealth.com on 20 April 2006.
- Commentary on the *Vaccine* article posted on www.vaccineethics.org on 11 April 2006.
- Reference in *NewsRx* on 9 May 2006.
- Reference in *World Disease Weekly* on 9 May 2006.
- Reference in *Life Science Weekly* on 10 May 2006.
- Reference in *Medical Letter on the CDC & FDA* on 10 May 2006.
- Reference in *Pharma Business Week* on 10 May 2006.
- Reference in *Vaccine Weekly* on 10 May 2006.
- Reference in *Health & Medicine Week* on 11 May 2006.
- Reference in *Biotech Law Weekly* on 12 May 2006.
- Reference in *Drug Week* on 12 May 2006.
- Reference in *Science Letter* on 12 May 2006.
- Reference in *Law and Health Weekly* on 13 May 2006.
- Reference in *Aging and Elder Health Week* on 14 May 2006.

On 24 October 2006, the National Science Foundation (NSF) issued a press release (06-154) " New Technologies Could Make Airport Screening More Effective and Less Cumbersome," which featured the video "Aviation Security: Researching the Risk." (it can be viewed at http://www.nsf.gov/news/news_summ.jsp?cntn_id=108133).  This release provided the details of an NSF hosted call-in program (held 28 September 2006) on the latest developments in airport security.

The paper "The Economic Impact of Obesity on Automobile Fuel Consumption," published in *The Engineering Economist* (Volume 51, Number 4, 307-323, October –December 2006) by Taylor and Francis received media coverage following a press release issued on 24 October 2006 by the University of Illinois News Bureau, as well as an *Associated Press* news release on 25 October 2006.  Media coverage included several hundred newspaper and magazine articles, radio interviews and broadcasts, and television interviews and reports.  Newspaper coverage included the *Washington Post, USA Today, The Chicago Tribune, the Los Angeles Times,* and *the Boston Globe*.  Magazines included B*usiness Week, Car and Driver, Forbes, Kiplinger, Women's Health*, and *Reader's Digest*.  Several radio interviews and reports were aired, including "Morning Edition" on *National Public Radio*, "The Osgood Files" on *CBS Radio*, and two interviews on *Washington Post Radio*.  Live TV interviews were also given, including "Street Signs" on *CNBC TV* (on 27 October 2006), *MSNBC TV* (on 28 October 2006), and the "Closing Bell" on *CNBC TV* (on 16 November 2006).

Jacobson appeared as an expert in the film documentary "Killer at Large" (produced by Shinebox Media productions), which highlights the growing obesity epidemic and its impact on society.  The documentary was released in December 2007.

The paper "The Tradeoff between Technology and Prescreening Intelligence in Checked Baggage Screening for Aviation Security," that appeared in *Journal of Transportation Security,* was featured in "A Minute with Sheldon Jacobson: How can better pre-screening make airports safer?" on the University of Illinois web site on 14 February 2008.

The web site, http://election08.cs.uiuc.edu, spearheaded by Jacobson and his collaborators generated wide spread media attention after the press release "Latest Electoral College Forecast Shows McCain Ahead By as Many as 27 Votes," was issued on 17 September 2008 by INFORMS.  National media attention included references on MSNBC.com on 17 September 2008 ("Political Picks" Ask Again later"), by Carl Bialik ("The Numbers Guy") in the *Wall Street Journal* on 26 September 2008 ("Oy, a Potential Electoral Mess: The Chance of Another Deadlock Is Greater Than You Think") and in Random Samples in *Science Magazine* on 17 October 2008 ("The (B)Ayes Have It").

The article "Web Site Provides Pediatric Vaccine Pricing", which appeared in the October 2008 issue of *Managed Care* (Volume 17(10), Page 48), a professional magazine for health care administrators, featured research that was reported in the Jacobson and Sewell (2008) article in *Journal of the American Medical Informatics Association*.

The article "A Shot in the Arm for Integer Programming" by Barry Cipra, which appeared in the November 2008 issue of *SIAM News* (Volume 41, Number 9, pages 1,4) featured the pediatric vaccine modeling and analysis research reported in the Hall et al. (2009) article in *Operations Research*.

The paper "Seeding in the NCAA Men's Basketball Tournament: When is a Higher Seed Better?" published in *Journal of Gambling, Business, and Economics*, (Volume 3(2), 63-87) received media coverage following a press release issued on 16 March 2009 by the University of Illinois News Bureau.  Media coverage included numerous on-line web news sites and newspapers, including the *Chicago Tribune*, *www.cnn.com*, and the *Pittsburgh Post-Gazette*.

The paper "A Sequential Stochastic Passenger Screening Problem for Aviation Security," that appeared in the June 2009 issue of *IIE Transactions* (Volume 41, Number 6, pages 575-579), co-authored with L.A. McLay and A.G. Nikolaev, was highlighted in *Research Executive Summaries* in the May 2009 issue of *Industrial Engineering*, the monthly professional magazine of the Institute of Industrial Engineers.

The podcast, "Emergency! Pandemic", which was produced by INFORMS and released on 5 September 2009, featured Jacobson discussing his research on pediatric immunization, vaccine pricing, vaccine stockpiling, and pandemic response preparation.

Jacobson was featured on 2 October 2009, in *Science Live* on www.livescience.com, based on his record of research contributions during his career.

*"A Minute with* aviation security expert Sheldon Jacobson: Racial versus behavioral profiling in airport screenings", was featured on 8 January 2010, on the University of Illinois web site.

Jacobson provided expert commentary featured in *Will Profiling Make a Difference?* on the New York Times *Room for Debate* web site on 4 January 2010, after the 25 December 2009 terrorist attempt to explode a bomb on the Delta flight from Amsterdam to Detroit.  Other quotes by Jacobson on this topic were reported at *Media Matters for America* and the *Keene Sentinel*.

The paper ""Evaluating the Impact of Legislation Prohibiting Hand-Held Cell Phone Use While Driving," published in *Transportation Research Part A: Policy and Practice* (Volume 44(3), 182-193) received media coverage following a press release issued on 8 February 2010 by the University of Illinois News Bureau.  Media coverage included over one hundred on-line web news sites and newspapers, including medicalnews.com, *Research and Development Magazine*, and the *Boston Globe*.

The paper "Seeding in the NCAA Men's Basketball Tournament: When is a Higher Seed Better?" published in *Journal of Gambling, Business, and Economics*, (Volume 3(2), 63-87) received media coverage following the article, "Professor of Bracketology: U of I computer expert's conclusion: 'They call it madness for a reason'" in the *Chicago Tribune* on Sunday, 14 March 2010, and a press release issued on 16 March 2010 by the University of Illinois News Bureau.  Media coverage included live radio interviews on *670 The Score, WGN Radio*, and the Colin McEnroe Show on *WNPR* (Connecticut Public Radio), as well as numerous on-line web news sites and newspapers, including msn.foxsports.com, cacm.acm.org, the *Peoria Journal Star, the Belleville News Democrat*, and *the Rockford Register Star*, among others.

Jacobson provided expert commentary featured in *How to Improve the N.C.A.A. Tournament* on the New York Times *Room for Debate* web site on 1 April 2010.

Sheldon H. Jacobson

*"A Minute with* aviation security expert Sheldon Jacobson: Changes to airport security screening procedures" was featured on 5 April 2010, on the University of Illinois web site.

*"A Minute with* data expert Sheldon Jacobson: The impact of hand-held cell phone legislation on driving safety", was featured on 26 May 2010, on the University of Illinois web site.

*"A Minute with* aviation security expert Sheldon Jacobson: The future of airport security screening," was featured on 22 November 2010, on the University of Illinois web site.

Jacobson was a guest on several radio and television stations to discuss his research on assessing the odds in the 2011 NCAA Men's basketball tournament (WUIS Public Radio, Springfield, IL; New Hampshire Public Radio; WBEZ, Chicago, IL; WILL Public radio, Champaign,IL; WCIA-TV, Champaign, IL).  Interviews were broadcasted between 9 March and 17 March 2011.

