| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP** |
| | Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice)* |
| 2 | gmaatman@seyfarth.com |
| | Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice)* |
| 3 | jriley@seyfarth.com |
| 4 | Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*) |
| | mjacobsen@seyfarth.com |

**SEYFARTH SHAW LLP**
Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice)*
gmaatman@seyfarth.com
Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice)*
jriley@seyfarth.com
Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Ryan A. McCoy (SBN 276026)
rmccoy@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

**MOORE & LEE, LLP**
Erica Rutner (FBN 0070510) (*Pro Hac Vice*)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
501 East Las Olas Blvd. Suite 200
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | ) |
|  | ) Case No. 17-cv-03962-HSG |
| Plaintiffs, | ) |
|  | ) **ORDER RE DEFENDANTS' MOTION** |
| v. | ) **TO REMOVE INCORRECTLY FILED** |
|  | ) **DOCUMENT** |
| BROOKDALE SENIOR LIVING INC., et al. | ) |
|  | ) |
| Defendants. | ) |

1
ORDER RE DEFENDANTS'
MOTION TO REMOVE INCORRECTLY FILED DOCUMENT / Case No. 17-cv-03962-HSG

**ORDER**

Having considered Defendants' Motion to Remove Incorrectly Filed Document (ECF No. 441), and all other arguments and evidence presented:

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**. Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification (ECF No. 363) is permanently removed from the Court's public docket and replaced with the redacted version attached as Exhibit A to Defendants' Motion.

**DATED:** March 21 **, 2022**

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge