UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STACIA STINER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03962-HSG(LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 470 |

The parties dispute whether the court should order the plaintiffs to show cause as to whether the plaintiffs' counsel violated the terms of an earlier court order governing communications with residents of Brookdale facilities. (Letter – ECF No. 470 at 1; Order – ECF No. 152 at 8–9 (at ¶ 7).) The court can decide the matter with oral argument. N.D. Civ. L.R. 7-1(b). The circumstances do not warrant a show-cause hearing. The court trusts that the plaintiffs will follow the protective order.

**IT IS SO ORDERED.**

Dated: April 12, 2022

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-03962-HSG