1  **SEYFARTH SHAW LLP**
   Gerald L. Maatman, Jr. (IL SBN 6181016) *(Pro Hac Vice)*
2  gmaatman@seyfarth.com
   Jennifer A. Riley (IL SBN 6272366) *(Pro Hac Vice)*
3  jriley@seyfarth.com
4  Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
   mjacobsen@seyfarth.com
5  233 South Wacker Drive, Suite 8000
   Chicago, Illinois 60606-6448
6  Telephone: (312) 460-5000
7  Facsimile: (312) 460-7000

8  **SEYFARTH SHAW LLP**
   Justin T. Curley (SBN 233287)
9  jcurley@seyfarth.com
   Ryan A. McCoy (SBN 276026)
10 rmccoy@seyfarth.com
11 560 Mission Street, 31st Floor
   San Francisco, California 94105
12 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
13

14 **MOORE & LEE, LLP**
   Erica Rutner (FBN 0070510) (*Pro Hac Vice*)
15 e.rutner@mooreandlee.com
   John A. Bertino (VBN 93393) (*Pro Hac Vice*)
16 j.bertino@mooreandlee.com
   110 SE 6th Street, Suite 1980
17 Fort Lauderdale, Florida 33301
   Telephone: (703) 940-3763
18 Facsimile: (703) 506-2051

19 Attorneys for Defendants
   BROOKDALE SENIOR LIVING INC. and
20 BROOKDALE SENIOR LIVING COMMUNITIES, INC.

21 UNITED STATES DISTRICT COURT
22 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-CV-03962-HSG |
| Plaintiffs, | **STIPULATION ON CONTINUANCE OF HEARING DATE SET FOR JUNE 30, 2022; ORDER (as modified)** |
| v. | |
| BROOKDALE SENIOR LIVING INC., et al. | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

WHEREAS, the hearing on Plaintiffs' Motion for Class Certification [ECF No. 278] and on Defendants' *Daubert* motions [ECF Nos. 346, 347, 348, 350, 353, 355] was previously scheduled for June 16, 2022. *See* ECF No. 362.

WHEREAS, on June 8, 2022, the Court entered an order rescheduling the June 16, 2022 hearing for June 30, 2022. *See* ECF No. 531.

WHEREAS, Ms. Rutner, who is co-counsel for Defendants, will personally participate in the hearing on Plaintiffs' Motion for Class Certification and on Defendants' *Daubert* motions. *See* Ex. A (June 9, 2022 Declaration of E. Rutner) ¶ 4.

WHEREAS, because the hearing was previously scheduled for June 16, 2022, Ms. Rutner is committed to traveling with her children for sleepaway camp on June 28-29, 2022. *Id*. ¶ 5. Ms. Rutner then has a long-planned vacation scheduled to begin immediately thereafter on June 30, 2022, in connection with the weekend of July 4th. *Id.* Ms. Rutner has investigated whether she can reschedule the vacation but is unable to do so. *Id*.

WHEREAS, Ms. Rutner has deposed Plaintiffs' staffing experts in this case and is intimately involved in all aspects of the staffing allegations asserted by Plaintiffs. *Id*. ¶ 6. Accordingly, Defendants have selected Ms. Rutner to address these issues at the hearing. *Id*. ¶ 7.

WHEREAS, for the foregoing reasons, Defendants therefore respectfully request that the Court continue the hearing currently scheduled for June 30, 2022 to July 7, 2022.

THEREOFRE, IT IS HEREBY STIPULATED, that:

1. The hearing currently scheduled for June 30, 2022 will be continued to July 7, 2022.

IT IS SO STIPULATED.

Dated: June 9, 2022.                             MOORE & LEE LLP

                                                 By: */s/ Erica Rutner*
                                                 Erica Rutner
                                                 Attorneys for Defendants


Dated: June 9, 2022                              SCHNEIDER WALLACE

                                                 By: */s/ Guy B. Wallace*
                                                 Guy Wallace
                                                 Attorney for Plaintiffs and the Proposed Classes

## **ORDER**

Pursuant to the Stipulation, and for good cause shown, the parties' Stipulation is granted. The hearings currently scheduled for June 30, 2022 shall be continued to July 7, 2022. at 2 p.m.

DATED: June 13, 2022

_____
Haywood S. Gilliam, Jr.
United States District Judge