UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STACIA STINER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03962-HSG (LB)<br><br>**SUPPLEMENTAL ORDER**<br><br>Re: ECF No. 563 |

This supplemental order amends the scope of the holding in the order at ECF No. 564-1.

First, if the defendants want to stay the case, they must file a motion to stay the case before the trial judge. The propriety of any stay is for the trial judge, not the undersigned.

Second, most of the defendants' argument in the letter brief was about the stay, with some secondary discussion about a lack of entitlement to privileged or work-product materials and burden. The court gives the defendants an opportunity to beef up their resistance to the discovery on grounds other than the stay and to provide a privilege log. Any renewed dispute must be in a new joint letter brief.

This moots the motion for reconsideration at ECF No. 566.

**IT IS SO ORDERED.**

Dated: September 19, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 17-cv-03962-HSG (LB)