UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STACIA STINER, et al.,

        Plaintiffs,

  v.

BROOKDALE SENIOR LIVING, INC.;
BROOKDALE SENIOR LIVING
COMMUNITIES, INC., and DOES 1 through 100,

        Defendants.

No. 4:17-CV-03962-HSG

**ORDER FOR WITHDRAWAL OF COUNSEL**

    **PLEASE TAKE NOTICE** that, upon my annexed declaration, and subject to the approval of the Court, I, JENNIFER A. RILEY hereby withdraw as counsel for Defendant Brookdale Senior Living, Inc., and Brookdale Senior Living Communities, Inc. ("Brookdale") and request that I be removed from the Case Management Electronic Case Files (CM/ECF) notification list in the above-captioned action. Justin T. Curley of the law firm of Seyfarth Shaw LLP will continue to represent Brookdale in this action.

Dated: Chicago, Illinois
      November 1, 2022

DUANE MORRIS LLP

*/s/ Jennifer A. Riley*
   Jennifer A. Riley

190 S LaSalle St, Suite 3700
Chicago, Illinois 60603
Tel.: (312) 499-6711
Fax: (312) 279-6767
Email: JARiley@duanemorris.com

IT IS SO ORDERED

Dated:  11/1/2022

Hon. Haywood S. Gilliam, Jr.