1  Erica Rutner (SBN 344880)
   e.rutner@mooreandlee.com
2  John A. Bertino (VBN 93393) (*Pro Hac Vice*)
   j.bertino@mooreandlee.com
3  **MOORE & LEE, LLP**
   110 SE 6th Street, Suite 1980
4  Fort Lauderdale, FL 33301
   Telephone: (703) 940-3763
5  Facsimile: (703) 506-2051

6  Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
   mjacobsen@seyfarth.com
7  **SEYFARTH SHAW LLP**
   233 South Wacker Drive, Suite 8000
8  Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
9  Facsimile: (312) 460-7000

10 Justin T. Curley (SBN 233287)
   jcurley@seyfarth.com
11 Ryan McCoy (SBN 276026)
   rmccoy@seyfarth.com
12 **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
13 San Francisco, California 94105
   Telephone: (415) 397-2823
14 Facsimile: (415) 397-8549

15 Attorneys for Defendants
   BROOKDALE SENIOR LIVING INC. and
16 BROOKDALE SENIOR LIVING COMMUNITIES, INC.

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21 | STACIA STINER, et al., | Case No. 4:17-CV-03962-HSG |
22 | Plaintiffs, | **DEFENDANTS BROOKDALE SENIOR LIVING INC. AND BROOKDALE SENIOR LIVING COMMUNITIES, INC.'S ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL** |
   | v. | |
23 | BROOKDALE SENIOR LIVING, INC., et al., | |
24 | Defendants. | |

25
26
27
28

Defendants Brookdale Senior Living Inc., and Brookdale Senior Living Communities, Inc. ("Defendants"), respectfully file this administrative motion for an order to withdraw certain counsel of record.

On March 20, 2020, Defendants filed a motion providing notice that, subject to approval by the Court, Defendants had retained Seyfarth Shaw LLP ("Seyfarth") to substitute in for O'Melveny & Myers LLP as counsel for Defendants in this case. (ECF No. 176.) On March 20, 2020, the Court entered an order granting Defendants' notice of change in counsel. (ECF No. 178.) Christopher J. Truxler (SBN 282354) and Matthew A. Goodin (SBN 169674), both formerly of Seyfarth, first appeared as counsel of record for Defendants on March 19, 2020, and March 30, 2020, respectively. (ECF Nos. 175 & 182.) Messrs. Truxler and Goodin were no longer associated with Seyfarth as of November 13, 2020, and July 16, 2021, respectively. Neither of them, however, filed a motion to withdraw as counsel of record for Defendants.

In order to correct the docket, Defendants respectfully request that the Court enter the accompanying proposed order directing the Court Clerk to remove Messrs. Truxler and Goodin from the docket as counsel of record for Defendants and that all service and electronic filing notices be terminated as to them.

Seyfarth remains counsel of record for Defendants in this case.

DATED: April 10, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Michael D. Jacobsen*
Michael D. Jacobsen
Justin T. Curley
Ryan McCoy

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

| | |
|---|---|
| 1 | Erica Rutner (SBN 344880) |
|   | e.rutner@mooreandlee.com |
| 2 | John A. Bertino (VBN 93393) (*Pro Hac Vice*) |
|   | j.bertino@mooreandlee.com |
| 3 | **MOORE & LEE, LLP** |
|   | 110 SE 6th Street, Suite 1980 |
| 4 | Fort Lauderdale, FL 33301 |
|   | Telephone: (703) 940-3763 |
| 5 | Facsimile: (703) 506-2051 |

Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACIA STINER, et al., | Case No. 4:17-CV-03962-HSG |
|---|---|
| Plaintiffs, | **[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL** |
| v. | |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

# ORDER

THIS CAUSE comes before the Court on Defendants' Administrative Motion To Withdraw Counsel ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

The Court directs the Clerk to remove Christopher J. Truxler and Matthew A. Goodin from the docket as counsel of record for Defendants.

DATED:  4/11/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge