1  Erica Rutner (SBN 344880)
   e.rutner@mooreandlee.com
2  John A. Bertino (VBN 93393) (*Pro Hac Vice*)
   j.bertino@mooreandlee.com
3  **MOORE & LEE, LLP**
   110 SE 6th Street, Suite 1980
4  Fort Lauderdale, FL 33301
   Telephone: (703) 940-3763
5  Facsimile: (703) 506-2051

6  Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
   mjacobsen@seyfarth.com
7  **SEYFARTH SHAW LLP**
   233 South Wacker Drive, Suite 8000
8  Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
9  Facsimile: (312) 460-7000

10 Justin T. Curley (SBN 233287)
   jcurley@seyfarth.com
11 Ryan McCoy (SBN 276026)
   rmccoy@seyfarth.com
12 **SEYFARTH SHAW LLP**
   560 Mission Street, 31st Floor
13 San Francisco, California 94105
   Telephone: (415) 397-2823
14 Facsimile: (415) 397-8549

15 Attorneys for Defendants
   BROOKDALE SENIOR LIVING INC. and
16 BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>　　　　　Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION FOR TELEPHONIC APPEARANCE AT APRIL 25, 2023, CASE MANAGEMENT CONFERENCE (as modified)** |

## ORDER

THIS CAUSE comes before the Court on Defendants' Administrative Motion for Telephonic Appearance at April 25, 2023, Case Management Conference ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Michael Jacobsen shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

NOTE:  Michael Jacobsen is required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

DATED:  4/25/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge