| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:    (415) 421-7100<br>Facsimile:     (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br>            tclose@schneiderwallace.com<br>            rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:    (415) 433-6830<br>Facsimile:     (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>            jyelin@rbgg.com<br>            bbien-kahn@rbgg.com<br>            axu@rbgg.com | Michael D. Jacobsen (IL SBN 6303584) *pro hac vice*<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois  60606-6448<br>Telephone:    (312) 460-5000<br>Facsimile:     (312) 460-7000<br>Email:          mjacobsen@seyfarth.com<br><br>Justin T. Curley (SBN 233287)<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>San Francisco, California  94105<br>Telephone:    (415) 397-2823<br>Facsimile:     (415) 397-8549<br>Email:          jcurley@seyfarth.com<br><br>Erica Rutner (SBN 344880) *pro hac vice*<br>**MOORE & LEE, LLP**<br>110 S.E. 6th Street, Suite 1980<br>Fort Lauderdale, Florida  33301<br>Telephone:    (703) 940-3763<br>Facsimile:     (703) 506-2051<br>Email:          e.rutner@mooreandlee.com<br><br>Attorneys for Defendants |

Attorneys for Plaintiffs and the Proposed Classes

(*counsel continued on following page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER et al.,<br><br>           Plaintifs,<br><br>     v.<br><br>BROOKDALE SENIOR LIVING, INC. et al.,<br><br>           Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION CONCERNING ADMINISTRATIVE MOTION BRIEFING PAGE LENGTH AND ORDER**<br><br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1 | (*counsel continued from preceding page*)

2 | Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
3 | **STEBNER GERTLER GUADAGNI & KAWAMOTO**
4 | **A Professional Law Corporation**
870 Market Street, Suite 1285
5 | San Francisco, California 94102-2918
Telephone:   (415) 362-9800
6 | Facsimile:   (415) 362-9801
Email:   kathryn@sggklaw.com
7 |          brian@sggklaw.com

8 | David T. Marks – *pro hac vice*
Jacques Balette – *pro hac vice*
9 | **MARKS, BALETTE, GIESSEL & YOUNG, P.L.L.C.**
10 | 7521 Westview Drive
Houston, Texas 77055
11 | Telephone:   (713) 681-3070
Facsimile:   (713) 681-2811
12 | Email:   davidm@marksfirm.com
         jacquesb@marksfirm.com
13 |
Attorneys for Plaintiffs and the
14 | Proposed Classes

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:17-cv-03962-HSG
STIPULATION AND ORDER CONCERNING ADMINISTRATIVE MOTION BRIEFING PAGE LENGTH

1  WHEREAS, at the Case Management Conference held on April 25, 2023, this Court
2  directed briefing on the issue of proposed notice to the members of the Rule 23(b)(2) class that
3  was certified and to the members of the putative classes for which certification was denied; and
4  WHEREAS, the Court did not specify a page limit for such briefing; and
5  WHEREAS, the parties have met and conferred, and have agreed to page limits that they
6  believe are appropriate and reasonably designed to convey the information the Court needs to
7  decide the issues to be briefed;
8  Now, therefore, subject to Court approval, the parties hereby stipulate to page limits for the
9  notice briefing as follows:
10  Plaintiffs' opening brief, to be filed by May 9, 2023 – 10 pages
11  Defendants' opposition, to be filed by May 23, 2023 – 10 pages
12  Plaintiffs' reply memorandum, to be filed by May 30, 2023 – 5 pages

Respectfully submitted,

DATED:  May 9, 2023     SCHNEIDER WALLACE COTTRELL KONECKY LLP

By:   */s/ Guy B. Wallace*
      Guy B. Wallace

Attorneys for Plaintiffs


DATED:  May 9, 2023     MOORE & LEE, LLP

By:   */s/Erica Rutner*
      Erica Rutner

Attorneys for Defendants

**ORDER**

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

Dated: 5/9/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge