| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:      (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br>            tclose@schneiderwallace.com<br>            rsteyer@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:      (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>            jyelin@rbgg.com<br>            bbien-kahn@rbgg.com<br>            axu@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER**<br>**GUADAGNI & KAWAMOTO**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California  94102-2918<br>Telephone:     (415) 362-9800<br>Facsimile:      (415) 362-9801<br>Email:   kathryn@sggklaw.com<br>            brian@sggklaw.com | David T. Marks – *pro hac vice*<br>Jacques Balette – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas  77055<br>Telephone:     (713) 681-3070<br>Facsimile:      (713) 681-2811<br>Email:   davidm@marksfirm.com<br>            jacquesb@marksfirm.com |

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>              Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**ORDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Having considered Plaintiffs' Motion to Remove an Incorrectly Filed Document, this Court hereby ORDERS as follows:

1. The Declaration of Mark T. Johnson in Support of Plaintiffs' Administrative Motion re Notice to the Class and Former Putative Class Members, filed at ECF No. 616-1 on May 30, 2023, is permanently removed from the Court's public docket.

**IT IS SO ORDERED.**

DATED: 6/20/2023

_____
Honorable Haywood S. Gilliam, Jr.