| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone:   (415) 421-7100<br>Facsimile:    (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br>            tclose@schneiderwallace.com<br>            rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104<br>Email:         ggrunfeld@rbgg.com<br>                 jyelin@rbgg.com<br>                 bbien-kahn@rbgg.com<br>                 axu@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Proposed Classes | Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (Pro Hac Vice); j.bertino@mooreandlee.com<br>**MOORE & LEE, LLP**<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>Michael D. Jacobsen (IL SBN 6303584) (Pro Hac Vice)<br>mjacobsen@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>400 Capitol Mall, 23rd Floor<br>Sacramento, California 95814<br>Telephone: (916) 448-0159<br>Facsimile: (916) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING, INC.<br>and BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| STACIA STINER, et al.,<br>            Plaintifs<br>    v.<br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.; and DOES 1 through 100,<br>            Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER RE FILING OF FOURTH AMENDED COMPLAINT** |

**STIPULATION**

WHEREAS, on August 24, 2023, the Court conducted a case management conference in this case at which, among other things, the Court directed the parties to meet and confer regarding the filing of a Fourth Amended Complaint; and

WHEREAS, the parties have met and conferred and reached agreement as to the form of the proposed Amended Complaint; and

WHEREAS, attached hereto as Exhibit A is a true and correct copy of the proposed Fourth Amended Complaint to which the parties have agreed, including Exhibit A; and

WHEREAS, attached hereto for the Court's convenience as Exhibit B is a true and correct copy a redline version of the proposed Fourth Amended Complaint showing the edits and additions made to the Third Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, that Plaintiffs may file their Fourth Amended Complaint, in the form attached hereto as Exhibit A, immediately upon the issuance of the Court's Order on this Stipulation.

IT IS SO STIPULATED.

DATED: October 12, 2023   SCHNEIDER WALLACE
                          COTTRELL KONECKY LLP

                          By: /s/ *Guy B. Wallace*
                              Guy B. Wallace

                          Attorneys for Plaintiffs and the Proposed Classes

DATED: October 12, 2023   MOORE & LEE, LLP

                          By: /s/ *Erica Rutner*
                              Erica Rutner

                          Attorneys for Defendants

**ORDER**

The Court, having considered the above Stipulation of Plaintiffs and Defendants and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiffs may file their Fourth Amended Complaint in this action, in the form identified as Exhibit A to the parties' Stipulation, within 5 days of this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/13/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge