Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
mjohnson@schneiderwallace.com
tclose@schneiderwallace.com
rsteyer @schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Amy Xu - 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
bbien-kahn@rbgg.com
jyelin@rbgg.com
axu@rbgg.com

Kathryn A. Stebner – 121088
Brian S. Umpierre - 236399
**STEBNER GERTLER**
**GUADAGNI & KAWAMOTO**
**A Professional Law Corporation**
870 Market Street, Suite 1285
San Francisco, California 94102-2918
Telephone: (415) 362-9800
Facsimile: (415) 362-9801
Email: kathryn@sggklaw.com
brian@sggklaw.com

David T. Marks –*pro hac vice*
Jacques Balette –*pro hac vice* **MARKS,**
**BALETTE, GIESSEL & YOUNG,**
**P.L.L.C.**
7521 Westview Drive
Houston, Texas 77055
Telephone: (713) 681-3070
Facsimile: (713) 681-2811
Email: davidm@marksfirm.com
jacquesb@marksfirm.com

Attorneys for Plaintiffs and the Certified Subclass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC. et al.<br><br>Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**ORDER ON ADMINISTRATIVE MOTION FOR AN ORDER ENLARGING THE PAGE LIMIT FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CERTIFICATION OF SUBCLASSES** |

Case No. 4:17-cv-03962-HSG

ORDER ON ADMINISTRATIVE MOTION FOR AN ORDER ENLARGING THE PAGE LIMIT ON PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CERTIFICATION OF SUBCLASSES

1  Before the Court is Plaintiffs' Administrative Motion for an Order Enlarging the Page
2  Limit on Plaintiffs' Motion for Leave to File Motion for Certification of Subclasses. Having
3  Considered the Motion, the Declaration submitted in support of the motion, relevant legal
4  authority and the pleadings in this case, the Court hereby FINDS and ORDERS as follows:
5   1. Good Cause exists for granting Plaintiffs' Administrative Motion for the reasons stated
6      therein.
7   2. The page limitation for Plaintiffs' Motion for Leave to File Motion for Certification of
8      Subclasses is enlarged to not more than thirty-five (35) pages in length.
9  **IT IS SO ORDERED**

DATED: 10/18/2023

_____
Honorable Haywood S. Gilliam, Jr.

1

Case No. 4:17-cv-03962-HSG
ORDER ON ADMINISTRATIVE MOTION FOR AN ORDER ENLARGING PAGE LIMIT ON
PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CERTIFICATION OF SUBCLASSES