| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>mjohnson@schneiderwallace.com<br>tclose@schneiderwallace.com<br>rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: ggrunfeld@rbgg.com<br>jyelin@rbgg.com<br>bbien-kahn@rbgg.com<br>axu@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Certified Class | Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (*Pro Hac Vice*)<br>j.bertino@mooreandlee.com<br>**MOORE & LEE, LLP**<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)<br>mjacobsen@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Justin T. Curley (SBN 233287)<br>jcurley@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>Sacramento, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING INC.<br>and BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>BROOKDALE SENIOR LIVING, INC., et al.,<br>　　　　Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**STIPULATION AND ORDER FOR OMNIBUS MOTION TO SEAL OR, ALTERNATIVELY, RELIEF TO EXTEND TIME TO FILE DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION** |

1   Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully
2   stipulate as follows:
3   WHEREAS, when the Parties have filed multiple requests to seal in this matter, the Court has
4   ordered the parties to consolidate the pending requests into a single, omnibus motion to seal once the
5   Parties had completed briefing the issue to which the sealing requests related (*see* ECF Nos. 549 & 635);
6   WHEREAS, on October 20, 2023, Plaintiffs filed their Motion for Leave to File Plaintiffs'
7   Motion for Certification of Subclasses (ECF No. 650, the "Motion for Leave"), accompanied by an
8   Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Support of
9   Plaintiffs' Motion for Leave (ECF No. 649, the "Motion to Consider");
10  WHEREAS, with their Motion to Consider, Plaintiffs filed conditionally under seal
11  approximately 53 exhibits and six declarations that either constituted documents that Defendants had
12  designated as "Confidential" pursuant to the Stipulated Protective Order governing the case (ECF No.
13  127) or that discussed the substance of such documents;
14  WHEREAS, with their Motion for Leave, Plaintiffs in total filed approximately 600 exhibits and
15  23 declarations, including publicly other material that Defendants had designated as "Confidential,"
16  based on Plaintiffs' understanding that Defendants had previously told the Court that these documents
17  and information did not need to be redacted or filed under seal;
18  WHEREAS, the Parties currently are meeting and conferring regarding whether this additional
19  material that Plaintiffs did not file conditionally under seal with their Motion for Leave should have
20  been conditionally filed under seal;
21  WHEREAS, Defendants anticipate that they will need to file a motion to seal certain of these
22  documents, in addition to filing a declaration in support of continued sealing in response to Plaintiffs'
23  Motion to Consider;
24  WHEREAS, Defendants anticipate that Defendants will need to file another motion to seal
25  concurrently with their anticipated response in opposition to Plaintiffs' Motion for Leave and that
26  Plaintiffs will need to file another motion to consider whether another party's material should be sealed
27  concurrently with their reply in support of Plaintiffs' Motion for Leave;
28

WHEREAS, Defendants believe that filing an omnibus motion to seal that consolidates all of the pending and anticipated requests related to Plaintiffs' Motion for Leave in a single filing in a similar fashion as the Court has ordered previously (*see* ECF Nos. 549 & 635) will streamline the Court's review and save judicial resources, including because much of the material at issue will be similar in nature;

WHEREAS, due to the volume of material Plaintiffs filed with their Motion for Leave and due to the potential volume Defendants anticipate the Parties may file with their motions to seal and/or motions to consider, Defendants also believe that approximately thirty (30) days after Plaintiffs' deadline to file their reply in support of their Motion for Leave would serve as an appropriate deadline to file the omnibus motion to seal that Defendants propose;

WHEREAS, pursuant to Local Rule 79-5(f), the current deadline for Defendants to submit a statement and/or declaration in response to Plaintiffs' Motion to Consider is October 26, 2023—seven (7) days after the filing of Plaintiffs' Motion to Consider;

WHEREAS, if the Court is not inclined to grant Defendants' request for the parties to file an omnibus motion to seal, Defendants believe that a relatively brief extension of time is necessary to file the statement and/or declaration required under Local Rule 79-5(f) in order to afford Defendants adequate time to assess the documents Plaintiffs submitted with their Motion to Consider and make a proper showing to the Court establishing that these documents, or portions thereof, are sealable;

WHEREAS, the parties have conferred, and Plaintiffs do not oppose Defendants' proposal for the parties to file a single, omnibus motion to seal with respect to Plaintiffs' Motion for Leave, nor do Plaintiffs oppose Defendants' proposed extension of time in the alternative to file a declaration in support of the Motion to Consider pursuant to Local Rule 79-5(f), such that the parties now hereby agree and stipulate as follows.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The parties shall file a single, omnibus motion to seal that consolidates all of their sealing requests related to Plaintiffs' Motion for Leave no later than thirty (30) days after Plaintiffs' reply in support of their Motion for Leave is due.

2. In the alternative, Defendants shall have until November 9, 2023, to file a declaration in support of Plaintiffs' Motion to Consider as required by Local Rule 79-5(f).

IT IS SO STIPULATED.

DATED: October 25, 2023                       MOORE & LEE, LLP

*/s/ Erica Rutner*
Erica Rutner
Attorneys for Defendants

DATED: October 25, 2023                       SCHNEIDER WALLACE COTTRELL KONECKY LLP

*/s/ Guy B. Wallace*
Guy B. Wallace
Attorneys for Plaintiffs and the Proposed Classes

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Erica Rutner*
Erica Rutner

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Erica Rutner*
Erica Rutner

**ORDER**

Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

Dated:  10/26/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge