| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:       (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>              mjohnson@schneiderwallace.com<br>              juhrowczik@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:       (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>              jyelin@rbgg.com<br>              bbien-kahn@rbgg.com<br>              axu@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER**<br>**GUADAGNI & KAWAMOTO**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California  94102-2918<br>Telephone:     (415) 362-9800<br>Facsimile:       (415) 362-9801<br>Email:   kathryn@sggklaw.com<br>              brian@sggklaw.com | David T. Marks – *pro hac vice*<br>Jacques Balette – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas  77055<br>Telephone:     (713) 681-3070<br>Facsimile:       (713) 681-2811<br>Email:   davidm@marksfirm.com<br>              jacquesb@marksfirm.com |

Attorneys for Plaintiffs and the Certified Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>       v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>           Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**ORDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (as modified)**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Case No. 4:17-cv-03962-HSG

ORDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

Having considered Plaintiffs' Motion to Remove Incorrectly Filed Documents, the Court hereby ORDERS as follows:

1. [Redacted] Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-2, is permanently removed from the Court's public docket;

2. [Redacted] Exhibits 1 – 37 to the Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-3, is permanently removed from the Court's public docket;

3. [Redacted] Exhibits 38 – 68 to the Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-4, is permanently removed from the Court's public docket;

4. [Redacted] Declaration of Cristina Flores, PHD in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-10, is permanently removed from the Court's public docket;

5. [Redacted] Declaration of Dale Schroyer in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-11, is permanently removed from the Court's public docket;

6. [Redacted] Declaration of David Belson PHD in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-12, is permanently removed from the Court's public docket;

7. [Redacted] Declaration of Edward Jones PHD in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-13, is permanently removed from the Court's public docket;

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER RE PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

1    8.    [Redacted] Declaration of Patrick Kennedy, PHD in Support of Plaintiffs' Motion for Certification of Subclasses, ECF No. 650-14, is permanently removed from the Court's public docket;

   9.    The Clerk is directed to remove the documents as ordered.

IT IS SO ORDERED.

DATED:  10/27/2023

_____
Haywood S. Gilliam, Jr.