**MOORE & LEE, LLP**
Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

**SEYFARTH SHAW LLP**
Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACIA STINER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING INC., et al.<br><br>Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**STIPULATION AND ORDER ENLARGING THE PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CERTIFICATION OF SUBCLASSES** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on October 10, 2023, Plaintiffs filed an Administrative Motion for an Order Enlarging the Page Limit for Plaintiffs' Motion for Leave to File a Motion for Certification of Subclasses seeking administrative relief permitting Plaintiffs to exceed the 25-page limit of Local Rule 7-2 for Plaintiffs' Motion for Leave to File a Motion for Certification of Subclasses (the "Motion for Leave") and allowing them to file a Motion for Leave not to exceed 35 pages ("Plaintiffs' Administrative Motion" – ECF No. 643);

WHEREAS, on October 18, 2023, the Court granted Plaintiffs' Administrative Motion, finding that good cause existed for enlarging the page limitations for the Motion for Leave to 35 pages (the "Court's Order" – ECF No. 648);

WHEREAS, on October 19, 2023, Plaintiffs filed their Motion for Leave, which was 35-pages in length;

WHEREAS, in their Motion for Leave, Plaintiffs sought leave to request certification of eight (8) different classes and filed approximately 600 exhibits and 23 declarations in support thereof;

WHEREAS, Defendants believe that, in light of the Court finding good cause and granting Plaintiffs' Administrative Motion as well as in light of the size and scope of the Motion for Leave, good cause exists for permitting Defendants to exceed the 25-page limit of Local Rule 7-2 for Defendants' anticipated opposition to the Motion for Leave and permitting Defendants to file an opposition not to exceed 35 pages;

WHEREAS, Plaintiffs believe that, for the same reasons, good cause exists for permitting Plaintiffs to exceed the 15-page limit of Local Rule 7-3 and permitting Plaintiffs to file a reply in support of the Motion for Leave not to exceed 20 pages;

WHEREAS, the parties have conferred, and Plaintiffs do not oppose Defendants' request for a corresponding enlargement of the page limitations for Defendants' anticipated opposition to the Motion for Leave and Defendants do not oppose Plaintiffs' request for an enlargement of the

page limitations for Plaintiffs' anticipated reply in support of the Motion for Leave, such that the parties now hereby agree and stipulate as follows.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. Good cause exists for enlarging the page limitations of Local Rule 7-2 and 7-3 for Defendants' Opposition to Plaintiffs' Motion for Leave to File Motion for Certification of Subclasses and Plaintiffs' Reply in Support of their Motion for Leave to File Motion for Certification of Subclasses for the reasons stated herein.

2. The page limitation for Defendants' Opposition to Plaintiffs' Motion for Leave to File Motion for Certification of Subclasses is enlarged to not more than thirty-five (35) pages in length.

3. The page limitation for Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Motion for Certification of Subclasses is enlarged to not more than twenty (20) pages in length.

IT IS SO STIPULATED.

DATED: October 27, 2023

MOORE & LEE, LLP

*/s/ Erica Rutner*

Erica Rutner
Attorneys for Defendants

DATED: October 27, 2023

SCHNEIDER WALLACE COTTRELL
KONECKY LLP

*/s/ Guy B. Wallace*

Guy B. Wallace
Attorneys for Plaintiffs and the Proposed
Classes

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Erica Rutner*
Erica Rutner

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Erica Rutner*
Erica Rutner

1

2
## <u>ORDER</u>

3

4      Pursuant to Stipulation, and for good cause shown, the parties' Stipulation is GRANTED.

5

6   Dated:  10/30/2023

7                                                    HON. HAYWOOD S. GILLIAM, JR.
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28