Guy B. Wallace - 176151
Mark T. Johnson - 76904
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:    (415) 421-7100
Facsimile:    (415) 421-7105
Email:  gwallace@schneiderwallace.com
        mjohnson@schneiderwallace.com

Gay Crosthwait Grunfeld - 121944
Jenny S. Yelin - 273601
Benjamin Bien-Kahn - 267933
Amy Xu - 330707
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel:           (415) 433-6830
Fax:           (415) 433-7104
Email:  ggrunfeld@rbgg.com
        jyelin@rbgg.com
        bbien-kahn@rbgg.com
        axu@rbgg.com

Attorneys for Plaintiffs and
the Certified Class

**MOORE & LEE, LLP**
Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

**SEYFARTH SHAW LLP**
Michael Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>BROOKDALE SENIOR LIVING INC., et al.,<br><br>              Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**ORDER AS MODIFIED GRANTING OMNIBUS MOTION TO SEAL**<br><br>Dkt. No. 641 |

[4347090.1]

# ORDER

THIS CAUSE comes before the Court on the Parties' Omnibus Motion To Seal ("Motion"). Dkt. No. 641. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Dkt. No. 641.

This order **TERMINATES** Dkt. Nos. 615, 620, 622, and 624.

## Information To Be Redacted And Filed Under Seal

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 641-4 / 641-5 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit A | Full document | Confidential business information ("CBI") Jacobsen Decl. at ¶ 4.a.[1] | Plaintiffs take no position on whether there is good cause to seal the document. |
| 641-6 / 641-7 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit B | Full document | CBI Jacobsen Decl. at ¶ 4.b. | Plaintiffs take no position on whether there is good cause to seal the document. |

---

[1] Relative to Defendants' requests, the Jacobsen Declaration provides more detailed explanations as to the nature of and reasons for redacting and/or sealing each item, including citations to additional declarations and legal authority, in order to maintain the legibility of this document.

[4347090.1]

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 641-8 / 641-9 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit C | Resident names and floor numbers | Personally-identifying information ("PII") Jacobsen Decl. at ¶ 4.c. | Plaintiffs join the request to make the proposed redactions. |
| 641-10 / 641-11 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit D | Employee phone numbers and email addresses and contents of email chain reflecting information from Emergency Manual | PII & CBI Jacobsen Decl. at ¶ 4.d. | Plaintiffs join the request to redact employee phone numbers and email addresses.<br><br>Plaintiffs take no position on whether there is good cause to redact contents of email chain reflecting information from the Emergency Manual. |
| 641-12 / 641-13 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit E | Full document | CBI Jacobsen Decl. at ¶ 4.e. | Plaintiffs take no position on whether there is good cause to seal the document. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 641-14 / 641-15 | 616-1 / 615-4 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members, Exhibit G | Resident name | PII Jacobsen Decl. at ¶ 4.f. | Plaintiffs join the request to make the proposed redaction. |
| 641-16 / 641-17 | 622-4 / 622-5 | Declaration Of Mark T. Johnson In Support Of Plaintiffs' Administrative Motion Re Notice To The Class And Former Putative Class Members | Paragraphs 3 (Page 2:17-18), 4 (2:22-24), and 7 (3:19-28) | CBI Jacobsen Decl. at ¶ 4.g. | Plaintiffs take no position on whether there is good cause for the proposed redactions. |

DATED: January 9, 2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge