UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 17-cv-03962-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

Having considered the parties' proposals, *see* Dkt. No. 702, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | May 1, 2024 |
| Exchange of Opening Expert Reports | May 1, 2024 |
| Exchange of Rebuttal Expert Reports | June 1, 2024 |
| Close of Expert Discovery | July 1, 2024 |
| Dispositive Motion Hearing Deadline | July 18, 2024, at 2:00 p.m. |
| Pretrial Conference | October 8, 2024, at 3:00 p.m. |
| Jury Trial (15 days) | October 28, 2024, at 8:30 a.m. |

//
//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause.  The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   This order **TERMINATES** Dkt. No. 702.
5   Dated:   1/9/2024

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge