| | |
|---|---|
| Guy B. Wallace - 176151<br>Mark T. Johnson - 76904<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:      (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld - 121944<br>Jenny S. Yelin - 273601<br>Benjamin Bien-Kahn - 267933<br>Amy Xu - 330707<br>**ROSEN BIEN GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Tel:               (415) 433-6830<br>Fax:              (415) 433-7104<br>Email: ggrunfeld@rbgg.com<br>            jyelin@rbgg.com<br>            bbien-kahn@rbgg.com<br>            axu@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Certified Class | **MOORE & LEE, LLP**<br>Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (*Pro Hac Vice*)<br>j.bertino@mooreandlee.com<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>**SEYFARTH SHAW LLP**<br>Michael Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)<br>mjacobsen@seyfarth.com<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone:     (312) 460-5000<br>Facsimile:      (312) 460-7000<br><br>**SEYFARTH SHAW LLP**<br>Justin T. Curley (SBN 233287)<br>jcurley@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:     (415) 397-2823<br>Facsimile:      (415) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING INC. and<br>BROOKDALE SENIOR LIVING COMMUNITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>BROOKDALE SENIOR LIVING INC., et al.,<br><br>          Defendants. | Case No. 4:17-CV-03962-HSG<br><br>**ORDER (AS MODIFIED) GRANTING OMNIBUS MOTION TO SEAL** |

[4347090.1]

## ORDER

THIS CAUSE comes before the Court on the Parties' Omnibus Motion To Seal ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion, Dkt. No. 701, is hereby **GRANTED**. This order further **TERMINATES** Dkt. Nos. 649, 662 & 677.

//
//
//
//
//

### Information To Be Redacted And Filed Under Seal

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-2 / 701-3 | 663-1 / 662-4 | Declaration of Guy B. Wallace in Support of Plaintiffs' Motion for Certification of Subclasses ("Wallace Decl."), Exhibit 3 | Pages 7-37[1] (designated personally-identifying information ("PII") only) | PII Jacobsen Decl. at ¶ 4.a.[2] | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 4 | Full Document | Proprietary business information ("PBI") Jacobsen Decl. at ¶ 4.b. | Plaintiffs take no position on whether this document should be sealed. |

---

[1] Unless otherwise indicated, the page numbers refer to the internal page numbers of the document itself, not the ECF pagination.

[2] Relative to Defendants' requests to maintain the legibility of this document, the Jacobsen Declaration provides more detailed explanations as to the nature of and reasons for redacting and/or sealing each item, including citations to additional declarations and legal authority.

[4347090.1]

