UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKDALE SENIOR LIVING INC., et al. <br><br> Defendants. | Case No. 4:17-CV-03962-HSG <br><br> **ORDER FOR <u>WITHDRAWAL</u>** <br> **<u>OF COUNSEL</u>** |

**PLEASE TAKE NOTICE** that, upon my pending motion, and subject to the approval of the Court, I, THOMAS L. WILSON hereby withdraw as counsel for Brookdale Senior Living Inc., and Brookdale Senior Living Communities, Inc. ("Brookdale") and request that I be removed from the Case Management Electronic Case Files (CM/ECF) notification list in the above-captioned action. Erica Rutner, John Bertino, and others from my law firm, Moore & Lee, P.C., and Michael Jacobsen and others from the law firm Seyfarth Shaw LLP will continue to represent Defendants in this action.

Dated: McLean, Virginia
      February 8, 2024

MOORE & LEE, P.C.

*/s/ Thomas L. Wilson*

Thomas L. Wilson
1751 Pinnacle Dr, Suite 1100
McLean, VA 22102
Telephone: (703) 940-3763
Facsimile : (703) 506-2051
T.Wilson@mooreandlee.com

IT IS SO ORDERED
Dated: 2/8/2024

Hon. Haywood S. Gilliam, Jr.