UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03962-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DKT. NO. 740**<br><br>Re: Dkt. No. 740 |

The Court **VACATES** the current briefing deadlines and hearing dates associated with Dkt. No. 740, Plaintiffs' Motion for Certification of Facility-Level Access Subclasses, and further **SETS** the following briefing schedule and hearing date for that motion:

| Event | Deadline |
|---|---|
| Completion of Facility Reinspection | March 29, 2024 |
| Opposition to Subclass Certification Motion | May 13, 2024 |
| Reply ISO Subclass Certification Motion | May 27, 2024 |
| Hearing on Subclass Certification Motion | June 13, 2024 at 2:00 pm |

**IT IS SO ORDERED.**

Dated: 2/13/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge