| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:      (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br>            juhrowczik@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>Adrienne Spiegel – 330482<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:      (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>            jyelin@rbgg.com<br>            bbien-kahn@rbgg.com<br>            axu@rbgg.com<br>            aspiegel@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER**<br>**GUADAGNI & KAWAMOTO**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California  94102-2918<br>Telephone:     (415) 362-9800<br>Facsimile:      (415) 362-9801<br>Email:   kathryn@sggklaw.com<br>            brian@sggklaw.com | David T. Marks – *pro hac vice*<br>Jacques Balette – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas  77055<br>Telephone:     (713) 681-3070<br>Facsimile:      (713) 681-2811<br>Email:   davidm@marksfirm.com<br>            jacquesb@marksfirm.com |

Attorneys for Plaintiffs and the Certified Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br>          Plaintiffs,<br>   v.<br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br>          Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER EXTENDING BY ONE DAY DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CERTIFICATION OF SUBCLASSES**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

[4437584.1]

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER EXTENDING BY ONE DAY DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CERTIFICATION OF SUBCLASSES

WHEREAS, on February 13, 2024 the Court set a briefing schedule for Plaintiffs' Motion for Certification of Facility-Level Access Subclasses ("Motion"), *see* ECF No. 744; and

WHEREAS, the February 13, 2024 Order sets May 27, 2024 as the deadline for Plaintiffs' Reply in Support of their Motion;

WHEREAS, May 27, 2024 is a federal holiday, and Plaintiffs are not confident that the deadline is automatically extended to the following day pursuant to Fed. R. Civ. P. 6(a)(1)(C) given that the Court set a specific deadline and not a timeframe "stated in days";

NOW THEREFORE IT IS HERBY STIPULATED AND AGREED by and among the parties, through their undersigned counsel, as follows:

1. Plaintiffs' Reply in Support of their Motion shall be due on May 28, 2024;

2. All other deadlines in the Court's February 13, 2024 Order remain unchanged.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 14, 2024            ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

Attorneys for Plaintiffs and the Certified Class

DATED: February 14, 2024            MOORE & LEE, LLP

By: */s/ Erica Rutner*
Erica Rutner

Attorneys for Defendants

### ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing, the Court hereby ORDERS as follows:

3. Plaintiffs' Reply in Support of their Motion is due on May 28, 2024;

4. All other deadlines in the Court's February 13, 2024 Order (ECF No. 744) remain

| | |
|---|---|
| 1 | unchanged. |
| 2 | IT IS SO ORDERED. |
| 3 | DATED: 2/15/2024 |
| 4 | _____<br>Honorable Haywood S. Gilliam, Jr. |

[4437584.1]  2  Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER EXTENDING BY ONE DAY DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CERTIFICATION OF SUBCLASSES