Guy B. Wallace – 176151
Mark T. Johnson – 76904
Jennifer U. Bybee – 302212
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:    (415) 421-7100
Facsimile:    (415) 421-7105
Email: gwallace@schneiderwallace.com
          mjohnson@schneiderwallace.com
          juhrowczik@schneiderwallace.com
          tclose@schneiderwallace.com
          rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Amy Xu – 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
Email:        ggrunfeld@rbgg.com
              jyelin@rbgg.com
              bbien-kahn@rbgg.com
              axu@rbgg.com

Attorneys for Plaintiffs and
the Certified Classes

Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (Pro Hac Vice); j.bertino@mooreandlee.com
**MOORE & LEE, P.C.**
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Michael D. Jacobsen (IL SBN 6303584) (Pro Hac Vice)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
**SEYFARTH SHAW LLP**
400 Capitol Mall, 23rd Floor
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING, INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| STACIA STINER, et al.,<br><br>        Plaintifs<br><br>   v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>        Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER FOR PARTIAL EXTENSION OF EXPERT DISCLOSURE DEADLINE** |

Plaintiffs and Defendants hereby jointly submit the following stipulation and proposed Order requesting a two-week extension of the current expert deadlines relating only to Plaintiffs' individual and class claims on Defendants' transportation services and/or the Fleet Safety Policy ("FSP"). Specifically, the stipulation and proposed Order would (1) extend the May 1, 2024 deadline for submitting expert disclosures and written expert reports to May 15, 2024 for transportation and/or FSP-related opinions only, (2) extend the June 1, 2024 deadline for serving rebuttal expert disclosures and written expert reports to June 17, 2024 for transportation and/or FSP-related opinions only, and (3) extend the July 1, 2024 expert discovery deadline to July 15, 2024 for transportation and/or FSP-related opinions only. Good cause exists for such extensions for the reasons described herein.

**STIPULATION**

WHEREAS, on February 4, 2024, Magistrate Judge Laurel Beeler entered an Order (ECF No. 725) allowing Plaintiffs to exceed the ten-deposition limit of Fed. R. Civ. P. 30(a)(2)(A)(i) to take certain depositions sought by Plaintiffs, including the deposition of Defendants' Corporate Fleet Manager, Michael Johnson, and

WHEREAS, around that same time, Plaintiffs also sought a Rule 30(b)(6) deposition relating to Plaintiffs' transportation and FSP-related claims, but had not yet filed a letter brief on the issue, and

WHEREAS the parties subsequently resolved their dispute concerning this proposed Rule 30(b)(6) deposition by agreeing that Mr. Johnson would be designated to testify on behalf of Defendants relating to Plaintiffs' FSP-related claims and that the depositions of Mr. Johnson in his individual capacity and as the Defendants' designee would be combined, and

WHEREAS, the parties further agreed that ESI from Mr. Johnson based on agreed-upon search terms would be produced a week prior to the deposition, and

WHEREAS, the parties agreed that Plaintiffs would take the deposition of Mr. Johnson on March 27, 2024, and

WHEREAS, Defendants were able to produce a significant number of emails and attachments from Mr. Johnson at least one week in advance of the deposition, but have not yet

1  been able to collect and produce other emails from Mr. Johnson due to significant and

2  unanticipated technical issues associated with Mr. Johnson's custodial file, and

3      WHEREAS, the parties discussed, and Plaintiffs agreed to, postpone Mr. Johnson's

4  deposition in order to give Defendants' time to resolve the technical issue and collect and produce

5  such information and to give Plaintiffs a reasonable period of time before the deposition to review

6  such material, and,

7      WHEREAS, the next date on which Mr. Johnson is available to be deposed is April 22,

8  2024, and

9      WHEREAS, pursuant to this Court's Scheduling Order dated January 9, 2024 (ECF No.

10 707), the current deadline for the exchange of opening expert reports is May 1, 2024, the current

11 deadline for the exchange of rebuttal expert reports is June 1, 2024, and the close of expert

12 discovery is July 1, 2024, and

13     WHEREAS, Plaintiffs believe the period of time between April 22, 2024 and the expert

14 disclosure deadline of May 1, 2024 is insufficient for Plaintiffs' expert witnesses to review the

15 deposition testimony of Mr. Johnson and prepare a report that includes opinions based on such

16 testimony, and

17     WHEREAS, Defendants believe that any period of time less than 30 days would be

18 insufficient for Defendants' expert witness(es) to prepare an expert report in opposition to

19 Plaintiffs' expert report(s) relating to the same,

20     NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, as

21 follows:

22     1. The deadline for serving expert disclosures and written reports related to Plaintiffs'

23        claims concerning Defendants' transportation services and Fleet Safety Policy is

24        extended to May 15, 2024.

25     2. The deadline for serving rebuttal expert disclosures and written reports related to

26        Plaintiffs' claims concerning Defendants' transportation services and Fleet Safety

27        Policy is extended to June 17, 2024.

28

3. The close of expert discovery related to Plaintiffs' claims concerning Defendants' transportation services and Fleet Safety Policy is extended to July 15, 2024.

4. All other expert disclosures and report deadlines remain unchanged.

IT IS SO STIPULATED.

DATED: March 27, 2024    SCHNEIDER WALLACE
                         COTTRELL KONECKY LLP

                         By:  /s/ *Guy B. Wallace*
                              Guy B. Wallace

                         Attorneys for Plaintiffs and the Certified Class

DATED: March 27, 2024    MOORE & LEE, P.C.

                         By:  /s/ *Erica Rutner*
                              Erica Rutner

                         Attorneys for Defendants

**ORDER**

The Court, having considered the above Stipulation of Plaintiffs and Defendants and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The deadline for serving expert disclosures and written reports related to Plaintiffs' claims concerning Defendants' transportation services and Fleet Safety Policy is extended to May 15, 2024.
2. The deadline for serving rebuttal expert disclosures and written reports related to Plaintiffs' claims concerning Defendants' transportation services and Fleet Safety Policy is extended to June 17, 2024.
3. The close of expert discovery relating to Plaintiffs' claims concerning Defendants' transportation services and Fleet Safety Policy is extended to July 15, 2024.
4. All other expert disclosure and report deadlines remain unchanged.

IT IS SO ORDERED.

Dated: 3/27/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge