1  Guy B. Wallace – 176151
   Mark T. Johnson – 76904
2  Travis C. Close – 308673
   Rachel L. Steyer – 330064
3  **SCHNEIDER WALLACE**
   **COTTRELL KONECKY LLP**
4  2000 Powell Street, Suite 1400
   Emeryville, California  94608
5  Telephone:    (415) 421-7100
   Facsimile:    (415) 421-7105
6  Email:  gwallace@schneiderwallace.com
           mjohnson@schneiderwallace.com
7          tclose@schneiderwallace.com
           rsteyer@schneiderwallace.com
8

9  Gay Crosthwait Grunfeld – 121944
   Jenny S. Yelin – 273601
10 Benjamin Bien-Kahn – 267933
   **ROSEN BIEN**
11 **GALVAN & GRUNFELD LLP**
   101 Mission Street, Sixth Floor
12 San Francisco, California 94105-1738
   Telephone:  (415) 433-6830
13 Facsimile:   (415) 433-7104
   Email: ggrunfeld@rbgg.com
14        jyelin@rbgg.com
          bbien-kahn@rbgg.com
15
   Attorneys for Plaintiffs, the Certified Class
16 and the Proposed Subclasses

   Erica Rutner (SBN 344880)
   e.rutner@mooreandlee.com
   John A. Bertino (VBN 93393) (*Pro Hac Vice*)
   j.bertino@mooreandlee.com
   **MOORE & LEE, LLP**
   110 SE 6th Street, Suite 1980
   Fort Lauderdale, Florida 33301
   Telephone: (703) 940-3763
   Facsimile: (703) 506-2051

   Michael D. Jacobsen (IL SBN 6303584)
   (*Pro Hac Vice*)
   mjacobsen@seyfarth.com
   **SEYFARTH SHAW LLP**
   233 South Wacker Drive, Suite 8000
   Chicago, Illinois 60606-6448
   Telephone: (312) 460-5000
   Facsimile: (312) 460-7000

   Attorneys for Defendants
   BROOKDALE SENIOR LIVING INC.
   and BROOKDALE SENIOR LIVING
   COMMUNITIES, INC

17

18                    UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                          OAKLAND DIVISION

21

22  STACIA STINER, et al.,                    Case No. 4:17-cv-03962-HSG

23  '            Plaintiffs,                   **STIPULATION AND ORDER RE**
                                               **ONE WEEK EXTENSION FOR**
24       v.                                    **PLAINTIFFS TO FILE REPLY IN**
                                               **SUPPORT OF MOTION TO**
25                                             **CERTIFY SUBCLASSES**

26  BROOKDALE SENIOR LIVING, INC. et al.

27           Defendants.

28

1    Plaintiffs and Defendants hereby jointly submit the following stipulation and proposed

2  Order permitting a one-week extension of the current May 28, 2024, deadline for Plaintiffs to file

3  and serve their reply brief and supporting papers in support of Plaintiffs' Motion for Certification

4  of Facility-Level Access Subclasses and continuing the hearing date on the Motion for

5  Certification of Subclasses from June 13, 2024 to June 27, 2024.

6                                    **STIPULATION**

7    WHEREAS, on February 9, 2024, pursuant to this Court's Order of February 7, 2024 (ECF

8  No. 733) granting leave to do so, Plaintiffs filed their Motion for Certification of Facility-Level

9  Access Subclasses. ECF No. 740.

10    WHEREAS, on February 13, 2024, the Court set a briefing schedule on the Motion for the

11  Certification of Facility-Level Access Subclasses which required that Defendants file their

12  Opposition to the Motion by May 13, 2024, and that Plaintiffs file their Reply by May 27, 2024,

13  with a hearing date on the motion set for June 13, 2024. ECF No. 744.

14    WHEREAS, on February 15, 2024, the Court granted the parties' stipulation extending by

15  one day, to May 28, 2024, Plaintiffs deadline for filing their Reply in support of the Motion based

16  on the fact that May 27, 2024, is a federal holiday. ECF No. 749.

17    WHEREAS, Defendants filed their Opposition to the Motion for Certification of Facility-

18  Level Subclasses on Monday, May 13, 2024.

19    WHEREAS, Defendants' Opposition raises numerous factual and legal issues and is

20  accompanied by more than a thousand pages of supporting documents including multiple expert

21  and non-expert declarations, underlying data and exhibits.

22    WHEREAS, having evaluated Defendants' Opposition and supporting papers, Plaintiffs

23  believe that they require an additional week to prepare thorough and accurate Reply papers that

24  address the issues presented in the Opposition.

25    WHEREAS, on May 13, 2024, Defendants filed a Motion for Clarification of the Court's

26  March 30, 2023, Order Re Definition of the Wheelchair and Scooter Users Injunctive Relief

27  Subclass, or, in the Alternative Motion to Modify Same. ECF No. 782 ("Motion for

28  Clarification"). The Motion is noticed for hearing on June 27, 2024.

1    WHEREAS, under the Local Rules, Plaintiffs' Opposition to the Motion for Clarification is

2  due on the same day as their Reply in support of the Motion for Certification of Facility-Level

3  Subclasses, May 28, 2024.

4    WHEREAS, Plaintiffs have proposed that the deadline for Plaintiffs to file their Reply in

5  Support of the Motion to Certify Subclasses be extended by one week, from May 28, 2024, to

6  June 4, 2024.

7    WHEREAS, Defendants have agreed to a one-week extension of Plaintiffs deadline for

8  filing their Reply provided that the hearing date on the Motion to Certify Subclasses is continued

9  from June 13, 2024, to June 27, 2024, the date on which the Motion for Clarification is noticed for

10  hearing, to which Plaintiffs have no objection.

11    NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval, as

12  follows:

13    1.  The deadline of May 28, 2024, Plaintiffs to file their Reply brief and supporting papers

14       in support of Plaintiffs' Motion for Certification of Facility-Level Subclasses is

15       extended to June 4, 2024.

16    2.  The hearing on Plaintiffs' Motion for Certification of Facility-Level Subclasses is

17       continued from June 13, 2024, to June 27, 2024, at 2 p.m.

18  **IT IS SO STIPULATED.**

19  DATED: May 17, 2024            SCHNEIDER WALLACE
                                   COTTRELL KONECKY LLP
20

21                                 By:   */s/ Guy B. Wallace*
                                         Guy B. Wallace
22
                                   Attorneys for Plaintiffs and the Class
23

24  DATED: May 17, 2024            MOORE & LEE, LLP

25                                 By:   */s/ Erica Rutner*
                                         *Erica Rutner*
26

27                                 *Attorneys for Defendants*

28
Case No. 4:17-cv-03962-HSG
STIP. AND ORDER EXTENDING DEADLINE FOR REPLY RE MOTION FOR SUBCLASSES

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated:  May 17, 2024                    */s/ Guy B. Wallace*
                                        Guy B. Wallace

                                        SCHNEIDER WALLACE
                                        COTTRELL KONECKY, LLP


**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated:  May 17, 2024                    */s/ Guy B. Wallace*
                                        Guy B. Wallace

                                        SCHNEIDER WALLACE
                                        COTTRELL KONECKY, LLP

**ORDER**

The Court, having considered the above Stipulation of Plaintiffs and Defendants and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The deadline of May 28, 2024, Plaintiffs to file their Reply brief and supporting papers in support of Plaintiffs' Motion for Certification of Facility-Level Subclasses is extended to June 4, 2024.

2. The hearing on Plaintiffs Motion for Certification of Facility-Level Subclasses is continued from June 13, 2024, to June 27, 2024, at 2 p.m. in Courtroom 2 of the above-entitled Court.

IT IS SO ORDERED.

Dated:   5/17/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

Case No. 4:17-cv-03962-HSG
STIP. AND ORDER EXTENDING DEADLINE FOR REPLY RE MOTION FOR SUBCLASSES