UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 17-cv-03962-HSG |
| Plaintiffs, | **AMENDED SCHEDULING ORDER** |
| v. | |
| BROOKDALE SENIOR LIVING, INC., et al., | |
| Defendants. | |

Having considered Plaintiffs' administrative motion to modify the existing scheduling order (Dkt. No. 707) and Defendants' response, *see* Dkt. Nos. 785 and 787, the Court finds that good cause exists to **RESET** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | May 1, 2024 |
| Exchange of Transportation Expert Reports | May 15, 2024 |
| Close of Fact Discovery (follow-up only) | August 1, 2024 |
| Exchange of Rebuttal Expert Reports | August 15, 2024 |
| Close of Expert Discovery | September 12, 2024 |
| Dispositive Motion Hearing Deadline | October 17, 2024, at 2:00 p.m. |
| Pretrial Conference | January 7, 2025, at 3:00 p.m. |
| Jury Trial (15 days) | January 27, 2025, at 8:30 a.m. |

Notwithstanding the extension to the fact discovery deadline, no new written discovery may be served.  Moreover, moving forward, no further extensions to accommodate follow-up discovery will be granted.

1   These dates may only be altered by order of the Court and only upon a showing of good

2   cause. The parties are directed to review and comply with this Court's standing orders.

3   This order **TERMINATES** Dkt. No. 785.

4   **IT IS SO ORDERED.**

5   Dated:  May 20, 2024

*(signature)*

HAYWOOD S. GILLIAM, JR.
United States District Judge