UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>        Defendants. | Case No. 17-cv-03962-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

    [ ]    for random assignment to a United States Magistrate Judge

    [x]    to United States Magistrate Judge Joseph C. Spero

to conduct a settlement conference at the convenience of his calendar.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Spero.

**IT IS SO ORDERED.**

Dated:  8/9/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

*Rev. 10-18*