| | |
|---|---|
| Guy B. Wallace – 176151 | Gay Crosthwait Grunfeld – 121944 |
| Mark T. Johnson – 76904 | Jenny S. Yelin – 273601 |
| Travis C. Close – 308673 | Benjamin Bien-Kahn – 267933 |
| Rachel L. Steyer – 330064 | Adrienne Spiegel- 330482 |
| **SCHNEIDER WALLACE** | **ROSEN BIEN** |
| **COTTRELL KONECKY LLP** | **GALVAN & GRUNFELD LLP** |
| 2000 Powell Street, Suite 1400 | 101 Mission Street, Sixth Floor |
| Emeryville, California 94608-1863 | San Francisco, California 94105-1738 |
| Telephone: (415) 421-7100 | Telephone: (415) 433-6830 |
| Facsimile: (415) 421-7105 | Facsimile: (415) 433-7104 |
| Email: gwallace@schneiderwallace.com | Email: ggrunfeld@rbgg.com |
| mjohnson@schneiderwallace.com | jyelin@rbgg.com |
| tclose@schneiderwallace.com | bbien-kahn@rbgg.com |
| rsteyer@schneiderwallace.com | aspiegal@rbgg.com |

David T. Marks – *pro hac vice*
Jacques Balette – *pro hac vice*

| | |
|---|---|
| Kathryn A. Stebner – 121088 | **MARKS, BALETTE, GIESSEL** |
| Brian S. Umpierre – 236399 | **& YOUNG, P.L.L.C.** |
| **STEBNER GERTLER** | 7521 Westview Drive |
| **GUADAGNI & KAWAMOTO** | Houston, Texas 77055 |
| **A Professional Law Corporation** | Telephone: (713) 681-3070 |
| 870 Market Street, Suite 1285 | Facsimile: (713) 681-2811 |
| San Francisco, California 94102-2918 | Email: davidm@marksfirm.com |
| Telephone: (415) 362-9800 | jacquesb@marksfirm.com |
| Facsimile: (415) 362-9801 | |
| Email: kathryn@sggklaw.com | |
| brian@sggklaw.com | |

Attorneys for Plaintiffs and the Certified Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER et al., | Case No. 4:17-cv-03962-HSG |
| Plaintiffs, | **ORDER ON ADMINISTRATIVE MOTION FOR AN ORDER EXTENDING TIME TO SUBMIT OPPOSITION TO DEFENDANTS' MOTION TO DECERTIFY THE RULE 23(B)(2) ACCESS BARRIER SUBCLASSES** |
| v. | |
| BROOKDALE SENIOR LIVING, INC. et al., | |
| Defendants. | |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

1    Case No. 4:17-cv-03962-HSG

ORDER ON ADMIN MTN FOR ORDER EXTENDING TIME TO SUBMIT OPP. TO DEFS' MTN TO DECERTIFY RULE 23(B)(2) ACCESS BARRIER SUBCLASSES

Before the Court is Plaintiffs' Administrative Motion for an Order Extending Time for Plaintiffs to Submit their Opposition to Defendants' Motion to Decertify the Rule 23(b)(2) Access Barrier Subclasses. Having considered the motion, the Declaration submitted in support of the motion, relevant legal authority and the pleadings in this case, the Court hereby FINDS and ORDERS as follows:

1. Good Cause exists for granting Plaintiffs' Administrative Motion for the reasons stated therein.
2. The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Decertify the Rule 23(b)(2) Access Barrier Subclasses is extended to September 3, 2024.

**IT IS SO ORDERED**.

DATED: 8/16/2024

_____
Honorable Haywood S. Gilliam, Jr.