Guy B. Wallace – 176151
Mark T. Johnson – 76904
Jennifer U. Bybee – 302212
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608-1863
Telephone:     (415) 421-7100
Facsimile:      (415) 421-7105
Email:   gwallace@schneiderwallace.com
             mjohnson@schneiderwallace.com
             juhrowczik@schneiderwallace.com
             tclose@schneiderwallace.com
             rsteyer@schneiderwallace.com

Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
**STEBNER GERTLER & GUADAGNI**
**A Professional Law Corporation**
870 Market Street, Suite 1285
San Francisco, California  94102-2918
Telephone:     (415) 362-9800
Facsimile:      (415) 362-9801
Email:   kathryn@sgg-lawfirm.com
             brian@sgg-lawfirm.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Adrienne Spiegel – 330482
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104
Email:   ggrunfeld@rbgg.com
             jyelin@rbgg.com
             bbien-kahn@rbgg.com
             aspiegel@rbgg.com

David T. Marks – *pro hac vice*
Jacques Balette – *pro hac vice*
**MARKS, BALETTE, GIESSEL**
**& YOUNG, P.L.L.C.**
7521 Westview Drive
Houston, Texas  77055
Telephone:     (713) 681-3070
Facsimile:      (713) 681-2811
Email:   davidm@marksfirm.com
             jacquesb@marksfirm.com

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER RE: SUMBISSION OF TRIAL TIME ESTIMATE.**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1
2                                    **STIPULATION**

3       WHEREAS, on August 1, 2024, following a case management conference of that date, the
4 Court issued a minute order which required that the parties submit, among other things, an
5 estimate for the number of hours required by each side to try the injunctive relief claims of the
6 certified subclasses;

7       WHEREAS, the parties have met and conferred and have agreed, subject to this Court's
8 approval, that additional time is needed to develop accurate trial time estimates in light of the fact
9 that expert discovery is not yet completed and that the parties are in the midst of preparing for and
10 taking expert depositions and are engaged in briefing Plaintiffs' Motion to Certify Order for
11 Interlocutory Appeal and Defendants' Motion to Decertify the Rule 23(b)(2) Access Barrier
12 Subclass.

13      NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to this Court's approval,
14 that the deadline for the parties to submit their estimate for the number of hours required by each
15 side to try the injunctive relief claims of the certified subclasses be extended by 30 days, to
16 October 3, 2024.

17      IT IS SO STIPULATED.

18

19 DATED: August 28, 2024              SCHNEIDER WALLACE
                                       COTTRELL KONECKY LLP
20
                                       By:   *Guy B. Wallace*
21                                           Guy B. Wallace

22                                     Attorneys for Plaintiffs and the Certified
23                                     Subclasses

24
25
26
27
28

| | | |
|---|---|---|
| DATED: August 28, 2024 | | MOORE & LEE, P.C. |
| | By: | *Erica Rutner* |
| | | Erica Rutner |
| | | Attorneys for Defendants |

### **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| DATED: August 28, 2024 | | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| | By: | *Guy B. Wallace* |
| | | Guy B. Wallace |
| | | Attorneys for Plaintiffs and the Certified Subclasses |

### **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on August 28, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: August 28, 2024                                                    /s/ *Guy B. Wallace*
                                                                                              Guy B. Wallace

**ORDER**

The Court, having considered the above Stipulation of Plaintiffs and Defendants, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for the parties to submit their estimate for the number of hours required by each side to try the injunctive relief claims of the certified subclasses is extended by 30 days to October 3, 2024.

Good cause appearing, IT IS SO ORDERED.

DATED:  8/29/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge