| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>mjohnson@schneiderwallace.com<br>tclose@schneiderwallace.com<br>rsteyer@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Adrienne Spiegel- 330482<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: ggrunfeld@rbgg.com<br>jyelin@rbgg.com<br>bbien-kahn@rbgg.com<br>aspiegel@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER**<br>**GUADAGNI & KAWAMOTO**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California 94102-2918<br>Telephone: (415) 362-9800<br>Facsimile: (415) 362-9801<br>Email: kathryn@sggklaw.com<br>brian@sggklaw.com | David T. Marks – *pro hac vice*<br>Jacques Balette – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas 77055<br>Telephone: (713) 681-3070<br>Facsimile: (713) 681-2811<br>Email: davidm@marksfirm.com<br>jacquesb@marksfirm.com |

Attorneys for Plaintiffs and the Certified Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC. et al.,<br><br>        Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER RE: EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL

# STIPULATION

WHEREAS, pursuant to the Court's Order of August 9, 2024 (ECF No. 835), Defendants filed their Opposition to Plaintiffs' Motion to Certify Order for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b).

WHEREAS, pursuant to the same Order of August 9, the current deadline for Plaintiffs' reply memorandum in support of the motion ("Reply")"is Thursday, September 5, 2024.

WHEREAS, during the week within Plaintiffs' Reply is due, which includes Labor Day, the parties have five expert depositions scheduled and Plaintiffs have two briefs due, including their Opposition to Defendants' Motion to Decertify the Rule 23(b)(2) due on September 3, 2024, and their motion for partial summary judgment, due on September 5, 2024.

WHEREAS, Plaintiffs have requested, and Defendants do not oppose, subject to this Court's approval, that additional time be permitted for Plaintiffs to prepare their Reply to the Motion to Certify the Order for Interlocutory Appeal due to the deadlines and commitments described above.

NOW, THEREFORE, IT IS HEREBY STIPULATERD, subject to the Court's approval, that the deadline for Plaintiffs to submit their Reply to the Motion to Certify the Order for Interlocutory Appeal is extended by 7 days, to September 12, 2024.

Respectfully submitted,

DATED:  September 2, 2024        SCHNEIDER WALLACE
                                 COTTRELL KONECKY LLP


By:   */s/ Guy B. Wallace*
      Guy B. Wallace

Attorneys for Plaintiffs and the Certified Subclasses

DATED: September 2, 2024           MOORE & LEE, P.C.

                                    By:  */s/ Erica Rutner*
                                         Erica Rutner

                                         Attorneys for Defendants

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 2, 2024           SCHNEIDER WALLACE
                                    COTTRELL KONECKY LLP

                                    By:  */s/ Guy B. Wallace*
                                         Guy B. Wallace

                                         Attorneys for Plaintiffs and the Certified
                                         Subclasses

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on September 2, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: September 2, 2024                     /s/ *Guy B. Wallace*
                                              Guy B. Wallace

**ORDER**

The court, having considered the above Stipulation between Plaintiffs and Defendants, and good cause appearing therefor, hereby ORDERS as follows:

1. The deadline for Plaintiffs to file their Reply in Support of Motion to Certify Order for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b) is extended to September 12, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 9/3/2024

_____
Honorable Haywood S. Gilliam, Jr.