Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       tclose@schneiderwallace.com
       rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Amy Xu – 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:      ggrunfeld@rbgg.com
            jyelin@rbgg.com
            bbien-kahn@rbgg.com
            axu@rbgg.com

Attorneys for Plaintiffs and
the Certified Classes

Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
**MOORE & LEE, P.C.**
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
Sacramento, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKDALE SENIOR LIVING INC., et al. <br><br> Defendants. | Case No. 4:17-cv-03962-HSG <br><br> **PARTIES' STIPULATION FOR OMNIBUS MOTION TO SEAL; ORDER** |

1    Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully
2    stipulate as follows:
3    WHEREAS, when the Parties have filed multiple requests to seal in this matter, the Court has
4    ordered the parties to consolidate the pending requests into a single, omnibus motion to seal once the
5    Parties had completed briefing the issue to which the sealing requests related (*see* ECF Nos. 549 & 635);
6    WHEREAS, per the Court's order dated August 9, 2024, dispositive motions shall be filed by
7    September 5, 2024, responses shall be filed by September 26, 2024, and replies shall be filed by October
8    10, 2024 (*see* ECF No. 835 at 6);
9    WHEREAS, the Parties anticipate filing a substantial volume of material with the
10   aforementioned briefs that Defendants either have designated as "Confidential" pursuant to the
11   Stipulated Protective Order governing the case (ECF No. 127) or that discuss the substance of such
12   documents or contain information similar to information previously identified as confidential by
13   Defendants, such that the Parties anticipate the need to file multiple requests to seal in connection with
14   the briefs;
15   WHEREAS, Defendants believe that filing an omnibus motion to seal that consolidates all of the
16   anticipated requests related to the Parties' dispositive motions, responses, and replies in a single filing in
17   a similar fashion as the Court has ordered previously (*see* ECF Nos. 549 & 635) will streamline the
18   Court's review and save judicial resources, including because much of the material at issue is expected
19   to be similar in nature;
20   WHEREAS, due to the substantial volume of material that the Parties anticipate the Parties may
21   file with their briefs, Defendants also believe that approximately thirty (30) days after the Parties'
22   deadline to file their replies in support of their dispositive motions would serve as an appropriate
23   deadline to file the omnibus motion to seal that Defendants propose;
24   WHEREAS, in order to streamline the process of making available on the public docket any
25   redacted documents in the event the Court grants the Parties' requested omnibus motion to seal, the
26   Parties agree that Defendants will prepare copies of documents with the proposed redactions Defendants
27   believe are necessary to apply, and the Parties will file those versions on the public docket with their
28

2

omnibus motion to seal, rather than otherwise blank pages reading "EXHIBIT FILED UNDER SEAL" as indicated by Local Civil Rule 79-5(d); and

WHEREAS, the Parties have conferred and now hereby agree and stipulate as follows.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The Parties shall file a single, omnibus motion to seal that consolidates all of their anticipated sealing requests related to their dispositive motions, responses, and replies in lieu of separate sealing requests no later than thirty (30) days after their replies are due. Defendants shall provide drafts of the omnibus motion to seal, the declaration in support, the proposed order, and copies of all documents Defendants wish to seal with their proposed redactions marked to Plaintiffs at least 7 days prior to the filing deadline.

2. When the Parties file the omnibus motion to seal, the copies of documents the Parties propose to redact that the Parties file on the public docket shall feature the proposed redactions applied, rather than an otherwise blank page reading "EXHIBIT FILED UNDER SEAL."

IT IS SO STIPULATED.

DATED: September 3, 2024                    MOORE & LEE, P.C.

                                            /s/ Erica Rutner
                                            Erica Rutner
                                            Attorneys for Defendants

DATED: September 3, 2024                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                            /s/ Jenny Yelin
                                            Jenny Yelin
                                            Attorneys for Plaintiffs and the Certified Classes

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                      */s/ Erica Rutner*
                                                      Erica Rutner

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                      */s/ Erica Rutner*
                                                      Erica Rutner

# **ORDER**

Pursuant to Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

Dated: 9/3/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge