1 | **MOORE & LEE, P.C.**
Erica Rutner (SBN 344880)
2 | e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
3 | j.bertino@mooreandlee.com
110 SE 6th Street, Suite 1980
4 | Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
5 | Facsimile: (703) 506-2051

6 | **SEYFARTH SHAW LLP**
Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
7 | mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
8 | Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
9 | Facsimile: (312) 460-7000

10 | **SEYFARTH SHAW LLP**
11 | Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
12 | 560 Mission Street, 31st Floor
San Francisco, California 94105
13 | Telephone: (415) 397-2823
Facsimile: (415) 397-8549
14 |

15 | Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
16 | BROOKDALE SENIOR LIVING COMMUNITIES, INC.

17 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

18 | STACIA STINER, et al., ) Case No. 4:17-cv-03962-HSG
19 | )
Plaintiffs, ) **ORDER RE DEFENDANTS'**
20 | ) **ADMINISTRATIVE MOTION TO**
v. ) **FILE UNDER SEAL**
21 | )
22 | BROOKDALE SENIOR LIVING INC., et al. )
)
23 | Defendants. )
)
24 | )

25 |

26 |

27 |

28 |

**ORDER**

THIS CAUSE comes before the Court on Defendants' Administrative Motion to File Under Seal (ECF No. 784, "Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**Information to Be Redacted and Filed Under Seal**

| Docket No. Public / Sealed | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. 783-3 / (Dkt. No. 784-2) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 1 | Pages 19:15-19, 20:1-25, 20:27, 21:2-14, 21:16-24, 22:1-4, 22:6-17, 22:20-24, 23:1-6, 23:8-10, 23:13-14, 23:16-20, 23:26, 24:10-11, 24:13-14, 25:3-4, 25:6-8, 25:11-12, 25:14 | Rutner Decl. ¶ 4.a | |
| Dkt. No. 783-6 / (Dkt. No. 784-3) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 4 | Pages BKD3055324-5329, 5335, 5337-5339, 5341 | Rutner Decl. ¶ 4.b | |
| Dkt. No. 783-7 / (Dkt. No. 784-4) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 5 | Pages BKD2974720-4722, 4727-4733, 4735-4737, 4743-4744, 4747-4750, 4752-4769, 4772, | Rutner Decl. ¶ 4.c | |

311034765v.2

| | | | | |
|---|---|---|---|---|
| | | 4778-4780, 4783-4804, 4807-4814, 4816-4824, 4826, 4838-4950, 4953-4957, 4960, 4963, 4966-4974, 4978-4979, 4982-5013, 5027, 5032-5054, 5061-5063 | | |
| Dkt. No. 783-8 / (Dkt. No. 784-5) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 6 | Pages BKD2594483-4484 | Rutner Decl. ¶ 4.d | |
| Dkt. No. 783-11 / (Dkt. No. 784-6) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 9 | Pages 46:4, 46:6-7, 46:9, 46:11-12, 48:11, 166:6, 167:3, 167:7, 168:3, 173:19 | Rutner Decl. ¶ 4.e | |
| Dkt. No. 783-19 / (Dkt. No. 784-7) | Defendants' Response in Opposition to Plaintiffs' Motion for Certification of Subclasses, Exhibit 17 | Pages 4:2-11, 4:14-16, 5:2-10, 5:14-15, 5:27-28, 6:2-10, 6:14-17, 6:28, 7:2-11, 7:15-18, 8:2-10, 8:14-17, 9:2-10, 9:13-16 | Rutner Decl. ¶ 4.e | |

2

311034765v.2

1    DATED:  9/5/2024

2

3                                            HON. HAYWOOD S. GILLIAM, JR.
                                             United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            3
ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL /
CASE NO. 4:17-CV-03962-HSG

311034765v.2