Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:    (415) 421-7100
Facsimile:     (415) 421-7105
Email: gwallace@schneiderwallace.com
           mjohnson@schneiderwallace.com
           tclose@schneiderwallace.com
           rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Amy Xu – 330707
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:          ggrunfeld@rbgg.com
                   jyelin@rbgg.com
                   bbien-kahn@rbgg.com
                   axu@rbgg.com

Attorneys for Plaintiffs and
the Certified Classes

Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
**MOORE & LEE, P.C.**
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
Sacramento, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-cv-03962-HSG |
| Plaintiffs, | **PARTIES' STIPULATION AND ORDER RE SCHEDULE FOR EXPERT DEPOSITIONS** |
| v. | |
| BROOKDALE SENIOR LIVING INC., et al. | |
| Defendants. | |

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, per the Court's Order dated May 20, 2024 (ECF No. 789), the Court ordered that the deadline for the close of expert discovery was reset to September 12, 2024;

WHEREAS, the Parties scheduled the depositions of Plaintiffs' expert Dr. Patrick Kennedy for September 11, 2024, and Defendants' expert Doug Anderson for September 10, 2024;

WHEREAS, the Parties subsequently were no longer able to accommodate those dates and will not be available for Dr. Kennedy's deposition until September 23, 2024, and Mr. Anderson's deposition until September 24, 2024;

WHEREAS, defense counsel informed Plaintiffs' counsel that Defendants' expert Julie Baird was available on September 9, 2024, for her deposition;

WHEREAS, Plaintiffs' counsel were not available to depose Ms. Baird on September 9, 2024, and Ms. Baird is not available to sit for her deposition again until September 24, 2024;

WHEREAS, the Parties are amenable to rescheduling Dr. Kennedy's deposition for September 23, 2024, Mr. Anderson's deposition for September 24, 2024, and Ms. Baird's deposition for September 24, 2024; and

WHEREAS, for the foregoing reasons, the Parties believe that there is good cause to modify the schedule to permit Dr. Kennedy's deposition to take place on September 23, 2024, Mr. Anderson's deposition to take place on September 24, 2024, and Ms. Baird's deposition to take place on September 24, 2024.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that the depositions of the expert witnesses identified below shall take place on the dates indicated unless the parties agree to another date not later than September 30, 2024:

1. Dr. Kennedy's deposition shall take place on September 23, 2024;
2. Mr. Anderson's deposition shall take place on September 24, 2024;
3. Ms. Baird's deposition shall take place on September 24, 2024; and
4. all other aspects of the case schedule remain unchanged.

IT IS SO STIPULATED.

DATED: September 12, 2024                MOORE & LEE, P.C.

                                         */s/ Erica Rutner*
                                         Erica Rutner
                                         Attorneys for Defendants


DATED: September 12, 2024                SCHNEIDER WALLACE COTTRELL
                                         KONECKY LLP

                                         */s/ Guy B. Wallace*
                                         Guy B. Wallace
                                         Attorneys for Plaintiffs and the Certified
                                         Classes

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                         */s/ Michael Jacobsen*
                                         Michael Jacobsen

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                         */s/ Michael Jacobsen*
                                         Michael Jacobsen

# **ORDER**

Pursuant to Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

Dr. Kennedy's deposition shall take place on September 23, 2024.

Mr. Anderson's deposition shall take place on September 24, 2024.

Ms. Baird's deposition shall take place on September 24, 2024.

Dated: 9/13/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge