Guy B. Wallace – 176151
Mark T. Johnson – 76904
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:    (415) 421-7100
Facsimile:     (415) 421-7105
Email: gwallace@schneiderwallace.com
           mjohnson@schneiderwallace.com
           tclose@schneiderwallace.com
           rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Benjamin Bien-Kahn – 267933
Adrienne Spiegel – 330482
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
Email:          ggrunfeld@rbgg.com
                   jyelin@rbgg.com
                   bbien-kahn@rbgg.com
                   aspiegel@rbgg.com

Attorneys for Plaintiffs and
the Certified Classes

Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
**MOORE & LEE, P.C.**
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
Sacramento, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC.
and BROOKDALE SENIOR LIVING
COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>BROOKDALE SENIOR LIVING INC., et al.<br><br>          Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**PARTIES' STIPULATION AND ORDER RE SCHEDULE FOR EXPERT DEPOSITION OF DR. KENNEDY** |

1  Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully
2  stipulate as follows:
3  WHEREAS, per the Court's Order dated May 20, 2024 (ECF No. 789), the Court ordered that
4  the deadline for the close of expert discovery was reset to September 12, 2024;
5  WHEREAS, the Parties originally scheduled the deposition of Plaintiffs' expert Dr. Patrick
6  Kennedy for September 3, 2024;
7  WHEREAS, Plaintiffs' counsel subsequently could not accommodate the September 3 date and
8  the deposition of Dr. Kennedy was rescheduled for September 11 2024;
9  WHEREAS, Plaintiffs' counsel subsequently could not accommodate the September 11 date and
10 the deposition of Dr. Kennedy was rescheduled to September 23, 2024.
11 WHEREAS, Plaintiffs can no longer accommodate the September 23 date because Dr. Kennedy
12 is presently in trial in another matter and is unable to appear for his deposition on September 23, 2024;
13 WHEREAS, the Parties are amenable to rescheduling Dr. Kennedy's deposition for a date on or
14 before October 4, 2024 and agree there is good cause to do so;
15 WHEREAS, the Parties' *Daubert* motions are presently due to be filed on September 26, 2024.
16 However, given the need to move the deposition of Dr. Kennedy to a date after September 26, 2024, the
17 Parties are agreeable to moving the filing date for any *Daubert* motion regarding Dr. Kennedy to
18 October 9, 2024; and,
19 WHEREAS, Defendants are willing to stipulate that their anticipated *Daubert* arguments
20 pertaining to Dr. Kennedy will not implicate the arguments raised in either Defendants' Motion for
21 Summary Judgment or Defendants' Opposition to Plaintiffs' Motion for Summary Judgment.
22 THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:
23 1. Dr. Kennedy's deposition shall take place on or before October 4, 2024;
24 2. Defendants may file any Daubert motion regarding Dr. Kennedy by no later than October 9,
25    2024;
26 3. All other aspects of the case schedule remain unchanged.
27 IT IS SO STIPULATED.
28

| | | |
|---|---|---|
| 1 | DATED: September 20, 2024 | MOORE & LEE, P.C. |
| 2 | | |
| 3 | | */s/ Erica Rutner* |
| 4 | | Erica Rutner<br>Attorneys for Defendants |
| 5 | | |
| 6 | DATED: September 20, 2024 | SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP |
| 7 | | |
| 8 | | */s/ Guy B. Wallace* |
| 9 | | Guy B. Wallace<br>Attorneys for Plaintiffs and the Certified Classes |

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Guy B. Wallace*
Guy B. Wallace

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Guy B. Wallace*
Guy B. Wallace

**ORDER**

Pursuant to Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

Dr. Kennedy's deposition shall take place on or before October 4, 2024.

Defendants may file any Daubert motion regarding Dr. Kennedy by no later than October 9, 2024.

Dated:  9/23/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge