| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:     (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>        mjohnson@schneiderwallace.com<br>        juhrowczik@schneiderwallace.com<br>        tclose@schneiderwallac.com<br>        rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Brenda Muñoz – 328813<br>Adrienne Spiegel – 330482<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:     (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>        jyelin@rbgg.com<br>        bbien-kahn@rbgg.com<br>        bmunoz@rbgg.com<br>        aspiegel@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Certified Subclasses | Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (*Pro Hac Vice*)<br>j.bertino@mooreandlee.com<br>**MOORE & LEE, P.C.**<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)<br>mjacobsen@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Justin T. Curley (SBN 233287)<br>jcurley@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>Sacramento, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING INC.<br>and BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| STACIA STINER, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.; and DOES 1 through 100,<br><br>              Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DAUBERT MOTIONS**<br><br>Date:     October 31, 2024<br>Time:    2:00 p.m.<br>Crtrm.:  2 - 4th Floor<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1    Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel,
2 respectfully stipulate as follows:
3    WHEREAS, the Court's civil standing order requires that Daubert motions be heard on the
4 same date as dispositive motions;
5    WHEREAS, the parties' cross motions for summary judgment, and therefore any Daubert
6 motions, will be heard on October 31, 2024;
7    WHEREAS, pursuant to the Court's usual 35 day notice period, Daubert motions would be
8 due September 26, 2024, the same date that the parties' oppositions to summary judgment are due;
9    WHEREAS, the parties require additional time to prepare their Daubert motions regarding
10 the numerous experts, especially in light of the summary judgment opposition deadline; and
11    THEREFORE, IT IS HEREBY STIPULATED, subject to approval of the Court, that the
12 deadline for the parties to file their Daubert motions is extended by seven days, to October 3,
13 2024.
14    IT IS SO STIPULATED.
15
16
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26
27
28

1  DATED: September 24, 2024          Respectfully submitted,

2                                      SCHNEIDER WALLACE COTTRELL KONECKY LLP

3

4                                      By:    */s/ Guy B. Wallace*
                                              Guy B. Wallace
5

6                                      Attorneys for Plaintiffs and the Certified Subclasses

7

8  DATED: September 24, 2024          Respectfully submitted,

9                                      MOORE & LEE, P.C.

10

11                                     By:    */s/ Erica Rutner*
                                              Erica Rutner
12

13                                     Attorneys for Defendants

14
                          **ATTORNEY ATTESTATION**
15
    Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this
16
filing is submitted, concur in the filing's content and have authorized the filing.
17

18                                            */s/ Guy B. Wallace*
                                              Guy B. Wallace
19
                          **CERTIFICATE OF SERVICE**
20

21
        I hereby certify that on September 24, 2024, I electronically filed the foregoing document
22
with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of
23
electronic filing to all CM/ECF participants.
24
                                              */s/ Guy B. Wallace*
25                                            Guy B. Wallace

26

27

28

**ORDER**

Pursuant to Stipulation, and for good cause shown, the parties' stipulation is DENIED.

DATED:  9/25/2024

