**MOORE & LEE, P.C.**
Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

**SEYFARTH SHAW LLP**
Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-cv-03962-HSG |
| Plaintiffs, | **ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR BY ZOOM FOR NOVEMBER 12, 2024 FURTHER CASE MANAGEMENT CONFERENCE (as modified)** |
| v. | |
| BROOKDALE SENIOR LIVING INC., et al. | |
| Defendants. | |

ORDER RE MOTION FOR ZOOM APPEARANCE AT CASE MANAGEMENT CONFERENCE /
CASE NO. 4:17-CV-03962-HSG

**ORDER**

THIS CAUSE comes before the Court on Defendants' Administrative Motion to Appear By Zoom at the November 12, 2024 Further Case Management Conference ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The CRD will e-mail counsel the Zoom information.

DATED: 10/28/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge