1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACIA STINER, et al.,

Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC., et al.,

Defendants.

Case No.  17-cv-03962-HSG

**ORDER DIRECTING SUPPLEMENTAL STATEMENT**

Re: Dkt. No. 939

On November 26, 2024, the parties submitted a joint estimate of their anticipated trial time: "The parties total estimated trial time is currently 183.25 hours."  Dkt. No. 939.  The Court considers this proposal to be dramatically unrealistic and unreasonably long.  Accordingly, the Court **DIRECTS** the parties to file a joint statement identifying relevant, comparable cases involving similar claims and those cases' total trial times (and any time limits imposed by the presiding judge in those cases).  For any case that the parties cite, they must explain the nature of the claims in the cited case and the length of the trial (excluding jury deliberations).  This statement should not exceed 10 pages and must be filed by December 6, 2024.

**IT IS SO ORDERED.**

Dated:    11/27/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge