| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>   mjohnson@schneiderwallace.com<br>   juhrowczik@schneiderwallace.com<br>   tclose@schneiderwallace.com<br>   rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Brenda Muñoz – 328813<br>Adrienne Spiegel – 330482<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>   jyelin@rbgg.com<br>   bbien-kahn@rbgg.com<br>   bmunoz@rbgg.com<br>   aspiegel@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Certified Classes | Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (*Pro Hac Vice*)<br>j.bertino@mooreandlee.com<br>**MOORE & LEE, P.C.**<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)<br>mjacobsen@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Justin T. Curley (SBN 233287)<br>jcurley@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>Sacramento, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING INC.<br>and BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKDALE SENIOR LIVING INC., et al.<br><br>　　　　　Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**PARTIES' STIPULATION AND ORDER RE EXTENSION FOR FILING PROPOSED JURY INSTRUCTIONS** |

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, the pretrial conference for this action is currently set for December 17, 2024.

WHEREAS, pursuant to the Court's Civil Pretrial and Standing Order, the current deadline for the parties to file a joint pretrial statement and proposed order, proposed jury instructions, proposed voir dire questions, proposed verdict forms, proposed statement of the case and trial briefs is December 3, 2024, fourteen days before the December 17 pretrial conference.

WHEREAS, the parties have engaged in multiple extensive meet and confer efforts regarding the above documents, including the proposed pre-trial statement and statement of the case, the admissibility of and objections to the proposed exhibits and demonstratives, the proposed jury instructions and are continuing to work through their differences to see if they can narrow and clarify the issues that are outstanding between the parties and to eliminate unnecessary exhibits, objections and/or instructions.

WHEREAS, due to several factors, including the large and complex number of claims, the substantial amount of applicable accessibility standards, the complexity of issues to be presented at trial, and, correspondingly, the large number of proposed jury instructions, the parties believe that extra time will be necessary to finish drafting and conferring about their proposed jury instructions, prepare statements in support of genuinely disputed instructions, and prepare a final joint submission that is properly organized. Similarly, the parties believe that additional time will be necessary to finish conferring about and completing proposed voir dire questions and proposed special verdict forms. The parties' efforts to narrow their disputes are in good faith and are continuing and have already resulted in the identification of several jury instructions that are unnecessary or that can be revised such that the issues to be resolved by the Court will be narrowed and/or reduced.

WHEREAS, for the foregoing reasons, the Parties believe that there is good cause to modify the schedule to permit the parties two extra days to finish preparing their proposed jury instructions and supporting statements, the proposed voir dire questions and proposed special verdict forms. The parties

expect that they will be able to timely file all other documents and information required to be filed by December 3, 2024.

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

The deadline for the parties to file their proposed jury instructions and supporting statements, their proposed voir dire questions and proposed special verdict forms is extended by two days to December 5, 2024.

The deadline for the parties to submit their courtesy copies of all of their pretrial filings per ¶ 6 of the Court's standing order is extended by two days to December 6, 2024 to ensure that the binders include all of the required materials, including the proposed jury instructions and supporting statements, their proposed voir dire questions and proposed special verdict forms.
.

IT IS SO STIPULATED.

DATED: December 2, 2024                MOORE & LEE, P.C.

                                       */s/ Erica Rutner*

                                       Erica Rutner
                                       Attorneys for Defendants


DATED: December 2, 2024                SCHNEIDER WALLACE COTTRELL
                                       KONECKY LLP

                                       */s/ Guy B. Wallace*

                                       Guy B. Wallace
                                       Attorneys for Plaintiffs and the Certified Classes

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Guy B. Wallace*
Guy B. Wallace

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Guy B. Wallace*
Guy B. Wallace

**ORDER**

Pursuant to Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

The deadline for the parties to file their proposed jury instructions and supporting statements, their proposed voir dire questions and proposed special verdict forms is extended by two days to December 5, 2024.

The deadline for the parties to submit their courtesy copies of all of their pretrial filings per ¶ 6 of the Court's standing order is extended by two days to December 6, 2024 to ensure that the binders include all of the required materials, including the proposed jury instructions and supporting statements, their proposed voir dire questions and proposed special verdict forms.

IT IS SO ORDERED.

Dated: 12/3/2024

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge