UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03962-HSG<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH STANDING ORDER**<br><br>Re: Dkt. Nos. 964, 965 |

The parties are DIRECTED to comply with the Court's civil pre-trial and trial standing order. Consistent with section six of that order, the parties are DIRECTED to deliver two side-tabbed binders to the Clerk's office by noon on December 6, 2024. These binders must contain (1) the parties' pre-trial filings, (2) the parties' motions in limine, and (3) briefing associated with the motions in limine. The parties should consult the Court's standing order to ensure that the binders' contents and formatting are correct.

**IT IS SO ORDERED.**

Dated: 12/5/2024

　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge