UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACIA STINER, et al.,               ,

      Plaintiff(s),

    v.

Brookdale Senior Living, Inc.⊞   ,

      Defendant(s).

Case No. 4:17-CV-03962

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __Robindra Khanal__ , an active member in good standing of the bar of __Florida__ , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Brookdale Senior Living, Inc., et__ in the above-entitled action. My local co-counsel in this case is __Justin Taylor Curley__ , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __233287__ .

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
255 South Orange Avenue, Suite 900
Orlando, FL 32801
MY ADDRESS OF RECORD

SEYFARTH SHAW LLP
560 Mission St., 31st Floor
San Francisco, CA 94105-2992
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(407) 872-6011
MY TELEPHONE # OF RECORD

(415) 397-2823
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rkhanal@qpwblaw.com
MY EMAIL ADDRESS OF RECORD

jcurley@seyfarth.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __0571032__ .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  12/5/2024

Robindra Khanal
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robindra Khanal                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  12/6/2024

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )        In Re:  0571032
Robindra Nath Khanal
255 S Orange Ave Ste 900
Orlando, FL 32801-3454

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 20, 2002**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  18th  day of **July, 2024**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-295717