| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:    (415) 421-7100<br>Facsimile:     (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>            mjohnson@schneiderwallace.com<br>            tclose@schneiderwallace.com<br>            rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Amy Xu – 330707<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:    (415) 433-6830<br>Facsimile:     (415) 433-7104<br>Email:         ggrunfeld@rbgg.com<br>                 jyelin@rbgg.com<br>                 bbien-kahn@rbgg.com<br>                 axu@rbgg.com<br><br>Attorneys for Plaintiffs and<br>the Certified Classes | Erica Rutner (SBN 344880)<br>e.rutner@mooreandlee.com<br>John A. Bertino (VBN 93393) (*Pro Hac Vice*)<br>j.bertino@mooreandlee.com<br>**MOORE & LEE, P.C.**<br>110 SE 6th Street, Suite 1980<br>Fort Lauderdale, Florida 33301<br>Telephone: (703) 940-3763<br>Facsimile: (703) 506-2051<br><br>Michael D. Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)<br>mjacobsen@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Justin T. Curley (SBN 233287)<br>jcurley@seyfarth.com<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>Sacramento, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendants<br>BROOKDALE SENIOR LIVING INC.<br>and BROOKDALE SENIOR LIVING COMMUNITIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BROOKDALE SENIOR LIVING INC., et al.<br><br>          Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER REGARDING MOTIONS IN LIMINE** |

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, in accordance with the Court's Civil Pretrial and Trial Standing Order ¶¶ 23-24, on November 26, 2024, Plaintiffs filed five motions in limine (*see* ECF Nos. 941-945) and Defendants filed three motions in limine (*see* ECF Nos. 946-948), and on December 3, the parties opposed each others' motions (*see* ECF Nos. 955-963);

WHEREAS, on December 13, 2024, the Court issued its Order Granting in Part and Denying in Part the Cross-Motions for Summary Judgment, ECF No. 978, which substantially changed the scope of the evidence the parties had intended to present in the first trial;

WHEREAS, the parties wish to narrow and modify the currently pending motions in limine to be targeted to the issues that are still in dispute for the upcoming trial so as to conserve judicial resources;

WHEREAS, given the upcoming winter holidays, the parties have agreed to filing their revised motions in limine together with the oppositions on January 8, 2025, the date the Court set for the parties' revised pretrial filings;

THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. The parties agree that the Court does not need to adjudicate the eight motions in limine filed on November 26, 2024 at ECF Nos. 941-948;
2. The parties will exchange revised drafts of their motions on or before December 30, 2024;
3. The parties will file the revised motions in limine, together with oppositions to those motions, on or before January 8, 2025;
4. The parties agree that they may not file entirely new motions in limine, but as to each previously filed motion in limine, the parties may: (a) withdraw their existing motion; (b) leave the motion as it was when originally filed; or (c) revise or edit the arguments in the existing motion to be appropriately targeted to the revised scope of the trial as well as the issues of law and/or fact set forth in the parties' revised Joint Pretrial Statement;

5.  The parties further agree that they will not edit their new draft motions in limine after the parties' exchange on December 30 and before the motions are filed with the oppositions on January 8, 2025.

IT IS SO STIPULATED.

DATED: December 23, 2024        MOORE & LEE, P.C.

/s/ Erica Rutner

Erica Rutner
Attorneys for Defendants


DATED: December 23, 2024        ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ Jenny S. Yelin

Jenny S. Yelin
Attorneys for Plaintiffs and the Certified Classes

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jenny S. Yelin
Jenny S. Yelin

ROSEN BIEN GALVAN & GRUNFELD LLP

## **ORDER**

Pursuant to Stipulation, and for good cause shown, the Parties' Stipulation is GRANTED.

Dated: 12/26/2024

                                              _____
                                              HON. HAYWOOD S. GILLIAM, JR.
                                              United States District Judge