Guy B. Wallace - 176151
Mark T. Johnson - 76904
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:     (415) 421-7100
Facsimile:      (415) 421-7105
Email:  gwallace@schneiderwallace.com
            mjohnson@schneiderwallace.com

Gay Crosthwait Grunfeld - 121944
Jenny S. Yelin - 273601
Benjamin Bien-Kahn - 267933
Amy Xu - 330707
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Tel:            (415) 433-6830
Fax:           (415) 433-7104
Email:  ggrunfeld@rbgg.com
            jyelin@rbgg.com
            bbien-kahn@rbgg.com
            axu@rbgg.com

Attorneys for Plaintiffs and
the Certified Class

**MOORE & LEE, P.C.**
Erica Rutner (SBN 344880)
e.rutner@mooreandlee.com
John A. Bertino (VBN 93393) (*Pro Hac Vice*)
j.bertino@mooreandlee.com
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone: (703) 940-3763
Facsimile: (703) 506-2051

**SEYFARTH SHAW LLP**
Michael Jacobsen (IL SBN 6303584) (*Pro Hac Vice*)
mjacobsen@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendants
BROOKDALE SENIOR LIVING INC. and
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-cv-03962-HSG |
| Plaintiffs, | **PARTIES' STIPULATION AND ORDER RE SHORTENING BRIEFING SCHEDULE FOR MOTION FOR BENCH TRIAL** |
| v. | |
| BROOKDALE SENIOR LIVING INC., et al. | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, the parties have met and conferred regarding the briefing schedule for Defendants' Motion for Bench Trial (the "Motion").

WHEREAS, the parties were able to agree to an expedited briefing schedule for the Motion given the impending trial date.

THEREORE, IT IS HEREBY STIPULATED that:

Plaintiffs will submit their Opposition to the Motion no later than January 6, 2025. Defendants will submit their Reply to the Motion on January 10, 2025.

IT IS SO STIPULATED

DATED: December 30, 2024        MOORE & LEE, P.C.,

/s/ *Erica Rutner*

Erica Rutner
Attorneys for Defendants

DATED: December 30, 2024        SCHNEIDER WALLACE COTTRELL KONECKY LLP

/s/ *Guy B. Wallace*

Attorneys for Plaintiffs and the Certified Classes

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Erica Rutner*
Erica Rutner

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Erica Rutner*
Erica Rutner

## ORDER

Pursuant to Stipulation, and for good cause shown, the Parties Stipulation is GRANTED.

The briefing schedule for Defendants Motion for Bench Trial is as follows: Plaintiffs will submit their Opposition to the Motion no later than January 6, 2025. Defendants will submit their Reply to the Motion on January 10, 2025.

IT IS SO ORDERED.

DATED: 12/30/2024

*[signature]*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge