1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    STACIA STINER, et al.,                    Case No. 17-cv-03962-HSG

8                    Plaintiffs,               **ORDER CONTINUING THE**
                                               **PREVIOUSLY SCHEDULED JURY**
9             v.                               **TRIAL UNTIL APRIL 7, 2025**

10   BROOKDALE SENIOR LIVING, INC., et
     al.,
11
                     Defendants.
12

13        In light of the parties' ongoing settlement discussions with Magistrate Judge Joseph Spero,

14   and based on the Court's availability, the jury trial previously set to begin on January 24, 2025 is

15   CONTINUED to April 7, 2025 at 8:30 a.m. in Oakland, Courtroom 2, 4th Floor before Judge

16   Haywood S. Gilliam Jr.  This continuance is conditioned on the requirement that the parties may

17   not raise any new factual or legal issues in this matter, and may not file any materials they have

18   not already been ordered to file, though they may file updates regarding the status of settlement

19   discussions.  In other words, the status quo at the time of this Order is preserved until the new trial

20   date pending further settlement talks.

21

22        **IT IS SO ORDERED.**

23   Dated:    1/17/2025

24
                                               _____
25                                             HAYWOOD S. GILLIAM, JR.
                                               United States District Judge
26

27

28

United States District Court
Northern District of California