| | |
|---|---|
| Guy B. Wallace – 176151 | Gay Crosthwait Grunfeld – 121944 |
| Mark T. Johnson – 76904 | Jenny S. Yelin – 273601 |
| Jennifer U. Bybee – 302212 | Adrienne Spiegel – 330482 |
| Travis C. Close – 308673 | Maya Campbell – 345180 |
| Rachel L. Steyer – 330064 | **ROSEN BIEN** |
| **SCHNEIDER WALLACE** | **GALVAN & GRUNFELD LLP** |
| **COTTRELL KONECKY LLP** | 101 Mission Street, Sixth Floor |
| 2000 Powell Street, Suite 1400 | San Francisco, California  94105-1738 |
| Emeryville, California  94608-1863 | Telephone:    (415) 433-6830 |
| Telephone:    (415) 421-7100 | Facsimile:    (415) 433-7104 |
| Facsimile:    (415) 421-7105 | Email:    ggrunfeld@rbgg.com |
| Email:    gwallace@schneiderwallace.com |     jyelin@rbgg.com |
|     mjohnson@schneiderwallace.com |     aspiegel@rbgg.com |
|     juhrowczik@schneiderwallace.com |     mcampbell@rbgg.com |
|     tclose@schneiderwallace.com | |
|     rsteyer@schneiderwallace.com | |
| | |
| Kathryn A. Stebner – 121088 | David T. Marks – *pro hac vice* |
| Brian S. Umpierre – 236399 | **MARKS, BALETTE, GIESSEL** |
| **STEBNER GERTLER & GUADAGNI** | **& YOUNG, P.L.L.C.** |
| **A Professional Law Corporation** | 7521 Westview Drive |
| 870 Market Street, Suite 1285 | Houston, Texas  77055 |
| San Francisco, California  94102-2918 | Telephone:    (713) 681-3070 |
| Telephone:    (415) 362-9800 | Facsimile:    (713) 681-2811 |
| Facsimile:    (415) 362-9801 | Email:    davidm@marksfirm.com |
| Email:    kathryn@sgg-lawfirm.com | |
|     brian@sgg-lawfirm.com | |

Attorneys for Plaintiffs and the Certified Subclasses
(*additional counsel on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER (as modified)**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

[4646274.1]

STIPULATION AND [PROPOSED] ORDER

Case No. 4:17-cv-03962-HSG

| | |
|---|---|
| 1 | Erica Rutner (SBN 344880) |
|   | e.rutner@mooreandlee.com |
| 2 | John A. Bertino (VBN 93393) (Pro Hac Vice) |
|   | j.bertino@mooreandlee.com |
| 3 | **MOORE & LEE, P.C.** |
|   | 110 SE 6th Street, Suite 1980 |
| 4 | Fort Lauderdale, Florida 33301 |
|   | Telephone:  (703) 940-3763 |
| 5 | Facsimile:   (703) 506-2051 |
| 6 | Michael D. Jacobsen (IL SBN 6303584) (Pro Hac Vice) |
| 7 | mjacobsen@seyfarth.com |
|   | **SEYFARTH SHAW LLP** |
| 8 | 233 South Wacker Drive, Suite 8000 |
|   | Chicago, Illinois 60606-6448 |
| 9 | Telephone:  (312) 460-5000 |
|   | Facsimile:   (312) 460-7000 |
| 10 | |
| 11 | Justin T. Curley (SBN 233287) |
|   | jcurley@seyfarth.com |
| 12 | **SEYFARTH SHAW LLP** |
|   | 560 Mission Street, 31st Floor |
| 13 | Sacramento, California 94105 |
|   | Telephone:  (415) 397-2823 |
| 14 | Facsimile:   (415) 397-8549 |
| 15 | Attorneys for Defendants |
|   | BROOKDALE SENIOR LIVING INC. |
| 16 | and BROOKDALE SENIOR LIVING COMMUNITIES, INC. |

[4646274.1]

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, the Parties have reached a settlement in principle, and are in the process of preparing a full settlement agreement;

WHEREAS, the Parties wish to discuss with the Court several case management matters, including a schedule for Plaintiffs' forthcoming motions for preliminary approval of the class action components of the settlement and for attorney's fees and costs;

THEREFORE, the Parties request that the Court set a status conference, to be conducted by Zoom or other remote means if possible, as soon as is practicable for the Court's schedule.

IT IS SO STIPULATED.

DATED: February 7, 2025          ROSEN BIEN GALVAN & GRUNFELD LLP

                                 By: /s/ Jenny S. Yelin
                                     Jenny S. Yelin

                                 Attorneys for Plaintiffs and the Certified Subclasses

DATED: February 7, 2025          MOORE & LEE, P.C.

                                 By: /s/ Erica Rutner
                                     Erica Rutner

                                 Attorneys for Defendants BROOKDALE SENIOR LIVING, INC. and BROOKDALE SENIOR LIVING COMMUNITIES, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[4646274.1]

1                    Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER

**ORDER**

The Parties' Stipulation is GRANTED. A case management conference is hereby set for February 11, 2025 at 2 p.m. via Zoom. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

IT IS SO ORDERED.

DATED: 2/7/2025

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge