1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

7   STACIA STINER, et al.,                    Case No.  17-cv-03962-HSG
8                    Plaintiffs,              **ORDER VACATING TRIAL DATES
                                              AND TERMINATING PENDING
9           v.                                MOTIONS AS MOOT**
10  BROOKDALE SENIOR LIVING, INC., et         Re: Dkt. No. 1026
    al.,
11                   Defendants.
12

13          In light of Plaintiffs' unopposed motion for preliminary approval of the proposed class

14   action settlement, Dkt. No. 1026, the Court VACATES the jury trial currently scheduled to begin

15   on April 7, 2025.

16          The Court further TERMINATES AS MOOT the following pending motions and

17   stipulations:

18          • Dkt. No. 989, Defendant's motion for a bench trial on the claims of the Brookhurst

19             Subclass

20          • Dkt. No. 975, Defendant's stipulation requesting an extension of time for trial

21          • Dkt. Nos. 940–948, the parties' motions in limine

22          • Dkt. No. 938, Plaintiffs' administrative motion for clarification of the Court's civil

23             trial and pretrial standing order

24          • Dkt. No. 911, Defendant's motion to strike

25          • Dkt. No. 889, Plaintiffs' motion to remove an incorrectly filed document[1]

26          • Dkt. Nos. 881, 882, 892, and 900, the parties' *Daubert* motions

27

28   _____
     [1] Plaintiffs may choose to re-file this motion as directed in Dkt. No. 891.

*United States District Court*
*Northern District of California*

- Dkt. No. 841, Plaintiffs' motion to certify the Court's order for interlocutory appeal
- Dkt. No. 762, Defendant's stipulation concerning the omnibus motion to seal

Two motions remain pending in this matter: (1) the parties' omnibus administrative motion to seal, Dkt. No. 925, and (2) Plaintiffs' unopposed motion for preliminary approval of the proposed class action settlement, Dkt. No. 1026. All pending, individual administrative motions to seal—Dkt. Nos. 790, 795, 804, 855, 857, 864, 883, 886, 888, 894, 901, and 906—are TERMINATED in light of Dkt. No. 925, the parties' omnibus motion to seal.

**IT IS SO ORDERED.**

Dated:    3/18/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge