| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>mjohnson@schneiderwallace.com<br>juhrowczik@schneiderwallace.com<br>tclose@schneiderwallace.com<br>rsteyer@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Adrienne Spiegel – 330482<br>Maya Campbell – 345180<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: ggrunfeld@rbgg.com<br>jyelin@rbgg.com<br>aspiegel@rbgg.com<br>mcampbell@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER & GUADAGNI**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California 94102-2918<br>Telephone: (415) 362-9800<br>Facsimile: (415) 362-9801<br>Email: kathryn@sgg-lawfirm.com<br>brian@sgg-lawfirm.com | David T. Marks – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas 77055<br>Telephone: (713) 681-3070<br>Facsimile: (713) 681-2811<br>Email: davidm@marksfirm.com |

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC.;<br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>    Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER DIRECTING LODGING OF CONFIDENTIAL DOCUMENT WITH COURT FOR IN CAMERA REVIEW**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

[4670753.1]

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER DIRECTING LODGING OF CONFIDENTIAL DOCUMENT WITH COURT FOR IN CAMERA REVIEW

1 | Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel,
2 | stipulate as follows:
3 | WHEREAS, the Parties have resolved all of Plaintiffs' claims, through a Class Action
4 | Settlement, submitted to the Court on March 17, 2025 with Plaintiffs' Motion for Preliminary
5 | Approval, ECF No. 1026, as well as through a confidential settlement agreement resolving
6 | Plaintiffs' individual claims;
7 | WHEREAS, the Parties wish to provide the Court with a courtesy copy of the confidential
8 | settlement agreement for the Court's in camera review and reference;
9 | WHEREAS, the Parties have agreed to keep the individual settlement agreement
10 | confidential, except for select terms, and therefore do not consent to filing the document on the
11 | public docket, even in a sealed or redacted form;
12 | WHEREAS, the Parties provided a courtesy copy of the document by email to the Court's
13 | courtroom deputy on March 17, 2025 at 3:49 p.m., but understand that the document may not be
14 | provided to the Court without an order so directing;
15 | THEREFORE, the Parties request that the Court direct the courtroom deputy to provide the
16 | document to the Court for in camera review.
17 | IT IS SO STIPULATED.

DATED: March 18, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
    Jenny S. Yelin

Attorneys for Plaintiffs and the Certified Subclasses

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: March 18, 2025 | MOORE & LEE, P.C. |
| | By:  */s/ Jenny S. Yelin* |
| | Erica Rutner |
| | Attorneys for Defendants |

### ORDER

The Parties' Stipulation is granted, and the Court directs the Courtroom Deputy to forward the confidential agreement received via e-mail on March 17, 2025 at 3:49 p.m. to the Court for in-camera review.

**IT IS SO ORDERED.**

DATED: 3/18/2025

Honorable Haywood S. Gilliam, Jr.
United States District Judge