| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California  94608-1863<br>Telephone:     (415) 421-7100<br>Facsimile:       (415) 421-7105<br>Email:   gwallace@schneiderwallace.com<br>              mjohnson@schneiderwallace.com<br>              juhrowczik@schneiderwallace.com<br>              tclose@schneiderwallace.com<br>              rsteyer@schneiderwallace.com | Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Adrienne Spiegel – 330482<br>Maya Campbell – 345180<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:     (415) 433-6830<br>Facsimile:       (415) 433-7104<br>Email:   ggrunfeld@rbgg.com<br>              jyelin@rbgg.com<br>              aspiegel@rbgg.com<br>              mcampbell@rbgg.com |
| Kathryn A. Stebner – 121088<br>Brian S. Umpierre – 236399<br>**STEBNER GERTLER & GUADAGNI**<br>**A Professional Law Corporation**<br>870 Market Street, Suite 1285<br>San Francisco, California  94102-2918<br>Telephone:     (415) 362-9800<br>Facsimile:       (415) 362-9801<br>Email:   kathryn@sgg-lawfirm.com<br>              brian@sgg-lawfirm.com | David T. Marks – *pro hac vice*<br>**MARKS, BALETTE, GIESSEL**<br>**& YOUNG, P.L.L.C.**<br>7521 Westview Drive<br>Houston, Texas  77055<br>Telephone:     (713) 681-3070<br>Facsimile:       (713) 681-2811<br>Email:   davidm@marksfirm.com |

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br>          Plaintiffs,<br>     v.<br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br>          Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**[CORRECTED] STIPULATION AND ORDER DIRECTING LODGING OF CONFIDENTIAL DOCUMENT WITH COURT FOR IN CAMERA REVIEW**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

[4670753.1]

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER DIRECTING LODGING OF CONFIDENTIAL DOCUMENT WITH COURT FOR IN CAMERA REVIEW

1  Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel,
2  stipulate as follows:
3  WHEREAS, the Parties have resolved all of Plaintiffs' claims, through a Class Action
4  Settlement, submitted to the Court on March 17, 2025 with Plaintiffs' Motion for Preliminary
5  Approval, ECF No. 1026, as well as through a confidential settlement agreement resolving
6  Plaintiffs' individual claims;
7  WHEREAS, the Parties wish to provide the Court with a courtesy copy of the confidential
8  settlement agreement for the Court's in camera review and reference;
9  WHEREAS, the Parties have agreed to keep the individual settlement agreement
10 confidential, except for select terms, and therefore do not consent to filing the document on the
11 public docket, even in a sealed or redacted form;
12 WHEREAS, the Parties provided a courtesy copy of the document by email to the Court's
13 courtroom deputy on March 17, 2025 at 3:49 p.m., but understand that the document may not be
14 provided to the Court without an order so directing;
15 THEREFORE, the Parties request that the Court direct the courtroom deputy to provide the
16 document to the Court for in camera review.
17 IT IS SO STIPULATED.
18
19 DATED: March 18, 2025    Respectfully submitted,
20                          ROSEN BIEN GALVAN & GRUNFELD LLP
21
22                          By: /s/ Jenny S. Yelin
                                Jenny S. Yelin
23
24                          Attorneys for Plaintiffs and the Certified Subclasses

Respectfully submitted,

DATED:  March 18, 2025                MOORE & LEE, P.C.

By:    */s/Erica Rutner*
          Erica Rutner

Attorneys for Defendants

## ORDER

The Parties' Stipulation is granted, and the Court directs the Courtroom Deputy to forward the confidential agreement received via e-mail on March 17, 2025 at 3:49 p.m. to the Court for in-camera review.

**IT IS SO ORDERED.**

DATED:  3/19/2025

Honorable Haywood S. Gilliam, Jr.
United States District Judge