

Guy B. Wallace – 176151
Mark T. Johnson – 76904
Jennifer U. Bybee – 302212
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:   (415) 421-7100
Facsimile:   (415) 421-7105
Email:   gwallace@schneiderwallace.com
            mjohnson@schneiderwallace.com
            juhrowczik@schneiderwallace.com
            tclose@schneiderwallace.com
            rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Adrienne Spiegel – 330482
Maya Campbell – 345180
**ROSEN BIEN GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:   ggrunfeld@rbgg.com
            jyelin@rbgg.com
            aspiegel@rbgg.com
            mcampbell@rbgg.com

Kathryn A. Stebner – 121088
Brian S. Umpierre – 236399
**STEBNER GERTLER & GUADAGNI**
**A Professional Law Corporation**
870 Market Street, Suite 1285
San Francisco, California 94102-2918
Telephone:   (415) 362-9800
Facsimile:   (415) 362-9801
Email:   kathryn@sgg-lawfirm.com
            brian@sgg-lawfirm.com

David T. Marks – *pro hac vice*
**MARKS, BALETTE, GIESSEL & YOUNG, P.L.L.C.**
7521 Westview Drive
Houston, Texas 77055
Telephone:   (713) 681-3070
Facsimile:   (713) 681-2811
Email:   davidm@marksfirm.com

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER; RALPH CARLSON, in his capacity as Trustee of the Beverly E. Carlson and Helen V. Carlson Joint Trust; LORESIA VALLETTE, in her capacity as representative of the Lawrence Quinlan Trust; MICHELE LYTLE, in her capacity as Trustee of the Boris Family Revocable Trust; RALPH SCHMIDT, by and through his Guardian Ad Litem, HEATHER FISHER; PATRICIA LINDSTROM, as successor-in-interest to the Estate of ARTHUR LINDSTROM; BERNIE JESTRABEK-HART; and JEANETTE ALGARME; on their own behalves and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br><br>      Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION FOR ONE OF THEIR COUNSEL TO APPEAR BY ZOOM FOR MAY 1, 2025 PRELIMINARY APPROVAL HEARING (as modified)**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

**ORDER**

THIS CAUSE comes before the Court on Plaintiffs' Administrative Motion for One of Their Counsel to Appear By Zoom at the May 1, 2025 Preliminary Approval Hearing. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Gay Crosthwait Grunfeld may appear by Zoom at the May 1, 2025 Preliminary Approval Hearing. The CRD will e-mail counsel the Zoom information. Counsel is required to join at least 15 minutes before the hearing to check-in with the CRD.

DATED: 4/17/2025

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge