UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIA STINER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03962-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 1044 |

In the joint proposed class notice plan, the parties dispute whether "individuals who use glasses or contacts but whose vision does not correct to 20/20 have a vision disability under the ADA Amendments Act of 2008, 42 U.S.C. section 12102(4)(E)(ii) & (iii)(l)." Dkt. No. 1044 at 5. This issue bears on subclass composition, and by extension, on notice.

The Court is somewhat surprised that the parties continue to dispute issues of law and class composition at this late stage in the litigation. And the burden is on the parties to sufficiently support their respective positions so that the Court can resolve the dispute. Accordingly, the Court DIRECTS each party to file a supplemental brief of five pages or less by June 13, 2025. This briefing should provide a legal basis, with supporting case law, for each party's position. The parties may not raise or address any other issues. No responsive briefs are permitted, and this matter will stand submitted once the supplemental briefs are filed.

**IT IS SO ORDERED.**

Dated: 6/10/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge