Guy B. Wallace – 176151
Mark T. Johnson – 76904
Jennifer U. Bybee – 302212
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California  94608-1863
Telephone:     (415) 421-7100
Facsimile:     (415) 421-7105
Email:   gwallace@schneiderwallace.com
              mjohnson@schneiderwallace.com
              juhrowczik@schneiderwallace.com
              tclose@schneiderwallace.com
              rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Adrienne Spiegel – 330482
Maya Campbell – 345180
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:     (415) 433-6830
Facsimile:     (415) 433-7104
Email:   ggrunfeld@rbgg.com
              jyelin@rbgg.com
              aspiegel@rbgg.com
              mcampbell@rbgg.com

Erica Rutner – 344880
**COZEN O'CONNOR**
1801 North Military Trail, Suite 200
Boca Raton, Florida 33431-1810
Telephone:     (561) 245-6160
Facsimile:     (561) 245-6209
Email:   erutner@cozen.com

Michael Jacobsen – *Pro Hac Vice* (IL 6303584)
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000
Email:   mjacobsen@seyfarth.com

Justin T. Curley – 233287
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549
Email:   jcurley@seyfarth.com

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al., | Case No. 4:17-cv-03962-HSG |
| Plaintiffs, | **PARTIES' STIPULATION AND ORDER RE SETTLEMENT APPROVAL DEADLINES** (as modified) |
| v. | |
| BROOKDALE SENIOR LIVING, INC., et al., | Judge:   Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate as follows:

WHEREAS, the Court has directed the parties to meet and confer and stipulate to a schedule for events necessary to final approval of the class action settlement (*see* Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement for Injunctive Relief, ECF 1047); and

WHEREAS, the parties have met and conferred;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that the following deadlines shall apply:

| Event | Date |
|---|---|
| Deadline to Issue Notice to the Subclasses | July 14, 2025 |
| Filing deadline for attorneys' fees and costs motion and requests for service awards, at least 35 days prior to the close of the objection period | August 7, 2025 |
| Deadline for subclass members to object to any motions for attorneys' fees | September 8, 2025 |
| Deadline for subclass members to object to settlement, at least 30 days prior to the final fairness hearing and at least 60 days after notice is issued | September 12, 2025 |
| Filing deadline for final approval motion | September 11, 2025 |
| Final fairness hearing and hearing on motions | October 16, 2025 |

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  June 18, 2025

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By:    */s/ Guy B. Wallace*
      Guy B. Wallace

1

1  DATED:  June 18, 2025                    ROSEN BIEN GALVAN & GRUNFELD LLP

2                                           By:   /s/ Gay Crosthwait Grunfeld

3                                                 Gay Crosthwait Grunfeld

4                                           Attorneys for Plaintiffs and the Certified Subclasses

5

6  DATED:  June 18, 2025                    COZEN O'CONNOR

7                                           By:   /s/ Erica Rutner

8                                                 Erica Rutner

9                                           Attorneys for Defendants

10

11                              **ATTORNEY ATTESTATION**

12          Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf

13  this filing is submitted, concur in the filing's content and have authorized the filing.

14

15                                          By:   /s/ Gay Crosthwait Grunfeld

16                                                Gay Crosthwait Grunfeld

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

### <u>ORDER</u>

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the following deadlines shall apply:

| Event | Date |
|---|---|
| Deadline to Issue Notice to the Subclasses | July 14, 2025 |
| Filing deadline for attorneys' fees and costs motion and requests for service awards, at least 35 days prior to the close of the objection period | August 7, 2025 |
| Deadline for subclass members to object to any motions for attorneys' fees | September 8, 2025 |
| Deadline for subclass members to object to settlement, at least 30 days prior to the final fairness hearing and at least 60 days after notice is issued | September 12, 2025 |
| Filing deadline for final approval motion | September 11, 2025 |
| Final fairness hearing and hearing on motions | October 16, 2025 |

**IT IS SO ORDERED.** Hearings on October 16th will be held at 2:00 p.m.

DATED:  6/23/2025

Haywood S. Gilliam, Jr.
United States District Judge