Guy B. Wallace – 176151
Mark T. Johnson – 76904
Jennifer U. Bybee – 302212
Travis C. Close – 308673
Rachel L. Steyer – 330064
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608-1863
Telephone:   (415) 421-7100
Facsimile:   (415) 421-7105
Email:   gwallace@schneiderwallace.com
           mjohnson@schneiderwallace.com
           juhrowczik@schneiderwallace.com
           tclose@schneiderwallace.com
           rsteyer@schneiderwallace.com

Gay Crosthwait Grunfeld – 121944
Jenny S. Yelin – 273601
Adrienne Spiegel – 330482
Maya Campbell – 345180
**ROSEN BIEN**
**GALVAN & GRUNFELD LLP**
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:   ggrunfeld@rbgg.com
           jyelin@rbgg.com
           aspiegel@rbgg.com
           mcampbell@rbgg.com

Erica Rutner – 344880
**COZEN O'CONNOR**
1801 North Military Trail, Suite 200
Boca Raton, Florida 33431-1810
Telephone:   (561) 245-6160
Facsimile:   (561) 245-6209
Email:   erutner@cozen.com

Michael Jacobsen – *Pro Hac Vice* (IL 6303584)
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000
Email:   mjacobsen@seyfarth.com

Justin T. Curley – 233287
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549
Email:   jcurley@seyfarth.com

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BROOKDALE SENIOR LIVING, INC., et al., <br><br> Defendants. | Case No. 4:17-cv-03962-HSG <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

1   Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel,
2 respectfully stipulate as follows:
3   WHEREAS, the Court's June 23, 2025 Order sets September 11, 2025 as the deadline for
4 Plaintiffs to file the final approval motion and September 12, 2025 as the deadline for subclass
5 members to object to the settlement, *see* ECF No. 1049;
6   WHEREAS, while that schedule provides the Court's mandated amount of time for
7 subclass members to object to the settlement and complies with N.D. Cal. Local Rule 7-2(a) by
8 having the final approval motion filed 35 days prior to the final fairness hearing, it results in the
9 objection window extending 1 day past the deadline for the motion;
10   WHEREAS, under the current schedule, Plaintiffs will need to file a supplemental brief
11 after the motion responding to any objections filed on the last day, which would be inefficient;
12   WHEREAS, the Parties expect the final approval motion to be unopposed, so no
13 Opposition or Reply papers will be filed;
14   NOW, THEREFORE, IT IS HEREBY STIPULATED that the deadline to file the final
15 approval motion be extended to September 15, 2025 so that the motion can respond to any
16 objections filed on the deadline, September 12.  This schedule still provides for 31 calendar days
17 between the proposed motion filing date and the final fairness hearing.
18   IT IS SO STIPULATED.
19
20 DATED:  August 11, 2025            Respectfully submitted,
21
                                     ROSEN BIEN GALVAN & GRUNFELD LLP
22
23                                   By:  /s/ *Jenny S. Yelin*
                                          Jenny S. Yelin
24
25                                   Attorneys for Plaintiffs and the Certified Subclasses

[4739735.1]                          1                      Case No. 4:17-cv-03962-HSG
STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED: August 11, 2025 | COZEN O'CONNOR |
| 2 | | By: */s/ Erica Rutner* |
| 3 | | Erica Rutner |
| 4 | | Attorneys for Defendants |

### ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Jenny S. Yelin*
Jenny S. Yelin

[4739735.1]

2

Case No. 4:17-cv-03962-HSG

STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**ORDER**

IT IS HEREBY ORDERED that the deadline to file the final approval motion is extended to September 15, 2025.

**IT IS SO ORDERED.**

DATED: 8/12/2025

_____
Haywood S. Gilliam, Jr.
United States District Judge