| | |
|---|---|
| Guy B. Wallace – 176151 | Gay Crosthwait Grunfeld – 121944 |
| Mark T. Johnson – 76904 | Jenny S. Yelin – 273601 |
| Jennifer U. Bybee – 302212 | Benjamin Bien-Kahn – 267933 |
| Travis C. Close – 308673 | Brenda Muñoz – 328813 |
| Rachel L. Steyer – 330064 | Adrienne Spiegel – 330482 |
| **SCHNEIDER WALLACE COTTRELL KIM LLP** | **ROSEN BIEN GALVAN & GRUNFELD LLP** |
| 2000 Powell Street, Suite 1400 | 101 Mission Street, Sixth Floor |
| Emeryville, California 94608-1863 | San Francisco, California 94105-1738 |
| Telephone: (415) 421-7100 | Telephone: (415) 433-6830 |
| Facsimile: (415) 421-7105 | Facsimile: (415) 433-7104 |
| Email: gwallace@schneiderwallace.com | Email: ggrunfeld@rbgg.com |
| mjohnson@schneiderwallace.com | jyelin@rbgg.com |
| juhrowczik@schneiderwallace.com | bbien-kahn@rbgg.com |
| tclose@schneiderwallace.com | bmunoz@rbgg.com |
| rsteyer@schneiderwallace.com | aspiegel@rbgg.com |
| | |
| Kathryn A. Stebner – 121088 | David T. Marks – *pro hac vice* |
| Brian S. Umpierre – 236399 | **MARKS, BALETTE, YOUNG & MOSS, P.L.L.C.** |
| **STEBNER GERTLER & GUADAGNI A Professional Law Corporation** | 7521 Westview Drive |
| 870 Market Street, Suite 1285 | Houston, Texas 77055 |
| San Francisco, California 94102-2918 | Telephone: (713) 681-3070 |
| Telephone: (415) 362-9800 | Facsimile: (713) 681-2811 |
| Facsimile: (415) 362-9801 | Email: davidm@marksfirm.com |
| Email: kathryn@sgg-lawfirm.com | |
| brian@sgg-lawfirm.com | |

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>BROOKDALE SENIOR LIVING, INC.; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 100,<br>Defendants. | Case No. 4:17-cv-03962-HSG (LB)<br><br>**DECLARATION OF GUY B. WALLACE IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' DE FACTO OPPOSITION TO MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES**<br><br>Date: October 16, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 2, 4th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Case No. 4:17-cv-03962-HSG (LB)

WALLACE DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' DE FACTO OPPOSITION TO MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND EXPENSES

I, Guy B. Wallace, hereby declare as follows,

1. I am a senior partner at the law firm of Schneider Wallace Cottrell Kim LLP ("Schneider Wallace" or "SWCK"). I am a member in good standing of the bar of the State of California. I am counsel of record for Plaintiffs and the certified subclasses (collectively referred to as "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

2. I am co-counsel, along with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), Stebner Gertler & Guadagni ("the Stebner firm") and Marks, Balette, Young & Moss ("MBYM"), represent Plaintiffs and the certified subclasses herein.

3. I am submitting this Declaration in support of Plaintiffs' Reply to Defendants' De Facto Opposition to Motion for Reasonable Attorneys' Fees, Costs and Expenses.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a document produced in this litigation bearing Bates numbers BKD0027044 – BKD0027076, a Brookdale Residency Agreement revised in June 2015.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a document previously filed in this litigation at ECF 238-4 (Declaration of Kevin Bowman in Support of Defendants' Motion to Deny Class Certification), Exhibit C, a template Brookdale Residency Agreement dated October 2016.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document previously filed in this litigation at ECF 238-4 (Declaration of Kevin Bowman in Support of Defendants' Motion to Deny Class Certification), Exhibit D, a template Brookdale Residency Agreement dated January 2017.

6. Attached hereto as **Exhbiti 4** is a true and correct copy of a document previously filed in this litigation at ECF 238-4 (Declaration of Kevin Bowman in Support of Defendants' Motion to Deny Class Certification), Exhibit E, a template Brookdale Residency Agreement dated June 2018.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced in this litigation bearing Bates numbers BKD3315703 – BKD3315731, a Brookdale Residency

1  Agreement revised in September 2024.
2      I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.
4      Executed on August 28, 2025 at Emeryville, California.
5
6
7
8                                              /s/ Guy B. Wallace
                                               Guy B. Wallace
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28