| | |
|---|---|
| Guy B. Wallace – 176151<br>Mark T. Johnson – 76904<br>Jennifer U. Bybee – 302212<br>Travis C. Close – 308673<br>Rachel L. Steyer – 330064<br>**SCHNEIDER WALLACE**<br>**COTTRELL KIM LLP**<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608-1863<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>Email: gwallace@schneiderwallace.com<br>mjohnson@schneiderwallace.com<br>juhrowczik@schneiderwallace.com<br>tclose@schneiderwallace.com<br>rsteyer@schneiderwallace.com<br><br>Gay Crosthwait Grunfeld – 121944<br>Jenny S. Yelin – 273601<br>Benjamin Bien-Kahn – 267933<br>Brenda Muñoz – 328813<br>Adrienne Spiegel – 330482<br>Maya Campbell – 345180<br>**ROSEN BIEN**<br>**GALVAN & GRUNFELD LLP**<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104<br>Email: ggrunfeld@rbgg.com<br>jyelin@rbgg.com<br>bbien-kahn@rbgg.com<br>bmunoz@rbgg.com<br>aspiegel@rbgg.com<br>mcampbell@rbgg.com | Erica Rutner – 344880<br>**COZEN O'CONNOR**<br>1801 North Military Trail, Suite 200<br>Boca Raton, Florida 33431-1810<br>Telephone: (561) 245-6160<br>Facsimile: (561) 245-6209<br>Email: erutner@cozen.com<br><br>Michael Jacobsen – *Pro Hac Vice* (IL 6303584)<br>**SEYFARTH SHAW LLP**<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: mjacobsen@seyfarth.com<br><br>Justin T. Curley – 233287<br>**SEYFARTH SHAW LLP**<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>Email: jcurley@seyfarth.com |

Attorneys for Plaintiffs and the Certified Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACIA STINER, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROOKDALE SENIOR LIVING, INC., et al.,<br><br>      Defendants. | Case No. 4:17-cv-03962-HSG<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND BROOKHURST LEASE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Plaintiffs and Defendants (collectively, the "Parties"), by their undersigned counsel,
2  respectfully stipulate as follows:
3  WHEREAS, the Parties have entered into a class action settlement agreement (the
4  "Agreement"), which is filed on the docket at 1073-1; and
5  WHEREAS, section 4.1 of that Agreement requires Brookdale to make accessibility
6  renovations to Brookdale Brookhurst; and
7  WHEREAS, section 4.14 of the Agreement lays out scenarios that existed when
8  Defendants did not have a lease agreement with the Brookhurst landlord; and
9  WHEREAS, Defendants have now signed a lease with the Brookhurst landlord, which
10 obligates them to make the renovations specified in paragraph 4.1 of the Agreement; and
11 WHEREAS, the landlord refused to name Plaintiffs as third-party beneficiaries to that
12 lease agreement; and
13 WHEREAS, Brookdale is obligated to renovate Brookhurst, according to both the lease
14 and section 4.1 of the Agreement; and
15 WHEREAS, Brookdale has represented to Plaintiffs and this Court that it intends to and
16 shall renovate Brookhurst in accordance with section 4.1 of the Agreement, and shall complete the
17 renovations before Brookdale ceases operating Brookdale Brookhurst;
18 NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED that the sentence on
19 p. 10 lines 9-10 of the Agreement that "Plaintiffs will be designated as a third-party beneficiary to
20 this anticipated agreement, regardless of which option is chosen" is unnecessary and the language
21 will not be enforced by Plaintiffs.
22 IT IS SO STIPULATED.
23 DATED: October 22, 2025                    Respectfully submitted,
24                                            ROSEN BIEN GALVAN & GRUNFELD LLP
25                                            By:  /s/ Gay Crosthwait Grunfeld
26                                                 Gay Crosthwait Grunfeld
27                                            Attorneys for Plaintiffs and the Certified Subclasses
28

DATED: October 22, 2025             COZEN O'CONNOR

By: */s/ Erica Rutner*
Erica Rutner

Attorneys for Defendants

## ATTORNEY ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatures listed, in whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

## ORDER

IT IS HEREBY ORDERED that, because Brookdale is obligated to renovate Brookdale Brookhurst pursuant to section 4.1 of the parties' Settlement Agreement, has entered into a lease that requires it to complete the accessibility renovations to Brookhurst, and will complete those renovations before Brookdale ceases operating Brookdale Brookhurst, the minor modification to the Class Action Settlement described above does not affect the relief obtained or require further notice to the class.

**IT IS SO ORDERED.**

DATED: 10/24/2025

Haywood S. Gilliam, Jr.
United States District Judge