*"A Minute with* vaccine economics expert Sheldon Jacobson: The economics of pediatric vaccine pricing," was featured on 21 June 2011, on the University of Illinois web site.

The paper " Evaluating the Effectiveness of Sequential Aviation Security Screening Policies," which appeared in the August 2011 issue of *IIE Transactions* (Volume 43, Number 8, pages 547-565), co-authored with A.J. Lee, was highlighted in *Research Executive Summaries* in the July 2011 issue of *Industrial Engineering*, the monthly professional magazine of the Institute of Industrial Engineers.

The National Science Foundation (NSF) issued the press release (11-184), "From 9/11 to Now: Lessons from the Tragedy," which featured Jacobson and his NSF supported research activities in this area.

*"A Minute with* aviation Security expert Sheldon Jacobson," was featured on 11 September 2011, on the University of Illinois web site.  It discussed how aviation security has changed over the past decade, and the future of aviation security.

Jacobson published an opinion letter in *USA Today* on 3 November 2011, responding to *TSA chats address limits of technology*.

Jacobson appeared in the KCCI-TV (CBS affiliate, Des Moines, IA) news special report *Airport Insecurity, Part II* on 18 November 2011.

*A Minute with* Sheldon Jacobson, expert on statistics related to travel, was featured on 19 January 2012, on the University of Illinois web site.  It discussed how the recent leveling off of obesity rates may be associated with the leveling off of how much Americans are driving.

The paper "Addressing Passenger Risk Uncertainty for Aviation Security Screening," published in Transportation Science, (Volume 46) received media coverage following the new release *Risk-based passenger screening could make air travel safer*, issued on 31 January 2012 by the University of Illinois News Bureau, in conjunction with the National Science Foundation.  Media coverage included live radio interviews on radioislam.com (Chicago, IL), *WFMB-AM 1450* (Springfield, IL), and *WAND-TV* (NBC Affiliate, Champaign, IL), as well as coverage on numerous web news outlets.

*A Minute with* Sheldon Jacobson, on "March Madness", was featured on 7 March 2012, on the University of Illinois web site.  It discussed the patterns in how the seeds advance in the NCAA Division I Men's basketball tournament.  News coverage included the *Chicago Tribune: Hoops +/= Winners?*, *Business Week: My March Madness Picks (Or 'I Think Data Made Me a Psychic')*, *Discovery News (via MSNBC.com): March Madness bracketology: The science*, *GigaOM*, and *Bloomberg Businessweek*.

Jacobson published an opinion letter in *USA Today* on 30 March 2012, about how the NCAA men's basketball tournament serves as a stimulus for young people interested in pursuing careers in science, technology, engineering and mathematics.

Jacobson was quoted in the news article, "Republicans take aim at TSA, agency is inefficient, too expensive," published on 1 April 2012 in the *Daily News Journal* (Nashville, TN).

Jacobson was quoted in the news stories, "Texting while driving hard to enforce," reported by WLDS-WEAI News (Jacksonville, IL), and "Illinois Lawmakers Debate New Cell Phone Restrictions," reported by CBS (KMOX St. Louis) on 23 April 2012.

Jacobson was quoted in the Reuters news stories, "As America's waistline expands, costs soar" on 30 April 2012.  Over 120 national media outlet picked up the story, including *MSNBC, CNBC, Fox News, Huffington Post, Forbes, Baltimore Sun, Chicago Tribune, Orlando Sentinel, Sun Sentinel, Toronto Sun, Edmonton Sun, Winnipeg Sun, Ottawa Sun, Calgary Sun,* several public and commercial radio stations, and others.

Jacobson was quoted in the *Wall Street Journal Numbers Guy* blog on 4 May 2012, "The Waiting Game" on how long queues at international customs processing at London Heathrow airport can be improved.

Jacobson was quoted in the Reuters news stories, "U.S. airport security could detect Qaeda device: officials" on 8 May 2012 and "Would-be suicide bomber was U.S. informant" on 9 May 2012.  Over 6000 national and international media outlets reported the story, including *MSNBC, CNBC, Chicago Tribune, Baltimore Sun, London Free Press,* and others.

The news article "Automobiles can increase obesity, study says," appeared in the *Deseret News* (Salt Lake City, Utah) on 8 May 2012, featuring research that was reported in Jacobson, King, and Yuan (2011).

The news article "RSOs prepare to inform students for Election Day using UI professor's election prediction site," appeared in the *Daily Illini* (Urbana, Illinois) on 22 August 2012, featuring the election forecasting website, electionanalytics.cs.illinois.edu.

Jacobson was featured on 24 August 2012, on Science360 radio, [www.science360.gov/radio](www.science360.gov/radio) based on his research contributions.

02/28/22                                                          Sheldon H. Jacobson

*A Minute with* Sheldon Jacobson, on "Bracketology", was featured on 11 March 2013, on the University of Illinois web site.  It discussed the patterns in how the seeds advance in the NCAA Division I Men's basketball tournament.  News coverage included *Bloomberg Business Week, Time out Chicago Magazine*, and *WILL Radio Afternoon Magazine*.

The article "Hang Up the Car Keys," appeared in *Cancer Today* (Spring 2013, Volume 3(1), page 57), features research on the interrelationship between caloric intake, automobile use, and obesity, which was reported in Behzad, King, and Jacobson (2013).

A Minute With[TM] Sheldon H. Jacobson, U. OF I Expert on Data Analytics was featured on 13 March 2014.  In addition, The Bleacher Report featured four web videos: Crunching the Number to Reveal the Biggest Potential Upsets in the West Region, Crunching the Number to Reveal the Biggest Potential Upsets in the East Region, Crunching the Number to Reveal the Biggest Potential Upsets in the Midwest Region, Crunching the Number to Reveal the Biggest Potential Upsets in the South Region.  USA Today: Dominate March Madness: Tips for a better bracke̲t, quoted Jacobson from the bracketodds web site.

The University of Illinois News Bureau issued the Press Release (17 April 2014), "Study Recalculates the Cost of Combination Vaccines," based on the paper "The Relationship Between Pediatric Combination Vaccines and Market Effects," which appeared in the *American Journal of Public Health*.

The University of Illinois College of Medicine at Urbana released the story (14 May 2014), "Computer Science Points to Holy Grail of Medical Scheduling," based on research on how to schedule residents in internal medicine residency programs. The joint research effort between Jacobson and Janet A. Jokela, MD, has resulted in a software package, RESIDENT, which is being alpha tested at the University of Illinois College of Medicine at Urbana internal Medicine residency program.

Jacobson was quoted in the article, "Airports Have No Way to Screen for Ebola," by Patrick Tucker, which appeared on-line in the *National Journal* on 1 August 2014.   Jacobson commented on the challenges of screening for Ebola at airports, the similarities in such screening with aviation security screening, and how prescreening can be an effective strategy in such environments. The story was also featured in the Homeland Security Newswire on 4 August 2014.

The University of Illinois News Bureau issued the Press Release (2 September 2014), "Seatbelt laws encourage obese drivers to buckle up," based on the paper "Seatbelt usage: Is there an association with obesity?" which appeared in the journal, *Public Health*.  Coverage included *ABC Radio* (plus many of its affiliate stations) (4 September 2014) and *WCIA-TV 3* in Champaign, IL (8 September 2014).

Invited to write the Op-Ed " Airports should be screening for Ebola the same way they screen for terrorists," for the Washington Post *PostEverything* blog on using aviation security screening to prevent the spread of the Ebola virus in the United States (2 October 2014).  This resulted in being quoted in the *Associate Press* article, "Airports, airlines and Ebola: 5 things to know" (4 October 2014), being quoted in the commentary, "A Manhattan Project against Ebola" in the Chicago Tribune (7 October 2014), a live interview on "Weekends with Alex Witt" on MSNBC (5 October 2014), an interview on WAND-TV (NBC, Decatur, IL, 5 October 2014), a live interview on CBC Radio Canada "the Current" (6 October 2014), live interviews on HuffPost Live (6,8,14,17 October 2014), a live interview on WTOP CBS Radio 103.5, Washington DC, 6 October 2014), an interview on WCIA-TV (CBS Champaign, IL, 6 October 2014), and a live interview on CBC TV National News, Toronto, Canada, 11 October 2014).

02/28/22                                                                                    Sheldon H. Jacobson

Jacobson was quoted in the article, "TSA seizes record number of guns from passengers in 2014," in the *Washington Times* (4 January 2015).

Jacobson was quoted in the article, "Child vaccines out of reach for developing countries, charity warns," on *CBC New Radio Canada* (20 January 2015).

Jacobson's research on obesity and its impact on fuel economy was quoted in the article "Obesity Is Hurting the U.S. Economy in Surprising Ways on *Bloomberg.com* (4 March 2015) and "Walking's worth the (lack of) weight," in the *Pittsburgh Post-Gazette*. (8 March 2015)

A Minute With™ Sheldon H. Jacobson, U. of I Statistics Expert, A Method to March Madness, was featured on 11 March 2015.  See also, How to pick a winning NCAA Bracket (YouTube, 11 March 2015), NCAA Tournament 2015: Schedule, Picks, Tips for NCAA Bracket Success (Bleacher Report, 16 March 2015), 12 Tips to Ensure A March Madness Bracket Victory (Buzzfeed, 16 March 2015), How to Build the Perfect NCAA Bracket (Men's Health, 17 March 2015),  UI website uses 30 years experience for perfect brackets (CBS WCIA-TV3, 17 March 2015), and What to know: Facts, stats and nuggets about the 2015 NCAA tourney (CBS Sports, 17 March 2015).

Jacobson was quoted in the article, "How Not To Fix Airport Screening" by Patrick Tucker, Defense One (2 June 2015).  See also "The One Right Way to Solve the TSA Crisis Is Politically Incorrect," in the Fiscal Times (4 June 2015).

Jacobson is quoted on the spread of mumps on college campuses (8 October 2015) "College campus outbreaks require timely public health response" in Infectious Diseases in Children.

A Minute With™ Sheldon H. Jacobson, U. of I Data Science Expert, Why you should factor driving into your weight loss plan, was featured on 8 January 2016.

A Minute With™ Sheldon H. Jacobson, U. of I Professor of Computer Science, How to improve your chances for a perfect March Madness, was featured on 9 March 2016.

A Minute With™ Sheldon H. Jacobson, U. of I aviation security expert, What should be done about long delays for security checks at airports? was featured on 17 May 2016.

"O'Hare middle of the pack for security fence breaches", which appeared in the Chicago Daily Herald (Marni Pyke) quotes Jacobson on the Associated Press report discussing airport security fence breaches (25 May 2016).

"*TSA PreCheck: Will it shorten security lines at airports*?" which appeared in the *Christian Science Monitor* (Lucy Schouten), quotes Jacobson on the benefits of TSA PreCheck (25 June 2016).

"*After Istanbul, Here's How Airport Experts Want to Protect You at the Curbside*" which appeared in *Defense One* (Patrick Tucker) quotes Jacobson on how security can be further hardened, in response to Jeh Johnson's (DHS Secretary) call for more security vigilance at airports and other venues (30 June 2016). See also "*How to Improve Airport Security in the Wake of the Istanbul Attack*" in the *Fiscal Times* (1 July 2016).

"*Trump says Profiling has Protected Israel. It Probably Wouldn't Work Here,*" which appeared on fivethirtyeight.com (Carl Bialik) quotes Jacobson on Israel security profiling and its impact in the United States (28 September 2016).

"*This U of I Forecast had Clinton's chances at 100%. What went wrong?*" covers the Election Analytics program at the University of Illinois (Chicago Inno) (9 November 2016).  See also "*How Chicago Tech can Help you Survive This Election*" (2 November 2016); "*Donald Trump has a 0% Chance of Winning the Election, According to U of I Computer Scientists*" (10 October 2016).

"*Making TSA PreCheck free can save TSA millions: Report*" (*Chicago Tribune*; Mary Wisniewski) quotes a recent study by Sheldon H. Jacobson, Arash Khatibi, and Ge Yu, on why TSA PreCheck should be offered at no cost to high volume travels (5 December 2016).   See also "*TSA could save money by waving PreCheck fees for frequent travelers, study finds*," University of Illinois News Bureau (5 December 2016); "*TSA would save millions if PreCheck was free for all flyers, Illinois prof argues*," *Chicago Business Journal* (5 December 2016); "*Study Finds making PreCheck free could save millions*," CBS Radio WBBM, Chicago IL (5 December 2016); "*U of I study says TSA could save money by waiving PreCheck program fees*," ABC 7 Eyewitness News, Chicago, IL (5 December 2016); "*Making TSA PreCheck free could save millions of dollars, study suggests*," *Los Angeles Times* (5 December 2016); "*TSA should drop enrollment fee for PreCheck, Study finds*," *Consumer Affairs* (5 December 2016); "*TSA Could Waive $85 PreCheck Fee and Save Millions*," *Vocative* (6 December 2016).

"*TSA Investigating Security Breach at JFK Airport*" (*CBS This Morning*, New York, NY) quotes Jacobson on the security breach at JFK airport (21 February 2017).  See also "*Impact of Airport Attacks on Security*" (WRBL CBS, Columbus, OH).

A Minute With[TM] Sheldon H. Jacobson, U. of I Professor of Computer Science, *Can data analytics help you fill out a March madness bracket?* was featured on 7 March 2017.  See also *2017 NCAA Tournament: Stats facts to know to fill out a March Madness bracket* (Matt Norlander, *CBS Sports*) (14 March 2017), *March Madness Bracket 2017: Betting Advice, Historical Trends and Predictions* (Paul Kasabian, *Bleacher Report*) (12 March 2017); *How to hack your March Madness bracket to win* (Samuel Anderson, *Best Life*) (12 March 2017).

Jacobson delivered two BBC interviews (one radio, one television via skype) on the electronics ban for overseas flights implemented by the DHS (21 March 2017).  The radio interview was carried nationwide on NPR (AM) on 21 March 2017.  Was also quoted in *What to know about the new airline electronics ban* (*CBC Canada News,* 21 March 2017), *Here's why the US is banning larger electronics on some overseas flights* (Katie Reilly, *Time*, 21 March 2017), *Why the airline's electronics ban may not be discrimination* (Patrick Reilly, *Christian Science Monitor*, 21 March 2017), and *Clamping down on carry-on devices* (*CBC Canada News,* 21 March 2017).

The University of Illinois issued the Press Release *Study: Higher mass transit use is associated with lower obesity rates,* on 16 May 2017, based on the paper "Analyzing the impact of public transit usage on obesity," which appeared in the *Preventive Medicine* (Volume 99, pages 264-268). See also *Higher mass transit use linked with lower obesity rates* (Amy Wallace, *United Press International*, 17 May 2017), *Mass transit linked to lower obesity rates in study* (Mary Caffrey, *American Journal of Managed Care*, 17 May 2017), *What Scientists Found about Losing Weight and Obesity after Observing how People use Public Transportation* (Harold Mandel, *EmaxHealth*, 17 May 2017), *Using Public Transportation reduced obesity and makes people healthier*  (Mihai Andrei, *ZMEScience*, 17 May 2017), *All Aboard! Next Stop, Less Obesity* (Tom Jacobs, *Pacific Standard Magazine*, 17 May 2017), *MTA can help you lose weight* (Ariel Scotti, *New York Daily News*, 17 May 2017), *Using mass transit leads to drop in obesity rates, study finds* (Christopher Maynard, *Consumer Affairs*, 17 May 2017)*, Investing in mass transit helps communities lower their obesity rates, study suggests* (Susan Perry, *MinnPost*, 18 May 2017), *The MTA can help you lose weight* (John Daniels, *The Informer*, 17 May 2017), *Higher mass transit use linked with lower obesity rates* (Charmaine Lamabao, *NewsLine*, 18 May 2017), *Mass transit use correlates with obesity rates* (Todd Gleason, *Illinois Public Media News*, WILL-AM 580, 19 May 2017), *Green Bay students get a free ride | Our view*, (*Green Bay Press-Gazette*, 20 May 2017), *Community investment in transit can lower obesity rates,* (*Missouri Public Transit Association*, 26 May 2017).

02/28/22                                                                        Sheldon H. Jacobson

The University of Illinois issued the Press Release *Mass killings happen randomly, yet rate has remained steady, study finds*, on 18 October 2017, based on the paper, "*Random Acts of Violence? Examining Probabilistic Independence of the Temporal Distribution of Mass Murders in the United States*," which appeared in <u>*Victims and Violence*</u>. Volume 32(6), pages 1014-1023).  See also <u>Study Finds Mass Killings Not On The Rise Over Past Decade</u> (<u>TV Report</u>) (Nancy Harty, *CBS Chicago*, 18 October 2017), <u>Mass killings in the US happen randomly - but at a steady rate for the last 10 years, study finds</u> (Cheyenne Macdonald, *Daily Mail (UK),* 18 October 2017), <u>U.S. Mass Killings Occurring at 'Uniform' Rate, Say Scientists</u> (Peter Hess, *Inverse*, 18 October 2017), <u>Mass Killings are not Becoming More Common</u> (John Hinderaker, *Powerline*, 18 October 2017), <u>Despite Vegas and Media Narrative, Mass Killings Aren't on the Rise "The data doesn't lie."</u> (Trey Sanchez, *Truth Revolt*, 18 October 2017), <u>Mass Shootings are Not on the Rise, Study Shows</u> (S. Noble, *Independent Sentinel*, 18 October 2017), <u>New Study Says Mass Murders are Not on the Rise in the U.S.</u> (Warner Todd Huston, *American News 24/7*, 18 October 2017), <u>Study finds no spike in mass killings over past decade</u> (Nikki McGee, *Fox Illinois*, 18 October 2017), <u>The One Figure You Probably Haven't Heard About Mass Shootings</u> (Jazz Shaw, *Hot Air*, 19 October 2017), <u>Mass killings rate steady over past decade, but totally random</u> (Seth Augenstine, *Forensic Magazine*, 19 October 2017),  <u>Research Finds Mass Killings Are Not on the Rise</u> (*Police Magazine*, 19 October 2017), <u>Study: Despite More Coverage, Mass Killings Not Occurring More Often</u> (Matt Masterson, *Chicago Tonight, WTTW*, 19 October 2017), <u>U.S. Mass Killing Occurring at a 'Uniform' Rate</u> (ACM Tech News, 19 October 2017), <u>Mass killings happen randomly, yet rate has remained steady, study finds</u> (Victoria Ritter, *Gears of Biz*, 20 October 2017), <u>Study Says Mass Killings are Hard to Predict</u> (*Security Magazine*, 23 October 2017), <u>New Research Can Help First Responders</u> (Grant Stinchfield, NRATV, 24 October 2017), <u>Comprehensive data shows mass shootings in America have risen sharply</u> (The Hill, 31 October 2017).

(11 January 2018) "Une conseil: en cas de tempete ne utilisez pas l'aeroporte JFK" (Maxime Aubin, *French Morning (New York)*) reports commentary by Jacobson on the cause of the bomb cyclone that struck New York JFK Airport.

(30 January 2018) <u>DHS's New Plan for Refugee Screening Looks a Lot Like TSA PreCheck</u> (Patrick Tucker, *Defense One*) reports commentary by Jacobson on how immigration screening can be conducted using a program modeled after TSA PreCheck©.

(1 March 2018) <u>If US states cannot fund their universities, they must stand aside</u>, which appeared in *Times Higher Education*, discusses the plight of public research universities and offers two solutions,privatization or nationally funded consortia.

(5 March 2018) <u>Who makes the NCAA tournament? Researchers at the University of Illinois can help</u>, based on the paper "Modeling the NCAA basketball tournament selection process using a decision tree" published in the *Journal of Sports Analytics* (Volume 4, pages 65-71).  See also <u>Will your team make or miss the NCAA Tournament? New study may already have the answer</u>

(7 March 2018) <u>March Madness Upset Prediction: New Method Using Publicly Available Statistics Outperforms Other Techniques</u> released by the *American Statistical Association*, based on the paper "Identifying NCAA Tournament Upsets using Balance Optimization Subset Selection," published in *Journal of Quantitative Analysis in Sport*  (Volume 13(2), pages 79-93.) See also <u>Saturday Science Edition</u> (10 March 2018, *The Daily Kos*, Chitown Kev).

(9 March 2018)   Interview on <u>ESPN Radio 93.5</u> with Jacobson discussing the NCAA Tournament field selection, bracket-building, and other tournament topics (Jeremy Werner Show, begins at 27:30).

02/28/22                                                                                    Sheldon H. Jacobson

(12 March 2018) NCAA Basketball: 2018 March Madness schedule, bracket – and how to win a tournament pool as a newbie (*Mic*, James Dennin).

(12 March 2018)  March Madness and Bracketology: Cheryl Raye Stout vs The Machine (WBEZ Chicago Public Radio, *Morning Shift* with Tony Saraiba). See also Whose NCAA Bracket Did Better: Cheryl Raye Stout vs The Machine (3 April 2018, WBEZ Chicago Public Radio, *Morning Shift* with Tony Saraiba).

(12 March 2018)   Science of Upsets: Prof has formula that doubles your shot (Associated Press, Eddie Pells) appeared in numerous media outlets, both on-line and in print, including the *New York Times, Washington Post, ESPN, USAToday, FoxSports*, and *ABC News*.  See also That smarts: Buffalo makes the computer look brilliant (16 March 2017, Associated Press, Eddie Pells), NCAA tournament Winners and Loser: TruTV, Sister Jean, Thomas Jefferson and more (19 March 2018, *Chicago Tribune*, Teddy Greenstein, Phil Rosenthal and Tim Bannon), and Using machine learning in basketball brackets and beyond (*Cisco News*, Stephanie Chan).

(12 March 2018)   March Madness: Analytics are making picking winning brackets easier (*USAToday*, AJ Perez).

(3 April 2018) Technology holds the key to redistricting reform (*Houston Chronicle*, Jay K. Aiyer (opinion)) draws on research by Jacobson to argue that artificial intelligence and algorithms can help solve the problem of gerrymandering in drawing political boundaries.

(16 April 2018) Local firm Stats bets big on artificial intelligence to gather sports data (*Chicago Tribune*, Ally Marotti) reports commentary by Jacobson on how artificial intelligence is impacting the value of sports data.

(25 April 2018) *Letter: Human error still a part of self-driving cars*, which appeared in *USAToday* (page 5A), discusses how self-driving cars remain subject to human error, through compliance with the framework under which they must operate.

(25 September 2018) *So Many Cars: Why American Life Expectancy Falls Short* (*Mises Wire*, Ryan McMaken) cites Jacobson's research on the association between obesity and automobile use.

(28 November 2018) *Study: Public transportation use linked to better public health*, which discussed Sheldon H. Jacobson's research on the association between obesity and public transportation. was featured by *Medical Xpress*,  *mymedicalmantra, Daily Illini*, *de Beaumont Foundation (in the news)*, and *Science Magazine*.

(29 January 2019) Lower obesity rates linked with public transportation use, study shows (University of Illinois College of Engineering). Also appeared in Medical Xpress, Scienmag, News Medical, Health Medicine Network, Courier Journal, Science Daily, The Asian Age, Business Standard, Deccan Chronicle, The News Wheel, NDTV, Family Health Tale, Med Public Health Management, Tree Hugger, AASHTO Journal, Friends of White Flint, Knowridge Science Report, The Hindu, Fit Society (The Netherlands), About Cancer Service, Pour Quoi Docteur (France), Aponet (Germany), GEO (Germany), Regenbogen (Germany), Today (Italy), Maximitalia (Italy), Beritagar (Indonesia).  See also Could riding the subway help you lose weight? (29 January 2019, *New York Post*, Kirsten Fleming), Public transportation may help you lose weight but speed of loss is complicated (30 January 2019, *Interesting Engineering*, Loukia Papadopoulos), Public transportation could affect obesity rates (30 January 2019, *Consumer Affairs*, Kristen Dalli), Boarding commercial vehicles to work 'may lower' obesity rates (30 January 2019, *The Cable*, Stephen Charles Kenechukwu), Want to lose weight?  Give public transportation a try (30 January 2019, *Mobility Lab*, Paul Mackie), Wanna shed those calories? Try this new unheard trick! (30 January 2019, *Prokerala*, Paul Mackie), The use of public

transportation is now directly linked to low obesity rates (31 January 2019, *Industry Journal,* Aniket Tak), Anyone who travels by Bus or train, remains slim (1 February 2019, *Family Health Tale*).

(17 March 2019) Op-ed, "Bracketology isn't just for March Madness. It can save lives, save money and solve problems," published by Jacobson on *foxnews.com.*

(18 March 2019) "Can analytics help you win your NCAA tournament pool? Don't bet on it" (Michael Weinreb, *Yardbarker*) quotes Jacobson on the challenges of picking good brackets. See also "Heart, loyalty and hunches: How people pick their NCAA brackets." (Rich Trometta, Northeastern University).

(20 March 2019) "Illinois professor creates women's NCAA Tournament simulator," (Doug Feinberg, Associated Press) features the Women's Basketball tournament simulator launched at bracketodds by Jacobson.  The story appeared on-line and in print in numerous outlets, including *Washington Post*, *New York Times*, *Chicago Tribune*, *San Francisco Chronicle*, *USAToday*, *Minneapolis Star Tribune*, *Daily Herald* (Chicago), *News Day*, *Charlotte Observer*, *Seattle Times*, *Washington Times, Miami Herald*, *The Score*, and others.  See also "An Illinois Professor has developed the first ever NCAA women's Tournament simulator" (21 March 2019, Vinciane Ngomso, *Yahoo Sports*) and "100 trips through a NCAA women's bracket simulator" (22 March 2019, Alex Simon, *High Post Hoops*).

(26 March 2019, Kevin Stankiewicz, *Columbus Dispatch*) "The Columbus man behind the last remaining perfect NCAA bracket" quoted Jacobson on the likelihood of the remaining games also being correct.

(3 April 2019, Michael Locklear, *CBS 2 KUTV*, Salt Lake City, UT) "Airport officials, TSA to talk prevention following security breach, attack." quotes Jacobson on security breach at Salt Lake City International airport.

(9 July 2019, *Coastal Daybreak* with Ben Ball, WTKF FM107, Morehead City, NC) Interview with Jacobson on the Supreme Court opinion on gerrymandering and how algorithms can be used to address the problem.

(6 August 2019, *Cleveland Daily Banner (TN),* Tim Siniard), TRAFFIC! Walkable, bikeable cities becoming future options quotes Jacobson's research associating public transit usage with lower obesity rates.

(17 August 2019, Anthony Lopez, *Psychology Today*) "Are Mass Shootings Becoming More Common?" quotes Jacobson's research on trends in mass killing sin the United States.

02/28/22                                                                 Sheldon H. Jacobson

(20 January 2020, Kim Bellware, *The Washington Post*) "TSA reports record number of guns caught at airport security checkpoints in 2019" quotes Jacobson on the TSA's report of finding firearms at airport security checkpoints.  See also *The Crime Report*, *The Anchorage Daily News*, *The Philadelphia Enquirer*, *Seattle Times*, *The Boston Globe*, *Minneapolis Star Tribune*, *SF Gate*, *Australian Financial Review*, *The Patriot Ledger*, *FairWarning*.

(21 January 2020, Chloe Hadavas, *Slate*) "So How Concerned Should We Be That TSA Seized Over 4,000 Guns Last Year?" quotes Jacobson on the TSA's report of finding firearms at airport security checkpoints.  See also The Dallas Morning News.

(5 February 2020) "Bracketology 101: Five experts weigh in on Illini's seed." mentions Jacobson's seed projection for the Illini on the bracketodds web site (Scott Richey, *Champaign News Gazette*).  See also Illinois men's basketball bracketology 101: 11 February 2020, Illinois men's basketball bracketology 101: 26 February 2020, Bracketology 101: Illini moving up the seed line: 3 March 2020, Illini Bracketology 101: Pay attention to the first four: 11 March 2020.

(3 March 2020) "CDC may lack contact information for some airline passengers possibly exposed to coronavirus" quotes Jacobson on risks to passengers at airport security checkpoints (Sam Mintz, Brianna Gurciullo, *Politico*).

(4 March 2020, Elise Sole, *Yahoo News*) "Coronavirus, Climate Change, Politics: How to Stay Positive in a Negative News Cycle," quotes Jacobson on how data and statistics can be looked at in the right light.

(4 March 2020) "March Madness Bracket Analysis Shows Picking Final Four First Leads to Better Brackets" issued by the American Statistical Association features research co-authored by Jacobson in the *Journal of Quantitative Analysis in Sports*.  See also Here's how to win your office March Madness pool, according to science (9 March 2020, John Anderer, *The Ladders*).

(18 March 2020, David Gutman, *Seattle Times*) "Inslee says now not the time for a coronavirus 'shelter in place' order in Washington" quotes Jacobson on the benefits and costs of containment laws in the Seattle area.

(1 April 2020, Liz Ahlberg Touchstone, University of Illinois News Bureau) features Jacobson discussing airport security during the coronavirus pandemic. See also *Podcast: Sheldon Jacobson on Aviation Security* (Scott Beatty, WDWS, Champaign, IL, 2 April 2020), *Brinkwire*, 3 April 2020.

(18 April 2020, *Scripps News Service*) "Risk of Reopening the Country" features commentary by Jacobson on issues to consider when reopening the country.

(20 April 2020, Robert Silk, Travel Weekly) "*On the Record* with Sheldon Jacobson" discusses airport travel security during the coronavirus pandemic (page 2).

(27 April 2020, David Koenig, *Associated Press*) "As Fewer People Fly, Rate of Guns Found by TSA in Bags Jumps" quotes Jacobson on why a higher rate of guns is being found by the TSA at airport security checkpoints.

(15 May 2020, John Pletz, *Crain's Chicago Business*) "Ready for another preboarding probe," quotes Jacobson on taking temperatures of passengers prior to boarding a plane at airports.

(15 May 2020, Larry Higgs, *NJ.com*) "Will Murphy's Jersey Shore opening coax tourists out for a summer road trip?" quotes Jacobson on how COVID-19 will impact summer vacation travel in New Jersey.

(19 May 2020, Sam Sweeney, *ABC WJLA7-TV*, Washington, DC) "Post COVID-19 pandemic transportation may include more school buses, lagged work hours," quotes Jacobson on how work travel and school hours may be impacted as the Washington, DC area reopens.

02/28/22                                                                 Sheldon H. Jacobson

(30 May 2020, Larry Higgs, *NJ.com*) "N.J. commuting will change forever as state slowly reopens. Here's what to expect." quotes Jacobson on how COVID-19 will impact commuting and public transportation.

(10 June 2020, John Pletz, *Crain's Chicago Business*) "Now you'll have to pass a health screening to fly United Airlines," quotes Jacobson on taking temperatures of passengers prior to boarding a plane at airports.

(16 June 2020, Daniel Monk, Brian Niesz, *ABC WCPO9-TV, Cincinnati, Ohio*) "Flight risk? I-Team tracks local flights from COVID-19 hot zones" quotes Jacobson on Covid-19 risk when flying from areas with high case loads.

(22 June 2020, Matt Zalalnick, *University Business*) "Why managing risk—and panic—is key to keeping colleges open" quotes Jacobson on managing risk for colleges reopenings in the Fall.

(22 June 2020, Valerie Well, *Herald and Review* (Decatur, Illinois)) "Millikin's new president coming home for final chapter of professional career" quotes Jacobson on space limitations on college campuses that are incompatible with social distancing.

(28 June 2020, Scott Richey, *Champaign News Gazette*) "Ten burning questions for Illini Basketball," mentions Jacobson's seed projection for the  Illini in the 2021 college basketball tournament.

(30 June 2020, Dennis Dodd, *CBS Sports*) "Coronavirus in college football: Hospitalizations, deaths projected by data analysts if FBS plays in 2020" quotes Jacobson on projected deaths of college football players if college football returns in the fall.

(1 July 2020, Howie Kussoy, *New York Post*) "Doctor suggest that players will die if college season starts as planned" reports on Jacobson's analysis of projected deaths of college football players if college football returns in the fall.

(3 July 2020, Mark Lawrence, *Horse Racing Insider*) "Infectious Prospectous" summarizes Jacobson's analysis of Covid-19 deaths on college campuses in the fall.

(4 July 2020, *Saturday Sports Talk* with Steve Kelly and Loren Tate, WDWS AM1400, Champaign, IL) Jacobson was a guest discussing the start of college football during the Covid-19 pandemic (from 1:21:00 to 1:33:18).

(10 July 2020, *NPR Illinois: Morning Edition*) "Statewide: College towns and the Coronavirus" Jacobson comments on the town-gown divide and how universities are bringing students back in the fall in the midst of the Covid—19 pandemic (from 17:50 to 25:00).

(11 July 2020, *Inside the Huddle with Ken Hartman*, WILO 96.9FM, Frankfort, Indiana) Jacobson was a guest discussing the start of college football during the Covid-19 pandemic (on second half, from 3:11 to 19:11).

(19 July 2020, Gavin Good, *247Sports*) "'Tremendous Responsibility': Why Illini don't release COVID info" quotes Jacobson on the need to share Covid-19 testing data for the common good.

(22 July 2020, Deirdre Fernandes, *Boston Globe*) "UMass Amherst reopening plan draws sharp criticism from town officials, residents" quotes Jacobson on town-gown relationships as universities reopen in the fall.

(3 August 2020, Dennis Dodd, *CBS Sports*) "Professor whose alarming Covid-19 predictions sparked #WeAreUnited movement now more optimistic" quotes Jacobson on risk to college football players during Covid-19 pandemic.

02/28/22                                                                  Sheldon H. Jacobson

(5 August 2020, Emily Giambalvo, Robert Klemko, *Washington Post*) "College football players fear stigma of sitting out could outlast pandemic" quotes Jacobson's statistics on college football player fatalities.

(10 August 2020, *International Business Times*, Marcy Kreiter) "Gun Seizures at US Airports Triple Compared to Last Year Despite Drop in Air Travel, TSA Says" quotes Jacobson on firearms detected at airports.

(10 August 2020, *The Center Square*, Kevin Bessler) "Professor  warns that university towns in Illinois vulnerable for COVID-19 spread" quotes Jacobson on the risk to small university town residents when students return.

(11 August 2020, *247 Sports*, Chris Hummer) "Professor who predicted multiple CFB deaths revises calculation" quotes Jacobson's data analysis on college football deaths.

(11 August 2020, *National Public Radio*, David Shaper) "TSA Finds 3 Times Usual Rate Of Guns At Checkpoints, Despite Drop In Air Traffic" quotes Jacobson findings on firearms missed at TSA airport checkpoints. See also (Robert Silk, *Travel Weekly*, 11 August 2020) "TSA says guns found in carry-ons tripled in July.

(11 August 2020, *Columbus Dispatch*, Rob Oller) "We're looking at a long, cold winter without football to sustain us" quotes Jacobson's data analysis on college football deaths.

(12 August 2020, *Bloomington Herald Times, Indianapolis Star, Hoosier Sports Report*, Jon Blau) "Professor questions whether Big Ten needed to shut down fall sports" quotes Jacobson's data analysis on college football cancellation.

(13 August 2020, *Cleveland.com*, Nathan Baird) "Behind the Big Ten's decision to cancel football lurks this rare heart condition linked to coronavirus" quotes Jacobson's data analysis on college football deaths.

(15 August 2020, *Minneapolis Star*, Marcus Fuller) "Pros are proving the bubble can work; is college basketball next?" quotes Jacobson on the value of team bubbles to facilitate playing college basketball during the Covid-19 pandemic.

(16 August 2020, *Lexington Herald Leader*, Jerry Tipton) "Would playing a 2020-21 college basketball season be a Titanic mistake?" quotes Jacobson on team bubbles for college basketball.

(17 August 2020, *The Verge*, Nicole Wetsman) "College towns brace for a new wave of Covid-19" quotes Jacobson on threats to local residents in college towns as student return to campus.

(17 August 2020, *Journal Courier*, Rochelle Eiselt) "Insider Exclusive: College towns could see new wave of virus cases, Professor says" quotes Jacobson on the risk to college towns as student return to campuses in the fall.

 (26 August 2020, *Insider*, Kelly McLauglin) "The University of Illinois COVID-19 testing plan is so aggressive that it accounts for 20% of the state's tests" references statistics reported in the *Chicago Sun Times* op-ed by Jacobson and Jokela.

(27 August 2020, *Vanity Fair*, Bomani Jones) "College football players are unpaid stars on the field – and have no power off it" references Jacobson fatality risk for college football players.

(29 August, *Fortune*, Lee Clifford) "One university may have the best COVID testing operation in the U.S. – and tests students twice a week" references statistics reported in the *Chicago Sun Times* op-ed by Jacobson and Jokela.

02/28/22                                                                                    Sheldon H. Jacobson

(3 September 2020, *Crain's Chicago Business*, Jon Asplund) "Return of college students strains COVID contact tracing in one place" quotes Jacobson on the challenges of contact tracing.

(5 September 2020, *Salt Lake Tribune*, Josh Newman) "Could Utah and the rest of the Pac-12 play the upcoming basketball season in a bubble?" quotes Jacobson on bubbles and pods for enabling college basketball this year.

(15 September 2020) *WAMC News Podcast – Episode 137 with Ian Pickus* features Jacobson on the opening of college campuses.

(16 September 2020. *Chicago Tribune*, John Kielman) "As other states play high school football, Pritzker says COVID-19 makes the sport still too risky for Illinois" quotes Jacobson on the risks of playing college and high school sports this fall.

(18 September 2020, *Good Morning America*, ABC Network, Gio Benitez) "Last minute deals entice travelers" quotes Jacobson on the challenges of social distancing on airplanes.

(29 September 2020, *New York Times*, Janet Morrissey) "Using Technology to Tailor Lessons to Each Student" quotes Jacobson on the value of technology-driven personalized learning.

(12 October 2020, *The Morning Call,* Michelle Merlin) "Kutztown university grapples with pandemic exodus of 1,000 students, $3.5 million budget hit" quotes Jacobson on colleges dealing with COVID-19 cases and the town-gown relationship.

(26 October 2020, *NPR Marketplace Tech*, Molly Wood) "Is the pandemic an opportunity for more personalized learning?" features Jacobson on the future of artificial intelligence for personalized learning.

(26 October 2020, *KGO-TV7* (ABC), San Francisco, CA, Michael Finney, Randall Yip) "Consumers worry about holiday delivery delays as shopping moves online amid pandemic" quotes Jacobson on e-commerce shipping challenges during the holiday season.

(28 October 2020, *Associated Press*, Dave Collins) "Rising infections complicate rules for New York-area travel" quotes Jacobson on state travel restrictions due to COVID-19.

(9 November 2020*, New York Times*, Shawn Hubler) "Thanksgiving Will Soon Empty Campuses. Will Students Bring Coronavirus Home?" quotes Jacobson on students departing college campuses for the holiday break.

(11 November 2020, *KGO-TV7* (ABC), San Francisco, CA, Michael Finney, Randall Yip) "Fears of holiday gift shortages may be unfounded," quotes Jacobson on the goods supply chain remaining strong during the holiday season.

(19 November 2020, *New York Daily News*, Theresa Braine) "More people are dying in U.S. this year than last year, even without COVID: studies" discusses Jacobson's research on excess Non-COVID-19 deaths, published in *Public Health*.

(30 November 2020, *Diverse Issues in Higher Education*, Autumn Arnett) "Experts Say Higher Education Should Avoid Playing a 'Numbers Game' with COVID-19" quotes Jacobson on COVID-19 risk on college campuses.

(30 November 2020, WTTW News (Chicago Public Television, Amanda Vinicky) "Study Finds Rise in US Deaths Beyond COVID-19 in 2020," reports on Jacobson's research on excess Non-COVID-19 deaths.

(15 December 2020, *US News and World Report*, Josh Moody) "Coronavirus and the College Experience This Spring," quotes Jacobson on the challenges in higher education during the Spring 2021 semester.

(16 December 2020, *District Administration*, Melissa Ezarik) "9 points about school decision-making during COVID from a data expert," provides comments by Jacobson on how to make education decisions in a COVID-19 environment.

(18 December 2020, *Travel Weekly*, Robert Silk) "TSA has sped up airport tech deployments since Covid," quotes Jacobson on the benefits of new technologies at airport security checkpoints.

(12 January 2021, *Retail and Hospitality Hub*, John Krukowski) "Would an Amazon-Like Approach Help the Vaccine Rollout?" quotes Jacobson on how to manage the COVID-19 supply chain.

(27 January 2021, *The Daily New York News*) "Rising Infections make the principles for Touring Within the New York Space Tough," quotes Jacobson on state travel ban to prevent the spread of COVID-19.

(27 January 2021, *Simple Flying*, Andrew Curran) "TSA Firearms Finds Reach Record Levels Despite Travel Slowdown," quotes Jacobson on TSA reporting higher catch rate for firearms at security checkpoints. See also "TSA Firearm Detection Rate Doubled in 2020 – But Why?" (*Homeland Security Today*, Kylie Bielby)

(28 January 2021, *Reset*, WBEZ Public Radio Chicago, IL) "Closing the gap on vaccine access (Part 4)" interviewed Jacobson on the COVID-19 vaccine supply chain.

(31 January 2021, *Champaign News Gazette*, Matt Daniels) "Diving into Bracket Talk for the Illini" provides commentary by Jacobson on college basketball, March Madness, and the Illini.

(1 February 2021, *The Telegraph*, Ed Grenby) "'COVID mindset' blamed as gun seizures at US airports doubles," quotes Jacobson on the cause of higher firearm catch rates by the TSA at airports.

(10 February 2021, *Front Office Sports*, Amanda Christovich)  "College stadiums' role in vaccine distribution" quotes Jacobson on issues related to using sports stadiums for COVID-19 vaccination.

(20 February 2021, *Saturday Sports Talk* with Steve Kelly and Loren Tate, WDWS AM1400, Champaign, IL) Jacobson was a guest discussing the impact of COVID-19 on the upcoming NCAA Men's basketball tournament.

(3 March 2021, University of Illinois Computer Science, Aaron Seidlitz) "Jacobson's Bracketodds research takes the madness out of March" discusses the research behind the Bracketodds web site.  See also

- (16 March 2021, *247 Sports*, Jeremy Werner) "Podcast Episode 242, The Winning Formula" speaks with Jacobson discussing the analytics of picking winning brackets.
- (16 March 2021, *Fox 32-TV Chicago*) "Bracket Expert gives advice ahead of March Madness"speaks with Jacobson on trends in picking winning brackets.
- (17 March 2021, *ABC 7-TV, Chicago, IL*)
- (17 March 2021, *WGN 720 Radio*, Anna Davlantes, Chicago, IL) "Taking the madness out of your NCAA bracket" speaks with Jacobson about the analytics in March Madness.
- (18 March 2021, *WLS 890 Radio*, Bruce St. James Show, Chicago, IL) speaks with Jacobson about March Madness and bracketology.
- (18 March 2021, Study Finds, Ben Renner) "Win your March Madness bracket by filling out your Final Four first."

02/28/22                                                              Sheldon H. Jacobson

(10 March 2021, *Front Office Sports*, Amanda Christovich) "Will the March Madness semi-bubble really be safe?" quotes Jacobson on the COVID-19 safety protocols in place during March Madness.

(11 March 2021, *Chicago Tribune*, Joe Mahr) "During pandemic, Illinois saw 27% jump in deaths, amongst worst in the US. One reason: There were two waves." Quotes Jacobson in excess deaths due to COVID-19.

(19 March 2021, *WCIA 3-TV*, Abigail Metsch, Champaign, IL) "Website founded by U of I professor helps find 'Bracket Odds'."

(21 March 2021, *City Journal*, John Tierney) "Death and Lockdowns" quotes Jacobson on non-COVID-19 excess deaths in the United States.

(24 March 2021, *Eureka Alert*, Institute for Operations Research and the Management Sciences) "New Research finds seating assignments on airplanes can reduce the spread of COVID-19" based on a paper that appeared in *Service Sciences*. See also
- (24 March 2021, *FOX 32 TV* Chicago, Anthony Ponce) "New research could make air travel safer amid pandemic."
- (24 March 2021, *News-Medical Life Sciences*) "Seating assignments on airplanes can limit the risk of COVID-19 transmission."
- (25 March 2021, *Economic Times (Healthworld)*) "Seating assignments on airplanes can reduce spread of Covid-19, finds research."
- (28 March 2021, *Business Standard*) "Social distancing in flight seat assignment can reduce Covid-19 spread."
- (30 March 2021, *Corporate Travel Community*) "IATA has highlighted aircraft cabins are low-risk for virus spread, now new academic research concurs seating assignments on aircraft can limit the risk of COVID-19 transmission."
- (30 March 2021, *Contagion Live (Infectious Diseases Today)*, Jared Kaltwasser) "New modeling suggests optimal airplane seating to limit COVID-19 transmission."
- (31 March 2021, *WGN 720 Radio*, Chicago, IL , Anna Davlantes) "Does blocking the middle seat on airplanes make passengers safer?"

(6 April 2021, *The New American*, Annalisa Pesek) "Reopening Schools: Are Parents Doing their Homework?" quotes Jacobson on non-COVID-19 excess deaths.

(6 April 2021, *KMBC-TV9 ABC*, Kansas City, MO, Alan Shope) "Researchers believe the office is going to look different when employees return" interviewed Jacobson on how businesses will adjust when employees return to working on-site.

(12 April 2021, *KCBS Radio*, San Francisco, CA) "Ask An Expert with Stan Burger" features Jacobson on how businesses are getting employees back to work.

(27 April 2021, *Yahoo News 360*, Mike Bebernes) "Should colleges require students to get the COVID vaccine?" quotes Jacobson and Jokela's oped that appeared in the *Indianapolis Star* on 8 April 2021.

(12 May 2021, *Business Travel News,* Dawit Habtemariam) "Suppliers Say Staffing Shortages Dragging Recovery." quotes Jacobson on how labor shortages are challenging the travel industry's recovery.

(13 May 2021, *Lidovsky* (Czech Republic) John Radek) "A good servant, but a bad master. Cars make you fat, people don't walk much." Quotes Jacobson's research linking obesity and automobile use.

02/28/22                                                                 Sheldon H. Jacobson

(19 May 2021, *US News,* Joshua Moody) "Colleges Requiring a Coronavirus Vaccine for Fall." quotes Jacobson on the benefits of mandatory coronavirus vaccines for college students.

(26 May 2021, *Christianity Daily,* Sarah Mae Saliong) "Protesters Troop to Rutgers University to Rally Against Mandatory COVID Vaccines." quotes Jacobson on the benefits of mandatory coronavirus vaccines for college students.

(10 June 2021, *Washington Times,* Andy Kostka) "Public health experts: Olympics can be held safely, if changes are made." quotes Jacobson on how the 2021 Tokyo Olympics can be held with the threat of COVID-19.

(6 July 2021, WLS-890AM Radio, The Bruce St. James Show) "Will airports become a hotspot of the COVID-19 Delta variant" featured Jacobson as a guest.

(9 July 2021, KMBC ABC9, Kansas City, MO, Alan Shope) "Professor: Bring COVD-19 vaccine to tailgaters during football season" quotes Jacobson on the value of bringing vaccination opportunities to football games.

(10 July 2021, *The Michael Finney Show, KGO-AM 810, San Francisco, CA*)  "Beware of Travel Scams" features Jacobson discussing how travel scams are the latest cyber security threats.

(12 July 2021, *Off the Wall*, 1490 AM, The Score, Joey Keeran) featured Jacobson (from 20:52 to 33:21) as their guest discussing the unintended consequences of NCAA NIL (names, images, and likeness) policies.

(20 July 2021, *The Pantagraph*, Bloomington, IL, Lyndsay Jones) "Watch Now: Deaths were up in the U.S., and McLean County, in 2020. Researchers hope to draw attention to reasons other than COVID.

(23 July 2021, *The Center Square*, Scot Bertram) "Research shows deaths spiked early in pandemic, but COVID-19 wasn't only cause."

(26 July 2021, *WJPF Morning Newswatch*, Carbondale, IL, Tom Miller) Interview with Jacobson.

(27 July 2021, *HealthDay*) "Deaths up in 2020, even when accounting for COVID-19".

(29 July 2021, *Scripps Washington Bureau*, Maya Rodriguez) "Researchers examining spike in deaths that were not COVID-related" featured research on non-COVID-19 deaths.

(12 August 2021, *US News*, Josh Moody) "Colleges requiring a Coronavirus Vaccine for Fall" quotes Jacobson on how colleges will manage COVID-19 and vaccination requirements on campus this Fall.

(13 August 2021, *CBS News Market Watch*, Megan Cerullo) "Unvaccinated workers could end up paying $50 more for health insurance – per paycheck" quotes Jacobson on how unvaccinated pay may pay higher health insurance premiums than those vaccinated.

(30 August 2021, *Salt Lake City Tribune,* Robert Gehrke) "Software can prevent gerrymandering, but will Utah use it?" quotes Jacobson on how computational redistricting can be used to expose gerrymandering.

(28 September 2021, *Arkansas Democrat Gazette*, Lara Farrar) "Double Doozie: Doctors brace for impending flu season, dual outbreaks of covid, influenza" quotes Jacobson on the upcoming seasonal influenza and its potential severity.

(12 October 2021, Editorial, *Saltwire Network*) "Thank you, Carey Price, for netminding mental health." quotes from Jacobson's opinion in the *Montreal Gazette*.

02/28/22                                                          Sheldon H. Jacobson

(1 December 2021, *Yahoo News 360*, Mike Bebernes) "<u>Will travel bans help against Omicron?</u>" quotes the Jacobson and Jokela Op-Ed that appeared in *The Hill* on 29 November 2021.

(13 December 2021, *WFMJ, NBC* TV-21, Youngstown, OH, Matt Stone) "<u>Is COVID 'herd Immunity' still attainable</u>" quotes Jacobson based on his essay that appeared in the *Cleveland Plain Dealer*.

(17 December 2021, *Washington Post*, Katherine Shaver and Lori Aratani) "<u>Millions plan to travel for Christmas and New Year's as omicron spreads.</u>" Quotes Jacobson on travel risk with omicron.

(21 December 2021, *CNBC*, Monica Pitrelli) "<u>Rethinking your travel plans?  If you go, experts offer 4 pieces of advice</u>" quotes Jacobson on air travel risks and precautions.

(23 December 2021, *CNN*, *Situation Room with Wolf Blitzer*, Brain Todd) "<u>Health experts urge air travelers to take precautions to avoid omicron.</u>" quotes Jacobson on air travel risk.

(27 December 2021, *Health Day*, Robert Preidt) "<u>Science shows safest plane seating to cut COVID spread.</u>" Also appeared in <u>*US News,*</u> <u>*UPI,*</u> <u>*Wisconsin State Journal,*</u> <u>*Richmond Times-Dispatch,*</u> <u>*Northwest Indiana Times,*</u> <u>*Tulsa World,*</u> <u>*Roanoke Times,*</u> <u>*Kingsport Times News,*</u> <u>*Montana Standard,*</u> <u>*Casper Star Tribune,*</u> <u>*Lincoln Journal Star*</u>. <u>*St. Louis Post Dispatch,*</u> <u>*Arizona Daily Star,*</u> and many others.

(30 December 2021, *Illinois Radio*, Kim Howard) "<u>New study out of U of I looks at the best ways to prevent COVID-19 transmission on airplanes.</u>"

(31 December 2021, *Yahoo News*, Michael Martin<u>) "Places "swarming" with COVID, experts say</u>." quotes Jacobson from his CNBC interview**.**

(1 January 2022, *Eat This, Not That*, Michael Martin) "<u>Places you're mostly likes to catch omicron</u>." quotes Jacobson based on his CNBC interview on air travel risk.

(8 January 2022, *Eye on Travel with Peter Greenberg*) "<u>Air Travel Risk</u>" has Jacobson as a guest discussing air travel and the associated risk with COVID-19 (1:30:00 to 1:45:20).

(10 January 2022, *Illinois Radio Network*, Scot  Bertram) "<u>Study offers tips to reduce COVID transmission on airplanes.</u>" Discusses Jacobson's research on how to reduce COVID-19 risk while flying.

(11 January 2022, *Eat This, Not That*, Michael Martin) "<u>The #1 Place to Not Walk Into Now, Say Virus Experts.</u>" quotes Jacobson on the COVID-19 risks at airports.

(13 January 2022, *The Tributary*, Andrew Pantazi) "<u>Jacksonville's redistricting plan risks racial gerrymandering claims, experts say</u>" references Jacobson's gerrymandering research.

(21 January 2022, *Champaign News Gazette*, Matt Daniels) "<u>Bracketology talk about to heat up</u>." Mentions Bracketodds web site projections for the NCAA basketball tournament.

(31 January 2022, *Ace Mind*, Benjamin Lloyd) "<u>Obesity: public transport reduces the risk</u>" quotes Jacobson's research on the association between obesity and automobile use.

02/28/22                                                                  Sheldon H. Jacobson

(1 February 2022, *1945*, Jack Buckby) "$29 Trillion and Counting: Is the US Economy Headed foir a Debt Crisis?" quotes Jacobson 25 January 2022 Op-Ed in *The Hill*.

(9 February 2022, *Agriculture in America*, Mike Pearson) Interviews Jacobson on his recent essay that appeared in *The Hill* on the impact of higher interest rates on the federal budget and the national debt (appears on the 9 February recording from 12:30 to 20:30).

(13 February 2022, *The DePaulia*, Jackson Healy) "Meddling in the midterms: How partisan influence in U.S elections chip away at democracy" quotes Jacobson on how gerrymandering weakens democracy.

**TESTIMONY IN CASES FOR PREVIOUS 4 YEARS**

  The following is a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition:

By Deposition:

- *SecurityPoint Holdings, Inc. v. U.S.*, Case No. 1:11-cv-00268 (Fed. Cl.).