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 5 | Full Document | PBI Jacobsen Decl. at ¶ 4.b. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 6 | Full Document | PBI Jacobsen Decl. at ¶ 4.b. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 7 | Pages BKD0005133 and BKD0005136-58 (designated PBI only) | PBI Jacobsen Decl. at ¶ 4.c. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 9 | Pages 7:2-3, 120:19-21, 121:2-3, 124:20-21, 125:16-18, 127:15-16, 128:12-13, 130:6-16, 130:25-131:2, 160:21-161:4, 162:16-23, 163:4-16, 163:25, 164:15-19, 165:4-8, 169:9-18, 170:1-20, 173:13, 190:7-16, and 190:20-192:6 | PII & PBI Jacobsen Decl. at ¶ 4.d. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 10 | Pages 262:11-263:4, 269:19-20, 269:24-270:3, 270:18-19, 270:25, 271:6-15, 281:6-9, 283:9-18, 284:2-12, | PII & PBI Jacobsen Decl. at ¶ 4.e. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| | | | 286:15-22, 299:11-22, 302:5-9, 305:20-25, 306:13-18, 307:3-21, 308:8-25, 309:7-23, 310:3-6, 311:2-4, 311:24-312:2, 312:19-21, 313:7-314:20, 315:3-17, 316:12-317:22, 318:1-9, 318:22-319:25, 320:7, 320:19, 321:3-21, 328:8-9, 328:21, 338:1, 338:10, 339:9-16, 344:24-345:2, 345:10-13, 346:19, 354:16-18, 355:19-356:3, 356:10-24, 357:3-6, 415:18, 416:11-19, 417:25, 420:7-17, 435:16-436:6, 436:16-23, 438:24, and 441:17-22 | | |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 18 | Page BKD1723416 (designated PBI only) | PBI Jacobsen Decl. at ¶ 4.f. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 19 | Pages BKD1762135-36 (designated PBI only) | PBI Jacobsen Decl. at ¶ 4.g. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 20 | Page BKD1723870-72 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.h. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 21 | Pages BKD1847776-77 (designated PII only) | PII Jacobsen Decl. at ¶ 4.i. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 22 | Page BKD2069280 (designated PII only) | PII Jacobsen Decl. at ¶ 4.i. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 23 | Page BKD1625738 (designated PII only) | PII Jacobsen Decl. at ¶ 4.i. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 24 | Full Document | PBI Jacobsen Decl. at ¶ 4.j. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 25 | Pages BKD2094926-28 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.k. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 26 | Pages BKD1841083-84 (designated PII only) | PII Jacobsen Decl. at ¶ 4.l. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 27 | Pages BKD1725845-46 (designated PII only) | PII Jacobsen Decl. at ¶ 4.m. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 28 | Pages BKD2642652-53, 3 and 5 of document, and BKD2642656-57 (designated PII & PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.n. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 29 | Page BKD2228040 (designated PII only) | PII Jacobsen Decl. at ¶ 4.o. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 30 | Pages BKD2092668 and BKD2092670 (designated PII only) | PII Jacobsen Decl. at ¶ 4.o. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 31 | Pages BKD1840915 and BKD1840917 (designated PII only) | PII Jacobsen Decl. at ¶ 4.o. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 32 | Full Document | PBI Jacobsen Decl. at ¶ 4.p. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 33 | Full Document | PBI Jacobsen Decl. at ¶ 4.q. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 34 | Full Document | PBI Jacobsen Decl. at ¶ 4.r. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 35 | Pages BKD2224612-15 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.s. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 36 | Full Document | PBI Jacobsen Decl. at ¶ 4.t. | Plaintiffs take no position on whether this document should be sealed. |
| 701-2 / 701-3 | 663-1 / 662-4 | Wallace Decl., Exhibit 37 | Pages BKD2007803-05 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.u. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 38 | Pages BKD1971494-96 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.v. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 39 | Full Document | PBI Jacobsen Decl. at ¶ 4.w. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 40 | Pages BKD233817-19 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.x. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 41 | Pages BKD2783594-95 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.y. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 42 | Pages BKD2159907-09 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.z. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 43 | Full Document | PBI Jacobsen Decl. at ¶ 4.aa. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 44 | Full Document | PBI Jacobsen Decl. at ¶ 4.bb. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 45 | Page BKD2029076 (designated PBI only) | PBI Jacobsen Decl. at ¶ 4.cc. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 46 | Full Document | PII Jacobsen Decl. at ¶ 4.dd. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 47 | Full Document | PII Jacobsen Decl. at ¶ 4.dd. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 48 | Full Document | PII Jacobsen Decl. at ¶ 4.dd. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 49 | Full Document | PII Jacobsen Decl. at ¶ 4.ee. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 50 | Full Document | PII Jacobsen Decl. at ¶ 4.ee. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 51 | Full Document | PII Jacobsen Decl. at ¶ 4.ee. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 52 | Full Document | PII Jacobsen Decl. at ¶ 4.ee. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 53a | Right column | PBI Jacobsen Decl. at ¶ 4.ff. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 53b | Full Document | PBI Jacobsen Decl. at ¶ 4.gg. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 54 | Page 120:6 | PII Jacobsen Decl. at ¶ 4.hh. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 55 | Page BKD2012994 (designated PII only) | PII Jacobsen Decl. at ¶ 4.ii. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 56 | Pages BKD2789306-08 (designated PII only) | PII Jacobsen Decl. at ¶ 4.ii. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 57 | Page BKD1725654 (designated PII only) | PII Jacobsen Decl. at ¶ 4.ii. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 58 | Pages BKD2807300-03 (designated PII only) | PII Jacobsen Decl. at ¶ 4.ii. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 59 | Pages BKD23309503-05 (designated PII and PBI only) | PII & PBI Jacobsen Decl. at ¶ 4.jj. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 60 | Pages BKD2594483-84 (designated PII only) | PII Jacobsen Decl. at ¶ 4.kk. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 61 | Full Document | PBI Jacobsen Decl. at ¶ 4.ll. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 62 | Full Document | PBI Jacobsen Decl. at ¶ 4.mm. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 63 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 64 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 65 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 66 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 67 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-2 / 662-5 | Wallace Decl., Exhibit 68 | Full Document | PBI Jacobsen Decl. at ¶ 4.nn. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663 / 662-3 | Wallace Decl. | Pages 4:6-7, 5:19-20, 5:26, 6:28, 7:1, 8:6-7, 8:9-13, 8:16-20, 8:25-28, 9:2-4, 9:9-16, 9:20-22, 10:2-12, 10:23, 10:26-28, 11:1-5, 11:25-27, 12:4-7, 12:10-11, 12:13-20, 12:25-28, 13:1, 13:9-13, 13:17-21, 13:28, 14:1-3, 14:6, 14:10-21, 14:24, 14:28, 15:1-4, 15:6-7, 15:9-15, 15:18, 15:21-28, 16:1-2, 18:27-28, 19:1, 19:3-4, | PII & PBI Jacobsen Decl. at ¶ 4.oo. | Plaintiffs take no position on whether these excerpts of this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| | | | 20:10-15, 20:28, and 21:1-3 | | |
| 701-4 / 701-5 | 663-3 / 662-6 | Declaration of Cristina Flores, PhD in Support of Plaintiffs' Motion for Certification of Subclasses | Pages 9:1-10, 18:5-7, 18:14, 18:16-20, 18:22, 19:1-2, 19:10, 19:13, 19:18, 19:21, 19:25-27, 20:1-2, 20:7-8, 20:13-14, 20:16-18 20:24-27, 21:1-3, 21:16-27, 22:1-6, 39:7-8, 40:2-6, 40:8-9, 40:13-14, 40:21, 40:23-24, 46:19-20, 47:1-6, 47:12, 47:15-19, 47:23-24, 48:1-5, 48:13-25, 49:1-4, 49:13-14, 49:19-20, 49:23, 49:26-28, 50:1, 50:4-5, 50:8, 50:16-21, 50:24, 50:27-28, 51:1-2, 51:6, 51:8, 51:10-13, 52:20-21, 53:19-25, and 54:3-5 | PBI Jacobsen Decl. at ¶ 4.pp. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| 701-4 / 701-5 | 663-4 / 662-7 | Declaration of Dale Schroyer in Support of Plaintiffs' Motion for Certification of Subclasses | Pages 19:12, 33:6-8, 46:5, 50:13-20, 51:1-6, 52:7-8, 53:18, 53:21-22, 54:27, 58:7-12, 58:14-17, 58:19-21, 58:24-25, 59:4-11, 59:16-18, 59:21-27, 61:5-6, 61:16-17, and 61:21 | PBI Jacobsen Decl. at ¶ 4.qq. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-5 / 662-8 | Declaration of David Belson PhD in Support of Plaintiff's Motion for Certification of Subclasses | Pages 6:11-12, 11:23-24, 12:4-6, 12:18-19, 18:16-19, 19:1, 22:19-21, 23:10, 25:6-9, 26:1, 27:7, 29:21-27, 30:1-4, 30:15-19, 30:25-27, 31:9-10, 31:19, 32:12-13, 32:23-25, 33:1, 33:3-11, 34:23-24, 36:8-14, 36:19-23, 37:1-3, 37:12, 37:25, 38:1, 38:13-16, 38:22-23, 39:1-4, 39:12-14, 40:13-21, 40:26, 43:10-11, and 43:17-20 | PBI Jacobsen Decl. at ¶ 4.rr. | Plaintiffs take no position on whether this document should be sealed. |
| 701-4 / 701-5 | 663-6 / 662-9 | Declaration of Edward Jones PhD in Support of Plaintiffs' Motion for | Pages 4:12-15, 5:15-16, 6:7-16, 6:18, 6:21-22, 6:23-26, 7:1-3, 7:12-13, | PBI Jacobsen Decl. at ¶ 4.ss. | Plaintiffs take no position on whether this document should be sealed. |

| Current Docket No. Public / Sealed | Prior Docket No. Public / Sealed | Document(s) | Portion(s) Sought To Be Sealed | Reasons For Sealing | Request Opposed |
|---|---|---|---|---|---|
| | | Certification of Subclasses | 7:18-21, 7:23, 7:26, 8:1-17, 8:19-20, 8:22, 8:24, 9:1, 9:4, 9:5-27, 10:1-4, 10:6-8, 10:10-24, 10:26, 10:28, 11:1-6, 11:9-19, 11:21-27, 12:1-25, 13:1-19, 13:22-23, 14:1-11, 14:16-24, 14:26-28, 15:1-2, 15:6-11, 15:13-27, 16:1-27, 17:1-6, 17:8-28, 18:1-27, 19:1-4, 19:6-28, 20:1-28, 21:1-9, 21:11-13, 21:15-23, 21:27-28, 22:3-28, 23:1-28, 24:1, 24:3-26, 25:1-17, 25:23-28, 26:1-23, 26:27-28, 29:5-7, 30:16-17, 32:20-22, and 33:4-8 | | |

DATED: 1/25/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge